

# United States District Court
# Western District of Washington

| | |
|---|---|
| William T. Whitman, individually and on behalf of all others similarly situated, | Case Number: 3:19-cv-06025 |
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| V. | |
| State Farm Life Insurance Company, an Illinois corporation, | |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, STEPHEN R. BASSER hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, William T. Whitman.

The particular need for my appearance and participation is:

My knowledge of the plaintiff and the plaintiff's claims.

I, STEPHEN R. BASSER understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/30/2019            Signature of Applicant: s/ STEPHEN R. BASSER

**Pro Hac Vice Attorney**

Applicant's Name: STEPHEN R. BASSER

Law Firm Name: BARRACK, RODOS & BACINE

Street Address 1: 600 West Broadway

Address Line 2: Suite 900

City: San Diego   State: CA   Zip: 92101

Phone Number w/ Area Code: (619) 230-0800   Bar #: 121590   State: CA

Primary E-mail Address: sbasser@barrack.com

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address: _____

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant STEPHEN R. BASSER is unable to be present upon any date assigned by the court.

Date: 10/30/2019   Signature of Local Counsel: s/ Kim D. Stephens

Local Counsel's Name: Kim D. Stephens

Law Firm Name: Tousley Brain Stephens PLLC

Street Address 1: 1700 7th Avenue

Address Line 2: Suite 2200

City: Seattle   State: WA   Zip: 98101

Phone Number w/ Area Code: (206) 682-5600   Bar #: 11984



## Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4. By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed  10/30/2019    Signature  s/ STEPHEN R. BASSER
*(Pro Hac Vice applicant name)*