The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM T. WHITMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation<br><br>Defendant. | No. 3:19-cv-06025-BJR<br><br>DEFENDANT STATE FARM LIFE INSURANCE COMPANY'S REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION TO AMEND THE CLASS CERTIFICATION SCHEDULE AND ENLARGE PAGE LIMITS FOR RELATED BRIEFING |

State Farm respectfully submits this reply memorandum in further support of its motion, under Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 7(f) and 7(j), to amend the Court's July 17, 2020 Order Setting Class Pre-Certification Deadlines and to enlarge the page limits on related briefing.

**ARGUMENT**

Plaintiff's half-hearted opposition assumes that discovery in *this* case is complete and the record in *this* case has been established. But State Farm is not willing to hamstring the Court by forcing it to rely solely on regurgitated evidence from the *Bally* and *Vogt* cases. Plaintiff does not dispute that the parties must be allowed time to develop a factual record that will allow the Court to make a meaningful determination around certification issues. *See, e.g., King's Choice*

STATE FARM LIFE'S REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION TO AMEND THE CLASS CERTIFICATION SCHEDULE AND ENLARGE PAGE LIMITS FOR RELATED BRIEFING – NO. 3:19-cv-06025-BJR

- 1 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1713929.doc/012821 1818/8544-0039

*Neckwear, Inc. v. FedEx Corp.*, No. 07-cv-02775 (DMC), 2007 WL 4554220, at *8 (D.N.J. Dec. 21, 2007); *Moore v. Walter Coke, Inc.*, 294 F.R.D. 620, 630-31 (N.D. Ala. 2013).  By this motion, Defendant simply requests a discovery and briefing schedule that ensures the most informative and developed record – in this case – for all parties and the Court.

Rather than allowing sufficient time to develop the record, Plaintiff argues that no discovery or *Daubert* motions are needed here merely because it intends to use the same expert as *Bally* and *Vogt*.  This is misplaced, for at least two reasons:

First, an amended scheduling order would ensure that there is a complete record before a motion for class certification, as required under the FRCP.  The records in *Bally* and *Vogt* are insufficient because they are (i) in other states governed by different laws, (ii) based on entirely different data sets and policyholders, (iii) brought by different plaintiffs, and (iv) involve different counsel.  State Farm is entitled to sufficient time to prepare its defense in this case and is not obligated to speculate as to who will serve as this Plaintiff's expert (or experts), the content of their opinions, or whether the opinions will be the same under Washington law as under the laws of other states.  State Farms intends to depose whoever Plaintiff puts forward as an expert.  Even if that is Mr. Witt, State Farm is entitled to question his opinions in this case.   And then, upon learning the answers to its questions, State Farm can prepare its defense to *this* case, not another case in another forum with another plaintiff under different laws.  Put simply, until the expert report and depositions are finalized in this matter, State Farm cannot properly prepare its rebuttal of expert opinions in this case.

Moreover, the differences go beyond whoever Plaintiff's expert will be and whatever Plaintiff's expert will say.  There will be different fact witnesses in this case, there are different policies, and there is a different proposed class. State Farm cannot be charged with knowing what is being done by other counsel in other cases under different circumstances for purposes of

STATE FARM LIFE'S REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION TO AMEND THE CLASS CERTIFICATION SCHEDULE AND ENLARGE PAGE LIMITS FOR RELATED BRIEFING – NO. 3:19-cv-06025-BJR

- 2 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1713929.doc/012821 1818/8544-0039

1  defending this case.  State Farm has the right to put forth a full defense of this case on the merits
2  presented in this proceeding.

3  Second, those other cases and the lessons within them inform this motion's timing.
4  Although Plaintiff claims discovery in other cases obviates the need for additional time for
5  discovery in this case, the opposite is true.  While different and distinct, the learning curve from
6  the other cases, their complexity, and their myriad issues around expert discovery has made plain
7  that additional time beyond the current schedule is needed.  State Farm's scheduling request
8  seeks sufficient time so the parties can place before Court the facts and authorities needed to
9  conduct the rigorous Rule 23 analysis.[1]

10 DATED this 28th day of January, 2021.

BETTS, PATTERSON & MINES, P.S.

By   /s Joseph D. Hampton
By   /s Kara A. Tredway
    Joseph D. Hampton, WSBA #15297
    Kara A. Tredway, WSBA #44984
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:   (206) 292-9988
Facsimile:    (206) 343-7053
E-mail:         jhampton@bpmlaw.com
E-mail:         ktredway@bpmlaw.com

---

[1] Plaintiff admits that he is previously agreed to enlarge page limits, yet "clarifies" that an enlargement may not be needed.  Ignoring Plaintiff's semantics, State Farm only emphasizes that it intends to offer four expert reports, each of whom will provide a detailed opinion, which both apart and combined, will be extraordinarily complex.  Along with challenging Plaintiff's expert(s), State Farm seeks additional pages in the service of clarity.

