1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM H. WHITMAN, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br>   v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br>                              Defendant. | No.  3:19-CV-6025-BJR<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO AMEND CLASS CERTIFICATION SCHEDULE AND ENLARGE PAGE LIMITS FOR RELATED BRIEFING |

      Before the Court is Defendant State Farm Life Insurance Company's Motion to Amend the Class Certification Schedule and to Enlarge Page Limits for Related Briefing.  Dkt. No. 59.  The Court heard oral argument on this motion at a telephonic hearing on February 12, 2021.  Consistent with its oral ruling at the hearing, the Court GRANTS IN PART and DENIES IN PART the motion, and ORDERS as follows:

      1.     The Court GRANTS a two-week extension for Defendant to file its response to Plaintiff's motion for class certification.  The deadline for Defendant's response brief is extended to March 29, 2021.  The deadline for Plaintiff to file his reply brief is also extended by two weeks to April 9, 2021.  The deadline for Plaintiff's motion for class certification remains February 16, 2021.

      2.     The Court GRANTS Defendant's request to enlarge the page limits for briefs on the class certification motion to 35 pages for the opening and response briefs and 12 pages for

ORDER - 1

the reply brief. The parties shall address any *Daubert* issues related to the motion for class certification within their briefs on the class certification motion, rather than by filing separate *Daubert* motions.

    3.    The Court DENIES the remainder of the requests in Defendant's motion.

Dated this 16th day of February, 2021.

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 2