# EXHIBIT 1
# FILED UNDER SEAL (REDACTED)