# EXHIBIT A



# WHO WE ARE

Stueve Siegel Hanson was launched in 2001 on a foundational business model where our payment for legal services would depend on the results delivered and the value provided rather than the hours spent on a case. Since then, this model has been a hallmark of our success, which has included the recovery of billions of dollars in damages and relief for consumers, entrepreneurs, employees, small and large businesses, and a variety of economic underdogs. The cases we handle frequently arise in some of the most complex areas of the law, including antitrust, intellectual property, FLSA collective actions, consumer and securities class actions, data breach, franchise disputes and other complex business litigation.

Our team of lawyers includes some of the best trained and most experienced trial lawyers in the country. Stueve Siegel Hanson's founding partners were partners at some of the country's largest law firms. The firm has also been fortunate in its ability to attract, retain and promote lawyers educated at top law schools and groomed at nationally prominent law firms, many of whom also have had valuable experiences as judicial law clerks at both the trial court and appellate levels.

Stueve Siegel Hanson is a national litigation firm based in Kansas City, Missouri, with offices in the heart of The Country Club Plaza.

# OUR MISSION

Stueve Siegel Hanson provides aggressive, cutting-edge representation in litigation. Our law firm serves companies in business disputes as well as individuals harmed by dangerous products, unjust employers or unfair business practices.

Because we work on a contingency model, our fees are based on the results we achieve. This means our trial lawyers have the same interests you do: Succeed for you and we succeed ourselves, fail you and we fail ourselves.

We believe the pursuit of justice should not be subject to the dysfunction of the billable hour, which rewards attorneys more for time than the results achieved. We take pride in winning efficiently and effectively as our clients' partner in the courtroom.

We invest in our firm, our profession and our community. We recruit the brightest attorneys from the nation's top law firms, and together we maintain a culture of camaraderie and respect. We apply new technology to further our efficiency, communication and creativity. We give our time and talents to pro bono projects, community service and bar organizations. While we take considerable pride in earning awards and recognition, we are most fulfilled by results, referrals and repeat business.



# RECENT RECOVERIES AS LEAD COUNSEL IN COMPLEX AND CONSUMER LITIGATION

- $2.25 billion in death benefits settlement, with a market value of approximately $171.8 million, on behalf of 77,000 policyholders against Lincoln National Life Insurance Company for policy overcharges.
- $1.51 billion settlement on behalf of a nationwide class of corn growers, grain-handling facilities and ethanol plants against biotech giant Syngenta related to its marketing and launch of genetically modified corn seed.
- $1.5 billion settlement in a nationwide class action stemming from Equifax's 2017 data breach.
- $220 million settlement for all Missouri residents who purchased the prescription pain reliever Vioxx before it was removed from the market.
- $218 million jury trial verdict as lead trial counsel on behalf of class of Kansas farmers against Syngenta related to the sale of genetically modified corn seed.
- $75 million settlement in relief for purchasers of Hyundai vehicles for Hyundai's overstatement of horsepower in vehicles.
- $73 million settlement on behalf of bank employees improperly classified under the FLSA.
- $59.75 million settlement on behalf of life insurance policyholders against John Hancock Life Insurance Company (U.S.A.) for policy overcharges.
- $53.5 million in settlements between a class of direct purchasers of automotive lighting products and several manufacturers accused of participating in a price fixing scheme.
- $44.5 million settlement to resolve a class action accusing U.S. Bank of facilitating the theft of customer funds at now-bankrupt futures merchant Peregrine Financial Group Inc.
- $44 million in restitution and $7.9 million in cash settlement for dentists against Align Technology, Inc. in a nationwide deceptive trade practices case.
- $39.5 million in settlements from three refiners on behalf of adjacent homeowners who were living above a large plume of gasoline leaked from the refineries and connecting pipelines.
- $35 million settlement for consumer fraud and antitrust claims brought on behalf of retail customers of pre-filled propane tanks.
- $34.3 million jury verdict on behalf of 24,000 State Farm Life Insurance Co. policyholders who were overcharged for life insurance policies.
- $33 million settlement for owners of Mitsubishi and Chrysler related to defective wheel rims.
- $29 million in settlements against Experian, one of the "big three" credit reporting agencies, arising out of Experian's reporting of delinquent loan accounts.
- $29.5 million in settlements for overdraft fees charged to customers from UMB Bank, Bank of Oklahoma and Intrust Bank.
- $25.4 million settlement for purchasers of H&R Block's Express IRA product related to allegedly false representations made during the sales presentation.



