## United States District Court – Western District of Washington
## TRANSCRIPT ORDER FORM

Court Reporter: Andrea Ramirez                    Judicial Officer: Barbara J. Rothstein

Case No. 3:19-cv-06025-BJR          Case Name: Whitman v. State Farm Life Ins. Co.

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| 2/12/21 | 10 A.M. Hearing | |
| | | |
| | | |
| | | |

For Appeal? [✔] No   [ ] Yes     Court of Appeals Case No. _____

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

| **Please choose one:** | Maximum Transcript Fees – Per Page | | | **Requested Completion Date*** |
|---|---|---|---|---|
| | Original | 1st Copy | 2nd Copy | |
| [ ] Ordinary Transcript (30 day) | $3.65 | $ .90 | $ .60 | |
| [ ] 14-Day Transcript (14 day) | $4.25 | $ .90 | $ .60 | |
| [ ] Expedited Transcript (7 day) | $4.85 | $ .90 | $ .60 | |
| [ ] 3-Day Transcript (3 day) | $5.45 | $1.05 | $ .75 | |
| [ ] Daily Transcript (next morning) | $6.05 | $1.20 | $ .90 | |
| [✔] Hourly Transcript (same day) | $7.25 | $1.20 | $ .90 | |

*You MUST contact the individual court reporter(s) to make payment arrangements and secure your desired delivery time otherwise requested completion dates may not be honored.*

[✔] PDF (default delivery format)

Email address for delivery of PDF transcript: dmarsh@bpmlaw.com

Additional Comments:
If possible, also email to jhampton@bpmlaw.com. Thank you.

| Contact Information | |
|---|---|
| Name: | Diane Marsh |
| Phone: | 206-334-1695     Email: dmarsh@bpmlaw.com |
| Firm: | Betts Patterson Mines |
| Street Address: | 701 Pike Street, Suite 1400 |
| City/State/Zip: | Seattle, WA 98101 |

_____                           02/22/2021
**Signature**                                                          **Date**

[PRINT]            [SAVE AS]            [RESET]