1

**The Honorable Barbara J. Rothstein**

2

3

4

5

6

7 UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9 | WILLIAM T. WHITMAN, individually and
on behalf of all others similarly situated,

NO. 3:19-cv-06025-BJR

10

DECLARATION OF JEREMY A. ROOT IN
SUPPORT OF DEFENDANT STATE FARM
LIFE INSURANCE'S RESPONSE TO
PLAINTIFF'S MOTION TO SEAL

11 Plaintiffs,

12 vs.

13 STATE FARM LIFE INSURANCE
COMPANY, an Illinois corporation,

14

15 Defendant.

16     I, Jeremy A. Root, declare:

17     1.     I make this declaration of my own personal knowledge, in support of Defendant

18 State Farm Life Insurance Company's ("Defendant" or "State Farm")'s Response to Plaintiff's

19 Motion for Leave to File Documents under seal.  If called upon to testify to the matters stated

20 herein, I could and would do so competently.

21     2.     Plaintiff seeks a narrow order sealing portions or all of the following documents,

22 as specified, because they contain proprietary, competitively sensitive, and/or trade secret

23 information, as described more fully below:

24

25

ROOT DECLARATION IN SUPPORT OF
STATE FARM LIFE'S RESPONSE TO
PLAINTIFF'S MOTION TO SEAL – NO. 3:19-
cv-06025-BJR

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1732488.doc/030921 1650/8544-0039

(a)     Certain annual statements for Plaintiff's life insurance policy at issue in this case, attached as Exhibit C to the Declaration and Report of Scott J. Witt;

(b)     Certain illustrations for Plaintiff's life insurance policy at issue in this case, attached as Exhibit D to the Declaration and Report of Scott J. Witt;

(c)     The transcript of the November 7, 2017, deposition of Defendant State Farm Life Insurance Company ("State Farm") employee and expert Carl Streily in *Vogt v. State Farm Life Ins. Co.*, 16-4170-CV-C-NKL (W.D. Mo.), attached as Exhibit E to the Declaration and Report of Scott J. Witt;

(d)     The transcript of the December 8, 2017, deposition of State Farm employee and designated representative Tony Phipps in *Vogt v. State Farm Life Ins. Co*., 16-4170-CV-C-NKL (W.D. Mo.), attached as Exhibit F to the Declaration and Report of Scott J. Witt;

(e)     The Form 94030 New Jersey Actuarial Memorandum, attached as Exhibit G to the Declaration and Report of Scott J. Witt; This confidential document contains a proprietary description of State Farm's asset share experience assumptions, profit targets, expenses per policy, and other confidential, competitively sensitive information;

(f)     The Form 94030 South Carolina Actuarial Memorandum, attached as Exhibit H to the Declaration and Report of Scott J. Witt;

(g)     The transcript of the November 30 through December 1, 2017, deposition of State Farm employee and designated representative Jeff Holzbauer in *Vogt v. State Farm Life Ins. Co*., 16-4170-CV-C-NKL (W.D. Mo.), attached as Exhibit I to the Declaration and Report of Scott J. Witt;

(h)     An October 4, 2001, internal email produced by State Farm re: "Mortality Assumption Documentation," attached as Exhibit J to the Declaration and Report of Scott J. Witt;

ROOT DECLARATION IN SUPPORT OF STATE FARM LIFE'S RESPONSE TO PLAINTIFF'S MOTION TO SEAL – NO. 3:19-cv-06025-BJR

- 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1732488.doc/030921 1650/8544-0039

(i)    A 2001 actuarial memorandum for the repricing of Form 94030 produced by State Farm, attached as Exhibit K to the Declaration and Report of Scott J. Witt;

(j)    The February 28, 2018, declaration of Jeff Holzbauer in *Vogt v. State Farm Life Ins. Co.*, 16-4170-CV-C-NKL (W.D. Mo.), attached as Exhibit L to the Declaration and Report of Scott J. Witt;

(k)    The transcript of the November 30, 2017, deposition of State Farm employee and designated representative at trial Alan Hendren in *Vogt v. State Farm Life Ins. Co.*, 16-4170-CV-C-NKL (W.D. Mo.), attached as Exhibit M to the Declaration and Report of Scott J. Witt;

(l)    The Declaration and Report of Scott J. Witt;[1]

(m)    Plaintiffs' motion in limine filed as ECF No. 265 in *Vogt v. State Farm Life Ins. Co.*, 16-4170-CV-C-NKL (W.D. Mo.) ("Vogt"), attached as Exhibit 1 to Plaintiff's Motion for Class Certification; and

(n)    The November 12, 2020, Declaration and Report of Scott J. Witt as served on State Farm in *Bally v. State Farm Life Ins. Co.*, 18-cv-04954-CRB (N.D. Cal.) ("Bally"), attached as Exhibit 3 to Plaintiff's Motion for Class Certification.

