**The Honorable Barbara J. Rothstein**

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILLIAM T. WHITMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation<br><br>　　　　　Defendant. | No. 3:19-cv-06025-BJR<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |

Upon the motion of Defendant to file under seal certain confidential documents and information, it is hereby ORDERED that the motion is GRANTED and the following documents shall be filed under seal:

1. Expert Report of Rebecca Kirk Fair (Exhibit A to the Declaration of Rebecca Kirk Fair)

PROPOSED ORDER GRANTING
DEFENDANT'S MOTION FOR LEAVE TO
FILE DOCUMENTS UNDER SEAL
No. 3:19-cv-06025-BJR

1

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

2. Exhibit 1 to the Expert Report of Rebecca Kirk Fair: Summary of State Farm Washington Form 94030 Policyholder Data

3. Exhibit 2 to the Expert Report of Rebecca Kirk Fair: Summary of State Farm Washington Form 94030 Policyholder Data

4. Exhibit 3 to the Expert Report of Rebecca Kirk Fair: Summary of State Farm Washington Form 94030 Policyholder Data

5. Expert Report of Lauren J. Stiroh (Exhibit A to the Declaration of Lauren J. Stiroh)

6. Exhibit 3 to the Expert Report of Lauren J. Stiroh: analysis of Plaintiff's damages model that contains confidential policyholder data.

7. Exhibits 4-8 to the Expert Report of Lauren J. Stiroh: illustrations of the comparative COI rates and alleged damages for certain policies

8. Expert Report of Craig Reynolds (Exhibit A to the Declaration of Craig Reynolds)

9. Exhibit A to the Declaration of Alan Hendren: 94000 Series pricing binder

10. Exhibit B to the Declaration of Alan Hendren: State Farm's mortality table from the relevant timeframe

11. Exhibit C to the Declaration of Alan Hendren: filing package to Illinois including the nationwide actuarial memorandum.

12. Exhibit D to the Declaration of Alan Hendren: correspondence to Illinois enclosing a revised sample annual statement showing planned cost of insurance rate information and expense charges.

13. Exhibit F to the Declaration of Alan Hendren: filing package to Washington including the actuarial memorandum

PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
No. 3:19-cv-06025-BJR

2

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

14. Exhibit G to the Declaration of Alan Hendren: actuarial memorandum State Farm submitted to New Jersey providing a description of the process that State Farm's actuaries followed to develop the cost of insurance rates for use with the 94030 Policy

15. Exhibit J to the Declaration of Alan Hendren: 1994 version of the rate book that was in place when Plaintiff purchased his Policy

16. Exhibit A to the declaration of Tim Crabtree:  Summary of policyholder data

17. Declaration of Monica Flory

18. Exhibit 1 to the Declaration of Cari Dawson: Deposition Transcript of Plaintiff William Whitman

19. Exhibit 3 to the Declaration of Cari Dawson: Exhibit 11 to the Deposition Transcript of Plaintiff William Whitman (certain Annual Notices of Policy Status)

20. Exhibit 6 to the Declaration of Cari Dawson: Exhibit 15 to the Deposition Transcript of Plaintiff William Whitman (Email communication between Plaintiff and Monica Flory)

21. Exhibit 7 to the Declaration of Cari Dawson: Exhibit 28 to the Deposition Transcript of Plaintiff William Whitman (Email communication from Plaintiff to himself)

22. Exhibit 9 to the Declaration of Cari Dawson: Exhibit 29 to the Deposition Transcript of Plaintiff William Whitman (Email communication from Plaintiff to himself)

23. Exhibit 11 to the Declaration of Cari Dawson: Deposition Transcript of Plaintiff's Expert Scott Witt.

In connection with its Opposition to Plaintiff's Motion for Class Certification, Defendant has filed documents and information that Defendant considers to be proprietary and confidential, as well information that is confidential and personal to Plaintiff.  Sealing is necessary to protect

PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
No. 3:19-cv-06025-BJR

3

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

the confidentiality of such information.

The above documents shall remain sealed unless and until they become publicly available or de-designated as "Confidential" under the existing Protective Order in this case or by any Court Order.

IT IS SO ORDERED.

Dated this _____ day of _____, 2021.

_____
**Honorable Barbara J. Rothstein**
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER GRANTING
DEFENDANT'S MOTION FOR LEAVE TO
FILE DOCUMENTS UNDER SEAL
No. 3:19-cv-06025-BJR

4

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

Presented by:

DATED:  March 29, 2021                    BETTS, PATTERSON & MINES, P.S.

/s/ Joseph D. Hampton
/s/ Kara A. Tredway
Joseph D. Hampton
Kara A. Tredway
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927
Telephone: (206) 292-9988
Facsimile: (206) 343-7053
Email: jhampton2bpmlaw.com
Email: ktredway@bpmlaw.com

STINSON LLP

/s/ Todd Notebloom
Todd Noteboom, *pro hac vice*
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1894
Email: todd.noteboom@stinson.com

STINSON LLP

/s/ Jeremy A. Root
Jeremy A. Root, *pro hac vice*
230 W. McCarthy Street
Jefferson City, MO 65101-1553
Telephone: (573) 636-6263
Facsimile: (573) 636-6231
Email: Jeremy.root@stinson.com

ALSTON & BIRD LLP

/s/ Cari Dawson
/s/ Tiffany Powers
Cari Dawson, *pro hac vice*
Tiffany Powers, *pro hac vice*
One Atlantic Center
1201 W. Peachtree Street, Suite 4900
Atlanta, GA 303-9-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-777
Email: cari.dawson@alston.com
Email: tiffany.powers@alston.com

PROPOSED ORDER GRANTING
DEFENDANT'S MOTION FOR LEAVE TO
FILE DOCUMENTS UNDER SEAL
No. 3:19-cv-06025-BJR

5

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927