**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| WILLIAM T. WHITMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation<br><br>Defendant. | No. 3:19-cv-06025-BJR<br><br>DECLARATION OF CRAIG JOHNSON |

DECLARATION OF CRAIG JOHNSON
No. 3:19-cv-06025-BJR

1

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

I, Craig Johnson, have personal knowledge of the information below and declare as follows:

1. I am an independent contractor agent for State Farm Mutual Automobile Insurance Company ("State Farm"), the parent of State Farm Life Insurance Company ("State Farm Life") in Washington.

2. I am not an employee of State Farm.

3. As an independent contractor agent for State Farm, I provide information to potential policyholders on the many products State Farm offers that help people manage the risks of everyday life and recover from the unexpected so that potential policyholders can select the products of their choice. I provide information about insurance, the risks that make it necessary, how to protect individuals and their property from those risks, and how to help individuals achieve important goals for themselves and their families.

4. I am licensed to market, solicit, and service insurance in Washington. I have been an independent contractor agent for State Farm since 1981.

5. I graduated from the University of Oregon with a degree in Business Finance.

6. I understand that this lawsuit involves claims against State Farm Life relating to the Universal Life insurance policy issued on Form 94030, which was sold in Washington between 1994 and 2004 ("the Policy" or "Universal Life").

7. In my nearly 40-year career as an independent contractor agent for State Farm, I have marketed insurance policies to thousands of people. I have had numerous conversations with potential policyholders about State Farm Life's Universal Life policies, how those policies work and what their benefits are.

8. I have received training from State Farm on its State Farm Life's life insurance products, including Universal Life insurance. I was trained on what the products are and their benefits to potential policyholders. I was also given information on ways to have discussions about the products with potential policyholders, but I was never given a required script for speaking to potential policyholders. The ways I interacted with potential policyholders was left up to me as an independent contractor agent.

DECLARATION OF CRAIG JOHNSON
No. 3:19-cv-06025-BJR

2

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

9. I personally own a State Farm Life Universal Life policy. I bought it during the relevant time period because I liked the flexibility. Being a father and husband, I anticipated that unexpected expenses and financial responsibilities could arise during my life, and so I liked having the option to lower my premium payments if needed. When I bought that policy, I knew that the cost of insurance rate included profits and expenses. I knew that because for-profit companies that want to remain a viable, financially sound business need to remain profitable to stay afloat. I assume that a company is going to charge profit and overhead and I assumed that State Farm Life did so with the Universal Life policy.

10. During the relevant time period, when I discussed any kind of life insurance product with a potential policyholder, I had an individualized discussion with the potential policyholder who came into my office, which varied depending on what that potential policyholder's needs and goals were. Every policyholder interaction was unique.

11. Usually when I marketed a Universal Life policy, I reviewed it with people who had already purchased Home and Auto policies from other State Farm entities. I usually asked those people if they were ready if a tragic life event took place. That would prompt different conversations on what sort of preparation they had in case an untimely death happened.

12. I would then discuss in different ways how much insurance the potential policyholder might need given their personal circumstances and objectives. During the relevant time period, my different discussions were driven by a needs-based approach, which means I found out how much insurance the potential policyholder needed and what they could afford. When thinking about how much insurance may have been needed, I would discuss what kind of income replacement potential policyholders needed and their ability to pay outstanding debts.

13. During the relevant time period, once a potential policyholder knew that they wanted to buy life insurance, I different discussions about what kind of life insurance made the most sense for them. I would often ground those conversations in comparing a term policy against a permanent policy, which can mean a whole life policy or a Universal Life policy. But the conversations I had with people about these policies differed based on their needs.

DECLARATION OF CRAIG JOHNSON
No. 3:19-cv-06025-BJR

3

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

14. The type of life insurance that makes sense for any given potential policyholder varied according to the personal needs and objectives of that potential policyholder. For some potential policyholders during the relevant time period, Universal Life made the most sense because it provided them with reliable death benefits while also allowing them to pay flexible premiums. For instance, I marketed a Universal Life policy to a friend who was starting a business that had unanticipated business costs and expenses. It was important to him to be able to pay flexible premiums. My friend also found that the Universal Life policy was less expensive than a whole life policy, and he could still get the same amount of coverage.

