# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILLIAM T. WHITMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation<br><br>Defendant. | No. 3:19-cv-06025-BJR<br><br>DECLARATION OF SCOTT HUBERT |

DECLARATION OF SCOTT HUBERT
No. 3:19-cv-06025-BJR

1

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

I, Scott Hubert, have personal knowledge of the information below and declare as follows:

1. I am an independent contractor agent for State Farm Mutual Automobile Insurance Company ("State Farm"), the parent of State Farm Life Insurance Company ("State Farm Life") in Washington.

2. I am not an employee of State Farm.

3. As an independent contractor agent for State Farm, I provide information to potential policyholders on the many products State Farm offers that help people manage the risks of everyday life and recover from the unexpected so that potential policyholders can select the products of their choice. I provide information about insurance, the risks that make it necessary, how to protect individuals and their property from those risks, and how to help individuals achieve important goals for themselves and their families.

4. I am licensed to market, solicit, and service insurance in Washington. I have been an independent contractor agent for State Farm since 2001.

5. I received my Life Underwriter Training Council Fellow (LUTCF) from American College.

6. My office is located in Auburn, Washington. Most of the people I market insurance to are from the Auburn area. Auburn is a diverse community with people with different income levels, different levels of education, and different ages. There is a train from the city into Seattle and some people who live in Auburn commute into Seattle.

7. I understand that this lawsuit involves claims against State Farm Life relating to the Universal Life insurance policy issued on Form 94030, which was sold in Washington between 1994 and 2004 ("the Policy" or "Universal Life").

8. In my over 20-year career as an independent contractor agent for State Farm, I have marketed insurance policies to thousands of people. I have had many long conversations with potential policyholders about how Universal Life policies work and what their benefits are.

DECLARATION OF SCOTT HUBERT
No. 3:19-cv-06025-BJR

2

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

9. I have received training from State Farm Life on its life insurance products, including Universal Life insurance. I was trained on what the products are and their benefits to potential policyholders. I was also given guidance on ways to have discussions about the products with potential policyholders that focused on their particular needs and motivations in looking for life insurance, but I was not given a required script on what to say or how to say it. The way I interacted with potential policyholders was left up to me as an independent contractor agent.

10. I bought Universal Life policies for both of my sons, who are 27 and 24 years old. I bought these policies in Washington in 1995 and 1996, when I was working as an employee for another State Farm agent. I had my life insurance licenses at that time and decided that the Policy would be a good choice for my sons because their individual ages, gender, good health, and the fact that they did not smoke made them eligible for permanent life insurance coverage and a rate class assignment and cost of insurance rate that were economical.

11. Most of the insurance I marketed during the relevant period happened through in-person, individual discussions. During discussions of policyholders' Home or Auto insurance policies, we would also review their life insurance needs.

12. Sometimes, during those reviews, the question came up of whether the policyholder was ready financially for a tragic life event. If the potential policyholder expressed a need for protection, then we discussed life insurance. It was my custom and practice to start by discussing the differences between term insurance (for a set number of years) and permanent insurance (meaning whole life insurance or Universal Life insurance). I asked potential policyholders about the debts they would need to cover if someone passed away. I also asked potential policyholders their reasons for looking to buy life insurance.

13. During my 20-year career marketing life insurance products for State Farm Life, people have expressed lots of different reasons for why they are seeking life insurance. Some people want to protect something in their life, like their family's ability to pay off a mortgage. Some people need

DECLARATION OF SCOTT HUBERT
No. 3:19-cv-06025-BJR

3

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

1  income replacement in the event of the death of the primary breadwinner for the family so that their
2  family will still have money coming in. Connected to these financial needs, life events—like having
3  children, getting married, or buying a home—push people to buy life insurance.

4  14. During the relevant time period, if someone was more interested in permanent life insurance than term insurance, then I explained the differences between whole life insurance and Universal Life insurance. For some people, a Universal Life policy was a better choice. That was often because the premiums are flexible, and the amount of coverage is the same as a whole life policy. The flexible premiums could help people afford the Policy because if a life event happened that impacted their financial situation and income then they would be able to lower the premiums they pay.

15. During the relevant time period, when describing a Universal Life policy, it was my custom and practice to tell potential policyholders that it had three parts: the coverage amount, the account value, and the cash surrender value. I would explain these concepts at a high-level in a manner consistent with the terms of the policy.

16. It was my custom and practice during the relevant time period to explain the monthly deductions to potential policyholders, which includes: the $5 monthly expense charge, the cost of insurance, and the monthly charges for any riders. I would review what each deduction is, that the deduction is taken whether or not premiums are paid, as long as the cash surrender value is enough to cover that monthly deduction, and that the monthly deduction is made from the account value.

17. I also explained to potential policyholders that the account value earns interest. I would explain what the current interest rate was and then I would explain that the interest rate may fluctuate—go up or down—in the future. I would point out how State Farm Life guaranteed a minimum interest rate of at least 4% a year so that the account value would always be earning some interest.

