# DECLARATION OF MONICA FLORY FILED UNDER SEAL