# EXHIBIT A TO DECLARATION OF TIM CRABTREE FILED UNDER SEAL