# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILLIAM T. WHITMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation<br><br>Defendant. | No. 3:19-cv-06025-BJR<br><br>DECLARATION OF MARY JO HUDSON |

DECLARATION OF MARY JO HUDSON
No. 3:19-cv-06025-BJR

1

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

I, Mary Jo Hudson, have personal knowledge of the information below and declare as follows:

1. I am over the age of 18. I am competent to testify. I make this Declaration based upon personal knowledge.

2. I am the former Director of the Ohio Department of Insurance ("<u>Director</u>"), a cabinet-level position that I held from 2007 to 2011, and that is the equivalent of the "Insurance Commissioner" role in some states such as Washington. By virtue of that position, I served in a number of national leadership capacities that focused specifically on life insurance product regulation, solvency regulation, and market conduct regulation. I served in these positions through the National Association of Insurance Commissioners ("NAIC") and the Interstate Insurance Product Regulation Commission ("ICC"). I have served as an expert witness in matters involving insurance markets.

3. Attached as **Exhibit A** is a true and correct copy of the March 29, 2021 report and attachments that I prepared for the purposes of offering opinions in this matter. My report and its attachments contain the bases for my opinions as well as my qualifications. The statements in the report are true and correct to the best of my knowledge.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _29th_ of March, 2021 in <u>Columbus, Franklin County, Ohio</u>_____.

*/s/ Mary Jo Hudson*
_____
Mary Jo Hudson

DECLARATION OF MARY JO HUDSON
No. 3:19-cv-06025-BJR

2

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927