Case 3:19-cv-06025-BJR   Document 99-2   Filed 03/29/21   Page 1 of 1

**CONFIDENTIAL**

# EXHIBIT A

## Index of Materials Relied Upon

**ACTUARIAL MEMORANDA**

Illinois/Nationwide Actuarial Memorandum.VOGTM00001419PROD.pdf

1994 New Jersey Actuarial Memorandum. VOGTM00001398PROD.

2001 New Jersey Actuarial Memorandum. SFLIC-W-067057.

**CORRESPONDENCE WITH WASHINGTON**

1993.07.13 Letter from SF to WA regarding 94030. VOGT00005717PROD-VOGT00005730PROD.

1993 10.19.93 Letter from WA to SF regarding 94030. VOGT00005737PROD.

1993 10.26.93 Acknowledgement from SF to WA regarding 94030. VOGT00005737PROD.

**COURT FILINGS**

Plaintiff's Second Amended Class Action Complaint, Whitman Deposition, Ex. 4.

Defendant State Farm Life Ins. Co's Responses to Plaintiff's First Interrogatories.

**ADDITIONAL MATERIALS**

Plaintiffs' Declaration and Expert Report of Scott J. Witt and Exhibits.

Deposition transcripts and corresponding exhibits from this litigation.

NAIC Annual Statement Blank, Life/Accident/Health (2017), Exhibit 5, and related Interrogatories.

Academic articles, treatises, and other sources cited in this report.

Various statutes, model laws, case law, secondary and other sources cited in this report.