1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| WILLIAM T. WHITMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation<br><br>Defendant. | No. 3:19-cv-06025-BJR<br><br>DECLARATION OF CRAIG REYNOLDS |

DECLARATION OF CRAIG REYNOLDS
No. 3:19-cv-06025-BJR

1

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

I, Craig Reynolds, have personal knowledge of the information below and declare as follows:

1. I am over the age of 18. I am competent to testify. I make this Declaration based upon personal knowledge.

2. I co-manage Milliman's Seattle life insurance consulting practice and work primarily on assisting clients with development, analysis, and validation of long-term financial forecasts on a statutory and U.S. GAAP basis. Such forecasts are often used for product pricing, principles-based valuation or capital determination, risk management, statutory and GAAP projections and valuation, business planning, mergers and acquisitions, cash-flow testing, or litigation support. In recent years, most of my work has focused on designing, validating, and using such corporate models for asset-liability management, financial reporting, and business planning. I have also worked with companies to implement efficient stochastic pricing, reporting and valuation, and stochastic reserve and capital models. I have been involved in numerous major reinsurance and international merger and acquisition assignments, including post-purchase implementation of new financial reporting processes. I have extensive experience with pricing and modeling of many product types, including Universal Life, Traditional Life, and Variable, Fixed, and Indexed Annuities. I have served as an expert witness and supported experts in matters involving actuarial analysis.

3. Attached as **Exhibit A** is a true and correct copy of the March 29, 2021 report and attachments that I prepared for the purposes of offering opinions in this matter. My report and its attachments contain the bases for my opinions as well as my qualifications. The statements in the report are true and correct to the best of my knowledge.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th of March, 2021 in Lopez Island, WA.

DECLARATION OF CRAIG REYNOLDS
No. 3:19-cv-06025-BJR

2

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

1
2
3  _____
   Craig W. Reynolds, FSA, MAAA
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 DECLARATION OF CRAIG REYNOLDS            3            BETTS, PATTERSON & MINES, P.S.
   No. 3:19-cv-06025-BJR                                 One Convention Place, Suite 1400
                                                        701 Pike Street
                                                        Seattle, WA 98101-3927