# EXHIBIT A TO DECLARATION OF CRAIG REYNOLDS FILED UNDER SEAL