**Exhibit 2:  Supporting Analysis Files**
**Whitman vs State Farm Milliman Report**

| File | Description |
|---|---|
| Bally vs. SFLIC - Self Support and Lapse Support Results-20201220 | Projection results: self-support and lapse-support results |
| Bally vs. SFLIC-v11.6-20201220.zip | MG-ALFA® projection model for self-support and lapse-support results |
| AVIF Compare-20210329.xlsx | Compare account value development under various scenarios |
| MortandCOICompare-20210329.xlsx | Compare mortality rates to COI rates |
| Whitman vs. SFLIC-v11.6-202010329.zip | MG-ALFA projection model for account value development forecasts |