# Exhibit 3: Publications and Presentations
# Whitman vs State Farm Milliman Report

**Craig Reynolds Publications List**

1. "Tax Reform Impacts on Life Insurance Pricing and Profitability", Product Matters!, Jun 2018

2. "Loss Recognition Practice Survey", Milliman Insights Article, Nov 2017

3. "Industry Preparedness and Impact of FASB Targeted Improvements", The Financial Reporter, Sept 2017

4. "Proposed Changes to US GAAP: An impact analysis of proposed targeted improvements", Milliman Article, Jun 2017

5. "Giving Back by Helping Future Actuaries", The Actuary Magazine, Apr 2016

6. "Embracing Diversity and Inclusion", The Actuary Magazine, Feb 2016

7. "Five Essential Ideas for 2016", The Actuary Magazine, Dec 2015

8. "Letter from SOA President Craig Reynolds to American Academy of Actuaries Congratulating on 50th Anniversary", Society of Actuaries Presentation, Nov 2015

9. "Model Efficiency Study Results", SOA Research Report, Nov 2011

10. "Tax reform impacts on life insurance pricing and profitability", Milliman Insights Article, Feb 2014

11. "Modelling: A workable model", Milliman Insights Article, Dec 2010

12. "Model compression and stochastic modeling", Milliman Insights Article, Jun 2010

13. "Cluster Modeling: A New Technique To Improve Model Efficiency", CompAct, Jul 2009

14. "Replicating portfolios", Milliman Insights Article, Nov 2009

15. "Nested Stochastic Pricing: A Case Study", Product Matters, Oct 2008

16. "Cluster analysis: A spatial approach to actuarial modeling", Milliman Insights, Aug 2008

17. "Nested Stochastic Pricing: The Time Has Come", Product Matters, Jun 2008

18. "Hedging interest Rate Risk in Traditional Life and Health Products", Risks & Rewards, Feb 2008

19. "Interest Rate Hedging on Traditional Life and Health", Society of Actuaries Research Project, Sep 2007

20. "Frozen-Entry-Age Term Life Policies in Brazil: Learning to Deal with Long-Term

21. Risk the Hard Way" International Section News, Issue No. 41, April 2007

**Craig Reynolds Presentation List[1]**

1. "Session 030: Societal Impact of Actuarial Work", Society of Actuaries Presentation, Jan 2020

2. "Session 79 - Professionalism Debate", Society of Actuaries Presentation, Aug 2019

3. "Product Taxation Update", Society of Actuaries Presentation, May 2018

4. "Inforce Management: Professionalism Implications", Caribbean Actuarial Association Presentation, November, 2017

5. "GAAP Issues", Society of Actuaries Presentation, Sep 2004

6. "Introduction to Embedded Value", Society of Actuaries Presentation, Sep 2003

7. "Penetrating the Great Wall of China", Society of Actuaries Presentation,, Oct 2000

8. "Management Uses of Cash-Flow Testing", Society of Actuaries Presentation, Sep 1998

9. "Capitalizing On The Financial Reporting Process: What Does GAAP Tell US?", Society of Actuaries Presentation, Jun 1998

10. "Dynamic Financial Condition Analysis Update", Society of Actuaries Presentation, Jan 1998

11. "Dynamic Financial Condition Analysis Update", Society of Actuaries Presentation,, Oct 1997

12. "Current Issues in Life Insurance Pricing", Society of Actuaries Presentation,, Oct 1997

13. "Forum on Dynamic Solvency", Society of Actuaries Presentation,, May 1994

14. "Dynamic Solvency Task Force", Society of Actuaries Presentation,, Oct 1993

15. "SFAS 97", Society of Actuaries Presentation,, May 1993

16. "Financial Management of a Diverse Portfolio of Liabilities", Society of Actuaries Presentation, Apr 1991

---

[1] Does not include dozens of presentations to employers, actuarial clubs, and actuarial associations on matters related to my responsibilities as an officer of the SOA, generally not on technical topics.