**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| WILLIAM T. WHITMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation<br><br>Defendant. | No. 3:19-cv-06025-BJR<br><br>DECLARATION OF LAUREN STIROH |

DECLARATION OF LAUREN STIROH
No. 3:19-cv-06025-BJR

1

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

I, Lauren Stiroh, have personal knowledge of the information below and declare as follows:

1. I am over the age of 18. I am competent to testify. I make this Declaration based upon personal knowledge.

2. I am an economist and Managing Director of NERA Economic Consulting. NERA provides research and analysis in the field of applied microeconomics, including the economics of competition, healthcare, pharmaceuticals, regulation, and finance. A substantial portion of my work, as well as NERA's consulting work, includes class certification and the determination of economic damages.

3. Attached as **Exhibit A** is a true and correct copy of the March 29, 2021 report and attachments that I prepared for the purposes of offering opinions in this matter. My report and its attachments contain the bases for my opinions as well as my qualifications. The statements in the report are true and correct to the best of my knowledge.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th of March, 2021 in Scarsdale, NY.

_____
Lauren Stiroh

DECLARATION OF LAUREN STIROH
No. 3:19-cv-06025-BJR

2

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927