# EXHIBIT A TO DECLARATION OF LAUREN STIROH FILED UNDER SEAL