# EXHIBIT 3 TO EXPERT REPORT OF LAUREN STIROH FILED UNDER SEAL