# EXHIBIT 4 TO EXPERT REPORT OF LAUREN STIROH FILED UNDER SEAL