# EXHIBIT 5 TO EXPERT REPORT OF LAUREN STIROH FILED UNDER SEAL