# EXHIBIT 6 TO EXPERT REPORT OF LAUREN STIROH FILED UNDER SEAL