# EXHIBIT 7 TO EXPERT REPORT OF LAUREN STIROH FILED UNDER SEAL