# EXHIBIT 8 TO EXPERT REPORT OF LAUREN STIROH FILED UNDER SEAL