# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILLIAM T. WHITMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation<br><br>Defendant. | No. 3:19-cv-06025-BJR<br><br>DECLARATION OF REBECCA KIRK FAIR |

DECLARATION OF REBECCA KIRK FAIR
No. 3:19-cv-06025-BJR

1

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

I, Rebecca Kirk Fair, have personal knowledge of the information below and declare as follows:

1. I am over the age of 18. I am competent to testify. I make this Declaration based upon personal knowledge.

2. I am a Managing Principal at Analysis Group, Inc., a consulting firm headquartered in Boston, Massachusetts. My experience includes assessing consumer behavior, perception, and understanding both through qualitative and empirical work, including statistical analyses and consumer surveys. I have served as an expert witness and supported experts in matters involving economic analyses, data analytics, valuation, and the design, implementation, and evaluation of primary research.

3. Attached as **Exhibit A** is a true and correct copy of the March 29, 2021 report and attachments that I prepared for the purposes of offering opinions in this matter. My report and its attachments contain the bases for my opinions as well as my qualifications. The statements in the report are true and correct to the best of my knowledge.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th of March, 2021 in  Boston, MA                .

_____
Rebecca Kirk Fair

DECLARATION OF REBECCA KIRK FAIR
No. 3:19-cv-06025-BJR

2

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927