# EXHIBIT A TO DECLARATION OF REBECCA KIRK FAIR FILED UNDER SEAL