# EXHIBIT 1 TO EXPERT REPORT OF REBECCA KIRK FAIR FILED UNDER SEAL