# EXHIBIT 2 TO EXPERT REPORT OF REBECCA KIRK FAIR FILED UNDER SEAL