# EXHIBIT 3 TO EXPERT REPORT OF REBECCA KIRK FAIR FILED UNDER SEAL