# EXHIBIT A TO DECLARATION OF ALAN R. HENDREN FILED UNDER SEAL