# EXHIBIT B TO DECLARATION OF ALAN R. HENDREN FILED UNDER SEAL