# EXHIBIT C TO DECLARATION OF ALAN R. HENDREN FILED UNDER SEAL