# EXHIBIT D TO DECLARATION OF ALAN R. HENDREN FILED UNDER SEAL