# Exhibit E

TH/JB



**STATE OF ILLINOIS**
**DEPARTMENT OF INSURANCE**
320 WEST WASHINGTON STREET
SPRINGFIELD, ILLINOIS 62767

RECE'
STATE F/

JUL 16

HOME OFFICE
ACTUARIAL DEPARTMENT

July 15, 1993

remove from Ill notice

Terry L. Huff, F.S.A.
Actuary
State Farm Life Insurance Company
1 State Farm Plaza (B-1)
Bloomington, Illinois 61710

> Re: Universal Life Annual Notices
> Your Letter Dated June 28, 1993

Dear Mr. Huff:

Thank you for your letter.

We have decided to drop our requirement to disclose plan mortality deduction and expense charges for the next policy year. Although we have always required this information to be disclosed on the Annual Report, we question the value of this information and we are dropping this requirement for all Universal Life filings approved on or after June 25, 1993.

Please let us know if you have any questions.

Very truly yours,

Charles J. Budinger, CLU
Supervising Insurance Analyst
L/A&H Compliance Unit
(217) 782-4572

CJB:mdw

TH

## GENERAL TRANSMITTAL SHEET

PAGE 1 OF 1

1) COMPANY NAME           STATE FARM LIFE INSURANCE COMPANY
2) COMPANY FEIN           37-0533090
3) COMPANY FILING NUMBER  SFL9306031
4) COMPANY CONTACT PERSON TERRY L. HUFF
5) CONTACT PERSON PHONE # (309) 766-2763
6) SUBMITTAL DATE         June 3, 1993
   CALCULATIONS FILED
   Annual Report filed
   Summary filed
7) NEW POLICY FORMS

Approved __JUN 2 5 1993__
Under Rule 916 for Life Business
State of Illinois
Department of Insurance
DIRECTOR OF INSURANCE

| (a) SEQ # | (b) NEW POLICY FORM # | (c) CAT | (d) TYPE | (e) CODE | (f) SUB-CODE | (g) P/N |
|---|---|---|---|---|---|---|
| 1 | 94030 | INL | POL | UNL | FLP | P |
| 2 | 94126 | INL | OER | TEL | LEB | |
| 3 | 94141 | INL | OER | CIB | LEB | |
| 4 | 94206 | INL | OER | WOP | | |
| 5 | 94226 | INL | OER | ACD | | |
| 6 | 94251 | INL | OER | GUI | | |
| 7 | 94305 | INL | OER | EXC | | |
| 8 | 94306 | INL | OER | EXC | | |
| 9 | 94307 | INL | OER | EXC | | |
| 10 | 94308 | INL | OER | EXC | | |

8) **NEW ATTACHMENTS** (Required Endorsement/Rider(Type RER), Matrix/insert page (Type MIP)) to be added to every policy form listed in Section 7 and/or Section 9. If the attachments do not attach to all policy forms listed in Section 7 and/or Section 9, those attachments must be submitted on a separate transmittal sheet.

| (a) SEQ # | (b) NEW ATTACHMENT FORM # | (c) CAT | (d) TYPE | (e) CODE | (f) SUB-CODE |
|---|---|---|---|---|---|
| | | | | | |

9) **PREVIOUSLY APPROVED POLICY FORMS** If the new attachments (Type RER and END), in Section 8 are to be added to a previously approved policy form, list below.

PREVIOUSLY APPROVED POLICY
(a) FILING #              (b) FORM #

10) **PREVIOUSLY APPROVED ATTACHMENTS** If a previously approved attachment is to be used with a new policy form listed in Section 7, list those attachments below.

PREVIOUSLY APPROVED ATTACHMENT
(a) FILING #              (b) FORM #

RECEIVED
STATE FARM LIFE
JUN 3 0 1993
HOME OFFICE
ACTUARIAL DEPARTMENT

Vogt, Michael G. v. SFLIC

VOGTM00003948PROD

Vogt, Michael G. v. SFLIC

VOGTM00003949PROD