# EXHIBIT F TO DECLARATION OF ALAN R. HENDREN FILED UNDER SEAL