# EXHIBIT G TO DECLARATION OF ALAN R. HENDREN FILED UNDER SEAL