# EXHIBIT J TO DECLARATION OF ALAN R. HENDREN FILED UNDER SEAL