# EXHIBIT 1 TO DECLARATION OF CARI K. DAWSON FILED UNDER SEAL