# EXHIBIT 3 TO DECLARATION OF CARI K. DAWSON FILED UNDER SEAL