# EXHIBIT 4

CONFIDENTIAL
WHITMAN v SFLIC
SFLIC-W-00002071166



DEFENDANT'S EXHIBIT 13

W.P. 3/1/21
Defendant's William Whitman 13

STATE FARM LIFE INSURANCE COMPANY
1555 PROMONTORY CIRCLE
GREELEY CO  80638-0001

BANK ONE, NA, OHIO

2700784298
56-1544/441

October 27, 2004

PAY**************$2,000.00***

PAY
TO THE
ORDER
OF

WILLIAM T WHITMAN
3415 115TH AVE NE APT 236
BELLEVUE WA  98004-7696

Chairman

Treasurer
VOID IF GREEN COLORED BACKGROUND IS MISSING

LOAN LF-1853-4088

⑈0000 200000⑈

Redacted - Confidential Banking Information

