# EXHIBIT 5

CONFIDENTIAL                                                                 WHITMAN v SFLIC                                    SFLIC-W-000207165





STATE FARM LIFE INSURANCE COMPANY
1555 PROMONTORY CIRCLE
GREELEY CO  80638-0001

BANK ONE, NA, OHIO

2700962347
66-1544,441

January 27, 2006

PAY**************$2,005.91***

PAY TO THE ORDER OF

WILLIAM T WHITMAN
18210 NE 112TH WAY APT 3094
REDMOND WA  98052-7405

Edward B Rust Jr.
Chairman

Michael F Tipsord
Treasurer

LOAN LF-1853-4088

VOID IF GREEN COLORED BACKGROUND IS MISSING

Redacted - Confidential Banking Information



14
William Whitman
Defendant's
W.P. 3/1/21

