# EXHIBIT 6 TO DECLARATION OF CARI K. DAWSON FILED UNDER SEAL