# EXHIBIT 7 TO DECLARATION OF CARI K. DAWSON FILED UNDER SEAL