# EXHIBIT 8 TO DECLARATION OF CARI K. DAWSON FILED UNDER SEAL