# EXHIBIT 9 TO DECLARATION OF CARI K. DAWSON FILED UNDER SEAL