# EXHIBIT 11 TO DECLARATION OF CARI K. DAWSON FILED UNDER SEAL