**The Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM T. WHITMAN, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation,

Defendant.

NO. 3:19-cv-06025-BJR

DEFENDANT'S LCR 7(n) NOTICE OF SUPPLEMENTAL AUTHORITY

## I.   NOTICE OF SUPPLEMENTAL AUTHORITY

State Farm files this LCR 7(n) Notice of Supplemental Authority to bring to the Court's attention relevant authority issued after the date of State Farm's last brief on March 29, 2021. Attached as Exhibit 1 is a copy of *Olean Wholesale Grocery Coop., Inc., v. Bumble Bee Foods, LLC*, which the Ninth Circuit Court of Appeals decided on April 6, 2021.

DEFENDANT'S LCR 7(n) NOTICE OF
SUPPLEMENTAL AUTHORITY – NO. 3:19-cv-
06025-BJR

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Document1/041221 2120/8544-0039

1

DATED this 13th day of April, 2021.

2
BETTS, PATTERSON & MINES, P.S.

3

4
By  /s Joseph D. Hampton

By  /s Kara A. Tredway

5
    Joseph D. Hampton, WSBA #15297

    Kara A. Tredway, WSBA #44984

6
Betts, Patterson & Mines, P.S.

One Convention Place, Suite 1400

7
701 Pike Street

Seattle WA 98101-3927

8
Telephone:   (206) 292-9988

Facsimile:   (206) 343-7053

9
E-mail:       jhampton@bpmlaw.com

E-mail:       ktredway@bpmlaw.com

10

11
STINSON LLP

12

13
By  /s Todd Noteboom, *pro hac vice*

    Todd Noteboom, *pro hac vice*

14
Stinson LLP

50 South Sixth Street, Suite 2600

15
Minneapolis, MN 55402

Telephone:   612-335-1894

16
E mail:       todd.noteboom@stinson.com

17
STINSON LLP

18

19
By  /s Jeremy A. Root, *pro hac vice*

    Jeremy A. Root, *pro hac vice*

20
Stinson LLP

50 South Sixth Street, Suite 2600

21
Minneapolis, MN 55402

Telephone:   612-335-1894

22
E mail:       jeremy.root@stinson.com

23

24

25

DEFENDANT'S LCR 7(n) NOTICE OF
SUPPLEMENTAL AUTHORITY – NO. 3:19-cv-
06025-BJR

- 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Document1/041221 2120/8544-0039

1

2

ALSTON & BIRD

3

By_ /s Cari Dawson, *pro hac vice*

4

By_ /s Tiffany Powers, *pro hac vice*
   Cari Dawson, *pro hac vice*

5

   Tiffany Powers, *pro hac vice*

Alston & Bird

6

One Atlantic Center

1201 West Peachtree Street, Suite 4900

7

Atlanta, GA 30309-3424

Telephone:   404-881-7000

8

Fax:         404-881-7777

E mail:      tiffany.powers@alston.com

9

E mail:      cari.dawson@alston.com

10

GIBSON DUNN

11

12

By_ /s Deborah L. Stein, *pro hac vice*
   Deborah L. Stein, *pro hac vice*

13

Gibson Dunn

14

333 South Grand Avenue

Los Angeles, CA 90071-3197

15

Telephone:   213-229-7164

Facsimile:   213-229-6164

16

E mail:      dstein@gibsondunn.com

17

Attorneys for Defendant State Farm Life

18

Insurance Company

19

20

21

22

23

24

25

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## CERTIFICATE OF SERVICE

I, Joseph D. Hampton, hereby certify that on April 13, 2021, I electronically filed the following:

- **Defendant's LCR 7(n) Notice of Supplemental Authority; and**

- **Certificate of Service;**

with the Court using the CM/ECF system which will send notification of such filing to the following:

**Counsel for Plaintiff Whitman**:
Kim D. Stephens
Rebecca Luise Solomon
Tousley Brain Stephens
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
206-682-5600
E-mail: kstephens@tousley.com
E-mail: rsolomon@tousley.com

**Counsel for Plaintiff Whitman**:
John J Schirger, *pro hac vice*
Joseph M Feierabend, *pro hac vice*
Miller Schirger LLC
4520 Main Street, Suite 1570
Kansas City, MO 64111
E-mail: jschirger@millerschirger.com
E-mail: jfeierabend@millerschirger.com

**Counsel for Plaintiff Whitman**:
Ethan M Lange, *pro hac vice*
Matthew W. Lytle, *pro hac vice*
Norman E. Siegel, *pro hac vice*
Lindsay T. Perkins, *pro hac vice*
Stueve Siegel Hanson
460 Nichols Road, Suite 200
Kansas City, MO 64112
E-mail: lange@stuevesiegel.com
E-mail: mlytle@millerschirger.com
E-mail: siegel@stuevesiegel.com
E-mail: perkins@stuevesiegel.com

**Counsel for Plaintiff Whitman**:
Stephen R Basser, *pro hac vice*
Barrack Rodos & Bacine
600 W. Broadway, Suite 900
San Diego, CA 92101
E-mail: sbasser@barrack.com

*Counsel for Plaintiff Whitman*:
Joseph Gentile (pro hac vice forthcoming)
Ronen Sarraf (pro hac vice forthcoming)
14 Bond Street #212
Great Neck, NY 11021
E-mail: joseph@sarrafgentile.com
E-mail: ronen@sarrafgentile.com

DEFENDANT'S LCR 7(n) NOTICE OF
SUPPLEMENTAL AUTHORITY – NO. 3:19-cv-
06025-BJR

- 4 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Document1/041221 2120/8544-0039

1

Dated this 13th day of April, 2021.

2

BETTS, PATTERSON & MINES, P.S.

3

4

By   /s Joseph D. Hampton
By   /s Kara A. Tredway

5

Joseph D. Hampton, WSBA #15297
Kara A. Tredway, WSBA #44984

6

Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400

7

701 Pike Street
Seattle WA 98101-3927

8

Telephone:   (206) 292-9988
Facsimile:   (206) 343-7053

9

E-mail:      jhampton@bpmlaw.com
E-mail:      ktredway@bpmlaw.com

10

11

STINSON LLP

12

13

By /s Todd A. Noteboom (pro hac vice)

14

Todd A. Noteboom, *pro hac vice*
Stinson LLP

15

50 South Sixth Street, Suite 2600
Minneapolis, MN 55402

16

Telephone:   612-335-1894
E mail:      todd.noteboom@stinson.com

17

18

STINSON LLP

19

20

By /s Jeremy A. Root (pro hac vice)

Jeremy A. Root, *pro hac vice*
Stinson LLP

21

230 W. McCarty Street
Jefferson City, MO 65101

22

Telephone:   573-636-6263

23

E mail:      jeremy.root@stinson.com

24

25

DEFENDANT'S LCR 7(n) NOTICE OF
SUPPLEMENTAL AUTHORITY – NO. 3:19-cv-
06025-BJR

- 5 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Document1/041221 2120/8544-0039

ALSTON & BIRD


By /s Tiffany Powers *(pro hac vice)*
By /s Cari K. Dawson *(pro hac vice)*
      Tiffany Powers, *pro hac vice*
      Cari K. Dawson, *pro hac vice*
Alston & Bird
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone:    404-881-7000
E-mail:        tiffany.powers@alston.com
E-mail:        cari.dawson@alston.com


GIBSON DUNN


By   /s Deborah L. Stein, *pro hac vice*
      Deborah L. Stein, *pro hac vice*
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213-229-7164
Facsimile:   213-229-6164
E mail:        dstein@gibsondunn.com

Attorneys for Defendant State Farm Life
Insurance Company

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988