**The Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM T. WHITMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | NO. 3:19-cv-06025-BJR<br><br>DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING |

### I. MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING

Eight days after State Farm filed its opposition to Plaintiff's motion for class certification, the Ninth Circuit issued an important new decision, *Olean Wholesale Grocery Coop., Inc., v. Bumble Bee Foods, LLC*, ___ F.3d ____, 2021 WL 1257845 (9th Cir. Apr. 6, 2021), that bears directly on the class certification issues here. The new decision articulates for the first time the Ninth Circuit's statement of the proper burden of proof at the class certification stage. It also sets out a roadmap for district courts within the Circuit to guide their analytical responsibilities and

DEFENDANT'S MOTION FOR LEAVE TO
FILE SUPPLEMENTAL BRIEFING –   - 1 -
NO. 3:19-cv-06025-BJR

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

decisional duties under Rule 23 and refines the role of predominance in class certification in this Circuit. Because *Olean Wholesale* sets out important guidelines for many of the issues raised by Plaintiff's motion, State Farm respectfully requests leave to file a supplemental brief addressing the *Olean Wholesale* decision.

Although Plaintiff's reply cited *Olean* (Dkt. 110 at 11), State Farm has not had the opportunity to address it at all. To ensure that the Court has the benefit of full briefing on the multiple new guidelines set out by the Ninth Circuit in its decision, State Farm seeks leave to file a 10-page supplemental brief limited to discussing *Olean Wholesale* and its implications on the pending class certification issues. No delay in the proceedings will occur because State Farm is prepared to file its supplemental brief on Monday, April 19, 2021. State Farm attaches a proposed order.

## II. MEET AND CONFER CERTIFICATION

On April 12, 2021, State Farm and Plaintiff met and conferred by telephone about State Farm's request to file supplemental briefing on *Olean Wholesale*. Plaintiff's counsel opposed any supplemental briefing on the new decision. Plaintiff's counsel also refused State Farm's invitation to address this opposed supplemental-briefing motion on an expedited basis.

DEFENDANT'S MOTION FOR LEAVE TO
FILE SUPPLEMENTAL BRIEFING –
NO. 3:19-cv-06025-BJR

- 2 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

DATED this 13th day of April, 2021.

        BETTS, PATTERSON & MINES, P.S.

By  /s Joseph D. Hampton
By  /s Kara A. Tredway
   Joseph D. Hampton, WSBA #15297
   Kara A. Tredway, WSBA #44984
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA 98101-3927
Telephone:  (206) 292-9988
Facsimile:  (206) 343-7053
E-mail:  jhampton@bpmlaw.com
E-mail:  ktredway@bpmlaw.com

STINSON LLP


By  /s Todd Noteboom, *pro hac vice*
   Todd Noteboom, *pro hac vice*
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone:  612-335-1894
E mail:  todd.noteboom@stinson.com

STINSON LLP


By  /s Jeremy A. Root, *pro hac vice*
   Jeremy A. Root, *pro hac vice*
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone:  612-335-1894
E mail:  jeremy.root@stinson.com

DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING – NO. 3:19-cv-06025-BJR   - 3 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

ALSTON & BIRD

By  /s Cari Dawson, *pro hac vice*
By  /s Tiffany Powers, *pro hac vice*
   Cari Dawson, *pro hac vice*
   Tiffany Powers, *pro hac vice*
Alston & Bird
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone:   404-881-7000
Fax:              404-881-7777
E mail:         tiffany.powers@alston.com
E mail:         cari.dawson@alston.com

GIBSON DUNN

By  /s Deborah L. Stein, *pro hac vice*
   Deborah L. Stein, *pro hac vice*
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213-229-7164
Facsimile:    213-229-6164
E mail:          dstein@gibsondunn.com

Attorneys for Defendant State Farm Life Insurance Company

DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING – NO. 3:19-cv-06025-BJR    - 4 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

