The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM T. WHITMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | NO. 3:19-cv-06025-BJR<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING |

Upon the Motion of Defendant for leave to file supplemental briefing limited to discussing *Olean Wholesale* and its implications on the pending class certification issues, it is hereby ORDERED that the motion is GRANTED.

State Farm is granted leave to file a 10-page supplemental brief discussing the implications of *Olean Wholesale*. State Farm must file its supplemental brief by April 19, 2021.

**[PROPOSED]** ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING –
NO. 3:19-cv-06025-BJR

- 1 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1692050.doc/041221 2134/8544-0039

IT IS SO ORDERED

DATED this _____ day of _____, 2021.

_____
Honorable Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

Presented by:

BETTS, PATTERSON & MINES, P.S.


By   /s Joseph D. Hampton
By   /s Kara A. Tredway
    Joseph D. Hampton, WSBA #15297
    Kara A. Tredway, WSBA #44984
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:   (206) 292-9988
Facsimile:   (206) 343-7053
E-mail:      jhampton@bpmlaw.com
E-mail:      ktredway@bpmlaw.com

STINSON LLP


By   /s Todd Noteboom, *pro hac vice*
    Todd Noteboom, *pro hac vice*
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone:   612-335-1894
E mail:      todd.noteboom@stinson.com

**[PROPOSED]** ORDER GRANTING
DEFENDANT'S MOTION FOR LEAVE TO
FILE SUPPLEMENTAL BRIEFING  –
NO. 3:19-cv-06025-BJR

- 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1692050.doc/041221 2134/8544-0039

STINSON LLP

By  /s Jeremy A. Root, *pro hac vice*
    Jeremy A. Root, *pro hac vice*
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone:   612-335-1894
E mail:        jeremy.root@stinson.com

ALSTON & BIRD

By  /s Cari Dawson, *pro hac vice*
By  /s Tiffany Powers, *pro hac vice*
    Cari Dawson, *pro hac vice*
    Tiffany Powers, *pro hac vice*
Alston & Bird
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309-3424
Telephone:   404-881-7000
Fax:              404-881-7777
E mail:         tiffany.powers@alston.com
E mail:         cari.dawson@alston.com

GIBSON DUNN

By  /s Deborah L. Stein, *pro hac vice*
Deborah L. Stein, *pro hac vice*
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213-229-7164
Facsimile:    213-229-6164
E mail:         dstein@gibsondunn.com

Attorneys for Defendant State Farm Life Insurance Company

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING – NO. 3:19-cv-06025-BJR

- 3 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1692050.doc/041221 2134/8544-0039