The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM T. WHITMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | NO. 3:19-cv-06025-BJR<br><br>**PLAINTIFF'S BRIEF IN OPPOSITION TO STATE FARM'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING** |

After obtaining an extended briefing period and enlargement of the page limits for the parties' principal briefs on Plaintiff's Motion for Class Certification (*see* Docs. 59, 61-64), State Farm now seeks leave to file an additional ten pages of briefing (Doc. 113) on Plaintiff's motion to make arguments regarding a Ninth Circuit decision, *Olean Wholesale Grocery Coop., Inc. v. Bumble Bee Foods LLC*, ---F.3d----, 2021 WL 1257845 (9th Cir. Apr. 6, 2021), that issued after State Farm filed its opposition brief. Plaintiff respectfully opposes State Farm's motion for leave because State Farm's request is inconsistent with this Court's Local Civil Rules on the procedure for alerting the Court to relevant authority issued after the date the party's last brief was filed, which provides that "a party may bring to the court's attention relevant authority issued after the

PLAINTIFF'S BRIEF IN OPPOSITION TO STATE FARM'S
MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING
NO. 3:19-CV-06025-BJR - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

date the party's last brief was filed by serving and filing a Notice of Supplemental Authority that attaches the supplemental authority *without argument*." LCR 7(n) (emphasis added).

State Farm filed a Notice of Supplemental Authority alerting this Court to the *Olean* decision pursuant to this Local Rule, *see* Doc. 112. Yet, State Farm's motion for leave to file a supplemental brief to make arguments regarding *Olean*—in addition to providing its Notice of *Olean*—does not even reference this Local Rule, which explicitly does *not* permit argument regarding supplemental authority, or explain any justification for departing from this Rule to file ten pages of argument on *Olean*. For these reasons, Plaintiff respectfully requests that State Farm's Motion for Leave to File Supplemental Briefing regarding *Olean* be denied. Plaintiff further respectfully requests that if State Farm's motion is granted, that Plaintiff be permitted to respond to State Farm's supplemental briefing with a brief of the same number of pages as that provided to State Farm.

Dated: April 14, 2021            TOUSLEY BRAIN STEPHENS PLLC

By:     *s/ Kim D. Stephens*
        Kim D. Stephens, P.S. WSBA #11984

By:     *s/ Rebecca L. Solomon*
        Rebecca L. Solomon, WSBA #51520

        1700 Seventh Avenue, Suite 2200
        Seattle, Washington 98101
        Tel:    206.682.5600/Fax: 206.682.2992
        Email:  kstephens@tousley.com
                rsolomon@tousley.com

        Norman E. Siegel (*admitted pro hac vice*)
        siegel@stuevesiegel.com
        Lindsay Todd Perkins (*admitted pro hac vice*)
        perkins@stuevesiegel.com
        Ethan Lange (*admitted pro hac vice*)
        lange@stuevesiegel.com
        STUEVE SIEGEL HANSON LLP
        460 Nichols Road, Suite 200
        Kansas City, Missouri 64112

PLAINTIFF'S BRIEF IN OPPOSITION TO STATE FARM'S
MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING
NO. 3:19-CV-06025-BJR - 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Tel: 816-714-7100
Fax: 816-714-7101

John J. Schirger *(admitted pro hac vice)*
jschirger@millerschirger.com
Matthew W. Lytle *(admitted pro hac vice)*
mlytle@millerschirger.com
Joseph M. Feierabend *(admitted pro hac vice)*
jfeierabend@millerschirger.com
MILLER SCHIRGER, LLC
4520 Main Street, Suite 1570
Kansas City, Missouri 64111
Tel: 816-561-6500
Fax: 816-561-6501

Stephen R. Basser (*admitted pro hac vice*)
sbasser@barrack.com
BARRACK, RODOS & BACINE
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Tel: 619-230-0800
Fax: 619-230-1874

Joseph Gentile
joseph@sarrafgentile.com
Ronen Sarraf
ronen@sarrafgentile.com
SARRAF GENTILE LLP
14 Bond Street #212
Great Neck, NY 11021
Tel: 516-699-8890
Fax: 516-699-8968

***Attorneys for Plaintiff, William T. Whitman***
4853-2113-4053, v. 1

---

PLAINTIFF'S BRIEF IN OPPOSITION TO STATE FARM'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING
NO. 3:19-CV-06025-BJR - 3

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992