|   |   |
|---|---|
| 1 |   |
| 2 |   |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| WILLIAM T. WHITMAN, individually and on behalf of all others similarly situated, | NO. 3:19-cv-06025-BJR |
|---|---|
| Plaintiffs, | ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING |
| v. |   |
| STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation, |   |
| Defendant. |   |

This matter is before the Court on Defendant's Motion for Leave to File Supplemental Briefing regarding the Ninth Circuit's opinion in *Olean Wholesale Grocery Cooperative, Inc. v. Bumble Bee Foods LLC*, __ F.3d __, No. 19-56514, 2021 WL 1257845 (9th Cir. Apr. 6, 2021). Dkt. No. 113.  Having reviewed the materials submitted by the parties, the Court ORDERS as follows:

The Court GRANTS Defendant's request to file a supplemental brief limited to discussing the *Olean* decision and its implications on the pending class certification issues.  The supplemental brief must be limited to ten pages and must be filed by April 19, 2021.

- 1 -

1  Plaintiff may file a response of no more than ten pages to Defendant's supplemental
2  brief.  Plaintiff's response is due by April 21, 2021.  No reply to Plaintiff's response shall be
3  filed.

DATED this 16th day of April, 2021.

Barbara Jacobs Rothstein
U.S. District Court Judge