The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM T. WHITMAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>        Defendant. | NO. 3:19-cv-06025-BJR<br><br>**PROPOSED ORDER ON DEFENDANT'S MOTION TO SEAL (DKT. 80)** |

Upon the motion of Defendant to file under seal certain confidential documents and information, **IT IS HEREBY ORDERED THAT:**

1. The motion is **[GRANTED/DENIED]** as to the documents identified in paragraphs 1 – 16 and 23 of Defendant's motion for leave to file under seal (Dkt. 80 at pp. 1 – 3);

2. The motion is **DENIED** as to the documents identified in paragraphs 17 – 22 of Defendant's motion for leave to file under seal (Dkt. 80 at p. 3) and as to Exhibit 8 to the

PROPOSED ORDER ON DEFENDANT'S MOTION TO SEAL - NO. 3:19-CV-06025-BJR - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Declaration of Cari Dawson. Redacted versions Exhibits 1, 3, 6, 7, 8, and 9 to the Declaration of Cari Dawson shall be publicly available.

3. It is further ordered that the Clerk shall seal the confidential document filed at Document 108-10 (Exhibit 10 to the Declaration of Cari Dawson), and replace the publicly filed version with the redacted version of Exhibit 10.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2021.

_____
Honorable Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

Presented by:

TOUSLEY BRAIN STEPHENS PLLC

By:   *s/ Kim D. Stephens*
Kim D. Stephens, P.S. WSBA #11984
Rebecca L. Solomon, WSBA #51520
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Tel: 206.682.5600/Fax: 206.682.2992
Email:  kstephens@tousley.com
            rsolomon@tousley.com

Norman E. Siegel (*admitted pro hac vice*)
siegel@stuevesiegel.com
Lindsay Todd Perkins (*admitted pro hac vice*)
perkins@stuevesiegel.com
Ethan Lange (*admitted pro hac vice*)
lange@stuevesiegel.com
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:   816-714-7100
Fax:   816-714-7101

PROPOSED ORDER ON DEFENDANT'S MOTION TO SEAL
- NO. 3:19-CV-06025-BJR - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

John J. Schirger *(admitted pro hac vice)*
jschirger@millerschirger.com
Matthew W. Lytle *(admitted pro hac vice)*
mlytle@millerschirger.com
Joseph M. Feierabend *(admitted pro hac vice)*
jfeierabend@millerschirger.com
MILLER SCHIRGER, LLC
4520 Main Street, Suite 1570
Kansas City, Missouri 64111
Tel:   816-561-6500
Fax:   816-561-6501

Stephen R. Basser (*admitted pro hac vice*)
sbasser@barrack.com
BARRACK, RODOS & BACINE
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Tel:   619-230-0800
Fax:   619-230-1874

Joseph Gentile
joseph@sarrafgentile.com
Ronen Sarraf
ronen@sarrafgentile.com
SARRAF GENTILE LLP
14 Bond Street #212
Great Neck, NY 11021
Tel:   516-699-8890
Fax:   516-699-8968

***Attorneys for Plaintiff, William T. Whitman***

PROPOSED ORDER ON DEFENDANT'S MOTION TO SEAL
- NO. 3:19-CV-06025-BJR - 3

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992