STATE FARM LIFE'S REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION TO AMEND THE CLASS CERTIFICATION SCHEDULE AND ENLARGE PAGE LIMITS FOR RELATED BRIEFING – NO. 3:19-cv-06025-BJR   - 3 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1713929.doc/012821 1818/8544-0039

STINSON LLP

By   /s Todd Noteboom, *pro hac vice*
    Todd Noteboom, *pro hac vice*
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone:   612-335-1894
E mail:   todd.noteboom@stinson.com

STINSON LLP

By   /s Jeremy A. Root, *pro hac vice*
    Jeremy A. Root, *pro hac vice*
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone:   612-335-1894
E mail:   jeremy.root@stinson.com

ALSTON & BIRD

By   /s Cari Dawson, *pro hac vice*
By   /s Tiffany Powers, *pro hac vice*
    Cari Dawson, *pro hac vice*
    Tiffany Powers, *pro hac vice*
Alston & Bird
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309-3424
Telephone:   404-881-7000
Fax:   404-881-7777
E mail:   tiffany.powers@alston.com
E mail:   cari.dawson@alston.com

Attorneys for Defendant State Farm Life Insurance Company

STATE FARM LIFE'S REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION TO AMEND THE CLASS CERTIFICATION SCHEDULE AND ENLARGE PAGE LIMITS FOR RELATED BRIEFING – NO. 3:19-cv-06025-BJR

1713929.doc/012821 1818/8544-0039

- 4 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

# CERTIFICATE OF SERVICE

I, Joseph D. Hampton, hereby certify that on January 28, 2021, I electronically filed the following:

- **Defendant State Farm Life Insurance Company's Reply Memorandum In Further Support Of Its Motion To Amend The Class Certification Schedule And Enlarge Page Limits For Related Briefing; and**

- **Certificate of Service;**

with the Court using the CM/ECF system which will send notification of such filing to the following:

**Counsel for Plaintiff Whitman**:
Kim D. Stephens
Rebecca Luise Solomon
Tousley Brain Stephens
1700 Seventh Avenue, Suite 2200
Seattle, WA  98101
206-682-5600
E-mail:  kstephens@tousley.com
E-mail:  rsolomon@tousley.com

**Counsel for Plaintiff Whitman**:
Ethan M Lange, *pro hac vice*
Matthew W. Lytle, *pro hac vice*
Norman E. Siegel, *pro hac vice*
Lindsay T. Perkins, *pro hac vice*
Stueve Siegel Hanson
460 Nichols Road, Suite 200
Kansas City, MO  64112
E-mail:  lange@stuevesiegel.com
E-mail:  mlytle@millerschirger.com
E-mail:  siegel@stuevesiegel.com
E-mail:  perkins@stuevesiegel.com

**Counsel for Plaintiff Whitman**:
John J Schirger, *pro hac vice*
Joseph M Feierabend, *pro hac vice*
Miller Schirger LLC
4520 Main Street, Suite 1570
Kansas City, MO  64111
E-mail:  jschirger@millerschirger.com
E-mail:  jfeierabend@millerschirger.com

**Counsel for Plaintiff Whitman**:
Stephen R Basser, *pro hac vice*
Barrack Rodos & Bacine
600 W. Broadway, Suite 900
San Diego, CA  92101
E-mail:  sbasser@barrack.com

STATE FARM LIFE'S REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION TO AMEND THE CLASS CERTIFICATION SCHEDULE AND ENLARGE PAGE LIMITS FOR RELATED BRIEFING – NO. 3:19-cv-06025-BJR

- 5 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1713929.doc/012821 1818/8544-0039

*Counsel for Plaintiff Whitman*:
Joseph Gentile
Ronen Sarraf
14 Bond Street #212
Great Neck, NY 11021
E-mail:  joseph@sarrafgentile.com
E-mail:  ronen@sarrafgentile.com

 Dated this 28th day of January, 2021.

BETTS, PATTERSON & MINES, P.S.


By    /s Joseph D. Hampton
By    /s Kara A. Tredway
    Joseph D. Hampton, WSBA #15297
    Kara A. Tredway, WSBA #44984
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:    (206) 292-9988
Facsimile:    (206) 343-7053
E-mail:        jhampton@bpmlaw.com
E-mail:        ktredway@bpmlaw.com


STINSON LLP


By /s Todd A. Noteboom *(pro hac vice)*
    Todd A. Noteboom, *pro hac vice*
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN  55402
Telephone:    612-335-1894
E mail:        todd.noteboom@stinson.com

STATE FARM LIFE'S REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION TO AMEND THE CLASS CERTIFICATION SCHEDULE AND ENLARGE PAGE LIMITS FOR RELATED BRIEFING – NO. 3:19-cv-06025-BJR

- 6 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1713929.doc/012821 1818/8544-0039

|    |    |
|----|----|
| 1  | STINSON LLP |
| 2  |    |
| 3  | By /s Jeremy A. Root *(pro hac vice)* |
|    | Jeremy A. Root, *pro hac vice* |
| 4  | Stinson LLP |
|    | 230 W. McCarty Street |
| 5  | Jefferson City, MO  65101 |
|    | Telephone:   573-636-6263 |
| 6  | E mail:          jeremy.root@stinson.com |
| 7  |    |
| 8  | ALSTON & BIRD |
| 9  |    |
| 10 | By /s Tiffany Powers *(pro hac vice)* |
|    | By /s Cari K. Dawson *(pro hac vice)* |
| 11 | Tiffany Powers, *pro hac vice* |
|    | Cari K. Dawson, *pro hac vice* |
| 12 | Alston & Bird |
|    | One Atlantic Center |
| 13 | 1201 West Peachtree Street, Suite 4900 |
|    | Atlanta, GA  30309-3424 |
| 14 | Telephone:   404-881-7000 |
|    | E-mail:        tiffany.powers@alston.com |
| 15 | E-mail:        cari.dawson@alston.com |
| 16 |    |
| 17 | Attorneys for Defendant State Farm Life Insurance Company |

STATE FARM LIFE'S REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION TO AMEND THE CLASS CERTIFICATION SCHEDULE AND ENLARGE PAGE LIMITS FOR RELATED BRIEFING – NO. 3:19-cv-06025-BJR

- 7 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1713929.doc/012821 1818/8544-0039