# CLASS AND COLLECTIVE ACTIONS

Since opening its doors in 2001, Stueve Siegel Hanson has obtained substantial results in a wide range of complex commercial, class, and collective actions while serving as lead or co-lead counsel.

Over the past decade, verdicts and settlements include:

*Data Privacy*

- Obtaining a historic $1.5 billion settlement in a nationwide class action stemming from credit reporting firm Equifax's massive 2017 data breach.
- Obtaining a $115 million settlement resulting from a 2015 data breach affecting Anthem, Inc., one of the nation's largest for-profit managed health care companies.
- Obtaining a $10 million settlement in a class action stemming from a data breach at Target Corp.
- Obtaining a $3.25 million settlement in a class action stemming from a data breach at the National Board of Examiners in Optometry.
- Obtaining a $13 million settlement resulting from a 2014 data breach affecting 40 million customers of The Home Depot Inc.

*Cost of Insurance*

- Obtaining a $2.25 billion settlement in a class action lawsuit against The Lincoln National Life Insurance Company over alleged life insurance policy overcharges.
- Obtaining a $59.75 million settlement in a nationwide class action lawsuit against John Hancock Life Insurance Company (U.S.A.) over alleged life insurance policy overcharges.
- Obtaining a $34 million jury verdict in a class action trial against State Farm Insurance Company for life insurance policy overcharges.

*Commercial Litigation*

- Obtaining a $1.51 billion settlement – the largest agribusiness settlement in U.S. history – for U.S. corn growers, grain handling facilities and ethanol production plants that purchased corn seeds prematurely sold by Syngenta.
- Obtaining a $218 million jury verdict for a class of Kansas corn producers who purchased corn seeds prematurely sold by Syngenta.
- Obtaining more than $44 million in restitution and $7.9 million in cash for dentists against Align Technology, Inc. in a nationwide deceptive trade practices case.
- Obtaining a $24 million settlement resolving consumer class action claims against Experian, a major credit reporting agency, over alleged violations of the Fair Credit Reporting Act.



# CLASS AND COLLECTIVE ACTIONS

*Antitrust*

- Obtaining $53 million in settlements between a class of direct purchasers of automotive lighting products and several manufacturers accused of participating in a wide-ranging price fixing scheme.
- Obtaining a $25 million settlement in a nationwide antitrust class action for price fixing of aftermarket automotive sheet metal parts.
- Obtaining a $7.25 billion settlement in a massive price-fixing case brought by a class of U.S. merchants against Visa, Mastercard and their member banks.
- Obtaining $33 million in nationwide class action for price fixing for certain polyurethanes in Urethanes antitrust case.
- Obtaining a $25 million settlement in a class action lawsuit that alleged Blue Rhino and certain competitors conspired to reduce the amount of propane gas in cylinders sold to customers. The firm obtained a $10 million settlement in a related suit against AmeriGas.

*Fair Labor Standards Act*

- Obtaining a $73 million settlement on behalf of current and former Bank of America retail banking and call center employees for alleged violations of the Fair Labor Standards Act.
- Obtaining a $27.5 million settlement for a class of loan originators who were misclassified as exempt and denied overtime.
- Obtaining a $25 million settlement for a class of mortgage consultants for unpaid overtime as lead counsel in multidistrict litigation.
- Obtaining a $24 million settlement to resolve a collective arbitration and over 50 federal mass actions involving misclassified satellite technicians denied overtime and minimum wages.
- Obtaining a $14.5 million settlement for a class of inventory associates for unpaid overtime.
- Obtaining a $12.5 million settlement for multiple classes and collective of pizza delivery drivers alleging vehicle expenses reduced their wages below the minimum wage.
- Obtaining a $10.5 million settlement for a class of bank employees misclassified as exempt from overtime.
- Obtaining a $8.5 million settlement for a collective of employees in the hospitality industry for unpaid minimum wages.
- Obtaining a $7.7 million settlement for a class of loan account servicers misclassified as exempt and denied overtime.
- Obtaining a $7.5 million settlement for class of loan processors as lead counsel in multidistrict litigation.
- Obtaining numerous settlements for $5 million or less for classes and collective seeking unpaid overtime and minimum wages.