3.    I have represented State Farm Life Insurance Company since 2016. During that time, I have become familiar with the company's confidentiality practices, trade secrets, and competitively sensitive information.

---

[1] It appears Plaintiff inadvertently refers to document no. 12 in his motion to seal as "Certain reference to State Farm's internal cost of insurance and mortality rates in the Declaration and Report of Scott J. Witt." State Farm's understanding is that the actual request is to seal the entire Declaration and Report of Scott Witt due to the references to State Farm's confidential internal cost of insurance and mortality rates in Mr. Witt's Declaration and Report.

ROOT DECLARATION IN SUPPORT OF
STATE FARM LIFE'S RESPONSE TO
PLAINTIFF'S MOTION TO SEAL – NO. 3:19-
cv-06025-BJR

- 3 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

4.      Throughout the time that I have represented State Farm, it has consistently sought to protect its confidential information related to actuarial pricing and non-guaranteed cost of insurance rates from disclosure to competitors, third parties, and the public at large.  It has also sought to protect confidential information related to its life insurance customers from disclosure to third parties and the public at large.  Through my work with State Farm, I know that it takes significant steps to protect its confidential, trade secret information revealing its actuarial pricing methodologies and specific assumptions used in developing its pricing for life insurance policies, among proprietary processes, as well as the pricing information that it uses in its insurance sales processes.

5.      All of the State Farm information that is the subject of this Administrative Motion is nonpublic, competitively sensitive, proprietary to State Farm, and confidential. State Farm has consistently sought and received protection for this kind of information from this Court and other courts during the time that I have represented the company.

6.      When State Farm sought summary judgment in the *Bally v. State Farm Life Ins. Co.*, 18-cv-04954-CRB (N.D. Cal.) ("Bally"), it sought and received permission to file certain documents under seal.  In support of the motion to file under seal in that case, State Farm filed a declaration of State Farm employee Jeffrey Holzbauer substantiating State Farm's interests in maintaining the confidentiality of this kind of information.  ECF 64-1.

7.      When State Farm sought permission to appeal the class certification order to the Ninth Circuit Court of Appeals on February 16, 2020, it sought and received permission to file certain documents under seal in that Court.  In support of the motion to file documents under seal in that Court, State Farm, filed another declaration of Mr. Holzbauer substantiating State Farm's interests in maintaining the confidentiality protections of this kind of information.  Case 20-80070, ECF 2-2.

ROOT DECLARATION IN SUPPORT OF
STATE FARM LIFE'S RESPONSE TO
PLAINTIFF'S MOTION TO SEAL – NO. 3:19-
cv-06025-BJR

- 4 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1732488.doc/030921 1650/8544-0039

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

8.      In August 2018, a third party moved to enforce a subpoena seeking materials that State Farm produced in the *Vogt* litigation in *Taylor v. Midland Life Insurance Co.*, Case No.4:16-CV-00140-SMR (S.D. Iowa). I represented State Farm in connection with successfully resisting the subpoena in the *Taylor* litigation. State Farm sought and received permission to intervene in the *Taylor* case for the sole purpose of protecting its confidential, trade secret information from disclosure to third-parties.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th Day of March, 2021 in Columbia, Missouri.

_____
/s Jeremy A. Root
Jeremy A. Root

ROOT DECLARATION IN SUPPORT OF
STATE FARM LIFE'S RESPONSE TO
PLAINTIFF'S MOTION TO SEAL – NO. 3:19-
cv-06025-BJR

- 5 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1732488.doc/030921 1650/8544-0039

1

### CERTIFICATE OF SERVICE

2          I, Joseph D. Hampton, hereby certify that on March 9, 2021, I electronically filed the

3   following:

4          • **Declaration Of Jeremy A. Root In Support Of Defendant State Farm Life
              Insurance's Response To Plaintiff's Motion To Seal; and**

5

6          • **Certificate of Service;**

7   with the Court using the CM/ECF system which will send notification of such filing to the

8   following:

9   **Counsel for Plaintiff Whitman**:                    **Counsel for Plaintiff Whitman**:
    Kim D. Stephens                                       John J Schirger, *pro hac vice*
10  Rebecca Luise Solomon                                 Joseph M Feierabend, *pro hac vice*
    Tousley Brain Stephens                                Miller Schirger LLC
11  1700 Seventh Avenue, Suite 2200                       4520 Main Street, Suite 1570
    Seattle, WA  98101                                    Kansas City, MO  64111
12  206-682-5600                                          E-mail:  jschirger@millerschirger.com
    E-mail:  kstephens@tousley.com                        E-mail:  jfeierabend@millerschirger.com
13  E-mail:  rsolomon@tousley.com

14  **Counsel for Plaintiff Whitman**:                    **Counsel for Plaintiff Whitman**:
    Ethan M Lange, *pro hac vice*                         Stephen R Basser, *pro hac vice*
15  Matthew W. Lytle, *pro hac vice*                      Barrack Rodos & Bacine
    Norman E. Siegel, *pro hac vice*                      600 W. Broadway, Suite 900
16  Lindsay T. Perkins, *pro hac vice*                    San Diego, CA  92101
    Stueve Siegel Hanson                                  E-mail:  sbasser@barrack.com
17  460 Nichols Road, Suite 200
    Kansas City, MO  64112
18  E-mail:  lange@stuevesiegel.com
    E-mail:  mlytle@millerschirger.com
19  E-mail:  siegel@stuevesiegel.com
    E-mail:  perkins@stuevesiegel.com
20
21  *Counsel for Plaintiff Whitman*:
    Joseph Gentile
22  Ronen Sarraf
    14 Bond Street #212
23  Great Neck, NY 11021
    E-mail:  joseph@sarrafgentile.com
24  E-mail:  ronen@sarrafgentile.com

25

ROOT DECLARATION IN SUPPORT OF
STATE FARM LIFE'S RESPONSE TO                    - 6 -
PLAINTIFF'S MOTION TO SEAL – NO. 3:19-
cv-06025-BJR

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1732488.doc/030921 1650/8544-0039

1

Dated this 9th day of March, 2021.

2

BETTS, PATTERSON & MINES, P.S.

3

4

By___/s Joseph D. Hampton_____

By___/s Kara A. Tredway_____

5

    Joseph D. Hampton, WSBA #15297

    Kara A. Tredway, WSBA #44984

6

Betts, Patterson & Mines, P.S.

One Convention Place, Suite 1400

7

701 Pike Street

Seattle WA  98101-3927

8

Telephone:   (206) 292-9988

Facsimile:   (206) 343-7053

9

E-mail:      jhampton@bpmlaw.com

E-mail:      ktredway@bpmlaw.com

10

11

STINSON LLP

12

13

By /s Todd A. Noteboom *(pro hac vice)*____

14

    Todd A. Noteboom, *pro hac vice*

Stinson LLP

15

50 South Sixth Street, Suite 2600

Minneapolis, MN  55402

16

Telephone:   612-335-1894

E mail:      todd.noteboom@stinson.com

17

18

STINSON LLP

19

20

By /s Jeremy A. Root *(pro hac vice)*_____

    Jeremy A. Root, *pro hac vice*

21

Stinson LLP

230 W. McCarty Street

22

Jefferson City, MO  65101

Telephone:   573-636-6263

23

E mail:      jeremy.root@stinson.com

24

25

ROOT DECLARATION IN SUPPORT OF
STATE FARM LIFE'S RESPONSE TO
PLAINTIFF'S MOTION TO SEAL – NO. 3:19-
cv-06025-BJR

- 7 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1732488.doc/030921 1650/8544-0039

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ALSTON & BIRD


By /s Tiffany Powers *(pro hac vice)*
By /s Cari K. Dawson *(pro hac vice)*
    Tiffany Powers, *pro hac vice*
    Cari K. Dawson, *pro hac vice*
Alston & Bird
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309-3424
Telephone:    404-881-7000
E-mail:      tiffany.powers@alston.com
E-mail:      cari.dawson@alston.com


Attorneys for Defendant State Farm Life
Insurance Company

ROOT DECLARATION IN SUPPORT OF
STATE FARM LIFE'S RESPONSE TO
PLAINTIFF'S MOTION TO SEAL – NO. 3:19-
cv-06025-BJR

- 8 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1732488.doc/030921 1650/8544-0039