15. If a potential policyholder decided that a Universal Life policy best fit his or her needs and goals in looking for life insurance, during the relevant time period, I discussed in different ways the annualized premiums, cash surrender value, and the death benefits available under a Universal Life policy.

16. To explain a Universal Life policy to potential policyholders during the relevant time period, I discussed in different ways that they started with an initial premium and a death benefit. The policyholder then paid premiums, which State Farm Life would deduct a 5% premium expense charge from. The remaining premium amount would be added to the account value. Then, from the account value, State Farm Life would deduct the cost of insurance, the monthly charges for any riders, and the monthly expense charge.

17. I explained that over time the account value earns interest, and that the interest earned is added to the account value. I explained that the Universal Life policy provides a guaranteed minimum interest rate for the account value, but that interest rate on the account value can be higher.

18. During the relevant time period, I usually used illustrations to help explain the Universal Life policy. To develop the custom illustration, I collected information from the potential policyholder on his or her age and sex, as well as personal health characteristics (such as whether he or she was a smoker, had substandard health, or had any chronic health conditions) that would go into determining the person's likely rate class. The illustrations were different based on the potential policyholder's information. The tailor-made illustration allowed me to better answer potential

DECLARATION OF CRAIG JOHNSON
No. 3:19-cv-06025-BJR

4

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

1  policyholders' questions about how the Policy may perform given their choice of initial death benefit,
2  the death benefit option, and premium payment and the rate class I assumed they might be assigned
3  using information they had given me, prior to going through the State Farm Life underwriting process.
4  The potential-policyholder-specific illustrations also helped me to show the policy's potential account
5  value, cash surrender value, and death benefit under two scenarios: (a) the cost of insurance assuming
6  the rate class used for the illustration was later confirmed through State Farm Life underwriting and
7  the current interest rate applied, and (b) the cost of insurance assuming the maximum cost of insurance
8  rate and the minimum guaranteed interest rate applied. To make sure people understood how the Policy
9  worked, I often pointed out the policy's projections to show how the cost of insurance deductions
10 increased as the policyholder got older.

11   19.   I had different discussions with potential policyholders during the relevant time period
12 about the underwriting process, which was how State Farm Life confirmed policyholders' health
13 characteristics and other information affecting their rate class and determined the rate class that the
14 insured would be assigned. These discussions often came up when I created an illustration because I
15 would input what I anticipated the potential policyholder's rate class may be prior to the State Farm
16 underwriting process. The rate class assigned after the potential policyholder goes through
17 underwriting could be different from what I anticipated. I told potential policyholders that their
18 medical conditions, smoking, and underlying health conditions could impact their rate class and, along
19 with their age and sex, and their cost of insurance rate.

20   20.   Discussions about the differences in cost of insurance rates for policyholders depending
21 on sex would often come up when a husband and wife were buying a Universal Life policy together.
22 They would ask why the wife's cost of insurance was less than the husband's cost of insurance. I
23 would explain that the cost of insurance depends in part on the policyholder's gender, and women are
24 assigned a different cost of insurance rate than men because women are expected to live longer than
25 men. I would also often explain the differences in cost of insurance rates due to age by explaining that
26 younger people are assigned a different cost of insurance rate because they are expected to live longer
27 than older people purchasing the same policy.

28 DECLARATION OF CRAIG JOHNSON    5    BETTS, PATTERSON & MINES, P.S.
No. 3:19-cv-06025-BJR              One Convention Place, Suite 1400
                                   701 Pike Street
                                   Seattle, WA 98101-3927

21. I had different discussions with potential policyholders about rate class in which I explained during the relevant period to policyholders who smoked that they would be assigned a different rate class than non-smoking policyholders, and that the smoker's rate class would result in a higher cost of insurance rate than a non-smoker because non-smokers are expected to live longer. Potential policyholders understood that their underlying health conditions would affect their rate class and as a result their cost of insurance.