18. During the relevant time period, when discussing how the Policy worked, it was my custom and practice to discuss the underwriting process, which was the process through which State

DECLARATION OF SCOTT HUBERT
No. 3:19-cv-06025-BJR

4

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

Farm Life confirmed each person's health characteristics and other information that affected rate class and determined which rate class the insured would be assigned.

19.     When discussing the underwriting process, it was my custom and practice during the relevant time period to discuss how age and sex impacted the cost of insurance rate. I would explain that men are assigned a different cost of insurance rate and have a higher cost of insurance rate than women because women are expected to live longer than men. I would explain that older people are assigned a different cost of insurance rate and have a higher cost of insurance rate than younger people because younger people are expected to live longer than older people.

20.     During the relevant time period, if a potential policyholder smoked or had an underlying health condition, I would tell them that they would be in a more expensive rate class than someone who did not smoke or have an underlying health condition, which would mean that they would have higher cost of insurance rates. I would explain that this was because it costs State Farm Life more to insure someone who smoked or had an underlying health condition than someone who did not.

21.     It was my custom and practice to also explain to potential policyholders that their rate class would be determined through State Farm Life's underwriting process. If the underwriting process discovered that the person was not as healthy as he or she thought, then this could cause the person to fall into a "substandard" rate class. I told potential policyholders that this was called being "table rated." I told potential policyholders that their rate class, along with their sex and age, would determine the cost of insurance rate and the amount of their monthly cost of insurance deduction. As part of these discussions, it was my custom and practice to explain that State Farm Life took on more risk by insuring people with underlying health conditions and so those people's rate class would be different and entail higher cost of insurance rates than a healthy person.

22.     I can remember instances during the relevant time period where potential policyholders had been table rated during the underwriting process because of an underlying health condition that

DECLARATION OF SCOTT HUBERT
No. 3:19-cv-06025-BJR

5

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

they did not know about or had failed to disclose in their application. As a result of being assigned a different rate class than we had initially discussed, their cost of insurance rates were higher. Some of those customers still purchased the Policy even after going through State Farm Life's underwriting process and being table rated.

23. After a potential policyholder has gone through the underwriting process and has been assigned a rate class, during the relevant time period my custom and practice was to have them come back into my office so that we could go over the final policy together. With term insurance, I typically made a phone call, but for a Universal Life policy, I tried to have people come into my office.

24. When the potential policyholder came back into my office during the relevant time period, it was my custom and practice to give them the policy form. We would not discuss the policy form's language, but we went over how the Policy would work, including the premiums, the monthly deductions, and the account value. I reminded policyholders of the need to continue monitoring the policy's account value.

25. In my conversations with potential policyholders during the relevant time period, I do not recall policyholders raising concerns or asking me questions about whether profits and expenses were a part of the cost of insurance rate. I think that is because most of the people that I spoke to understood that the company has to keep its lights on and pay other expenses that are part of the cost of doing business as an insurer.

26. It was my experience during the relevant time period that, for some potential policyholders, their budget was the main factor in deciding on the type of life insurance that they ultimately picked. I advised people that they should get as much coverage as they could afford within their budget. Potential policyholders wanted to know what coverage they could get for what price and by that I mean the potential policyholder wanted to understand what their financial obligations would be to ensure the Policy remained in force, so that if anything happened to them, their beneficiaries would receive the death benefit under the Policy.

DECLARATION OF SCOTT HUBERT
No. 3:19-cv-06025-BJR

6

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

27. During the relevant time period, I had close relationships with many of the policyholders that I marketed Universal Life insurance to because I had also marketed Auto and Home insurance policies to them. I think the people who purchased Universal Life policies from State Farm Life during the relevant time period bought them because they knew from their prior experience as policyholders that State Farm Life provided excellent service and was a financially strong, solvent and stable company, and they knew that I provided excellent service.

28. As I mentioned previously, I marketed policies to a diverse set of people. Given this wide variety of people, the questions that I fielded tended to vary with the demographics of the person that I was talking to. For instance, I found that some high-income individuals were more interested in the cash value aspect of the policy. Other individuals focused primarily on the death benefit.

29. I also had some people that purchased the Policy with a child as the named insured. If that was the case, then the conversations would be different from my conversations with people who purchased the Universal Life policy for themselves. I would tell people considering a Universal Life policy for their children that they would be able to lock in a lower cost of insurance rate for their child's Universal Life policy. I bought the Universal Life policies for my sons because I wanted them to have a Universal Life policy with a low cost of insurance rate.

30. Another way that potential policyholders differed was in their experience with different insurance companies. For example, during the relevant time period, some potential policyholders had life insurance policies from other companies. I was always willing to review policies from other insurers that the potential policyholder owned and explain how State Farm Life's policies were different or the same and how they compared.

Executed this 28th day of March, 2021 in Auburn, Washington.

*/s/ Scott Hubert*
Scott Hubert

DECLARATION OF SCOTT HUBERT
No. 3:19-cv-06025-BJR

7

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927