# CERTIFICATE OF SERVICE

I, Joseph D. Hampton, hereby certify that on April 13, 2021, I electronically filed the following:

- **Defendant's Motion for Leave to File Supplemental Briefing; and**
- **Certificate of Service;**

with the Court using the CM/ECF system which will send notification of such filing to the following:

**Counsel for Plaintiff Whitman**:
Kim D. Stephens
Rebecca Luise Solomon
Tousley Brain Stephens
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
206-682-5600
E-mail: kstephens@tousley.com
E-mail: rsolomon@tousley.com

**Counsel for Plaintiff Whitman**:
John J Schirger, *pro hac vice*
Joseph M Feierabend, *pro hac vice*
Miller Schirger LLC
4520 Main Street, Suite 1570
Kansas City, MO 64111
E-mail: jschirger@millerschirger.com
E-mail: jfeierabend@millerschirger.com

**Counsel for Plaintiff Whitman**:
Ethan M Lange, *pro hac vice*
Matthew W. Lytle, *pro hac vice*
Norman E. Siegel, *pro hac vice*
Lindsay T. Perkins, *pro hac vice*
Stueve Siegel Hanson
460 Nichols Road, Suite 200
Kansas City, MO 64112
E-mail: lange@stuevesiegel.com
E-mail: mlytle@millerschirger.com
E-mail: siegel@stuevesiegel.com
E-mail: perkins@stuevesiegel.com

**Counsel for Plaintiff Whitman**:
Stephen R Basser, *pro hac vice*
Barrack Rodos & Bacine
600 W. Broadway, Suite 900
San Diego, CA 92101
E-mail: sbasser@barrack.com

*Counsel for Plaintiff Whitman*:
Joseph Gentile (pro hac vice forthcoming)
Ronen Sarraf (pro hac vice forthcoming)
14 Bond Street #212
Great Neck, NY 11021
E-mail: joseph@sarrafgentile.com
E-mail: ronen@sarrafgentile.com

DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING – NO. 3:19-cv-06025-BJR   - 5 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Dated this 13th day of April, 2021.

        BETTS, PATTERSON & MINES, P.S.

By  /s Joseph D. Hampton
By  /s Kara A. Tredway
    Joseph D. Hampton, WSBA #15297
    Kara A. Tredway, WSBA #44984
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA 98101-3927
Telephone:   (206) 292-9988
Facsimile:   (206) 343-7053
E-mail:      jhampton@bpmlaw.com
E-mail:      ktredway@bpmlaw.com

STINSON LLP

By /s Todd A. Noteboom *(pro hac vice)*
    Todd A. Noteboom, *pro hac vice*
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone:   612-335-1894
E mail:      todd.noteboom@stinson.com

STINSON LLP

By /s Jeremy A. Root *(pro hac vice)*
    Jeremy A. Root, *pro hac vice*
Stinson LLP
230 W. McCarty Street
Jefferson City, MO 65101
Telephone:   573-636-6263
E mail:      jeremy.root@stinson.com

DEFENDANT'S MOTION FOR LEAVE TO
FILE SUPPLEMENTAL BRIEFING –           - 6 -
NO. 3:19-cv-06025-BJR

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

ALSTON & BIRD

By /s Tiffany Powers *(pro hac vice)*
By /s Cari K. Dawson *(pro hac vice)*
    Tiffany Powers, *pro hac vice*
    Cari K. Dawson, *pro hac vice*
Alston & Bird
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone:     404-881-7000
E-mail:         tiffany.powers@alston.com
E-mail:         cari.dawson@alston.com


GIBSON DUNN


By   /s Deborah L. Stein, *pro hac vice*
    Deborah L. Stein, *pro hac vice*
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213-229-7164
Facsimile:   213-229-6164
E mail:       dstein@gibsondunn.com

Attorneys for Defendant State Farm Life Insurance Company

DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING – NO. 3:19-cv-06025-BJR    - 7 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988