# CLASS AND COLLECTIVE ACTIONS

*Consumer Class Action*

- Obtaining up to $220 million in damages for all Missouri residents who purchased the prescription pain reliever Vioxx before it was removed from the market.
- Obtaining more than $75 million in relief for purchasers of Hyundai vehicles for Hyundai's overstatement of horsepower in vehicles.
- Obtaining $29.5 million in settlements for overdraft fees charged to customers from UMB Bank, Bank of Oklahoma and Intrust Bank.
- Obtaining two settlements totaling $29 million to resolve consumer class action claims against Experian, one of the "big three" credit reporting agencies, arising out of the company's reporting of delinquent loan accounts.
- Obtaining $19.4 million for purchasers of H&R Block's Express IRA product related to allegedly false representations made during the sales presentation.

*Catastrophic Injury*

- Obtaining $39.5 million in settlements from three refiners on behalf of adjacent homeowners who were living above a large plume of gasoline leaked from the refineries and connecting pipelines.



# CONSUMER CLASS ACTIONS

Stueve Siegel Hanson devotes a significant portion of its practice to representing consumers across the country in large class and collective actions.

Representative cases include:

- *Smith v. Experian Information Solutions*, Case No. 8:17-cv-00629, United States District Court for the Central District of California (class action lawsuit alleging violations of the Fair Credit Reporting Act; class settlement of $5 million approved in November 2020).
- *Reyes v. Experian Information Solutions*, Case No. 8:16-cv-563-AG-AFMx, United States District Court for the Central District of California (class action lawsuit alleging violations of the Fair Credit Reporting Act; class settlement of $24 million approved in July 2020).
- *Vogt v. State Farm Life Insurance Co.*, Case No. 16:4170-CV-C-NKL, United States District Court for the Western District of Missouri (class action for life insurance policy overcharges; $34 million jury verdict affirmed by the Eighth Circuit Court of Appeals in June 2020).
- *Larson v. John Hancock Life Ins. Co.*, Case No. RG16813803, Superior Court for Alameda County, California (class action alleging life insurance policy overcharges; class settlement of $59.75 million approved in May 2018).
- *Bezich v. Lincoln National Life Insurance Co.*, Case No. 1:09-CV-200-JVB, United States District Court for the Northern District of Indiana (class action alleging life insurance policy overcharges; settlement terms include $2.25 billion in death benefits, with a market value of approximately $171.8 million; settlement approved in February 2016).
- *Plubell v. Merck & Co.*, Case No. 04-CV-235817, Circuit Court of Jackson County, Missouri at Independence (consumer fraud class action alleging unlawful and unfair business practices under the Missouri Merchandising Practices Act; up to $220 million settlement approved in March 2013).
- *In re: Underfilled Propane Tank Litigation*, Case No. 4:09-md-02086-GAF, United States District Court for the Western District of Missouri (MDL consumer protection case alleging Ferrellgas and AmeriGas conspired to reduce the fill levels of retail propane tanks; $35 million in settlements approved in 2012).
- *Molina et al. v. Intrust Bank, N.A.*, Case No. 10-CV-3686, in the Eighteenth Judicial District, District Court, Sedgwick County, Kansas (case based on Intrust Bank's alleged unfair and deceptive overdraft fee practices; $2.75 million settlement obtained in January 2012).
- *Eaton, et. al v. Bank of Oklahoma, N.A.*, Case No. CJ-2010-05209, in the District Court in and For Tulsa County State of Oklahoma (case based on Bank of Oklahoma's alleged unfair and deceptive overdraft fee practices; $19 million settlement obtained in November 2011).
- *Allen et al. v. UMB Bank, N.A.*, Case No. 1016-CV34791, in the Circuit Court of Jackson County, Missouri at Kansas City (case based on UMB's alleged unfair and deceptive overdraft fee practices; $7.8 million settlement in May 2011).



# CONSUMER CLASS ACTIONS

- *Hyundai Horsepower Litigation*, Case No. 02CC00303, Superior Court for Orange County, California (consumer claims alleging Hyundai overstated horsepower ratings in more than 1 million vehicles sold in the United States over a 10 year period; settlement approved in May 2010 valued at between $75 million and $125 million).

- *In Re: H&R Block, Inc. Express IRA Marketing Litigation*, Case No. 4:06-md01786-RED, United States District Court for the Western District of Missouri (consumer protection case alleging H&R Block improperly marketed and sold its Express IRA product; $19.4 million class settlement approved May 2010).

- *Parkinson v. Hyundai Motor America*, Case No. 8:06-cv-345-AHS, United States District Court for the Central District of California (consumer protection case alleging Hyundai knowingly sold vehicles with defective flywheel systems; class settlement for reimbursement of repair expenses approved in April 2010).