22. During the relevant time period, I sometimes used brochures that State Farm Life provided to help market and explain Universal Life policies. Sometimes I did not use brochures to help market and explain Universal Life policies. Those brochures are attached as Exhibits A and B.

23. Working as an independent contractor agent for State Farm for over forty years, I have marketed policies to many different types of people. For some time, my office was in Kent, Washington, which is a community with different income levels and demographics. I then moved in 1995 my office to Maple Valley, Washington, which during the relevant time period was also a community with different income levels and demographics.

24. During the relevant time period, I also served people of different demographics, different objectives, and different levels of familiarity with life insurance. For instance, I found differences between people in different family structures. I recall conversations with healthy single men in which we discussed that this was the perfect time to buy life insurance because their cost of insurance rate would likely be less expensive in light of their young age and healthy medical condition, but of course, that would need to be verified through State Farm underwriting. And I had conversations with parents buying life insurance for college children to cover college debt.

25. During the relevant time period, the people who I spoke to that purchased State Farm Life Universal Life policies rarely asked me questions about the cost of insurance deduction, but when they did, I described it as the cost of doing business.

26. When explaining a life insurance policy during the relevant time period, if the individual was married, both members of the couple would almost always come into my office together. I encouraged couples to come in together so that I would not have to explain the policy twice.

DECLARATION OF CRAIG JOHNSON
No. 3:19-cv-06025-BJR

6

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

1  I also think that couples came in together because of what buying life insurance meant. What I mean by that is that life insurance is a product that you buy out of love. You might be legally required to have auto insurance, but you are only buying a Universal Life policy in case of a tragic event, so that the people that you care about are taken care of.

27. I had some potential policyholders during the relevant time period come into my office with comparison Universal Life insurance policies from other companies. These people often wanted me to explain how the policies were different and why the prices were different.

28. When potential policyholders brought in comparison policies during the relevant time period, I made it a point to discuss State Farm Life's financial strength. I would tell people that sometimes a State Farm Life policy might be a little more expensive than another company's policies, but you can count on State Farm Life being able to pay out the policy's death benefit. It was my understanding that State Farm Life's rates weren't necessarily higher because of different mortality expectations, but because State Farm Life wanted to make sure it was a financially prudent company. I would tell potential policyholders that State Farm Life offers competitive prices and that, when the rubber meets the road, State Farm Life will be able to pay your death benefit. Over my long career, I had these conversations many times.

29. After someone purchased the State Farm Life Universal Life policy, they had a 30-day right to examine the policy, which meant that the Policy could be returned within 30 days of its receipt for a refund of all premiums paid. During the relevant time period, I had some policyholders, often engineers or teachers, that read the Policy from cover to cover. I knew that they read the Policy closely because of the depth of the questions that they asked. I would answer whatever questions they had on the Policy. These conversations with people that read the Policy thoroughly did not happen often. These individuals would ask me about how the Policy would perform over time and the specifics about the Policy's monthly deductions. I would explain the monthly deductions and the 5% premium expense charge. Most of the people to whom I marketed a Universal Life policy and who then bought the Policy did not have any questions during the 30-day right to examine period.

DECLARATION OF CRAIG JOHNSON
No. 3:19-cv-06025-BJR

7

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

30.  I make it a practice every other year to go through all the policyholders whose policies I service and to reach out to them for reviews on their policies. I would say that I have post-sale follow-up conversations with about 30-35% of those policyholders, including the policyholders that purchased a Universal Life policy during the relevant time period. I think these conversations are especially important with Universal Life policyholders because the cost of insurance deductions reduce the account value as the policyholder starts getting older. I want to make sure that these policies are funded.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th of March 2021 in Maple Valley, Washington.

_____
Craig Johnson

DECLARATION OF CRAIG JOHNSON
No. 3:19-cv-06025-BJR

8

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927