# UNIVERSAL LIFE INSURANCE OVERCHARGE LITIGATION

Stueve Siegel Hanson has been litigating cases involving universal life insurance for more than 10 years. These policies are often sold as a combination solution for death benefit protection and investment growth.

Some life insurance companies have been overcharging policy owners for the cost of insurance and expenses. As a result, money that should be building up for the policy owner's benefit is going instead to the insurance company's coffers. Worse, for many policy owners, overcharges or rate increases have made policies simply unaffordable – exactly when they are needed the most.

This puts policy owners in a tough spot:

- Do they continue to pay overcharges and premiums just to maintain their life insurance?
- Do they give up their policies after they've paid so much into them?
- Can they still get life insurance?

Stueve Siegel Hanson advocates for policy owners nationwide. We have recovered more than $2 billion in cash and death benefits for policy owners. Recent experience includes obtaining:

- A $34 million jury verdict against State Farm on behalf of Missouri policy owners alleging the insurer improperly included non-mortality factors in calculating the cost of insurance charge under the insurance contract.
- A $59 million settlement with John Hancock on behalf of policy owners in a nationwide class action alleging that John Hancock overcharged policy owners by including expenses in its cost of insurance charge in violation of the insurance contract.
- A settlement for $2.25 billion in potential death benefits with Lincoln National Life on behalf of policy owners who purchased a variable universal life insurance policy and alleged the insurer overcharged them for the cost of insurance in violation of the policy.



# AWARDS AND RECOGNITION

We are proud to have been recognized by local, regional and national publications for our work and results.

Among our recent accolades:

**Representative Firmwide Rankings**

- *The National Law Journal:* Elite Trial Lawyers: Finalist for business torts, employment rights, financial products and privacy/data breach
- *The National Law Journal*: 2017 Top 100 Verdicts: Ranked No. 10 for the $217.7 million federal jury verdict on behalf of a class of Kansas corn farmers against Syngenta
- *Law360*: Practice Group of the Year, Food & Beverage
- *Law360*: Practice Group of the Year, Cybersecurity & Privacy
- *U.S. News & World Report*/Best Lawyers in America: "Best Law Firms," nationally ranked for mass tort and class action litigation; ranked Tier 1 for appellate, commercial litigation, and mass tort and class action for the Kansas City region
- *Chambers USA*: Missouri: Kansas City & Surrounds, ranked firm for commercial litigation
- *Benchmark Litigation*: Missouri, "Recommended" for employment litigation

**Representative Individual Honors**

- *Law360*: Titans of the Plaintiffs Bar, Norman Siegel
- *Law360*: Cybersecurity & Privacy MVP of the Year, Norman Siegel
- *Law360*: Food & Beverage MVP of the Year, Patrick Stueve
- *The National Law Journal*: Plaintiffs' Lawyers Trailblazers, George Hanson
- *The National Law Journal*: Elite Boutique Trailblazer, Patrick Stueve
- *Best Lawyers in America*: Mass Tort Litigation/Class Actions - Plaintiffs Lawyer of the Year, Norman Siegel
- International Academy of Trial Lawyers Association, Patrick Stueve
- *Missouri Lawyers Weekly*: Missouri Lawyers Awards - Influential Lawyer, Norman Siegel
- *Missouri Lawyers Weekly*: POWER30 - Commercial and Consumer Litigation, Norman Siegel and Patrick Stueve
- *Missouri Lawyers Weekly*: POWER30 - Employment Law, George Hanson



# JUDICIAL PRAISE

"I've always been impressed with the professionalism and the quality of work that has been done in this case by both the plaintiffs and the defendants. On more than one occasion, it has made it difficult for the Court because the work has been so good."

**Hon. Nanette Laughrey**
U.S. District Court for the Western District of Missouri
*Nobles v. State Farm Mutual Automobile Insurance Co.*

"The complex and difficult nature of this litigation, which spanned across multiple jurisdictions and which involved multiple types of plaintiffs and claims, required a great deal of skill from plaintiffs' counsel, including because they were opposed by excellent attorneys retained by Syngenta. That high standard was met in this case, as the Court finds that the most prominent and productive plaintiffs' counsel in this litigation were very experienced had very good reputations, were excellent attorneys, and performed excellent work. In appointing lead counsel, the various courts made sure that plaintiffs would have the very best representation… In this Court's view, the work performed by plaintiffs' counsel was consistently excellent, as evidenced at least in part by plaintiffs' significant victories with respect to dispositive motion practice, class certification, and trial."

**Hon. John Lungstrum**
U.S. District Court for the District of Kansas
*In Re: Syngenta AG MIR 162 Corn Litigation*

"The most compelling evidence of the qualifications and dedication of proposed class counsel is their work in this case. Considering how far this action has come despite a grant of summary judgment in Defendant's favor and a reversal on appeal, proposed class counsel have made a strong showing of their commitment to helping the class vigorously prosecute this case."

**Hon. Andrew J. Guilford**
U.S. District Court for the Central District of California
*Reyes v. Experian*

"I believe this was an extremely difficult case. I also believe that it was an extremely hard fought case, but I don't mean hard fought in any negative sense. I think that counsel for both sides of the case did an excellent job… I congratulate the plaintiffs and I also congratulate the defense lawyers on the very, very fine job that both sides did in a case that did indeed pose novel and difficult issues."

**Hon. Audrey G. Fleissig**
U.S. District Court for the Eastern District of Missouri
*Perrin v. Papa John's International, Inc.*

"The experience, reputation and ability of class counsel is outstanding."

**Hon. Michael Manners**
Circuit Court of Jackson County, Missouri
*Berry v. Volkswagen Grp. of Am., Inc.*



# NORMAN E. SIEGEL
PARTNER



T 816.714.7112
siegel@stuevesiegel.com

Norman E. Siegel litigates high-stakes cases for companies and individuals. He has earned a reputation locally and nationally for his ability to strategize, negotiate and deliver results. He was named by *Best Lawyers* as a "Lawyer of the Year" and by *Law360* as a "Titan of the Plaintiff's Bar" for his work in class action litigation following big wins against some of the largest corporations in America.

Norm has successfully tried to verdict a wide range of cases, obtaining several multimillion-dollar jury verdicts, and has obtained billions in settlements for his clients. Norm concentrates his practice in three principal areas:

**Business Litigation.** Norm successfully deploys the firm's contingency fee business litigation model in bet-the-company and "David vs. Goliath" matters involving intellectual property, breach of contract, fraud, misrepresentation and more. In one such matter, he prosecuted a groundbreaking antitrust case on behalf of Heartland Surgical Specialty Hospital, which claimed the region's dominant hospital systems conspired to prevent it from obtaining in-network provider contracts. After Norm secured a key admission from a defense witness, Heartland settled with all defendants.

**Data Breach and Privacy.** Named one of *Law360*'s "MVPs of the Year" for Cybersecurity and Privacy, Norm has served as lead counsel in several of the largest data breach cases litigated to date, including the multidistrict litigation alleging Equifax compromised the personal information of more than 148 million Americans in a 2017 data breach. More than 250 cases were filed, and Norm was selected lead counsel over scores of other applicants. Norm has prosecuted data breach claims against Capital One, Quest Diagnostics, Target Corp., The Home Depot Inc., Marriott, the Office of Personnel Management, and the National Board of Examiners in Optometry, and co-founded the American Association for Justice's data breach and privacy group.

**Class Actions.** Norm's recent work includes multimillion-dollar jury verdicts and settlements on behalf of consumers who were overcharged for life insurance policies. In *Vogt v. State Farm Insurance Co.*, Norm delivered the closing argument to the jury that returned a $34 million verdict for Missouri owners of State Farm life insurance. Norm also served as lead counsel in *Larson v. John Hancock Life Insurance Co.*, a nationwide class action that ultimately settled for $59.75 million just before trial.

# LINDSAY TODD PERKINS
PARTNER



T 816.714.7143
perkins@stuevesiegel.com

Lindsay Todd Perkins focuses her practice on legal writing and researching. Recognized as a 2020 "Rising Star" by *Law360*, she develops strategies and arguments for briefings to the court; interprets laws, rulings and regulations; and drafts complaints, memoranda, and appellate briefs.

In one recent matter, Lindsay served on the trial team in *Vogt v. State Farm Life Insurance Co.*, a class-action lawsuit in the U.S. District Court for the Western District of Missouri that alleged the insurance company overcharged its policyholders for 23 years. The case resulted in a $34 million verdict after just two hours of jury deliberations. Lindsay prepared the jury instructions and post-trial and appellate briefing.

In another matter, *Larson v. John Hancock Life Insurance Company*, Lindsay drafted the class certification briefing in a case alleging the defendant life insurance company improperly charged its policyholders excessive fees for the cost of insurance. The California state court ultimately certified a nationwide class. The lawsuit settled soon thereafter for $59,750,000.

Lindsay also took primary drafting responsibility for the appeal in a class action matter, *Bezich v. The Lincoln National Life Insurance Co*. She successfully defended the certification of the class of plaintiffs who alleged inappropriate fees and charges on their life insurance policies. The lawsuit ultimately resolved with a settlement valued at approximately $171.8 million.

Lindsay also focuses a significant portion of her practice on data and privacy litigation, taking a lead role in preparing the pleadings and briefing in cases against Capital One, Marriott, and the National Board of Examiners in Optometry, among others.

Lindsay earned her J.D., summa cum laude, from the University of Missouri in Kansas City Law School graduating first in her class, where she was the Editor-in-Chief of UMKC Law Review. After law school, Lindsay honed her legal writing and analysis during two clerkships; she served as a law clerk for Judge Duane Benton of the U.S. Court of Appeals for the Eighth Circuit and Judge Ortrie Smith of the U.S. District Court for the Western District of Missouri.



# ETHAN M. LANGE
ATTORNEY



T 816.714.7174
lange@stuevesiegel.com

Ethan Lange represents individuals and businesses in a wide variety of high-stakes cases, including business disputes, nationwide class actions, multidistrict litigation, antitrust lawsuits, patent infringement matters, personal injury cases, civil rights cases and will contests. He has served clients ranging from Fortune 500 companies to prisoners; working tirelessly to secure the most favorable outcome possible.

Ethan's practice is concentrated in litigation, arbitration and other trial work that includes first-chair federal and state jury trial experience. In addition to his trial exposure, he has handled numerous hearings, depositions, mediations and motions.

In one recent matter, Ethan served on the trial team in *Vogt v. State Farm Life Insurance Co.*, a class-action lawsuit in the U.S. District Court for the Western District of Missouri that alleged the insurance company overcharged its policyholders for 23 years. He picked the jury, cross-examined the key expert witness, and assisted with jury arguments. The case resulted in a substantial verdict after just two hours of jury deliberations. The verdict has since been affirmed on appeal.

In other recent matters, Ethan, along with his colleagues, successfully briefed class certification motions, resulting in the certification of two different classes with more than 80,000 policyholders in each.

Ethan earned his J.D., magna cum laude, from Baylor Law School graduating in the Top 5 in his class, where he was the Editor-in-Chief of the Baylor Law Review. Ethan began his legal career in the Dallas office of a national trial boutique where he was introduced to high-stakes complex litigation.

He then served as a law clerk for Judge Ed Kinkeade of the U.S. District Court for the Northern District of Texas. During his clerkship, Ethan was involved in hundreds of different lawsuits, including civil and criminal trials. He credits this trial exposure with affirming his desire to pursue justice for his clients in the courtroom.

Following his clerkship, Ethan practiced at Locke Lord, one of the largest law firms in the country, where he represented clients in jury and bench trials in federal and state courts, as well as arbitration and mediation proceedings. He joined Stueve Siegel Hanson in 2015.



# DAVID A. HICKEY
ATTORNEY



T 816.714.7187
hickey@stuevesiegel.com

An engineer by training, David Hickey advises individuals and companies in high-stakes litigation requiring in-depth technical and factual analysis. David leverages his knowledge of financial, scientific, and actuarial practices to develop winning legal strategies. He prides himself on learning every intricacy in each of his cases.

David has successfully litigated complex cases in both state and federal courts around the nation, advocating for clients in areas including:

**Antitrust.** David helps businesses that have suffered losses from price fixing, monopolization, conspiracy to restrain trade, and more. He represented one of the largest grocery wholesalers in an antitrust matter against the country's largest potato sellers, who were alleged to have fixed the price of fresh and processed potatoes nationwide; he previously represented the same client in an antitrust dispute surrounding a conspiracy to increase the price of eggs under the guise of animal welfare. Stueve Siegel Hanson achieved favorable settlements in both lawsuits.

**Cost of Insurance.** David works on behalf of consumers who are being improperly overcharged for life insurance policies; he is a part of the Stueve Siegel Hanson team that pursues class action litigation against life insurance companies for unauthorized hidden fees and rate increases. The team's recent accomplishments include a $59.75 million settlement in a class action lawsuit against John Hancock and a $34.3 million jury verdict in a class action lawsuit against State Farm.

Before joining Stueve Siegel Hanson in 2010, David worked as a summer clerk for Judge David Waxse at the U.S. District Court for the District of Kansas and practiced at another Kansas City law firm.

He volunteers with Legal Aid of Western Missouri's Volunteer Attorney Project, where he represents low-income individuals in civil matters. David is an avid Kansas City sports fan and runs in a wide variety of local road races.

