# EXHIBIT 1

## [REDACTED EXHIBIT 1 TO DECLARATION OF CARI DAWSON]

Page 1

1

2    IN THE UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF WASHINGTON
3    AT TACOMA
     Case No: 3:19-CV-06025-BJR
4
     -------------------------------------------------
5
     WILLIAM T. WHITMAN,
6    individually and on behalf
     of all others similarly situated,
7
              Plaintiffs,
8
        -versus-
9
     STATE FARM LIFE INSURANCE COMPANY,
10   an Illinois corporation,
11            Defendants.
     -------------------------------------------------
12
                       VOLUME I
13
             TRANSCRIPT DESIGNATED CONFIDENTIAL
14
          TRANSCRIPT OF VIDEOTAPED ZOOM DEPOSITION OF
15

16                  WILLIAM T. WHITMAN

17

18            Transcript of the stenographic notes

19   of the proceedings in the above-entitled matter, as

20   taken by and before TAB PREWETT, a Registered

21   Professional Reporter, a Certified Shorthand

22   Reporter, a Certified LiveNote Reporter, and Notary

23   Public, held with all parties present via Zoom

24   videoconference, on Monday, March 1, 2021,

25   commencing at 10:05 a.m. EST.

William T. Whitman Vol I Confidential
March 01, 2021                                    2 to 5

Page 2

1
2    A P P E A R A N C E S :
3
4
5        STINSON LLP
6        BY:  JEREMY A. ROOT, ESQ.
7        50 South Sixth Street, Suite 2600
8        Minneapolis, Minnesota  55402
9        Attorneys for the Defendant
10       State Farm Life Insurance Company
11       612-335-1894
12       jeremy.root@stinson.com
13
14       ALSTON & BIRD LLP
15       BY:  CARI DAWSON, ESQ.
16       One Atlantic Center
17       1201 Peachtree Street, Suite 4900
18       Atlanta, Georgia  30309-3424
19       Attorneys for the Defendant
20       State Farm Life Insurance Company
21       404-881-7000
22       cari.dawson@alston.com
23
24
25

Page 3

1
2        ALSTON & BIRD LLP
3        BY:  DAVID C. WOHLSTADTER, ESQ.
4        90 Park Avenue
5        New York, New York  10016-1387
6        Attorneys for the Defendant
7        State Farm Life Insurance Company
8        212-210-9400
9        david.wohlstadter@alston.com
10
11
12       STUEVE SIEGEL HANSON
13       BY:  MATTHEW W. LYTLE, ESQ.
14           DAVID A. HICKEY, ESQ.
15       406 Nichols Road, Suite 200
16       Kansas City, Missouri  64112
17       Attorneys for the Plaintiffs
18       mlytle@millerschirger.com
19       hickey@stuevesiegel.com
20
21
22
23
24
25

Page 4

1
2
3        SARRAF GENTILE
4        BY:  RONEN SARRAF, ESQ.
5        14 Bond Street Number 212
6        Great Neck, New York  11021
7        Attorneys for the Plaintiffs
8        ronen@sarrafgentile.com
9
10
11
12
13    Also Present:
14
15
16           Carissa Narciso, Videographer
17           US Legal
18
19
20
21
22
23
24
25

Page 5

1        William Whitman - Confidential
2             P R O C E E D I N G S
3             THE VIDEOGRAPHER:  We are now on the
4    record.  Participants should be aware that
5    this proceeding is being recorded and, as
6    such, all conversations held will be recorded
7    unless there is a request and agreement to go
8    off the record.  Private conversations and/or
9    attorney/client interactions should be held
10   outside the presence of the remote interface.
11            For the purpose of creating a
12   witness-only video recording, the witness is
13   being spotlighted or locked on all video
14   screens while in speaker view.  We ask that
15   the witness not remove the spotlight setting
16   during the deposition as it may cause other
17   participants to appear on the final video,
18   rather than just the witness.
19            For anyone who doesn't want the
20   witness's video to take up the large part of
21   your screen, you may click the gallery view
22   button in the upper right corner of the remote
23   depo interface.
24            This is the remote video-recorded
25   deposition of William Whitman being taken by

William T. Whitman Vol I Confidential
March 01, 2021                                                6 to 9

Page 6

William Whitman - Confidential

1
2  counsel for the defendant.  Today is Monday,
3  March 1st, 2021.  The time is now 10:05 a.m.
4  Eastern time.  We are here in the matter of
5  William Whitman versus State Farm Insurance
6  Company.
7          My name is Carissa Narisco, remote
8  video technician on behalf of US Legal Support
9  located at 90 Broad Street, Suite 603,
10 New York, New York  10004.  I am not related
11 to any party in this action, nor am I
12 financially interested in the outcome.
13         At this time, will the reporter,
14 Tab Prewett, on behalf of US Legal Support,
15 please enter the statement for remote
16 proceedings into the record.
17         THE REPORTER:  The attorneys
18 participating in this deposition acknowledge
19 that I am not physically present in the
20 deposition room and that I will be reporting
21 this deposition remotely, pursuant to Federal
22 Rule of Civil Procedure 29.  They further
23 acknowledge that, in lieu of an oath
24 administered in person, the witness will
25 verbally declare his testimony in this matter

Page 7

William Whitman - Confidential

1
2  is under penalty of perjury.
3          The parties and their counsel consent
4  to this arrangement and waive any objections
5  to this manner of reporting.  Please indicate
6  your agreement by stating your name and your
7  agreement on the record.
8          MR. LYTLE:  Matthew Lytle on behalf of
9  the plaintiff.  I agree.
10         MS. DAWSON:  Cari Dawson on behalf of
11 State Farm Life Insurance Company.  I agree.
12         THE REPORTER:  Will the witness please
13 show his photo identification to the camera.
14         (Witness presented government-issued
15 identification and verified his identity.)
16 W I L L I A M   W H I T M A N,
17 residing in New Canaan, Connecticut,
18 having been sworn by the remote notary public to
19 testify to the truth, testified as follows:
20 DIRECT EXAMINATION
21 BY MS. DAWSON:
22      Q      Good morning, Mr. Whitman.  My name is
23 Cari Dawson, and I represent State Farm Life
24 Insurance Company.  This will be your deposition
25 taken pursuant to notice for purposes of discovery

Page 8

William Whitman - Confidential

1
2  and all other purposes allowed under the Federal
3  Rules of Civil Procedure.
4          Have you ever been deposed before?
5      A      Yes.
6      Q      How many times have you been deposed?
7      A      Once.
8      Q      What matter were you deposed in?
9      A      I witnessed an automobile accident.
10     Q      How long ago did you give that
11 deposition?
12     A      Approximately, ten years.
13     Q      I'll go over some ground rules since
14 it's been ten years since your last deposition.
15         First of all, let me ask you:
16         Are you on any medications that would
17 affect your ability to testify today?
18     A      No.
19     Q      During the deposition, I will ask you
20 questions, and I request that you wait until I
21 finish asking my questions before you answer so
22 we're not talking over each other.  Is that
23 agreeable?
24     A      Yes.
25     Q      I'll also request that you answer

Page 9

William Whitman - Confidential

1
2  orally, which you're already doing.  So that means
3  no "um-hum"s or "hum-hum" -- just "yes" or "no."  Is
4  that agreeable?
5      A      Yes.
6      Q      Let me know if you need me to repeat a
7  question because you did not hear it clearly.  Also,
8  let me know if you need me to rephrase a question
9  because you don't understand.
10         Is that agreeable?
11     A      Yes.
12     Q      And if you respond, Mr. Whitman, I'm
13 going to assume that you understood my question.
14         Is that agreeable?
15     A      Yes.
16     Q      We'll take breaks throughout the day.
17 If you need to take a break, let me know.  This is
18 not a marathon, and obviously people need to go to
19 the restroom and things like that.  So I'll try to
20 take breaks about every hour.
21         The only rule associated with that is,
22 if I've asked a question, you need to answer that
23 question before going on break.
24         Is that agreeable?
25     A      Yes.

William T. Whitman Vol I Confidential
March 01, 2021
10 to 13

---

Page 10

1          **William Whitman - Confidential**
2          Q       Mr. Whitman, we sent you and your
3     counsel a notebook of exhibits.  Do you have that
4     with you this morning?
5          A       **Yes.**
6          Q       So we'll be utilizing that, but I did
7     want to let you and your counsel know that there are
8     some additional exhibits not in the notebook that we
9     will be utilizing today; and those exhibits will be
10    introduced via my colleague David Wohlstadter.
11              And there is functionality through the
12    remote deposition that allows my colleague David to
13    drop the exhibit into a chat box; and then you will
14    be able to download that and open it and review it.
15    Everyone will be able to do so.
16              So what I'm going to ask David to do,
17    just to make sure there aren't any issues, is to go
18    ahead and put into that chat box Deposition Exhibit
19    Number 1, which you do have a hard copy of.  But
20    this is just practice to make sure there aren't any
21    issues.
22              So you should see now that
23    David Wohlstadter has shared a file in the chat
24    function.  And if you open up the chat function, you
25    should be able to download the document.  So why

---

Page 11

1          William Whitman - Confidential
2     don't you take a moment to do that and make sure
3     there aren't any issues.
4              (Exhibit No. Defendant's 1, Amended
5         Notice of Deposition to Plaintiff William T.
6         Whitman, Document is marked by the reporter
7         for identification.)
8          A       **Okay.  I have the document up.  It's**
9     **Exhibit -- Defendant's Exhibit 1.**
10         Q       And have you seen this document
11    before?
12         A       **Yes, I believe so.**
13         Q       And when did you see it?
14         A       **I don't know the exact date.**
15         **Can you rephrase the question?**
16         Q       Sure.  Did you see this exhibit prior
17    to your deposition this morning?
18         A       **Yes.**
19         Q       And did you see it in connection with
20    getting ready for this deposition?
21         A       **Give me one minute to review, please.**
22         **I believe so.  I believe my attorney**
23    **sent me the documents to review, and I believe I did**
24    **receive this in preparation for the -- for today.**
25         Q       That's fine.

---

Page 12

1          William Whitman - Confidential
2              So now we know that the chat function
3     works.  We're not going to utilize that anytime
4     soon, but I just wanted to make certain that you
5     were comfortable with it and it was working with
6     your technology.  Okay?
7          A       **Okay.**
8          Q       Mr. Whitman, can you please tell me
9     your full name, so first, middle and last name?
10         A       **William Thomas Whitman.**
11         Q       How old are you today, Mr. Whitman?
12         A       **40.**
13              MR. LYTLE:  Counsel, if I may, before
14    we go any further.  I meant to do this before
15    we get started.  Pursuant to the protective
16    order, we would like to deem the -- the
17    entirety of the transcript confidential
18    pending our specific confidentiality
19    designations within 15 days after receipt of
20    the transcript.
21              I just wanted to make sure that we
22    went on the record with that, and I apologize
23    for interrupting your flow.  I meant to do
24    that before we got started.
25              (Transcript marked confidential.)

---

Page 13

1          William Whitman - Confidential
2              MS. DAWSON:  No, that's not a problem,
3     Mr. Lytle.  That's agreeable.
4              MR. LYTLE:  Thank you.
5     ████████████████████████████████████████
6     ████████████████████████████
7          Q       Have you gone by any other names,
8     Mr. Whitman?
9          A       **Yes.**
10         Q       What other names have you gone by?
11         A       **Bill.**
12         Q       Any other names?
13         A       **Yes.**
14         Q       And what is that?
15         A       **Billy.**
16         Q       Okay.  Any other names?
17         A       **No.**
18         Q       Where were you born?
19         A       **Tacoma, Washington.**
20         Q       I'd like to talk about your
21    educational background.
22              Did you finish high school?
23         A       **Yes.**
24         Q       What high school did you attend?
25         A       **Foss High School.**

---

Page 14

1         William Whitman - Confidential
2    Q        When did you graduate?
3    A        1998.
4    Q        After graduating high school, what, if
5    anything, did you do in connection with furthering
6    your education?
7    A        College.
8    Q        What college did you attend?
9    A        University of Washington.
10   Q        What years were you at the University
11   of Washington?
12   A        2000 to 2004.
13   Q        Did you graduate?
14   A        Yes.
15   Q        What was your degree in?
16   A        Philosophy.
17   Q        Did you graduate in 2004?
18   A        Yes.
19   Q        Did you have a minor?
20   A        No.
21   Q        After finishing the University of
22   Washington, did you do anything else to further your
23   education?
24   A        No.
25   Q        While at the University of Washington,

Page 15

1         William Whitman - Confidential
2    did you take any cases -- excuse me -- any classes
3    in finance?
4    A        No.
5    Q        While attending the University of
6    Washington, where did you live?
7    A        Seattle.
8    Q        Did you live on campus or in an
9    apartment?
10   A        In an apartment.
11   Q        And where was that located, if you
12   recall?
13   A        Near campus.  I don't recall the
14   address.
15   Q        I'd like to ask you about your job
16   history.
17            After finishing the University of
18   Washington, did you have a job?
19   A        Yes.
20   Q        What job did you have after you
21   completed the University of Washington?
22   A        I was a -- I was an entrepreneur.
23   Q        Before completing the University of
24   Washington, did you have any jobs while you were a
25   student there?

Page 16

1         William Whitman - Confidential
2    A        Yes.
3    Q        What jobs did you have while you were
4    a student?
5    A        I was an entrepreneur.
6    Q        Let's go to the time while you were at
7    the University of Washington.
8            When you say you were an
9    "entrepreneur," can you please describe for me what
10   was your business?
11   A        Developed a media -- it was a media
12   company.
13   Q        What was the name of your media
14   company?
15   A        Nuvention.
16   Q        Can you spell that?
17   A        N-u-v-e-n-t-i-o-n.
18   Q        What did Nuvention do?
19   A        We developed products to identify
20   patent data relevant to certain fields.
21   Q        Were you a sole proprietor of
22   Nuvention, or did you have business partners or
23   business colleagues that you worked with?
24   A        A business partner.
25   Q        Who was your business partner?

Page 17

1         William Whitman - Confidential
2    A        William Shields.
3    Q        Can you spell William Shields' last
4    name for me?
5    A        S-h-i-e-l-d-s.
6    Q        Who was William shields?
7    A        A friend.
8    Q        How do you know William Shields?
9    A        I did computer consulting for his
10   office.
11   Q        What office was that?
12   A        It was a medical office.
13   Q        What did Mr. Shields do at the medical
14   office?
15   A        He was a doctor.
16   Q        So he's Dr. William Shields?
17   A        Yes.
18   Q        What type of medicine does Dr. William
19   Shields practice?
20   A        Ophthalmology.
21   Q        How did you and Dr. Shields meet?
22   A        I was hired to do computer support for
23   his medical office.
24   Q        When was that?
25   A        Approximately 1998.

Page 18

William Whitman - Confidential

1
2    Q       What training, if any, did you receive
3  in order to provide computer support to Dr. Shields
4  or any other customer?
5    A       Self-taught.
6    Q       Can you describe for me the process by
7  which you self-taught yourself computer support?
8    A       Just building my own computers and
9  building my own computer network.
10   Q       When did you start building your own
11 computers and computer network?
12   A       Probably 1996.
13   Q       And how did you come upon a desire to
14 build your own computer and computer networks?
15   A       I don't recall.
16   Q       Did you ever take any classes online
17 or read any books to assist in your learning on
18 computer support and computer networks?
19           MR. LYTLE:  Object to the form.
20   Q       You can answer.
21   A       I don't recall.
22   Q       Besides Dr. William Shields, were
23 there any other business partners or individuals who
24 worked with you at Nuvention?
25   A       No.

Page 19

William Whitman - Confidential

1
2    Q       What type of company -- and what I
3  mean by that is kind of the legal entity -- was
4  Nuvention?
5    A       A corporation.
6    Q       And how did you incorporate Nuvention?
7            MR. LYTLE:  Object to form.
8            You can answer.
9    A       We hired a local attorney.
10   Q       Who did you hire?
11   A       I -- I don't recall.
12   Q       So other than William Shields, there
13 were no other individuals involved in the work at
14 Nuvention?
15   A       No.
16   Q       You were hired to do computer support
17 for Dr. Shields' medical office in 1998.  What was
18 the date of incorporation of Nuvention?
19   A       I don't recall.
20   Q       Was it after 1998?
21   A       Yes.
22   Q       So when you did the work for Dr. Shields'
23 medical office, how were you paid?  How did you
24 charge Dr. Shields for the work you provided?
25           MR. LYTLE:  Object to the form.

Page 20

William Whitman - Confidential

1
2    A       I did -- I think it's called an
3  invoice book or a sales book.
4    Q       Did you charge by the hour or did you
5  charge for services provided?  How did you price the
6  work that you did?
7    A       Probably by the hour.
8    Q       How did you come up with how much to
9  charge by the hour for the services you were
10 providing?
11   A       I don't recall.
12   Q       Do you recall how much, approximately,
13 that you charged in that time?
14           MR. LYTLE:  Object to the form.
15   A       No.
16   Q       Nuvention was a for-profit
17 corporation, I take it?
18   A       Yes.
19   Q       You charged enough to cover your
20 expenses, correct?
21           MR. LYTLE:  Object to the form.
22           You can answer, Mr. Whitman.
23   A       I'm thinking.
24           I don't recall.
25   Q       Well, you said it was a for-profit

Page 21

William Whitman - Confidential

1
2  corporation, correct?  Nuvention was a for-profit
3  corporation; wasn't it?
4    A       Yes.
5    Q       And it was your desire as a proprietor
6  of Nuvention to make a profit, correct?
7            MR. LYTLE:  Object to the form.
8    A       Yes.
9    Q       And in order to make a profit, the
10 revenues generated by the company need to be in
11 excess, exceed the expenses of the company, correct?
12   A       Correct.
13   Q       So when you were working on your own
14 providing computer support and developing computer
15 networks, you wanted your revenue that you received
16 to exceed your expenses, also, correct?
17           MR. LYTLE:  Object to the form.
18   A       Yes.
19   Q       After you met Dr. Shields in 1998,
20 how -- well, strike that.
21           Before Nuvention was formed and you
22 were working on your own and charging by the hour,
23 did you have any other customers other than
24 Dr. Shields?
25           MR. LYTLE:  Object to the form.

Page 22

1        William Whitman - Confidential
2        A      Yes.
3        Q      Approximately, how many customers do
4   you recall having during that time period before
5   Nuvention -- well, let me ask you this.
6           Before you met Dr. Shields, Nuvention
7   did not exist, correct?
8        A      Correct.
9        Q      So before approximately 1998, the work
10  you did was, as you noted, by the hour.  And was
11  that a -- kind of on a project-by-project basis?
12          MR. LYTLE:  Object to the form.
13       A      Yes.
14       Q      Did you advertise your services?
15       A      No.
16       Q      How did potential customers become
17  aware of your services?
18       A      Word of mouth.
19       Q      Do you recall who your first customer
20  was?
21       A      No.
22       Q      Do you know how Dr. Shields came to be
23  aware of you, such that he hired you?
24       A      Yes.
25       Q      How is that?

Page 23

1        William Whitman - Confidential
2        A      Through his general contractor.
3        Q      And who was Dr. Shields' general
4   contractor?
5        A      Max Burke.
6        Q      And how did Max Burke know who you
7   were?
8           MR. LYTLE:  Object to the form.
9        A      I don't recall.
10       Q      Is it your understanding that
11  Max Burke recommended you to Dr. William Shields?
12       A      Yes.
13          MR. LYTLE:  Object to the form.
14       Q      Other than Dr. Shields, do you recall
15  any other customers for whom you provided computer
16  support prior to the formation of Nuvention?
17       A      No.
18       Q      In 1998, what type of -- strike that.
19          After you met Dr. William Shields and
20  provided computer support for him in 1998, did you
21  provide services for other customers as a kind of
22  sole proprietor?
23       A      Yes.
24       Q      How long after meeting Dr. Shields in
25  1998 did you all decide to go into business

Page 24

1        William Whitman - Confidential
2   together?
3           MR. LYTLE:  Object to the form.
4        A      I don't recall exactly.
5        Q      What was Dr. Shields' role in
6   Nuvention corporation?
7        A      Business partner.
8        Q      What did he do as part of the
9   business?
10       A      Provided oversight.
11       Q      Does Dr. Shields have a background in
12  computer support?
13          MR. LYTLE:  Object to the form.
14       A      I don't know.
15       Q      Did Dr. Shields provide any type of
16  financial or monetary investment in the business?
17       A      Yes.
18       Q      What amount of investment did
19  Dr. Shields put into Nuvention Corporation?
20       A      I don't know.
21       Q      Can you give me an approximate number?
22  Was it $50,000 or $5,000?
23          MR. LYTLE:  Object to the form.
24       A      More than $5,000.
25       Q      More than $5,000, but less than

Page 25

1        William Whitman - Confidential
2   $20,000?
3           MR. LYTLE:  Object to the form.
4        A      More than $20,000.
5        Q      More than $20,000, but less than
6   $50,000?
7        A      Is that a question?
8        Q      Yes, it is.
9        A      Can you rephrase?
10       Q      Sure.  Did Dr. William Shields invest
11  in Nuvention more than $20,000, but less than
12  $50,000, into the company?
13       A      No.
14       Q      Does that mean Dr. Shields invested in
15  excess of $50,000 into the company?
16       A      Yes.
17          MR. LYTLE:  Object to the form.
18       Q      Did Dr. Shields invest more than
19  $100,000 into the company?
20       A      Yes.
21       Q      Did Dr. Shields invest more than
22  $250,000 in the company?
23       A      I don't know.
24       Q      Do you believe that Dr. Shields
25  invested less than $250,000 into the company?

William T. Whitman Vol I Confidential
March 01, 2021                          26 to 29

---

Page 26

```
 1              William Whitman - Confidential
 2              MR. LYTLE:  Object to the form.
 3        A     I don't know.
 4        Q     Did you and Dr. Shields have any
 5  written agreement regarding your respective
 6  contributions to Nuvention Corporation?
 7              MR. LYTLE:  Object to the form.
 8        A     I don't remember.
 9        Q     Did you personally invest in Nuvention
10  financially?
11        A     Yes.
12        Q     How much money did you invest into
13  Nuvention?
14        A     I don't remember.
15        Q     Was it more than $5,000?
16        A     I don't remember.
17        Q     For the money that you did invest into
18  Nuvention, what was the source of that money?
19              MR. LYTLE:  Object to the form.
20        A     I don't remember.
21        Q     Do you recall if you got a loan from a
22  financial institution for --
23        A     I don't --
24              MR. LYTLE:  Object to the form.
25        Q     -- for investing into Nuvention?
```

Page 27

```
 1              William Whitman - Confidential
 2              MR. LYTLE:  Same objection.
 3        A     Can you repeat the question, please?
 4        Q     Sure.  I asked whether or not you
 5  secured a loan from a financial institution to
 6  secure money to invest in Nuvention Corporation.
 7              MR. LYTLE:  Same objection.
 8        A     Can you repeat the question one more
 9  time?  Sorry.
10        Q     Sure.  Did you obtain a loan from a
11  financial institution in order to get money to
12  invest in Nuvention Corporation?
13        A     No.
14        Q     Did you obtain a loan from any source,
15  family, friend, person, in order to obtain money to
16  invest in Nuvention Corporation?
17              MR. LYTLE:  Object to form.
18        A     No.
19        Q     Is Nuvention Corporation still an
20  ongoing company --
21        A     No.
22        Q     -- to this day?
23              How long was Nuvention Corporation in
24  business?
25        A     Approximately eight years.
```

Page 28

```
 1              William Whitman - Confidential
 2        Q     Is that 1998, approximately, to 2006?
 3        A     No.
 4        Q     What years, approximately?
 5        A     Approximately 1999 to 2008.
 6  Approximately.
 7        Q     Who else besides you and Dr. William
 8  Shields worked at Nuvention?
 9              MR. LYTLE:  Object to the form.  Asked
10        and answered.
11              You can answer.
12        A     Is that worked at Nuvention or was an
13  owner of Nuvention?
14        Q     I'm asking about worked at Nuvention
15  right now.
16        A     I think we did have one employee.
17        Q     Who was that?
18        A     Jacob Lee.
19        Q     Can you spell Lee for me?
20        A     L-e-e.
21        Q     What did Jacob Lee do?
22        A     Computer programming.
23        Q     How long did Mr. Lee work at
24  Nuvention?
25        A     Approximately one year.
```

Page 29

```
 1              William Whitman - Confidential
 2        Q     Do you know what year that was?
 3        A     No.
 4        Q     During the eight years that Nuvention
 5  was in business, did you have any other business
 6  partners in addition to Dr. William Shields?
 7              MR. LYTLE:  Object to the form.
 8        A     I'm sorry.  Can you repeat the
 9  question?
10        Q     Sure.  Other than Dr. William Shields,
11  did you have any other business partners in your
12  company Nuvention?
13        A     No.
14        Q     Did Dr. William Shields remain a
15  business partner during all eight years that
16  Nuvention was in business?
17              MR. LYTLE:  Object to the form.
18        A     Can you repeat the question, please?
19        Q     Sure.  Did Dr. William Shields remain
20  your business partner in Nuvention during all eight
21  years the company was in business?
22              MR. LYTLE:  Same objection.
23        A     I didn't say Nuvention was in business
24  for eight years.  I said approximately.  Can you
25  repeat the question.
```

William T. Whitman Vol I Confidential
March 01, 2021
30 to 33

Page 30

William Whitman - Confidential

1
2    Q        Sure.  During the approximately eight
3  years that Nuvention was in business, did you have
4  any other business partners other than Dr. William
5  Shields?
6        A        No.
7              MR. LYTLE:  Object to the form.
8        Q        During the approximately eight years
9  that Nuvention was in business, did Dr. William
10 Shields remain your business partner during the
11 entirety of that period?
12       A        Yes.
13       Q        Did you and Dr. Shields divide --
14 well, let me ask you this.
15             Was Dr. William Shields an owner of
16 Nuvention, co-owner with you?
17       A        Yes.
18       Q        What was the percentage allocation of
19 ownership of Nuvention between you and Dr. Shields?
20       A        I don't recall.
21       Q        Was it 50/50?
22             MR. LYTLE:  Object to the form.
23       A        I don't recall.
24       Q        Do you recall if you had a greater
25 ownership interest than Dr. Shields?

Page 31

William Whitman - Confidential

1
2        A        Yes.
3        Q        Did Dr. Shields own less than
4  10 percent of Nuvention?
5              MR. LYTLE:  Object to form.
6        A        No.
7        Q        Did Dr. Shields own more than
8  20 percent of Nuvention?
9              MR. LYTLE:  Object to the form.
10       A        No.
11       Q        So Dr. Shields owned somewhere between
12 10 and 20 percent of Nuvention.
13             Is that fair to say?
14             MR. LYTLE:  Object to the form.
15       A        No.
16       Q        Did Dr. Shields own less than
17 20 percent of Nuvention?
18             MR. LYTLE:  Object to form.  Asked and
19       answered.
20       A        No.
21       Q        Did Dr. Shields own 20 percent of
22 Nuvention?
23             MR. LYTLE:  Can you repeat the
24       question, please, Counsel?
25             MS. DAWSON:  Sure.  And maybe I'm

Page 32

William Whitman - Confidential

1
2  mishearing the witness.  I thought I asked if
3  he owned less than 20 percent and the witness
4  answered no.  And I asked if he owned more
5  than 20 percent, and the witness answered no.
6              So I'm asking if the -- Dr. Shields
7  owned 20 percent.  He didn't own less.  He
8  didn't own more.  But did he own 20 percent?
9              MR. LYTLE:  And the witness also
10 answered an earlier question that he didn't
11 recall what the ownership allocation was.  But
12 you can proceed.
13       A        I may have misheard one of the
14 questions.  Is it possible to have -- have it read
15 back to us?  I don't know how this works.
16       Q        We can just ask a new question.
17       A        Okay.
18       Q        Did Dr. Shields own more than
19 20 percent of Nuvention?
20       A        Yes.
21       Q        Did Dr. Shields own more than
22 30 percent of Nuvention?
23       A        Yes.
24       Q        Did Dr. Shields own more than
25 40 percent of Nuvention?

Page 33

William Whitman - Confidential

1
2        A        Yes.
3        Q        Did Dr. Shields own more than
4  50 percent of Nuvention?
5        A        I don't recall.
6        Q        Is it fair to say that Dr. Shields
7  owned somewhere between 40 and 50 percent of
8  Nuvention?
9        A        No.
10       Q        And why is that not fair to say?
11       A        Because while I don't remember exactly
12 what the percentage was, I do know that he owned
13 more than 50 percent -- or 50 percent or more, I
14 should say.
15       Q        I thought you testified earlier that
16 you owned more of Nuvention than Dr. Shields?
17             MR. LYTLE:  Object to the form.
18       A        No.  I believe the question you're
19 referring to was you asked if I recalled if I owned
20 more than Dr. Shields, and I answered yes to that.
21 I maybe misunderstood the question.
22             MR. LYTLE:  The question was, do you
23       recall.
24             THE WITNESS:  Thank you.
25       Q        So Dr. Shields owned -- had a greater

William T. Whitman Vol I Confidential
March 01, 2021                    34 to 37

Page 34

1              William Whitman - Confidential
2  ownership interest in Nuvention than you did?
3              MR. LYTLE:  Object to the form.
4       A     I don't recall.
5       Q     What services -- well, let me ask you
6  this.
7              Did Nuvention have a document that
8  identified the services that it provided?
9              MR. LYTLE:  Object to the form.
10      A     No.
11      Q     Did Nuvention have a website?
12      A     Yes.
13      Q     What was on Nuvention's website?
14      A     I don't remember.
15      Q     Did it describe what the company did?
16             MR. LYTLE:  Object to the form.
17      A     No, I don't -- no, I don't think so.
18      Q     What was the Nuvention website used
19  for?
20      A     Web applications.
21      Q     Explain to me what you mean by that.
22      A     Can you rephrase the question?
23      Q     Sure.  I'm just trying to have an
24  understanding of the Nuvention website and what it
25  was used for.  So, for example, some companies

Page 35

1              William Whitman - Confidential
2  utilize their website to tell the public who they
3  are and what they do and what services they provide.
4  So I'm trying to understand:
5              What was the Nuvention website
6  utilized for?
7       A     Is that the -- is that a question?
8       Q     Yes.  What was the Nuvention website
9  utilized for?
10      A     It was used for web applications.
11      Q     Was the Nuvention website accessible
12  to the public?
13      A     I don't recall.
14      Q     Did Nuvention utilize an accountant to
15  maintain its books?
16      A     No.
17      Q     Who was responsible for maintaining
18  the finances of Nuvention?
19      A     I believe we had a bookkeeper.
20      Q     Do you recall the name of the
21  bookkeeper?
22      A     Holly.
23      Q     Do you recall Holly's last name?
24      A     No.  In fact, I'm not sure her name
25  was Holly.

Page 36

1              William Whitman - Confidential
2       Q     Who was responsible for billing
3  customers of Nuvention?
4       A     I don't remember.
5       Q     Who was responsible for developing the
6  prices to charge for services or products provided
7  by Nuvention?
8       A     Probably me.
9       Q     Please identify a service that
10  Nuvention provided that you charged customers for.
11      A     We didn't have any.
12      Q     Well, what did you do at Nuvention
13  that you charged people for, that you charged
14  customers for?
15             What service did you provide?
16      A     None.
17      Q     I thought you said Nuvention provided
18  computer consulting?
19      A     No.
20             MR. LYTLE:  Object to the form.
21      Q     What did Nuvention do?
22      A     Developed media related to patents.
23      Q     Okay.  Who did you develop media
24  related to patents for?
25      A     Can you repeat the question or

Page 37

1              William Whitman - Confidential
2  rephrase?
3       Q     Sure.  You said Nuvention developed
4  media-related patents.  Did I get that correct?
5             MR. LYTLE:  Object to the form.
6       A     No.
7       Q     Okay.  Tell me what Nuvention did.
8       A     Developed -- I think I just answered
9  that.  I don't want to conflict with what I just --
10  what I just answered.
11             MR. LYTLE:  You can go ahead,
12  Mr. Whitman.
13      Q     Yeah.  Just tell me, what did
14  Nuvention do?
15      A     Nuvention developed media related to
16  patents.
17      Q     Who did Nuvention develop media
18  related to patents for?
19      A     Customers.
20      Q     Okay.  And you charged customers,
21  correct, for developing media related to patents?
22      A     No.
23      Q     You did not charge customers?
24      A     Is that a question?
25      Q     Yes, it is.  Did you --

Page 38

William Whitman - Confidential

2  A     Can you rephrase?
3  Q     -- develop media-related patents --
4  media related to patents and give them away for
5  free?
6          MR. LYTLE:  Object to the form.
7  A     I don't -- I don't remember.
8  Q     Nuvention was a for-profit company;
9  was it not?
10         MR. LYTLE:  Object to the form.
11 A     Yes.
12 Q     Did Nuvention make money?
13 A     No.
14 Q     Did Nuvention have any revenue coming
15 into the company?  I'm not asking about whether it
16 actually made a profit, but whether or not revenue
17 was generated by Nuvention.
18 A     No.  I don't believe so.
19 Q     Did Nuvention have customers?
20 A     Can you define "customers"?
21 Q     What's your definition of a customer?
22 A     Someone or some entity who pays for a
23 product or a service.
24 Q     Okay.  Using your definition, did
25 Nuvention have customers?

Page 39

William Whitman - Confidential

2  A     No.
3  Q     And why did Nuvention not have
4  customers?
5          MR. LYTLE:  Object to the form.
6  A     I don't know.
7  Can you repeat the question, or
8  rephrase maybe?
9  Q     Sure.  I'm trying to understand
10 because we established, right, that you have a
11 company with Dr. Shields called Nuvention.  Correct?
12 A     Correct.
13 Q     And that it was a for-profit company,
14 correct?
15 A     Yes.
16         MR. LYTLE:  Object to the form.
17 Q     And that your objective with this
18 for-profit company was to make money, correct?
19         MR. LYTLE:  Same objection.
20 A     Yes.
21 Q     How did you propose to make money
22 through Nuvention if it did not have customers?
23         MR. LYTLE:  Object to the form.
24 A     To -- to sell media related to patents
25 to potential customers.

Page 40

William Whitman - Confidential

2  Q     What's the difference between a
3  potential customer and a customer?
4  A     You want me to give my definition, my
5  personal definition?
6  Q     Sure.  I'm trying to just understand
7  your testimony, Mr. Whitman.
8  A     Can you repeat the question?
9          MS. DAWSON:  Can I have the court
10         reporter read back the question, please?
11         (Reporter read back pending question.)
12 A     In my view, a potential customer has
13 not yet paid for a product or service and a customer
14 has paid for a product or service.  I may be wrong.
15 Q     Was Nuvention ever paid for the
16 products or services it provided by anyone?
17 A     I don't think so.
18 Q     Is it fair to say then that
19 Nuvention -- well, let me ask you this.
20         Did Nuvention ever have revenue in the
21 approximately eight years that it was in business?
22         MR. LYTLE:  Object to the form.
23 A     I don't think so.
24 Q     How did you pay Jacob Lee?
25         MR. LYTLE:  Object to the form.

Page 41

William Whitman - Confidential

2  A     I -- could you repeat the question or
3  rephrase?
4  Q     Sure.  You said that Nuvention had one
5  employee during the approximately eight years it was
6  in business.
7          My question is:  How did Nuvention pay
8  Jacob Lee?
9  A     I believe by check.
10 Q     Where did the money come from to pay
11 Mr. Lee?
12 A     We had a bank account.
13 Q     Where did the money that presumably
14 was in the bank account for Nuvention come from?
15 A     Investments.
16 Q     Okay.  Where did the money come from
17 that you utilized to make investments?
18 A     Investors.
19 Q     Okay.  I think you said Dr. William
20 Shields was an investor.  Is that correct?
21 A     Yes.
22 Q     So it's your testimony that Nuvention
23 had no paying customers during the approximately
24 eight years that it was in business; is that
25 correct?

William T. Whitman Vol I Confidential
March 01, 2021                                    42 to 45

Page 42

William Whitman - Confidential
2      MR. LYTLE:  Object to the form.
3    A    **Could you repeat the question, please.**
4    Q    Sure.  Is it your testimony that,
5  during the eight years that Nuvention was in
6  business, that the company had no paying customers;
7  is that your testimony?
8    A    **I believe so.**
9    Q    Now, you said that you were
10  responsible for developing prices at Nuvention?
11   A    **Yes.**
12   Q    Tell me, what products or services
13  were you developing prices for?
14   A    **Media products.**
15   Q    Give me an example of a media product
16  that you developed a price for.
17   A    **A newsletter.**
18   Q    How did you develop the price for that
19  newsletter media product.  Just walk me through the
20  process.
21   A    **Evaluating prices of existing**
22  **newsletter products and comparing.**
23   Q    Anything else?
24   A    **No, not to my knowledge, not that I**
25  **recall.**

Page 43

William Whitman - Confidential
2    Q    Did you develop prices such that you
3  would make a profit if you were able to sell the
4  newsletter media product?
5      MR. LYTLE:  Object to form.
6    A    **I don't recall.**
7    Q    Did you develop a price for the
8  newsletter media product with the objective of
9  pricing it in excess of your costs?
10   A    **I don't remember.**
11   Q    As an owner of a business, you want to
12  make a profit, right?
13      MR. LYTLE:  Object to form.
14   A    **Yes.**
15   Q    And you would agree with me that, in
16  developing prices in order to make a profit, the
17  price of the product or service must be greater than
18  the cost of providing that product or service.
19      Agree?
20   A    **No.**
21   Q    What don't you agree with what I just
22  said?
23   A    **Would you please rephrase the question**
24  **or repeat the question.**
25   Q    Sure.

Page 44

William Whitman - Confidential
2      MS. DAWSON:  Could the court reporter
3  please read it back.
4      (Reporter read back pending question.)
5    A    **No.**
6    Q    And why don't you agree with that?
7    A    **Because there can be other factors**
8  **when developing products, beyond just profit.**
9    Q    My question is:
10      If you seek to make a profit, if that
11  is your goal or objective, do you agree that the
12  price of the product or service must be greater than
13  the cost of providing that service or making that
14  product?
15   A    **No.**
16   Q    Okay.  How do you make a profit on a
17  product or service if the cost of providing that
18  product or service is more than the price charged?
19   A    **You don't in that case.**
20   Q    You don't.  You agree with me you
21  can't in that case make a profit, correct?
22   A    **On that particular product, yes.**
23      **Can we have a break sometime soon?**
24      MS. DAWSON:  Oh, sure.  We can take a
25  break right now.  Do you want to take, like, a

Page 45

William Whitman - Confidential
2  ten-minute break?  We'll come back at 11:22?
3      MR. LYTLE:  Yes, that works.
4    A    **That works for me.  I just need a**
5  **quick restroom break.**
6      MS. DAWSON:  Oh, yeah.  Yeah, that's
7  fine.  You did exactly right.
8      THE VIDEOGRAPHER:  Okay.  This marks
9  the end of media unit number one.  We are off
10  the record at 11:12 a.m.
11      (A break is taken.)
12      THE VIDEOGRAPHER:  This marks the
13  beginning of media unit number two.  We are
14  back on the record at 11:24 a.m.
15  CONTINUED DIRECT EXAMINATION
16  BY MS. DAWSON:
17   Q    Mr. Whitman, was it your objective
18  that Nuvention be a profitable business?
19   A    **Yes.**
20   Q    In the approximate eight years that
21  Nuvention was in operation, did it ever make a
22  profit?
23   A    **No.**
24   Q    Why not?
25   A    **Because we didn't have revenue.**

William T. Whitman Vol I Confidential
March 01, 2021                    46 to 49

Page 46

William Whitman - Confidential

1
2     Q       Why didn't you have revenue?
3     A       We did not sell products.
4     Q       How did you expect to generate
5  revenue?
6             MR. LYTLE:  Object to the form.
7     A       Probably by selling products or
8  services.
9     Q       So you said you never sold products.
10  Did you ever sell services?
11    A       No.
12    Q       So how did you expect to make a profit
13  if you never sold products or services?
14    A       By selling products or services.
15    Q       But you said you all never sold them,
16  so I'm trying to understand:
17            Was it intentional that you never sold
18  products or services, or were you simply unable to
19  sell products or services -- strike that.
20            Let me ask this.  Why were -- why was
21  Nuvention unable to sell products or services?
22    A       Because we didn't have a product or
23  service ready to bring to market.
24    Q       During the eight years that Nuvention
25  was in operation, were you attempting to develop a

Page 47

William Whitman - Confidential

1
2  product or service to bring to market?
3     A       Yes.
4     Q       Mr. Whitman, are you married?
5     A       Yes.
6
7
8
9
10                                              ?
11
12
13
14
15
16    Q       After finishing the University of
17  Washington, where did you live?
18    A       Bellevue, Washington.
19    Q       How long did you live in Bellevue,
20  Washington?
21    A       Approximately, one year.
22    Q       Where did you move after that?
23    A       Redmond, Washington.
24    Q       How long did you live in Redmond,
25  Washington?

Page 48

William Whitman - Confidential

1
2     A       Approximately, one year.
3     Q       Just so we can put some dates around
4  this, do you recall the year that you lived in
5  Bellevue, Washington?
6     A       2004.
7     Q       Then the year you lived in Redmond,
8  Washington?
9     A       2005.
10    Q       Where did you go after Redmond,
11  Washington?
12    A       Woodinville, Washington.
13    Q       What year were you in Woodinville,
14  Washington?
15    A       2006.
16    Q       How long did you remain in
17  Woodinville, Washington?
18    A       Approximately, four years.
19    Q       Where did you move after living in
20  Woodinville, Washington?
21    A       To Connecticut.
22    Q       What part of Connecticut?
23    A       New Milford.
24    Q       How long were you in New Milford,
25  Connecticut?

Page 49

William Whitman - Confidential

1
2     A       Approximately, one year.
3     Q       Was that 2010 to 2011?
4     A       I believe so, yes.
5     Q       Where did you move after you lived in
6  New Milford?
7     A       Arnold, Maryland.
8             (There was a discussion off the
9     record.)
10    Q       When -- what years were you in Arnold,
11  Maryland?
12    A       2011 to 2012.
13    Q       Where did you go after Arnold,
14  Maryland?
15    A       Kingston, New Hampshire.
16    Q       When were you in Kingston,
17  New Hampshire?
18    A       Approximately 2012 through 2019.
19    Q       Where did you move after Kingston,
20  New Hampshire?
21    A       Sandown, New Hampshire.
22    Q       When were you in Sandown,
23  New Hampshire?
24    A       2019, for one year?
25    Q       And where did you move after Sandown,



William T. Whitman Vol I Confidential
March 01, 2021                                   50 to 53

Page 50

```
1              William Whitman - Confidential
2    New Hampshire?
3        A    New Canaan, Connecticut.
4        Q    And how long were you in New Canaan,
5    Connecticut?
6        A    Approximately nine months.
7        Q    When did you arrive in New Canaan?
8        A    September of 2020.
9        Q    And New Canaan, Connecticut, is where
10   you are presently; is that correct?
11       A    Yes.
12       Q    At a high level, Mr. Whitman, can you
13   tell me why you moved from Washington to Connecticut
14   to Maryland to New Hampshire?  Were those moves
15   associated with employment or for some other reason?
16       A    Both employment and other reasons.
17       Q    Okay.  Why don't we go through it.
18            So the move from Bellevue, Washington,
19   to Redmond, Washington, was that -- what was the
20   reason for that?
21       A    I don't recall.
22       Q    Okay.  What about from Redmond to
23   Woodinville, Washington?  What was the reason for
24   that move?
25       A    I purchased a house.
```

Page 51

```
1            William Whitman - Confidential
2        Q    And the house was in Woodinville?
3        A    Yes.
4
5
6
7
8
9
10
11
12
13
14
15            MR. LYTLE:  Object to the form.
16            Mr. Whitman, just a reminder, too,
17       that we have designated the entirety of the
18       transcript confidential at this point.  So.
19
20
21
22
23       Q    And why did you move from New Milford,
24   Connecticut, to Arnold, Maryland?
25       A    For a job.
```

Page 52

```
1            William Whitman - Confidential
2        Q    And why did you move from Arnold,
3    Maryland, to Kingston, New Hampshire?
4        A    We liked new England better than the
5    D.C. metropolitan area.
6        Q    And why did you move from Kingston,
7    New Hampshire, to Sandown, New Hampshire?
8        A    Because it was on a lake.
9        Q    And why did you move from Sandown,
10   New Hampshire, to New Canaan, Connecticut?
11       A    To be closer to the New York area.
12
13
14
15
16
17
18       Q    How long have they lived there?
19       A    Approximately, two years.
20       Q    Before that, where did they live?
21       A    Tacoma, Washington.
22
23
24
25
```

Page 53

```
1            William Whitman - Confidential
2
3
4        Q    Mr. Whitman, do you do your own taxes?
5        A    No.
6        Q    Have you at any time done your own
7    taxes?
8        A    No.
9        Q    So back when you first started
10   working -- I believe that was while you were at the
11   University of Washington -- how did you get your
12   taxes done?
13            (There was a discussion off the
14       record.)
15       A    Via a tax preparer.
16       Q    Why did you have a tax preparer do
17   your taxes as opposed to doing them yourself?
18       A    I don't recall.
19       Q    How about as you sit here today?  Who
20   does your taxes?
21       A    A tax preparer.
22       Q    Why do you, as you sit here today,
23   have a tax preparer do your taxes as opposed to
24   doing it yourself?
25       A    Because I think the tax preparer will
```



Page 54

```
 1              William Whitman - Confidential
 2   do a better job than I will.
 3         Q        Do you do your own investing?
 4              MR. LYTLE:  Object to the form.
 5         Q        Like in the stock market?
 6         A        Can you rephrase the question?
 7         Q        Sure.  Do you do your own investing in
 8   the stock market?
 9         A        Can you rephrase that question?
10   That's the same question.
11         Q        Sure.  Do you invest in the stock
12   market?
13         A        Yes.
14         Q        Do you do your own investing in the
15   stock market?  Do you personally invest in the stock
16   market?
17         A        No.
18         Q        Do your own trades?
19         A        What was that question?
20              (Reporter clarification.)
21         Q        I was just helping you -- I just
22   asked:
23              Do you do your own trades in the stock
24   market?
25              MR. LYTLE:  Object to the form.
```

Page 55

```
 1              William Whitman - Confidential
 2         A        No.
 3         Q        Do you utilize a financial consultant
 4   to assist in your investment in the stock market?
 5         A        Yes.
 6         Q        Who do you currently utilize?
 7         A        Gary Gover.
 8         Q        Anyone else?
 9         A        No.
10         Q        Did you utilize someone prior to
11   Gary Gover?
12         A        No.
13         Q        Who are you currently employed by?
14         A        Armavel.
15         Q        What does Armavel do?
16         A        Computer and cybersecurity consulting.
17         Q        How long have you been at Armavel?
18         A        I believe since around 2017.
19         Q        When you were first hired by Armavel,
20   what was your job title?
21         A        I believe it was principal
22   cybersecurity consultant.
23         Q        What were your roles and
24   responsibilities in 2017?
25         A        To perform cybersecurity services.
```

Page 56

```
 1              William Whitman - Confidential
 2         Q        Did you have any individuals who
 3   reported to you?
 4         A        Yes.
 5         Q        How many?
 6         A        Approximately, five.
 7         Q        And who did you report to?
 8         A        No one.  I was the managing member.
 9         Q        Did your title change at Armavel since
10   you started in 2017?
11         A        I don't know.
12         Q        What's your current title?
13         A        When I'm doing cybersecurity
14   consulting, I believe it's the same, principal
15   cybersecurity consultant.  But when I'm signing
16   documents, I believe it's managing member or
17   managing director.
18         Q        How many people work at Armavel?
19         A        Approximately 50.
20   ████████████████████████████████████████████
21   ████████████████████
22   ████████████████
23   █████████████████████████████████████████████████
24   ████████████
25   ██████████████████
```

Page 57

```
 1              William Whitman - Confidential
 2   ████████████████████████████████████████
 3   ████████████
 4   ██████████████████████████████
 5   █████████████████████████████████████████
 6   ████████████████████
 7         Q        What were --
 8         A        This is embarrassing, but I may need
 9   another restroom break in just a minute.  But I can
10   be very quick, like three minutes or less.
11         Q        Oh, that's -- that's -- that's fine.
12         A        Okay.  I just -- I'll be quick.  But
13   go ahead.  We can do a couple more questions.
14         Q        Does Armavel provide services only, or
15   does it also sell products?
16         A        Services only.
17         Q        How does Armavel charge for the
18   services it provides?
19              MR. LYTLE:  Object to the form.
20         A        Can you rephrase the question?
21         Q        Sure.  How -- for the services that
22   Armavel provides, it charges its customers, correct?
23         A        Correct.
24         Q        So I'm trying to figure out if
25   customers pay hourly for services or do you charge a
```

William T. Whitman Vol I Confidential
March 01, 2021                                    58 to 61

---

Page 58

William Whitman - Confidential

2  flat fee amount for certain services.  I'm trying to
3  understand how Armavel charges for the services it
4  provides to customers.
5      A      It varies.
6      Q      Okay.  What are the different ways
7  that Armavel charges for its services?
8      A      Hourly or by the task order.
9      Q      Who is responsible for setting the
10 hourly charges?
11     A      Do you mean who is responsible for
12 setting the hourly rates?
13     Q      Yeah.  Yes, hourly rates.
14     A      It depends.
15     Q      Do you have any role in setting the
16 hourly rates charged to your customers?
17     A      Yes.
18     Q      Who else?
19     A      The customer.
20     Q      By that, are you suggesting that you
21 and customers will sometimes negotiate the hourly
22 rates to be charged?
23     A      Yes.
24     Q      Who develops the prices charged when
25 it's done by task order?

---

Page 59

William Whitman - Confidential

2      A      I do.
3      Q      Anyone else?
4      A      No.
5      Q      Can you give me an example of a task
6  order?
7      A      Yes.
8      Q      Can you tell me what that task order
9  is, please?  Can you give me a specific example,
10 like the name of a task order?
11     A      A hypothetical task order?
12     Q      Sure, or one you did recently.
13     A      Develop a cybersecurity architecture.
14     Q      Okay.  How do you come up with the
15 price to charge a customer for developing a
16 cybersecurity architecture?
17     A      Based on rates established by the
18 federal government.
19     Q      And what rates are those established
20 by the federal government to which you're referring?
21     A      The General Services Administration
22 rates.
23     Q      Okay.  Anything else?
24     A      Can you rephrase the question?
25     Q      Sure.  I was asking you, you know, how

---

Page 60

William Whitman - Confidential

2  you develop the price to charge for development of a
3  cybersecurity architecture, and you said based on
4  rates established by the federal government.
5             So my question is:
6             Anything else that you utilize?
7      A      Existing rates.
8      Q      And what are you referring to when you
9  say "existing rates"?
10     A      Rates that we may charge for similar
11 services.
12     Q      Okay.  Anything else?
13     A      Not that I recall.
14     Q      In your pricing for the development of
15 a cybersecurity architecture, do you price it in
16 such a way as to make a profit?
17     A      No.
18     Q      Why don't you price it in such a way
19 as to make a profit?
20     A      Because we control our costs.
21     Q      Okay.  So do you -- is it your
22 objective for Armavel to make a profit in the
23 operation of its business?
24     A      Yes.
25     Q      And what steps do you take to ensure

---

Page 61

William Whitman - Confidential

2  that Armavel is profitable?
3      A      We manage our costs.
4      Q      Okay.  So you manage your costs,
5  correct?
6      A      Yes.
7      Q      And you manage your expenses, correct?
8      A      Yes.
9      Q      Okay.  And what are some of the costs
10 that you manage?
11     A      Labor applied to a task.
12     Q      What about -- does -- does Armavel
13 have a physical building?
14     A      No.
15     Q      Armavel has to pay salaries of its
16 workers, correct?
17     A      Yes.
18     Q      And that's a cost and expense of doing
19 business, correct?
20     A      Yes.
21             Please don't forget about my quick
22 bathroom break.
23             MS. DAWSON:  Sure.  If you want to
24 take it now, that's fine.
25             THE WITNESS:  I can be quick.

---

William T. Whitman Vol I Confidential
March 01, 2021                                    62 to 65

Page 62

William Whitman - Confidential

1          MS. DAWSON:  That's fine.
2          THE VIDEOGRAPHER:  Stand by.
3          This marks the end of media unit
4    number two.  We are off the record at
5    11:59 a.m.
6          (A break is taken.)
7          THE VIDEOGRAPHER:  This marks the
8    beginning of media unit number three.  We are
9    back on the record at 12:04 p.m.
10   CONTINUED DIRECT EXAMINATION
11   BY MS. DAWSON:
12        Q      Mr. Whitman, we were talking about
13   some of the costs and expenses in doing business,
14   and we talked about labor costs and salaries.  What
15   are some of the other expenses and costs associated
16   with the business Armavel?
17        A      **Computers.**
18        Q      What else?
19        A      **Email.**
20        Q      Anything else?
21        A      **Office supplies.**
22        Q      Anything else?
23        A      **Payroll processing.**
24        Q      Anything else?

Page 63

William Whitman - Confidential

1        A      **Probably, but I'm not thinking of**
2    **anything.  It's not coming to mind readily.**
3        Q      That's fine.
4          What are the sources of revenue for
5    Armavel?
6        A      **Services.**
7        Q      What else?
8        A      **That's all.**
9        Q      You indicated, when we were talking
10   about developing a cybersecurity architecture, that
11   the price you charge is -- is based -- based on
12   rates established by the federal government and the
13   General Services Administration rates.  And then you
14   also mentioned existing rates, so rates for similar
15   services.
16          How do you come up with those rates
17   for those similar services?  Just kind of walk me
18   through developing the -- the rate that you charge.
19        A      **It would be the rate we would charge**
20   **to other customers.**
21        Q      Right.  But how do you come up with
22   that number, the amount to charge?
23        A      **Based on the GSA rates.**
24        Q      I understood that.

Page 64

William Whitman - Confidential

1          And then -- but -- and I assumed that.
2          I'm trying to figure out -- let's just
3    say you charge $10,000 for developing a
4    cybersecurity architecture.  What I'm trying to
5    understand is:
6          How do you get to the number 10,000?
7    What things do you take into consideration to
8    develop that number?
9        A      **We would estimate the amount of labor**
10   **required.**
11        Q      Okay.  What else?
12        A      **Nothing else is coming to mind.**
13        Q      How do you ensure that your revenue
14   exceeds your expenses at "Armagen"?
15          MR. LYTLE:  Object to form.
16        Q      Or Armavel?
17          MR. LYTLE:  Object to the form.
18        A      **Can you repeat the question?**
19        Q      Sure.
20        A      **Rephrase?**
21        Q      Sure.  How do you ensure that your
22   revenues exceed your expenses at Armavel?
23          MR. LYTLE:  Same objection.
24        A      **We do not.**

Page 65

William Whitman - Confidential

1        Q      Do you take any steps to ensure that
2    you make a profit?
3        A      **We cannot ensure that we'll make a**
4    **profit.**
5        Q      Well, your objective is to make a
6    profit, correct?
7          MR. LYTLE:  Object to the form.
8        A      **That's one objective.**
9        Q      So I'm asking about:
10          In connection with the objective to
11   make a profit, what things do you do in running the
12   business to facilitate your revenues exceeding your
13   expenses?
14          MR. LYTLE:  Object to the form.
15        A      **We control our costs.**
16        Q      Okay.  Is controlling costs the only
17   thing that you do in order to generate a profit?
18        A      **It's all that's coming to mind right**
19   **now.**
20        Q      Does the price you set for the
21   services you provide have any role whatsoever, in
22   your opinion, in whether or not a profit is made?
23          MR. LYTLE:  Object to the form.
24        A      **Can you rephrase the question, please?**

William T. Whitman Vol I Confidential
March 01, 2021                                    66 to 69

Page 66

William Whitman - Confidential

1
2    Q       Let's assume the estimated amount of
3    labor required to develop the cybersecurity
4    architecture is 100 hours.
5    A       **Okay.**
6    Q       And let's say that the hourly rate for
7    the individuals involved in developing the
8    cybersecurity architecture was $100 an hour.  Okay?
9    A       **Okay.**
10   Q       In your opinion, would it be a smart
11   business practice to charge the customer $5,000 for
12   that project?
13           MR. LYTLE:  Object to the form.
14   A       **It depends.**
15   Q       Okay.  What does it depend upon?
16   A       **The interest of the business.**
17   Q       You might be willing to have what you
18   might term a "loss leader."  Do you know what that
19   means?
20   A       **Yes.**
21           (There was a discussion off the
22   record.)
23   Q       Okay.  What else could it depend upon?
24   A       **In addition to the needs of the**
25   **business?**

Page 67

William Whitman - Confidential

1
2    Q       Correct.
3    A       **Nothing else, just -- just the needs**
4    **of the business.**
5    Q       And you would agree with me that in
6    that hypothetical the company would not have made a
7    profit on that particular transaction?
8            MR. LYTLE:  Object to the form.
9    A       **Yes.**
10   Q       Prior to Armavel, where did you work?
11   A       **Leidos.**
12   Q       How do you spell that?
13   A       **L-e-i-d-o-s.**
14   Q       What did you do at Leidos?
15   A       **Cybersecurity consulting.**
16   Q       What was your title?
17   A       **I believe it was principal**
18   **cybersecurity architect.**
19   Q       How long did you work there?
20   A       **Approximately, six years.**
21   Q       What years did you work there?
22   A       **Approximately, 2011 through 2016.**
23   Q       Did you have any role in developing
24   the prices charged for services provided at Leidos?
25   A       **No.**

Page 68

William Whitman - Confidential

1
2    Q       Where did you work before Leidos?
3    A       **Nuvention.**
4    Q       So other than working for yourself at
5    Nuvention and working at Leidos and Armavel, have
6    you had any other employment?
7    A       **Yes.**
8    Q       Where?
9    A       **Audio Station.**
10   Q       What is Audio Station?
11   A       **A car audio and electronics business.**
12   Q       Where is that located?
13   A       **Tacoma.**
14   Q       And when did you work there?
15   A       **Approximately 1996.**
16   Q       Just that one year?
17   A       **Yes.**
18   Q       Any other place where you worked?
19   A       **No.**
20   Q       Did you work at a place called Shurpa,
21   S-h-u-r-p-a?
22   A       **I believe so.  I was an owner of the**
23   **company.**
24   Q       When was that?
25   A       **Approximately, 1998.**

Page 69

William Whitman - Confidential

1
2    Q       What did Shurpa do?
3    A       **It was an internet company.**
4    Q       What services did it provide?
5    A       **None.**
6    Q       None.  Okay.  Well, what did it sell,
7    if anything?
8    A       **I don't recall.**
9    Q       Well, what did you do there, exactly?
10   What were your responsibilities at Shurpa?
11   A       **I was a founder.**
12   Q       Okay.  And what -- what -- what did
13   you do as the founder?  Did you interface with
14   customers?  Did you have customers?
15   A       **No.**
16   Q       Okay.  So you called -- you described
17   it as an internet company.  I mean, what aspect of
18   the internet did Shurpa function in?
19           MR. LYTLE:  Object to the form.
20   A       **It was to create a product.**
21   Q       What type of product?
22   A       **A web product.**
23   Q       A web product to do what?
24   A       **I don't remember the specifics, but I**
25   **believe it related to innovation.**

Page 70

```
 1            William Whitman - Confidential
 2      Q        Did you work for a company called
 3  Science Applications International Corporation?
 4      A    Yes.
 5      Q        When did you work there?
 6      A    Approximately, 2011.
 7      Q        How long did you work there?
 8      A    Approximately, three years.
 9      Q        What did you do there?  What was your
10  job?
11      A    I was a cybersecurity consultant.
12      Q        So you were working at Leidos during
13  the same period you were working at SAIC?
14      A    No.
15      Q        Okay.  You testified previously that
16  you were at Leidos from 2011 to 2016.  That was your
17  testimony.  And then when I asked you about SAIC,
18  you said you were there in 2011 for three years.  So
19  I'm trying to reconcile the two.
20      A    Okay.
21      Q        So which one were you at in 2011,
22  Leidos or SAIC?
23           MR. LYTLE:  Object to the form.
24      A    I believe it was SAIC.
25      Q        And you believe you were at SAIC for
```

Page 71

```
 1            William Whitman - Confidential
 2  three years; is that correct?
 3      A    Yes.
 4      Q        Okay.  That will get us to 2014.
 5           MR. LYTLE:  Object to the form, to the
 6      extent that's a question.
 7      Q        So you testified previously that you
 8  were at Leidos from 2011 to 2016.  So do you believe
 9  that to still be accurate or true, or should it be
10  changed to a different date?
11           MR. LYTLE:  Object to the form.
12      A    I believe it's true.
13      Q        Did you work for Jefferson Prime
14  Financial Corporation?
15      A    No.
16      Q        Did you do any consulting work for
17  Jefferson Prime Financial Corporation?
18      A    I don't recall.
19      Q        Did you do any consulting for Anderson
20  Ellis, LLC?
21      A    I don't recall.
22      Q        Other than Nuvention and Shurpa, did
23  you have any other businesses that you would
24  describe as your own?
25      A    Yes.
```

Page 72

```
 1            William Whitman - Confidential
 2           MR. LYTLE:  Object to the form.
 3      Q        What business was that?
 4      A    Anderson Ellis.
 5      Q        What was Anderson Ellis?
 6      A    A limited liability company.
 7      Q        What did Anderson Ellis do?
 8      A    Computer services.
 9      Q        Were you the only member of the LLC,
10  Anderson Ellis?
11      A    Yes.
12      Q        When did Anderson Ellis operate?
13      A    I don't remember.
14      Q        Was Anderson Ellis profitable?
15      A    I don't remember.
16      Q        Was your objective for Anderson Ellis
17  to be profitable?
18      A    Yes.
19  ███████████████████████████████████████████
20  ████████████████████████████████████████
21  ████████████████████████████████
22  ████████████████████
23  ████████████████████████████████████
24  ██████████████████████
25  ██████████████████████████████████████████
```

Page 73

```
 1            William Whitman - Confidential
 2  ███████████████████████████████████████████████
 3  ████████████████████████████████████████ship
 4  █████████████
 5  ██████████████████
 6      Q        What else?
 7      A    Jefferson Prime Financial.
 8      Q        What did Jefferson Prime Financial do?
 9      A    It was a mortgage company.
10      Q        Were you the only individual who had
11  an ownership interest in Jefferson Prime Financial
12  Corporation?
13      A    Yes.
14      Q        What did the company do?
15      A    It was a mortgage business.
16      Q        Was it mortgages for homes, for
17  businesses?  Describe for me what mortgages
18  Jefferson Prime Financial Corporation was involved
19  in.
20      A    I don't believe it was a corporation.
21      Q        Okay.  What is your recollection of
22  the corporate structure of Jefferson Prime?
23      A    I believe it was an LLC.
24      Q        Okay.  So what mortgage business was
25  Jefferson Prime in?  Residential mortgage?  What
```

William T. Whitman Vol I Confidential
March 01, 2021                                    74 to 77

Page 74

1                  William Whitman - Confidential
2   type of mortgages?
3             MR. LYTLE:  Object to the form.
4        A    It sold or brokered residential
5   mortgages.
6        Q    What years was Jefferson Prime
7   Financial in operation?
8        A    I believe 2007 and 2008.
9        Q    Did Jefferson Prime Financial make a
10  profit?
11       A    I don't remember.
12       Q    What qualifications did you have to be
13  in the business of brokering or selling residential
14  mortgages?
15            MR. LYTLE:  Object to the form.
16       A    I was an entrepreneur.
17       Q    Did you have any training in
18  connection with the brokering or selling of
19  residential mortgages?
20            MR. LYTLE:  Object to the form.
21       A    No.
22       Q    Are there any other businesses that
23  you had an ownership interest in that I've not
24  previously identified today in the deposition?
25       A    Yes.

Page 75

1                  William Whitman - Confidential
2        Q    What are the names of those companies?
3        A    Whitman Computer Services.
4        Q    Were you the only individual with an
5   ownership interest in Whitman Computer Services?
6        A    Yes.
7        Q    What years was Whitman Computer
8   Services in operation?
9        A    Approximately, 1998 and a part of
10  1999.
11       Q    And what did Whitman Computer Services
12  do?
13       A    Provided computer services.
14       Q    Is that repair of computers?  What
15  precisely -- identify the types of computer services
16  that were provided by Whitman Computer Services.
17       A    Is the question, identify the types of
18  services that Whitman Computer Services did?
19       Q    Yes.
20       A    Computer consulting, computer
21  networking, and computer repair.
22       Q    Did Whitman Computer Services make a
23  profit?
24       A    I don't remember.
25       Q    Now, you're an entrepreneur,

Page 76

1                  William Whitman - Confidential
2   Mr. Whitman, correct?  You said that multiple times,
3   correct?
4        A    Yes.  Yes, correct.
5        Q    You don't go into business to lose
6   money; do you?
7        A    No.
8        Q    You go into business to make money,
9   correct?
10       A    Yes.
11       Q    And your objective in running a
12  business is for that business to be profitable,
13  correct?
14       A    That's one objective, yes.
15       Q    Okay.  What's another objective?
16       A    To do good.
17       Q    Okay.  Any other objectives?
18       A    To provide jobs.
19       Q    Okay.  Anything else?
20       A    To have fun.
21       Q    Okay.  Anything else?
22       A    Nothing that I can think of right now.
23       Q    Okay.  And as you stated, one of the
24  objectives may to be make a profit.  In order to
25  achieve that objective of making a profit, the

Page 77

1                  William Whitman - Confidential
2   company's revenues must exceed its expenses and
3   costs; is that correct?
4        A    In a given time period, yes.
5        Q    I mean, the company can't operate at a
6   loss and be profitable, correct?
7             MR. LYTLE:  Object to form.
8        A    I don't think that's correct.
9        Q    Okay.  How is what I said not correct?
10       A    A company can be not profitable for a
11  period of time and then to be profitable for another
12  period of time and be considered profitable.
13       Q    Sure.  Okay.
14            But for a specific period of time --
15  let's just say a year -- at the end of the year of
16  the business's operation, if the expenses and costs
17  of running the business for that year exceed the
18  revenue generated by the business, in that specific
19  year the company did not make a profit, correct?
20            MR. LYTLE:  Object to the form.
21       A    Did not make a monetary profit,
22  correct.
23       Q    When did you first get any form of
24  insurance on your own, Mr. Whitman, auto, renter's,
25  whatever?

Page 78

William Whitman - Confidential

2    A      Can you under -- help me understand
3 "on your own"?
4    Q      Sure, sure.  Where you were paying for
5 the insurance yourself, as opposed to your parents
6 paying for it, when is the first time you as an
7 adult purchased any form of insurance?
8    A      Probably around 2018 -- I mean
9 twenty -- sorry.
10           Probably around 1998, when I turned
11 18.
12    Q      Okay.  In 1998, when you turned 18,
13 what was the first type of insurance that you
14 purchased?
15    A      Car insurance.
16    Q      Who was that car insurance with?
17    A      State Farm.
18    Q      Why did you select State Farm for your
19 car insurance?
20    A      Because my parents used it.
21    Q      Did you speak with an agent prior to
22 deciding to purchase car insurance with State Farm?
23    A      I don't remember.
24    Q      Did you do any research regarding
25 options for car insurance prior to purchasing car

Page 79

William Whitman - Confidential

1 insurance with State Farm?
3    A      I don't recall.
4    Q      In deciding what insurance company to
5 purchase insurance with, is the financial strength
6 of the insurance company important?
7           MR. LYTLE:  Object to form.
8    A      Can you rephrase the question?
9    Q      Sure.  Sure.  In deciding where to
10 purchase insurance, such as auto insurance, is the
11 financial strength of the company an important
12 factor in determining which insurance company to --
13 to go with?
14           MR. LYTLE:  Same objection.
15    A      I don't know.
16    Q      Well, you want the insurance company
17 to be solvent should you have a claim --
18           (There was a discussion off the
19           record.)
20    Q      Mr. Whitman, you would want the
21 insurance company insuring you to be financially
22 solvent so that, if you do make a claim, the company
23 has the financial means to pay that claim out,
24 correct?
25           MR. LYTLE:  Object to form.

Page 80

William Whitman - Confidential

2    A      If my ability to be paid on claims
3 that I make requires the company to be solvent,
4 then, yes.
5    Q      After getting auto insurance with
6 State Farm in 1998, was there any other insurance,
7 other than the life insurance that's the subject of
8 this litigation, that you purchased from anyone, not
9 necessarily State Farm?
10    A      Was the question in 1998?
11    Q      I'm trying to just get an
12 understanding of your purchases of insurance.  And I
13 think you said your first time purchasing was in
14 1998, and it was auto insurance.  So I'm trying to
15 find out if there is any other insurance after you
16 purchased the auto insurance with State Farm, but
17 prior to the life insurance purchase that is the
18 subject of this litigation.
19           Is there any other insurance that you
20 purchased during that time period?
21    A      Not that I recall.
22    Q      Do you know what underwriting is?
23    A      I think I understand underwriting in
24 layman's terms.
25    Q      Okay.  Tell me what your understanding

Page 81

William Whitman - Confidential

1 of underwriting is in layman's terms.
3    A      I believe it's a review of a -- of an
4 insurance application prior to issuance.
5    Q      Is it your understanding that, as part
6 of the underwriting process, the applicant for
7 insurance is asked questions?
8    A      Yes.
9    Q      And is it your understanding that, as
10 part of the underwriting process, some of the
11 questions asked are regarding the applicant's health
12 history?
13           MR. LYTLE:  Object to the form.
14    A      Can you rephrase the question?
15    Q      Sure.  You understand, don't you,
16 that, as part of the underwriting process, when you
17 apply for insurance, you are asked questions about
18 your health history in connection with life
19 insurance?
20    A      Yes.
21    Q      And is it your understanding that, as
22 part of the underwriting process when you apply for
23 life insurance, that you are asked questions about
24 any medical conditions you may have?
25    A      Yes.

William T. Whitman Vol I Confidential
March 01, 2021                                    82 to 85

Page 82

William Whitman - Confidential

1
2     Q        And is it your understanding that, as
3  part of the underwriting process for life insurance,
4  that you're asked questions about your lifestyle and
5  the types of activities that you are engaged in?
6     A        I believe I've seen that.  Yes.
7     Q        And is it your understanding, as part
8  of the underwriting process for life insurance, that
9  you may -- you may be asked to undergo a medical
10 examination such as giving blood?
11    A        Yes.
12    Q        Do you have any understanding of why,
13 as part of the life insurance application process,
14 that you are asked to provide information regarding
15 health history, medical conditions, lifestyle
16 activities, and blood work?
17    A        I believe I have a layman's
18 understanding.
19    Q        What is your layman's understanding of
20 why that information is asked for?
21    A        I believe it's to assess the
22 applicant's health.
23    Q        And why -- what is your understanding
24 of why assessing the applicant's health would be
25 needed by the insurance company in connection with

Page 83

William Whitman - Confidential

1
2  life insurance?
3     A        I believe it's to help establish the
4  likelihood of a claim.
5              I'm not sure if I'm using the right
6  terminology.
7     Q        That's okay.  I just want your
8  understanding.
9     A        Sure.
10    Q        Now, in 2001, you made an application
11 for life insurance with State Farm Life Insurance
12 Company.
13             Do you recall that?
14    A        Vaguely.
15    Q        Do you recall why in 2001 you were
16 interested in purchasing life insurance?
17    A        Vaguely.  I do vaguely.
18    Q        Tell me why, what you can recall.
19    A        I thought I was being proactive and
20 financially responsible.
21    Q        What were you trying to be proactive
22 for?
23    A        I thought, if I applied and got life
24 insurance while I was younger, that it would be more
25 affordable.

Page 84

William Whitman - Confidential

1
2     Q        And that's because you believed that,
3  as a younger person your health would be essentially
4  better than applying for life insurance as a
5  40-year-old, essentially; is that fair to say?
6              MR. LYTLE:  Object to the form.
7     A        I -- I don't remember.
8     Q        Well, you said -- I mean, why would
9  you apply for life insurance when you're younger.
10 You said, you know, you thought it would be better
11 to apply for life insurance when you were younger.
12 Why is that?
13    A        Yeah, I don't remember why I thought
14 that at the time.
15    Q        You were not married at the time that
16 you made an application for life insurance with
17 State Farm in 2001, correct?
18    A        Correct.
19    Q        You did not have any children at the
20 time; is that correct?
21    A        Correct.
22    Q        What about your debts at that time
23 when you applied for life insurance?  Did you have
24 debt at the time that you applied for life
25 insurance?

Page 85

William Whitman - Confidential

1
2     A        Not that I recall.
3     Q        You said that you recall one of the
4  reasons that you were interested in life assurance
5  is -- life insurance, because you wanted to be
6  financially responsible.
7              So I'm trying to understand:
8              What were you trying to be financially
9  responsible for at age 20 in applying for life
10 insurance?
11             MR. LYTLE:  Object to the form.
12    A        What is the question?
13    Q        Sure.  You gave an answer indicating
14 that there were two reasons that you recall applying
15 for life insurance in 2001.  You said you thought
16 you were being proactive, and you thought you were
17 being financially responsible.
18             I'm trying to understand how you felt
19 applying for life insurance in 2001 was financially
20 responsible.
21    A        I don't remember.
22    Q        Did you talk to anyone regarding your
23 decision to apply for life insurance?
24    A        I don't remember.
25    Q        Did you talk to your father about your

Page 86

1              William Whitman - Confidential
2     decision to apply for life insurance?
3              MR. LYTLE:  Object to the form.
4        A        I don't remember.
5        Q        Did you do any research into the
6     different types of life insurance in 2001?
7        A        I don't recall.
8        Q        Did you consider doing anything other
9     than purchasing life insurance in 2001 as a means of
10    being proactive or financially responsible?
11             MR. LYTLE:  Object to the form.
12       A        I don't remember.
13       Q        You don't recall whether or not you
14    thought to yourself, "Maybe I'll invest in the stock
15    market to be proactive and financially responsible"?
16             MR. LYTLE:  Object to the form.
17       Q        Was that something you considered?
18             MR. LYTLE:  Same objection.
19       A        I don't remember.
20       Q        Can you recall any objective that you
21    had when you first decided to purchase life
22    insurance?
23             MR. LYTLE:  Object to the form.
24       A        Yes.
25       Q        What objective did you have?

Page 87

1              William Whitman - Confidential
2        A        Whether it was right or not, I think
3     it was because I thought it was financially
4     responsible.
5        Q        What do you mean by "financially
6     responsible"?
7        A        I don't remember what I thought it
8     meant at the time, but -- but I just have a vague
9     recollection that that was the -- the idea.
10       Q        Well, what do you think the term
11    "financially responsible" means now?
12       A        I think it means to maximize my
13    financial health over a period of time.
14       Q        When you say "maximize your financial
15    health," again, what are -- what is it that you're
16    trying to accomplish?
17             Are you trying to save money?  Are you
18    trying to make money?  What -- what is it that
19    "maximizing financial health" means to you?
20             MR. LYTLE:  Object to the form.
21       A        It means to be able to take care of
22    my -- my family and my family's financial needs.
23       Q        So what family were you trying to take
24    care of in 2001 when you had no wife and no kids?
25             MR. LYTLE:  Object to the form.

Page 88

1              William Whitman - Confidential
2        A        Can you rephrase the question?
3        Q        I asked you what "maximizing financial
4     health" meant, and you indicated that your objective
5     was to take care of your family and your family's
6     financial needs.
7              I then asked you -- in 2001, when you
8     applied for insurance with State Farm, you had no
9     wife and no kids.  And, therefore, I asked you:
10             What family were you trying to take
11    care of in 2001 when you applied for life insurance
12    with State Farm?
13             MR. LYTLE:  Object to the form.
14       A        You asked me what the definition meant
15    now, and I said to take care of myself and my
16    family, I believe.  I wasn't married in 2001.
17       Q        Right.  So I'm trying to understand:
18             What was your objective in purchasing
19    life insurance in 2001?
20             MR. LYTLE:  Object to the form.
21       A        I don't recall.
22             MR. LYTLE:  It's been asked and
23    answered.
24             THE WITNESS:  Okay.
25             MR. LYTLE:  You can answer again.

Page 89

1              William Whitman - Confidential
2        A        Yeah.  I don't recall.
3        Q        Do you recall applying for insurance
4     in 2001?
5        A        Vaguely, yes.
6        Q        Do you recall whether or not you met
7     with an agent at the time you applied for life
8     insurance with State Farm?
9        A        Yes.
10       Q        Who did you meet with?
11       A        I believe it was Kevin Olive.
12       Q        Did you know Kevin Olive before you
13    met him for purposes of applying for life insurance?
14             MR. LYTLE:  Object to the form.
15       A        Yes.
16       Q        How did you know Kevin Olive?
17       A        He was our family's insurance agent.
18       Q        How long had you known Kevin Olive at
19    the time that you applied for life insurance with
20    State Farm?
21       A        Probably two years or so.
22       Q        Was Kevin Olive the agent for your
23    father, Thomas Whitman?
24       A        Yes.  I believe so.
25       Q        Did your father -- did you discuss

Page 90

1          William Whitman - Confidential
2    purchasing life insurance with your father?
3          MR. LYTLE:  Object to the form.
4          A     I don't believe so.
5          Q     Did you reach out to Kevin Olive
6    regarding your interest in life insurance?
7          A     I don't recall.
8          Q     How did Kevin Olive become the agent
9    with whom you made an application for life insurance
10   with State Farm?
11         A     Kevin Olive was my car insurance
12   agent.
13         Q     Okay.  So when you decided that you
14   were interested in life insurance, did you contact
15   Kevin Olive?
16         MR. LYTLE:  Object to the form.
17         A     I -- I don't remember.
18         Q     Do you recall having any conversations
19   with Kevin Olive regarding making an application for
20   life insurance with State Farm?
21         A     Yes.
22         Q     Where did those conversations take
23   place?
24         A     In Kevin Olive's office.
25         Q     What did you and Mr. Olive discuss

Page 91

1          William Whitman - Confidential
2    about life insurance?
3          A     I believe we discussed the universal
4    life insurance policy.
5          Q     Did you have a discussion about your
6    life insurance needs?
7          A     I don't remember.
8          Q     Did you and Mr. Olive talk about
9    different types of life insurance, such as term
10   life, universal life, and other forms of life
11   insurance?
12         A     I believe we only talked about
13   universal life.
14         Q     Do you know what term life insurance
15   is?
16         A     Yes.
17         Q     What is it?
18         A     It's a life insurance policy that
19   lasts or is in effect for a specific term of time.
20         Q     Do you know what the difference is
21   between term life and universal life?
22         A     I'm not an expert.
23         Q     Well, what is your understanding of
24   the difference between the two?
25         A     I understand that universal life has

Page 92

1          William Whitman - Confidential
2    an insurance component and some kind of savings
3    component, in my layman terms.
4          And I'm sorry.  I may need another
5    quick break.
6          MS. DAWSON:  No.  That's fine.  And we
7    will also take a break for lunch.
8          So let me ask Mr. Lytle and you,
9    Mr. Whitman, what you would like to do in
10   connection with that since it is 1:09.
11         MR. LYTLE:  I will -- I mean, I'm fine
12   with that.  I assumed we'd be taking a lunch
13   break at some point.  I'll leave it to those
14   for whom it is about ten after 1:00 instead of
15   ten after 12:00 to decide whether now is a
16   good time to do that.
17         Mr. Whitman, are you -- are you
18   wanting to take a break for lunch now, or do
19   we want to keep going for a little bit and
20   then take a lunch break?
21         MS. DAWSON:  I mean, we can have a
22   restroom break, come back, do some more
23   questions and then take a lunch break,
24   whatever you'd like to do.
25         THE WITNESS:  Okay.  How long would

Page 93

1          William Whitman - Confidential
2    the lunch break be?
3          MR. LYTLE:  It varies.
4          THE WITNESS:  Could be quick,
5    30 minutes?  I mean, could it be a short lunch
6    break?
7          MS. DAWSON:  It could be a short lunch
8    break.  That's fine.
9          THE WITNESS:  Okay.
10         MR. LYTLE:  Why don't we take a -- why
11   don't we take a 30-minute lunch now.
12         THE WITNESS:  I'm good with that.
13         THE VIDEOGRAPHER:  Stand by.
14         This marks the end of media unit
15   number three.  We are off the record at
16   1:10 p.m.
17         (A lunch recess was taken.)
18         THE VIDEOGRAPHER:  This marks the
19   beginning of media unit number four.  We are
20   back on the record at 1:40 p.m.
21   CONTINUED DIRECT EXAMINATION
22   BY MS. DAWSON:
23         Q     Mr. Whitman, I'd like you to go to
24   your notebook and go to Tab 7, which is
25   Defendant's Exhibit Number 7.

William T. Whitman Vol I Confidential
March 01, 2021                    94 to 97

Page 94
1    William Whitman - Confidential
2         (Exhibit No. Defendant's 7, William
3    Whitman's Application of Life Insurance With
4    State Farm, date signed 1/16/01, Bates Nos.
5    SFLIC-W 207329 to 241, Document is marked by
6    the reporter for identification.)
7    A    Okay.  Just give me one moment,
8    please.
9         (There was a discussion off the
10   record.)
11   Q    Okay.  Mr. Whitman, have you found
12   Defendant's Exhibit Number 7 behind Tab 7?
13   A    Yes.
14   Q    Okay.  Mr. Whitman, I'm showing you
15   what's -- what's been marked as Defendant's Exhibit
16   Number 7.
17        Do you recognize this document?
18   A    Not -- I'm not intimately familiar,
19   but I -- recognize it as an application for life
20   insurance.
21   Q    All right.  If you go to the Bates No.
22   SFLIC-W-0000207241, which is the third page.  Do you
23   see where there are signatures there where it says
24   "Signature of proposed insured"?
25   A    Yes.

Page 95
1    William Whitman - Confidential
2    Q    Is that your signature?
3    A    Yes, I believe so.
4    Q    So let's go back to page one of
5    Defendant's Exhibit Number 7.
6         You see up at the top, on the
7    left-hand side it says:
8         "Proposed insured, Mr. Whitman,
9    William T."
10        That's you, correct?
11   A    Yes.
12   Q    Sure.  And do you see that that
13   mailing address there is 210 East 63rd Street,
14   Tacoma, Washington  98404?
15   A    Yes.
16   Q    And was that your mailing address at
17   the time?
18   A    Apparently, yes.
19   Q    And when this application was
20   completed, it states:
21        "Male age 20."
22        Is that your recollection of your age
23   when you applied for insurance, life insurance with
24   State Farm?
25   A    Yeah.  That sounds right.

Page 96
1    William Whitman - Confidential
2    Q    Okay.  And then you see the question:
3         "Have you used tobacco in any form in
4    the last 12 months?"
5         And you answered no.  Was that
6    truthful at the time you answered it?
7    A    Yes.  I believe so.
8    Q    Next, it says:
9         "Occupation:  Computer technology,
10   employer Shurpa Corporation."
11        Was it accurate in 2001 when you
12   completed this application that you were working for
13   Shurpa Corporation in the field of computer
14   technology?
15   A    Yeah, apparently.  I don't recall
16   exactly where -- where I was working then, but
17   that's what it says here on that paper.
18   Q    All right.  And it asks next about job
19   duties and whether or not your job at Shurpa fell
20   into one of the following hazardous categories, and
21   you answered no.
22        Do you see that?
23   A    Yes.
24   Q    And was that correct at the time?
25   A    Yes.  As far as I remember, yes.

Page 97
1    William Whitman - Confidential
2    Q    Next, if you go down, you see where it
3    says "basic plan universal life" and an amount of
4    $500,000.
5         Do you see that?
6    A    Yes.
7    Q    Why did you want $500,000 of coverage?
8    A    I don't recall.  It may have been what
9    the agent suggested.
10   Q    Do you recall specifically Kevin Olive
11   suggesting to you $500,000 for the amount of
12   coverage?
13   A    Not the specific amount.
14   Q    And if Kevin Olive said that, no, he
15   did not suggest an amount of coverage and that it
16   was you, Mr. Whitman, who asked for $500,000 in
17   coverage, would you have any reason to doubt him?
18        MR. LYTLE:  Object to the form.
19   A    Can you repeat the question?
20   Q    Sure.  If Kevin Olive said that the
21   amount of coverage selected at $500,000 was your
22   choice and was not recommended by him, would you
23   have any reason to doubt Mr. Olive's recollection?
24        MR. LYTLE:  Same objection.
25   A    Yes.

Page 98

William Whitman - Confidential

1
2    Q      Why?  What would be your basis to
3    doubt Mr. Olive's recollection -- because you said
4    time and time again, Mr. Whitman, that you can't
5    recall what your conversations were with Mr. Olive.
6           So in light of that, what is your
7    basis for saying that you would doubt Mr. Olive's
8    recollection --
9           MR. LYTLE:  Object to the form.
10    Q      -- of those conversations?
11           MR. LYTLE:  Same objection.
12    A      Well, I do believe I remember elements
13    of the conversation.  I don't believe I said I don't
14    remember any discussion at all with Kevin Olive.
15    Q      Okay.  Well, tell me which elements of
16    the conversation you recall with him, every single
17    one.
18           MR. LYTLE:  Object to the form.
19    A      Can you help me understand the -- the
20    question?  Tell you what?
21    Q      You just said that you recalled
22    elements of the conversation with Kevin Olive; and
23    prior to the lunch break, you said you couldn't
24    remember.  So I want to hear now what elements of
25    the conversation, your conversations with

Page 99

William Whitman - Confidential

1    Kevin Olive, you recall in connection with the
2    application for insurance.
3    A      I believe before the lunch break there
4    were elements that I didn't remember, but I don't
5    think I said there -- there were no elements I could
6    remember.
7    Q      Okay.  Well, tell me which elements
8    that you can remember.
9    A      I remember the -- his discussion about
10    universal life.  I remember -- I remember him having
11    some things to say about universal life.
12    Q      What things did he have to say about
13    universal life?  Tell me, please.
14           MR. LYTLE:  Object to the form.  You
15    can just ask the question, Counsel.  You don't
16    need to finish it off with an argumentative
17    statement.
18    A      Can you repeat the question, please?
19    Q      Sure.  Tell me, what did Kevin Olive
20    discuss with you about universal life?
21    A      I believe he indicated that universal
22    life had advantages based on the savings portion of
23    the policy.
24    Q      What else do you recall Kevin Olive

Page 100

William Whitman - Confidential

1    telling you about universal life?
2    A      I believe he discussed the growth of
3    the policy, that it would -- that it would grow
4    substantially over time.
5    Q      How did Kevin Olive tell you that the
6    universal life policy would grow over time?
7    A      He told me there were -- there was
8    some minimum percentage of growth that it would --
9    that it would have over time.
10    Q      What did he tell you about the
11    percentage of growth?
12           Did he tell you a number?
13    A      I don't remember specifically.  But he
14    had a printout that showed the different supposed
15    values in the -- in the years as the policy gets,
16    you know, older.
17    Q      What else did Kevin Olive tell you
18    about universal life?
19    A      Nothing -- nothing that I can recall
20    additionally.
21    Q      So you can recall Kevin Olive talking
22    about the advantages of universal life based on
23    savings, growth of the policy, percentage growth
24    over time, and you recall a printout that

Page 101

William Whitman - Confidential

1    Kevin Olive provided of the value of the policy; is
2    that correct?
3    A      I don't know if it was a printout or
4    something on the computer screen.
5    Q      Something on the screen.
6           Any other things that you can recall
7    Kevin Olive discussing with you regarding universal
8    life?
9    A      He talked about the loan, ability to
10    take out loans against the policy.
11    Q      What else did you and Kevin discuss
12    about universal life?
13    A      Nothing else that can I recollect
14    right now.
15    Q      Did you talk about premium
16    flexibility?
17    A      I don't remember.
18    Q      Did you talk about the death benefit?
19    A      Don't -- don't recall.
20    Q      Did you talk about a guaranteed
21    4 percent interest rate?
22    A      There was some talk of some guaranteed
23    interest rate.  I don't recall what the percentage
24    was.

Page 102

1      William Whitman - Confidential
2          Q      Did you talk about cash value?
3          A      **Cash value?  Probably insofar as**
4      **that's the growth of the -- of the value that I was**
5      **referencing earlier, presumably.  But I may be**
6      **misunderstanding.  I'm not an insurance expert, by**
7      **any means.**
8          Q      Did you talk about cost of insurance?
9          A      **I don't think so.**
10         Q      On Exhibit Number 7, do you see where
11     it says "plan premium $175"?
12         A      **Yes.**
13         Q      Why did you select $175 as your plan
14     premium?
15                MR. LYTLE:  Object to the form.
16         A      **I don't remember.**
17         Q      Where it says "death benefit
18     option 1," why did you select death benefit
19     option 1?
20                MR. LYTLE:  Object to the form.
21         A      **I'm sorry.  I don't -- I don't**
22     **remember.**
23         Q      Now, if you go down towards the middle
24     of the page, it asks a number of questions, whether
25     or not you have personal or business life insurance

Page 103

1      William Whitman - Confidential
2      of more than $200,000, if this policy replaces or
3      changes insurance or annuities, whether or not
4      you're applying for life and health insurance with
5      any other company, and do you plan to leave or
6      travel from the US or Canada in the next six months?
7      You answered no to all of those questions.
8                Do you see that?
9          A      **Yes.**
10         Q      And as you sit here today, do you
11     believe those answers to be truthful?
12         A      **Yes.**
13         Q      You also see where there is a series
14     of questions asked about whether or not in the last
15     ten years you've been treated for a number of
16     medical conditions and you answered no?  Were you
17     truthful in your responses to those questions?
18         A      **Yes, as far as I remember.**
19         Q      And, similarly, there's a question
20     about being diagnosed or having been treated for
21     AIDS by a medical professional.
22                You answered that no as well, correct?
23         A      **Correct.**
24         Q      If we turn to the next page, page two
25     of the application, you were asked:

Page 104

1      William Whitman - Confidential
2                "Have you in the last three years, or
3      plan to in the next six months, flown" -- and it
4      specifically says -- "as a pilot, crew member, or
5      student pilot, aircraft," and it outlines "airplane,
6      helicopter, glider, ultralight?"
7                And you answered no.  Was that
8      accurate and correct at the time you gave it?
9          A      **Yes, I believe so.**
10         Q      Same for the other questions,
11     mountain/rock climbing, automotive/cycle/powerboat
12     racing, SCUBA diving, skydiving?
13                Is that all accurate in terms of your
14     responses to those questions at the top of page two
15     of Exhibit Number 7?
16         A      **I'm just reviewing.**
17                **What is an "avocation"?**
18         Q      What is your understanding of
19     "avocation"?
20         A      **I would have interpreted it, I think,**
21     **as "similar activities."**
22         Q      So based upon your interpretation, is
23     your answer correct that you gave?
24         A      **Yes.**
25         Q      What, if anything else, do you recall

Page 105

1      William Whitman - Confidential
2      as part of the application for life insurance you
3      made with Mr. Olive?  Do you recall completing any
4      other forms?
5          A      **No.  I don't think so.**
6          Q      Okay.  I'd like you to turn in your
7      binder to Tab 8, which is Defendant's Exhibit
8      Number 8.
9                (Exhibit No. Defendant's 8, Medical
10     Examiner's Report for William T. Whitman,
11     dated 1/16/01, Bates No. SFLIC-W 207242,
12     Document is marked by the reporter for
13     identification.)
14         A      **Okay.**
15         Q      I'd like you to take a look at that
16     document.
17                Do you recognize this document?
18         A      **It looks like a medical report.  No, I**
19     **don't recognize it.**
20         Q      Okay.  If you look at the bottom of
21     Defendant's Exhibit Number 8, there's a signature
22     under the date, January 16, 2001.  Is that your
23     signature where it says "Signature of Proposed
24     Insured"?
25         A      **It looks like it, yes.**

Page 106

William Whitman - Confidential

1      William Whitman - Confidential

2      Q        And is your handwriting anywhere else

3   on Defendant's Exhibit Number 8?

4      A        Not that I can see -- oh, possibly the

5   date.

6      Q        Do you recall being asked questions --

7      A        No.

8      Q        -- as part of your application for

9   life insurance with State Farm?

10         MR. LYTLE:  Object to the form.

11     A        No.

12     Q        No, you do not recall?

13     A        I don't recall, no.

14     Q        As you sit here today reviewing

15  Defendant's Exhibit Number 8, do you believe the

16  responses to the questions regarding your health

17  conditions to be accurate and correct at the time?

18         MR. LYTLE:  Object to the form.

19     A        Can you repeat the question?

20     Q        Sure.  I'm asking whether or not, as

21  you sit here today looking at Defendant's Exhibit

22  Number 8 and seeing the responses provided, is it

23  your belief that the responses accurately reflect

24  your medical history and condition at the time you

25  applied for insurance?

Page 107

William Whitman - Confidential

1      William Whitman - Confidential

2      A        Yes.  I assume so, yes.

3      Q        So you would agree that, as part of

4   Exhibit -- Defendant's Exhibit Number 7 and

5   Defendant's Exhibit Number 8, you answered a number

6   of personal medical questions and lifestyle

7   questions as part of your application for life

8   insurance with State Farm, correct?

9          MR. LYTLE:  Object to the form.

10     A        Yes, it looks like I did.

11     Q        And it's fair to say this application

12  focused on your individual health and your

13  individual lifestyle and activities in detail,

14  correct?

15     A        These forms focused on my individual

16  details?  Is that the question?

17     Q        Health, health and medical details and

18  lifestyle details, correct?

19     A        Yes, it appears that these documents

20  focused on my health and lifestyle details.

21     Q        And did you understand that your

22  answers to these questions would affect how much

23  your insurance would cost?

24     A        I don't recall.

25     Q        Well, as you sit here today, do you

Page 108

William Whitman - Confidential

1      William Whitman - Confidential

2   understand that the answers to these questions

3   affects how much your insurance costs?

4          MR. LYTLE:  Same objection.

5      A        Not necessarily.

6      Q        Okay.  You would agree with me,

7   Mr. Whitman, that, as part of the underwriting

8   process that we discussed earlier, you said that the

9   insurance company asks questions as part of the

10  application process, correct?

11     A        I don't -- I don't know that I said

12  that.

13     Q        I'll represent to you that you did.

14     A        Okay.

15     Q        One of the reasons that the insurance

16  company needs to get information about the applicant

17  for insurance is to determine as a threshold matter

18  if the individual is insurable, correct?

19         MR. LYTLE:  Object to the form.  Calls

20     for speculation.

21     A        Can you repeat the question, please?

22     Q        Sure.  One of the reasons that an

23  insurance company asks questions about medical

24  history and lifestyle and activities is to

25  determine, as a threshold matter, whether or not

Page 109

William Whitman - Confidential

1      William Whitman - Confidential

2   someone is eligible for insurance.  Do you agree

3   with me on that?

4          MR. LYTLE:  Same objection.

5      A        I don't know.  I'm not an insurance

6   expert by any means.

7      Q        Yeah.  But you have a basic

8   understanding of how insurance works; don't you?

9      A        A basic understanding, I think so, not

10  any more than any other layperson.

11     Q        I mean, you understand that there are

12  certain people that are unable to get insurance

13  because of their medical condition.

14         Do you understand that?

15     A        Yes.  Yes, I do.

16         MR. LYTLE:  Object to the form of the

17     question.

18     Q        And you understand that different

19  people with different health conditions may pay

20  different amounts for their insurance; isn't that

21  true?

22         MR. LYTLE:  Object to the form.

23     A        I understand the difference.

24         If that's what you're telling me, yes,

25  I -- I understand that.

William T. Whitman Vol I Confidential
March 01, 2021                    110 to 113

Page 110

William Whitman - Confidential
1
2    Q       Mr. Whitman, I want you to turn to
3    Tab 10 in your notebook.  It's Defendant's Exhibit
4    Number 10.
5             (Exhibit No. Defendant's 10, State
6        Farm Life Insurance Policy for William T.
7        Whitman, Policy Date January 16, 2001, Bates
8        Nos. PLTF-WHITMAN 1 to 12, Document is marked
9        by the reporter for identification.)
10   A       Okay.
11   Q       Do you recognize this document?
12   A       Yes, I think so.
13   Q       And what is it?
14   A       I think it's the life insurance policy
15   with State Farm that we are here to discuss today.
16   Q       Okay.  Up at the top, it says:
17            "Insured, William T. Whitman."
18       That's you, correct?
19   A       Yes.
20   Q       And underneath your name, it says
21   "male."  That's because you are a male, correct?
22   A       Yes.
23   Q       And underneath that, it says "age 20."
24   That is how old you were on the date of this policy,
25   correct?

Page 111

William Whitman - Confidential
1
2    A       Yes.
3    Q       And initial basic amount of $500,000,
4    do you see that?
5    A       Yes, I do.
6    Q       Did you read the policy when you
7    received it?
8    A       I don't think so.
9    Q       Okay.  Why didn't you read it?
10   A       Because I trust the insurance agent
11   represented what -- what was in the policy.
12   Q       Okay.  So what do you recall Kevin
13   Olive telling you was part of the policy of
14   insurance that you purchased?
15            MR. LYTLE:  Object to the form.
16   A       Nothing in addition to what we talked
17   about earlier.
18   Q       Okay.  Now, you see that it says in
19   the middle:
20            "30-day right to examine the policy."
21       It says:
22            "This policy may be returned within
23   30 days of its receipt for a refund of all premiums
24   paid.  Return may be made to State Farm Life
25   Insurance Company or one of its agents.  If

Page 112

William Whitman - Confidential
1
2    returned, this policy will be void on the policy
3    date."
4    A       I see that.
5    Q       During this 30-day period, did you ask
6    any questions about the policy?
7            MR. LYTLE:  Object to the form.
8    A       I don't remember.
9    Q       Did you think it was important to read
10   the policy?
11   A       I don't recall, not really.
12   Q       Well, as you sit here today, do you
13   think it's important to read your policy?
14            (Reporter clarification.)
15   Q       I said, as you sit here today, do you
16   think it's important to read your insurance policy?
17   A       Yes, today I do.
18   Q       And why is that?
19   A       To be sure that the policy includes
20   beneficial -- the things that I'm looking for in an
21   insurance policy.
22   Q       And back when you were 20, what were
23   the things that you were looking for in your
24   insurance policy?
25   A       I don't remember.  I trusted the

Page 113

William Whitman - Confidential
1
2    insurance agent to steer me in the right direction.
3    Q       And you trusted Kevin Olive, correct?
4    A       Yes.
5    Q       And your father trusted Kevin Olive,
6    correct?
7            MR. LYTLE:  Object to the form.
8    A       I don't know.
9    Q       Well, how long was Kevin Olive your
10   father's agent?
11   A       I don't know.
12   Q       How long was Kevin Olive your agent?
13   A       Approximately, five years.
14   Q       Well, would you keep Kevin Olive as
15   your agent for five years if you didn't trust him?
16            MR. LYTLE:  Object to the form.
17   A       Can you restate the question, please?
18   Q       Sure.  I said, would you keep
19   Kevin Olive as your agent for five years if you
20   didn't trust him?
21            MR. LYTLE:  Same objections.
22   A       You're asking today, if I would keep
23   him for an additional five years if he were my
24   insurance agent today?
25   Q       No.  I'm saying that you trusted

William T. Whitman Vol I Confidential
March 01, 2021                                                    114 to 117

Page 114

William Whitman - Confidential

1    William Whitman - Confidential
2    Kevin Olive during the five years that he was your
3    agent, correct?
4        A    I assume so.
5        Q    Well, then my question is, you say you
6    assume so.  But if you didn't trust him during the
7    five years that he was your agent, then why would
8    you keep him as your agent?
9            MR. LYTLE:  Object to the form.
10       A    I don't know.  There are probably lots
11   of reasons.  It's -- it's a little bit of a pain to
12   switch agents, and probably many other reasons that
13   you would keep someone as your agent.
14       Q    So you would keep someone as your
15   insurance agent even if you didn't trust them?
16           MR. LYTLE:  Object to the form.
17       A    You mean today, as I sit here today,
18   if I had an insurance agent, would I keep him if I
19   didn't trust him or her?
20       Q    No.  No, that's not what I'm asking.
21           MS. DAWSON:  Can the court reporter
22       read back the question, please?
23           (Reporter read back pending question.)
24           MR. LYTLE:  Same objection.  Misstates
25       prior testimony.  Argumentative.

Page 115

William Whitman - Confidential

1    William Whitman - Confidential
2        A    I don't know what I was thinking at --
3    at the time, if I -- if I -- I don't know if I would
4    have kept him at the time if I trusted him or not.
5    I don't remember what I felt.
6        Q    So your recollection is that you did
7    not read the policy in 2001; is that correct?
8        A    Yes.  I probably did not read the
9    policy.  I'm not certain.
10       Q    But nothing prevented you from reading
11   the policy.  You were fully capable of reading it,
12   correct?
13           MR. LYTLE:  Object to the form.
14       A    I don't believe anything prevented me
15   from reading the policy.
16       Q    Okay.  In the course of the 20 years
17   that you've had this policy in force, have you read
18   it as we sit here today?
19       A    I believe I've tried to read it a few
20   times.
21       Q    And when did you first try to read
22   your policy?
23       A    Probably sometime last year.
24       Q    So in 2020 was the first time you
25   attempted to read your policy; is that correct?

Page 116

William Whitman - Confidential

1        A    Approximately 2020.
2        Q    So prior to 2020.  You had never read
3    your insurance policy with State Farm?
4            MR. LYTLE:  Object to the form.
5        A    I -- I don't recall for sure when I
6    tried to read the policy.  It's a complicated
7    document, and I'm not an expert of insurance.
8        Q    During the course of the 20 years that
9    you've had this policy, have you had questions arise
10   that you wanted answers to?
11           MR. LYTLE:  Object to the form.
12       A    I've wondered if the policy was
13   valuable to me or not.  Yes.
14       Q    Okay.  Why didn't you contact a
15   State Farm agent with questions about the policy and
16   its value?
17           MR. LYTLE:  Object to the form.
18       A    I don't know that I didn't.
19       Q    Okay.  So you recall that you did
20   contact State Farm agents with questions about your
21   policy?
22           MR. LYTLE:  Object to the form.
23       A    I do believe I asked about the policy
24   from a different agent other than Kevin Olive at

Page 117

William Whitman - Confidential

1    some point.
2        Q    Okay.  What agent do you recall asking
3    questions?
4        A    I believe it was Tim Crabtree,
5    C-r-a-b-t-r-e-e.
6        Q    Anyone else?
7        A    I don't believe I talked with any
8    other State Farm agents or agents' offices about it.
9        Q    At the time that you purchased the
10   policy in 2001, did you feel that Kevin Olive had
11   explained the policy to you in a way you could
12   understand?
13           MR. LYTLE:  Object to the form.
14       A    I believe I was satisfied when I left
15   his office.
16       Q    Look at the bottom of the first page
17   of Defendant's Exhibit Number 10.  Do you "See Basic
18   Plan Description"?
19       A    Yes.
20       Q    Can you read that aloud for me?
21       A    "Flexible-premium adjustable life
22   insurance.  A death benefit is payable when the
23   insured dies.  Flexible premiums are payable while
24   the insured is alive.  The basic plan is eligible

Page 118

1          William Whitman - Confidential
2    for annual dividends."
3          Q    When you purchased this life insurance
4    policy in 2001, what did you understand you were
5    getting?
6          A    I believe I understood I was getting a
7    universal life insurance policy.
8          Q    What did you understand you were
9    required to pay for that life insurance policy to
10   remain in force, that universal life insurance
11   policy to remain in force?
12         A    I believe I understood it was $175 per
13   month.
14         Q    Okay.  Did you understand that you
15   were required to pay anything else for that
16   universal life insurance policy to remain in force?
17         A    I don't think so.
18         Q    Okay.  Let's go to page three of
19   Exhibit 10.  At the top, it says:
20              "Policy identification."
21         A    Okay.
22         Q    All right.  So, again, where it says
23   "insured," who is listed as the insured?
24         A    William T. Whitman.
25         Q    And underneath that, does it say what

Page 119

1          William Whitman - Confidential
2    your gender is?
3          A    Yes.  It says "male."
4          Q    And then see where it says "age"?
5          A    Yes.
6          Q    What does that indicate?
7          A    20.
8          Q    And is that the age you were at the
9    time you bought the policy?
10         A    Yes.
11         Q    And do you see where it says "policy
12   date"?
13         A    Yes.
14         Q    And what is that?  Is that the date
15   that you bought the policy?
16              MR. LYTLE:  Object to the form.
17         A    I believe it's -- I don't know
18   specifically what that date is.
19         Q    What about issue date,
20   January 22, 2001?
21         A    What about it?
22         Q    Is that the date that your policy was
23   issued to you?
24              MR. LYTLE:  Object to the form.
25         A    It says "issue date."  Presumably,

Page 120

1          William Whitman - Confidential
2    that's -- that's when it was issued to me.
3          Q    Now, under that, you see "schedule of
4    benefits," and it says:
5              "Universal life basic plan."
6              Do you see that?
7          A    Yes.
8          Q    And it says:
9              "Death benefit option one."
10             Do you see that?
11         A    Yes, I see that.
12         Q    And that is the death benefit that you
13   selected, correct?
14         A    Yes.  According to the paperwork, yes.
15         Q    Okay.  And basic amount, where it says
16   "standard rate class, male, nontobacco," you see
17   $500,000?
18             According to this document, that is
19   the basic amount, which is the amount of coverage
20   provided by this policy; is that correct?
21             MR. LYTLE:  Object to the form.
22         A    I don't know that I understand the
23   question.  Can you repeat or rephrase?
24         Q    Sure.  Why don't you go to page five
25   of Exhibit Number 10.  And there are some

Page 121

1          William Whitman - Confidential
2    definitions there.
3          A    Okay.
4          Q    Do you see that?
5          A    I see it.
6          Q    Okay.  I want you to look at "initial
7    basic amount."
8              Do you see that?
9          A    Yes, I see "initial" and "basic
10   amount."
11         Q    And what does it say?
12         A    "The amount of coverage on the insured
13   provided the basic plan on the policy date."
14         Q    Okay.  So now going back to page
15   three, do you agree with me that the $500,000 listed
16   on page three is the amount of coverage on you,
17   Mr. Whitman, the insured, provided by the basic plan
18   on the policy date?
19         A    I see the initial basic amount is
20   500,000, and that was the definition that you had me
21   read, initial and basic amount:
22             "The amount of coverage on the insured
23   provided the basic plan on the policy date."
24         Q    And do you see under schedule of
25   benefit, where it says:

William T. Whitman Vol I Confidential
March 01, 2021                    122 to 125

Page 122

1                   William Whitman - Confidential
2                   "Standard rate class, male,
3    nontobacco"?
4          A      Which page?
5          Q      Page three.
6          A      Okay.  And I'm looking for -- what's
7    it called?
8          Q      It's a parenthetical to the right of
9    basic amount.
10         A      "Basic amount," the parenthetical
11   says:
12                "Standard rate class, male,
13   nontobacco."
14         Q      Now, I want you to go to page five
15   under the definitions, and look at the definition of
16   "rate class."
17         A      Okay.  I see it.
18         Q      Okay.  Why don't your read that aloud
19   for me, please.
20         A      "Rate class.  The underwriting class
21   of the person insured.  A rate class will be
22   determined for the initial basic amount and each
23   increase in the basic amount."
24         Q      Now, can we agree that the person
25   insured here on this policy is you, William

Page 123

1                   William Whitman - Confidential
2    T. Whitman, correct?
3          A      Yes.  On this policy, William T.
4    Whitman is the insured, correct.
5          Q      And that's you, correct?
6          A      And that's me.
7          Q      So the underwriting class of the
8    person insured would be the underwriting class of
9    William T. Whitman, correct?
10                MR. LYTLE:  Object to the form.
11         A      Can we repeat the question, please?
12         Q      Sure.  You and I agree that the person
13   insured for this policy is you, William T. Whitman,
14   correct?
15         A      Yes.
16         Q      So where "rate class" is defined as
17   the "underwriting class of the person insured,"
18   "rate class" would be the underwriting class of
19   William T. Whitman for this policy?
20                MR. LYTLE:  Object to the form.
21         A      "Rate class is the underwriting class
22   of the person insured.  A rate class will be
23   determined" -- "will be determined for the initial
24   basic amount and each increase in the basic amount."
25                So, yes, the rate class is the

Page 124

1                   William Whitman - Confidential
2    underwriting class of the person insured.
3          Q      And that's you, correct?
4          A      Correct.  I am the policy -- I'm the
5    insured.
6          Q      Correct.
7                So if we go back to page three next to
8    basic amount, where it says, open paren, "standard
9    rate class, male, nontobacco," that refers to you
10   specifically, William T. Whitman?
11         A      I don't know that that refers --
12                MR. LYTLE:  Object to the form of the
13         question, to the extent it was a question.
14         Q      Well, we agreed at page five of
15   Exhibit Number 10 that "rate class" is defined as
16   the underwriting class of the person insured,
17   correct?
18         A      Yes.  That's the definition.
19         Q      Right.  And the person insured is you,
20   correct, William Whitman?
21         A      Yes.
22         Q      So when it refers on page three to
23   "rate class, male, nontobacco," that's referring to
24   you, William Whitman, and your rate class?
25                MR. LYTLE:  Object to the form of the

Page 125

1                   William Whitman - Confidential
2    question.
3                You can answer.
4          A      I don't -- I don't know that it refers
5    to me.  It's -- it's -- these are words on the page
6    under the "schedule of benefits."
7          Q      But it's a "schedule of benefits" for
8    you, William T. Whitman.  It's not a schedule of
9    benefits for anybody but you, correct?
10         A      Okay.  So if this is my schedule of
11   benefits, then one of my benefits would be the death
12   benefit, option one, and the additional benefit
13   would be the basic amount of 500,000.
14         Q      That's the death benefit, yes.
15                And then it refers to standard rate
16   class, male, nontobacco, on your, William Whitman,
17   schedule of benefits?
18         A      Yeah.  I just don't understand how the
19   parenthetical refers specifically to me.  I just
20   can't make that statement.  I don't fully understand
21   this -- this document.
22         Q      Well, this policy identification
23   refers to -- up at the top, it says "William T.
24   Whitman, insured," right?
25         A      Yes.

William T. Whitman Vol I Confidential
March 01, 2021                    126 to 129

Page 126

William Whitman - Confidential

1
2     Q       And you are the person insured under
3  this policy?
4     A       Yes.
5     Q       This doesn't apply to anybody but you,
6  William T. Whitman, correct?
7             MR. LYTLE:  Object to the form.
8     A       I --
9     Q       Do you see --
10    A       This particular policy -- this
11  particular policy applies to me, yes.
12    Q       Right.  And on page five, you agree
13  with me that the underwriting class of the person
14  insured -- that's the definition of rate class --
15  means the underwriting class of you,
16  William Whitman?
17    A       If you're telling me that the standard
18  rate class, male, nontobacco, that State Farm has
19  applied that to me, William Whitman, then, yes, it
20  appears that that's the case.  I want to help here.
21  I want to try to continue to answer the best I can.
22    Q       Okay.  Now, you see "schedule of
23  premiums"?
24    A       Yes, I see that.
25    Q       On page three?

Page 127

William Whitman - Confidential

1
2     A       Yes.
3     Q       And it says the initial premium is
4  $151?
5     A       Yes, I see that.
6     Q       Okay.  And we saw in another document
7  where it said a premium of $175.  Do you recall
8  that?
9     A       Yes.
10    Q       Okay.  So it looks like your initial
11  premium was $151, and then subsequent to that your
12  premiums were $175.  Is that consistent with your
13  recollection?
14    A       That's what it shows here, and I do
15  remember paying $175 per month.
16    Q       Now, next it says a premium -- premium
17  expense charge of 5 percent is deducted from each
18  premium paid.
19            Do you see that?
20    A       I see that.
21    Q       Do you recall that a premium expense
22  charge of 5 percent was, in fact, deducted from each
23  premium you paid each month?
24    A       I don't remember specifically, no.
25    Q       Then there's a section on page three

Page 128

William Whitman - Confidential

1
2  called "Monthly Deductions."
3     A       I see that.
4     Q       And it states that the deduction date
5  is the 16th of each month.  Is that your
6  recollection of when deductions were made?
7             MR. LYTLE:  Object to the form.
8     A       I don't -- I don't -- I don't recall
9  when deductions were made.
10    Q       Do you see where it says:
11            "Maximum monthly cost of insurance
12  rates are shown on page four"?
13    A       I see that.
14    Q       Okay.  Then it says:
15            "The cost of insurance is deductible
16  while the policy is in force."
17            Do you see that?
18    A       I see that.
19    Q       Did you have any discussion with
20  Kevin Olive about maximum monthly cost of insurance
21  rates?
22    A       Not that I recall.
23    Q       Okay.  And do you recall any
24  discussion of the cost of insurance being deductible
25  while the policy is in force?

Page 129

William Whitman - Confidential

1
2     A       I don't believe so.
3     Q       Okay.  And it also says under monthly
4  deductions that the monthly expense charge is $5.
5             Do you see that?
6     A       I see that.
7     Q       Do you have any recollection of a
8  discussion with Kevin Olive regarding a monthly
9  expense charge of $5?
10    A       No.
11    Q       In your discussions with Kevin Olive
12  about your application for life insurance, did you
13  ask him about the monthly cost for maintaining the
14  life insurance in force?
15    A       I don't recall.
16    Q       Was that something that was important
17  to you, how much it would cost you per month to keep
18  the policy in force?
19    A       I don't remember.
20    Q       I mean, you had to think about, didn't
21  you, whether or not you could afford to keep the
22  life insurance policy in force, correct?
23            MR. LYTLE:  Object to the form.
24    A       Yeah, presumably I wouldn't have
25  purchased a policy that I couldn't afford to keep it

William T. Whitman Vol I Confidential
March 01, 2021                    130 to 133

Page 130

William Whitman - Confidential

1      for -- say, for instance, if it were $5,000 a month.
2          Q.    Right.  So it was important to you
3      that you be able to afford to keep the life
4      insurance policy in force by making your monthly
5      payments, correct?
6          MR. LYTLE:  Object to the form.
7          A.    I -- I don't remember if that was
8      important to me at the time or not.
9          Q.    Well, you just said you would not have
10     intentionally purchased a policy where you could not
11     afford to keep it in force, correct?
12         A.    Yes.  I don't believe I would.
13         Q.    You said that you do not recall
14     Kevin Olive talking about the maximum monthly cost
15     of insurance rates, the cost of insurance, or the
16     monthly expense charge or premium expense charge.
17         Did you at some point, since you have
18     had this policy in force -- spoken to any State Farm
19     agent specifically about the monthly cost of
20     insurance rates?
21         MR. LYTLE:  Object to the form.
22         A.    I did ask and inquire about term life
23     insurance at some point from a few insurance agents.
24         Q.    Okay.  Well, I'm asking about any

Page 131

William Whitman - Confidential

1      discussions with any State Farm insurance agents.
2      We talked about Tim Crabtree, and I'm wanting to
3      find out if in your discussions with Tim Crabtree
4      you discussed cost of insurance rates.
5          A.    If I talk about cost of insurance, I
6      believe it would have been to try to equate
7      universal life to term life insurance, which seems
8      simpler and easier to understand.
9          Q.    Now, for Defendant's Exhibit
10     Number 10, I would like you to go to page nine.
11         A.    Okay.  I'm on page nine.
12         Q.    Okay.  And you see on page nine there
13     is a section called "Monthly Deduction"?
14         A.    Yes.  I see it at the bottom of page
15     nine.
16         Q.    Okay.  Could you read aloud that
17     section.
18         A.    The "guaranteed values" provisions?
19         Q.    Yeah.  Read "Monthly Deductions," that
20     section, to the right.
21         A.    Okay.
22         "Monthly Deduction.  This deduction is
23     made each month whether or not premiums are paid, as
24     long as the cash surrender value is enough to cover

Page 132

William Whitman - Confidential

1      that monthly deduction.  Each deduction includes,
2      one, the cost of insurance; two, the monthly charges
3      for any riders; and, three, the monthly expense
4      charge."
5          Q.    And you understand that, as part of
6      your contract of insurance with State Farm,
7      State Farm per the insurance policy takes monthly
8      deductions according to the language that you just
9      read, correct?
10         MR. LYTLE:  Object to the form.
11         A.    I'm not going to disagree with you.  I
12     don't -- if that's what -- if that's what State Farm
13     does or if that's what you're saying they do, then,
14     yes.
15         Q.    Well, the policy says that monthly
16     deductions are taken whether or not premiums are
17     paid.  That's what the policy says; doesn't it?
18         A.    I see that here.  Yes.
19         Q.    Okay.  And there are three categories
20     of deductions listed in the policy, correct?
21         MR. LYTLE:  Object to the form.
22         A.    I see that the deduction includes
23     three separate items here under the "monthly
24     deduction" definition -- or provision.

Page 133

William Whitman - Confidential

1          Q.    So had you bothered to read the
2      policy, you would have seen that these deductions
3      are taken as part of the policy provisions --
4          MR. LYTLE:  Object to the form.
5          Q.    -- as it's in the policy where it
6      explicitly says these deductions are taken, correct?
7          MR. LYTLE:  Object to the form.
8          A.    I don't know that I would have
9      understood that in reading the policy.
10         Q.    Well, you understand what a deduction
11     is, correct?
12         A.    Like a tax deduction.
13         Q.    Well, you understand a deduction would
14     be money withdrawn each month, correct?
15         MR. LYTLE:  Object to the form.
16         A.    That's what -- that's what it appears
17     to be here.  I don't know that I would have
18     understood that at the age of 20.
19         Q.    Well, at the age of 20, you were
20     owning and running businesses; weren't you?
21         A.    Yes.
22         Q.    And I'm sure, as part of owning and
23     running those businesses, there were deductions that
24     had to be taken out of accounts in order to run the

William T. Whitman Vol I Confidential
March 01, 2021                    134 to 137

Page 134

1              William Whitman - Confidential
2    business, correct?
3         MR. LYTLE:  Object to the form.
4         A    I don't know that we would have called
5    them deductions at the time -- I mean, withdrawals
6    from the accounts possibly, yes.
7         Q    I'd like you to look at page 10 of
8    Exhibit 10.
9         A    Okay.
10        Q    Do you see in the middle of the page
11   there's a section entitled "Monthly Cost of
12   Insurance Rates"?
13        A    Yes.
14        Q    All right.  Can you please read that
15   into the record, please?
16        A    "Monthly cost of insurance rates.
17   These rates for each policy year are based on the
18   insured's age" -- "sex and applicable rate."
19             (There was a discussion off the
20        record.)
21        A    -- "insured's age on the policy
22   anniversary, sex, and applicable rate class.  A rate
23   class will be determined for the initial basic
24   amount and for each increase.  The rates shown on
25   page four are the maximum monthly cost of insurance

Page 135

1              William Whitman - Confidential
2    rates for the initial basic amount.  Maximum monthly
3    cost of insurance rates will be provided for each
4    increase in the basic amount.  We can charge rates
5    lower than those shown.  Such rates can be adjusted
6    for projected changes in mortality, but cannot
7    exceed the maximum monthly cost of insurance rates.
8    Such adjustments cannot be made more than once a
9    calendar year."
10        Q    So in that section of the policy, it
11   states that monthly cost of insurance rates are
12   based on the insured's age on the policy
13   anniversary.  That's the first part of it.
14             And I think we established that
15   "insured" refers to you, correct?
16        A    Yes.
17             MR. LYTLE:  Object to the form.
18        Q    Is that correct?
19        A    "Based on the insured's.
20             In this policy, the "insured" is me.
21        Q    Right.  So it says these rates for
22   each policy year are based on you --
23   William Whitman's age on the policy anniversary.
24   And that refers to your policy anniversary, correct?
25             MR. LYTLE:  Object to the form of the

Page 136

1              William Whitman - Confidential
2    question.  The document speaks for itself.
3    Calls for a legal conclusion.
4         A    Can you repeat the question, please?
5         Q    Sure.  The language of the policy
6    says:
7              "These rates for each policy year are
8    based on the insured's age."
9              That would be you, the insured, right,
10   Mr. Whitman, your age?
11             MR. LYTLE:  Same objections.
12             You can answer.
13        A    So I'm not an insurance expert.  But
14   it says it -- it says here it applies to the
15   insured's age.  So that's -- and that the insured
16   would be me in this particular case, yes.
17        Q    So your age on the policy anniversary;
18   is that correct?
19             MR. LYTLE:  Object to the form.
20        A    That's -- that's what it says here,
21   yes, the insured's age on the policy anniversary.
22        Q    And that refers to your policy
23   anniversary of January 16th?
24             MR. LYTLE:  Object to the form.
25        Q    Correct?

Page 137

1              William Whitman - Confidential
2             MR. LYTLE:  Same objection.
3         A    That's what it says here.  If you say
4    that's -- that -- that this policy applies to me,
5    yes, this policy is my policy.
6         Q    Okay.  And it says that it's based on
7    the insured's sex.  That's your sex, right?  That's
8    male?
9             MR. LYTLE:  Same objections.
10             You can answer.
11        A    Yes, it's -- yes, sex.
12        Q    And that means your sex, you, William
13   T. Whitman, correct?
14             MR. LYTLE:  Asked and answered.
15        A    Yes.  Apparently --
16        Q    Yes?
17        A    Apparently, yes, that sex is mine.
18        Q    Okay.  And then it says the insured's
19   applicable rate class.
20             Do you see that?
21             MR. LYTLE:  Object to the form.
22        A    I see applicable rate class.
23        Q    Yes.  And that refers to your, the
24   insured -- that's you -- William Whitman's
25   applicable rate class, correct?

Page 138

```
 1              William Whitman - Confidential
 2              MR. LYTLE:  Same objections.
 3         A    Apparently, yes.  I don't know
 4    precisely what these mean, but that's -- if
 5    that's -- I can see that it does say the applicable
 6    rate class, in this case referring to the insureds;
 7    and I am the insured in this -- this policy.
 8         Q    Okay.  Well, it's fair to say that the
 9    language in that paragraph entitled "Monthly Cost of
10    Insurance Rates," that first sentence refers to
11    State Farm using your, William Whitman's, age on the
12    policy anniversary of January 16th, your sex --
13    that's male -- and your applicable rate class to
14    determine your monthly cost of insurance rate?
15              MR. LYTLE:  Object to the form of the
16         question.  Calls for a legal conclusion.  The
17         document speaks for itself.
18              You can answer.
19         A    Yes.  It says here the rates for each
20    policy year based on the insured, and presumably
21    referencing this policy, and the insured's age on
22    the policy anniversary, which is somewhere around
23    early January in my case, sex, which is my sex,
24    male, and applicable rate class, whatever that means
25    to this -- you know, in this insurance world.
```

Page 139

```
 1              William Whitman - Confidential
 2         Q    And you would agree with me that if
 3    State Farm -- well, strike that.
 4              Have you read this "monthly cost of
 5    insurance rates" provision before?
 6              MR. LYTLE:  Object to the form.
 7         A    I don't think so.  I'm not sure.
 8         Q    I'll represent to you that that rate
 9    class takes into account whether a person uses
10    tobacco.  Okay.  Does that distinction make sense to
11    you?
12              MR. LYTLE:  Object to the form.
13         Q    That someone who uses tobacco would be
14    in a different rate class than someone who does not
15    use tobacco?
16              MR. LYTLE:  Object to the form of the
17         question.  If you're referring to the contents
18         of the document, the contract speaks for
19         itself.  It would also call for a legal
20         conclusion on the part of this witness.
21              You can go ahead and answer it.
22         A    Can you repeat the question, please?
23         Q    Sure.  I said, I'll represent to you
24    that rate class takes into account whether a person
25    uses tobacco.
```

Page 140

```
 1              William Whitman - Confidential
 2              Now, my question to you is:
 3              Does that make sense that there would
 4    be a distinction between people who use tobacco and
 5    people who don't use tobacco in connection with life
 6    insurance?
 7              MR. LYTLE:  Object to the form of the
 8         question.
 9              You can go ahead and answer.
10         A    If -- if you're asking me if I
11    understand what you are representing to me, yes, I
12    do.
13         Q    And then my question is:
14              Does it make sense to you that you
15    would distinguish between an insured who utilized
16    tobacco and an insured who doesn't utilize tobacco
17    in connection with life insurance?
18         A    Not really.
19              MR. LYTLE:  Object to the form of the
20         question.
21         A    No, it doesn't really make sense.
22         Q    So do you think the health risks to
23    someone who utilizes tobacco is the same as the
24    health risk to someone who doesn't utilize tobacco?
25              MR. LYTLE:  Object to the form.
```

Page 141

```
 1              William Whitman - Confidential
 2         A    You're asking if I think the health
 3    risk is equal for a tobacco user and a non tobacco
 4    user.
 5         Q    Yes.
 6         A    I don't know.  I am really not an
 7    expert in insurance.
 8         Q    I'm not asking for expertise.  I'm
 9    just asking your -- your opinion.
10         A    I don't have an opinion on it.
11         Q    So you think smokers and nonsmokers
12    are equally healthy?
13              MR. LYTLE:  Object to the form of the
14         question.
15         A    I do not have an opinion on it.
16         Q    If you had to guess who would die
17    sooner, someone who smokes versus someone who
18    doesn't smoke, who do you think would die sooner?
19              MR. LYTLE:  Object to the form.
20         A    I am -- I'm really not an expert.  I'm
21    not a medical professional.  I'm not an actuary.  I
22    don't think I can answer that in a helpful way.
23         Q    I'm not asking you for an expert
24    opinion.  I'm just asking for your opinion.
25         A    I don't have an opinion.
```

Page 142

1          William Whitman - Confidential
2                MR. LYTLE:  Same objections.
3                MS. DAWSON:  Let's take about a
4    ten-minute break.
5                MR. LYTLE:  Okay.
6                THE VIDEOGRAPHER:  Stand by.
7          This marks the end of media unit
8    number four.  We are off the record at
9    2:53 p.m.
10               (A break is taken.)
11               THE VIDEOGRAPHER:  This marks the
12         beginning of media unit number five.  We are
13         back on the record at 3:05 p.m.
14   CONTINUED DIRECT EXAMINATION
15   BY MS. DAWSON:
16         Q     Mr. Whitman, if you go to page 10 of
17   Defendant's Exhibit Number 10, up at the top it says
18   "cost of insurance."
19               Do you see that?
20         A     Yes.
21         Q     Okay.  And if you could read that out
22   loud into the record, please.
23         A     "Cost of insurance.  This cost is
24   calculated each month.  The cost is determined
25   separately for the initial basic amount and each

Page 143

1          William Whitman - Confidential
2    increase in basic amount.  The cost of insurance is
3    the monthly cost of insurance rate times the
4    difference between one and two where one is the
5    amount of insurance on the deduction date at the
6    start of each month divided by 1.032737 and two is
7    the account value on the deduction date at the start
8    of the month before the cost of insurance and
9    monthly charge or any waiver or monthly deduction
10   benefit rider are deducted.  Until the account value
11   exceeds the initial basic amount, the account value
12   is part of the initial basic amount.  Once the
13   account value exceeds that amount, if there are --
14   if there have been any increases in the basic
15   amount, the excess will be part of the increases in
16   order in which the increases occurred."
17         Q     Okay.  So page 10 talks about cost of
18   insurance and it being calculated each month, and
19   then underneath that -- we talked about before we
20   went on break -- the monthly cost of insurance
21   rates.
22               So we go back to page three of
23   Exhibit 10, under "Monthly Deductions."  Do you see
24   where it says:
25               "The cost of insurance is deductible

Page 144

1          William Whitman - Confidential
2    while the policy is in force"?
3                Do you see that sentence?
4          A     "Monthly Deductions."  Maximum -- "The
5    deduction date is the 16th of each month.  Maximum
6    monthly cost of insurance rates are shown on
7    page four.  The cost of insurance is deductible
8    while the policy is in force."
9                Yes, I see that.
10         Q     Okay.  So it's fair to say that, while
11   the policy is in force, State Farm is able to
12   deduct, each month, the cost of insurance, correct?
13         A     I -- that's what it says here.  Yes,
14   that's correct.
15         Q     And then it says:
16               "Maximum monthly cost of insurance
17   rates are shown on page four."
18               Do you see that?
19         A     I see that.
20         Q     And so it's fair to say that indicates
21   that there is a maximum monthly cost of insurance
22   rate that State Farm cannot exceed.
23               Is that fair to say?
24         A     That's what it says here:
25               "Maximum monthly cost of insurance

Page 145

1          William Whitman - Confidential
2    rates are shown on page four."
3                And so if those are on page four, then
4    that implies that there is a maximum monthly cost of
5    insurance, according to what's written here, yes.
6          Q     Right.  So if we turn to page four, do
7    you see on page four --
8          A     Are you hearing some feedback?  Maybe
9    someone's mic?  Jeremy Root, maybe?
10               Okay.  Yeah, I think it's muted now.
11   That might -- that might be better.
12         Q     On page --
13         A     Okay.  I'm on page four.
14         Q     Do you see in the middle of the page
15   where it says:
16               "Cost of insurance rates and monthly
17   charges"?
18         A     I see that.
19         Q     And it says:
20               "Maximum monthly cost of insurance
21   rates per $1,000"?
22         A     I see that.
23         Q     Okay.  And underneath that, it says:
24               "Standard rate class, male,
25   nontobacco."

Page 146

1            William Whitman - Confidential
2              Do you see that?
3       A      I see that.
4       Q      So is it fair to say that on page four
5  are the maximum monthly cost of insurance rates per
6  $1,000 for standard rate class, male, nontobacco,
7  that can be charged by State Farm?
8              MR. LYTLE:  Object to the form of the
9  question.
10      A      That's what it -- that's what it says
11 here.
12      Q      Is it your belief that State Farm has
13 charged you more than the maximum monthly cost of
14 insurance rates --
15             MR. LYTLE:  Object to the form.
16      Q      -- as stated on page four?
17             MR. LYTLE:  Same objection.
18      A      You know, I think this is all
19 documented.  Whatever the -- what am I trying to ask
20 here?
21             Can you repeat the question, please?
22 Sorry about that.
23      Q      Sure, sure.  I was asking whether or
24 not it's your contention that State Farm charged an
25 excess of the maximum monthly cost of insurance

Page 147

1  rates.
2       A      You know, this -- that's why I've got
3  lawyers.  It's in the complaint, the contentions,
4  the assertions.  I don't know exactly how to
5  interpret this chart.
6       Q      It's fair to say that State Farm can
7  charge up to the rates listed on page four, but not
8  exceed those rates, correct?
9              MR. LYTLE:  Object to the form of the
10 question.  Calls for a legal conclusion.
11      A      No.  I -- I can't say that's correct.
12      Q      Well, you said -- you read on page
13 three that the cost of insurance is deductible while
14 the policy is in force, correct?
15      A      Page three, yes, the sentence says:
16             "The cost of insurance is deductible
17 while the policy is in force."
18             Yes.
19      Q      So while the policy is in force,
20 State Farm is entitled to deduct each month the cost
21 of insurance, correct?
22      A      I don't know that that's true.
23      Q      Well, isn't that what the document
24 says, that State Farm is entitled to deduct each

Page 148

1            William Whitman - Confidential
2  month the cost of insurance while the policy is in
3  force?
4              MR. LYTLE:  Object to the form of the
5  question.
6       Q      Look at page three.
7              MR. LYTLE:  The document speaks for
8  itself.
9       A      So I'm looking at page three.
10      Q      And the sentence says:
11             "The cost of insurance is deductible
12 while the policy is in force."
13             Do you see that sentence?
14      A      Yes, I see that sentence.
15             "The cost of insurance is deductible
16 while the policy is in force."
17      Q      So while the policy is in force,
18 State Farm is entitled to deduct each month the cost
19 of insurance, correct?
20             MR. LYTLE:  Object to the form of the
21 question.  Calls for a legal conclusion.
22 Misstates the content of the document.  That's
23 not what that sentence says, Counsel.
24      A      I don't know that that's correct.
25      Q      Well, this at the top is your policy

Page 149

1            William Whitman - Confidential
2  identification sheet, correct?
3       A      Yes.
4       Q      And it sets forth that you were the
5  insured, the policy date, your issue date.
6       A      Yes, I see that.
7       Q      And -- and the basic amount of
8  $500,000 of coverage, is that accurate?  Do you
9  believe that to be true?
10      A      I believe that's the policy that I
11 purchased, 500,000.
12      Q      And so, if you believe that to be
13 true, then why do you not believe it to be true
14 that, under "monthly deductions," that State Farm is
15 permitted each month while the policy is in force to
16 deduct for the cost of insurance?
17             MR. LYTLE:  Object to the form of the
18 question.
19      A      I believe that the document does say
20 the cost of insurance is deductible on a monthly
21 basis.
22      Q      So you would agree with me that
23 State Farm each month is entitled to deduct the cost
24 of insurance?
25             MR. LYTLE:  Object to the form of the

William T. Whitman Vol I Confidential
March 01, 2021                    150 to 153

Page 150

1              William Whitman - Confidential
2      question.
3         Q      Correct?
4              MR. LYTLE:  Same objection.
5         A      It's a large policy.  It may say
6      somewhere else that -- something conflicting.  I'm
7      not an expert.  That's why I have attorneys to help
8      interpret this.
9         Q      I'm asking you to read the sentence
10     and tell me whether or not you agree with the
11     sentence.  And it's pretty straightforward.  You
12     agreed that as far as the other items on this
13     document, that those are correct.
14              The document is correct in identifying
15     who is the insured, correct?
16        A      Yes.  The document identifies me as
17     the insured.
18        Q      And age 20 when you purchased this
19     policy, correct?
20        A      Yes, that's correct.
21        Q      And you agreed that the policy
22     correctly reflects death benefit option one as the
23     death benefit that you have, correct?
24        A      Yes.  I believe that is the death
25     benefit.  Death benefit option one is what I

Page 151

1              William Whitman - Confidential
2      purchased, I believe.
3         Q      All right.  And so you agree that the
4      document accurately reflects that, when you first
5      purchased the policy, the basic amount of coverage
6      was $500,000, correct?
7              MR. LYTLE:  Object to the form.  Asked
8      and answered.
9              You can answer again.
10        A      Yes.  The cost -- the basic amount was
11     500,000 when I purchased the policy.
12        Q      All right.  So, so far, we agree that
13     what's on page three of Exhibit 10 is true and
14     accurate, correct?
15        A      Yes.  I can interpret those.  They're
16     simple enough.
17        Q      I'm not asking you to interpret.
18     That's what the document says.
19        A      That's what -- that -- yes.
20        Q      And you were confirming that what the
21     document says is, in fact, accurate and true?
22              MR. LYTLE:  Object to the form.
23        A      Those -- those items, yes, they do
24     appear to be accurate and true.  The initial basic
25     amount, the insured, and the policy issue date,

Page 152

1              William Whitman - Confidential
2      those all appear to be correct, including the age 20
3      at the time of purchase.  I believe all those items
4      are correct, yes.
5         Q      And, in fact, this document reflects
6      what you and State Farm agreed to?
7              MR. LYTLE:  Object to the form.
8         A      Presumably, yes.  This document is a
9      contract that I signed and that State Farm signed.
10        Q      Right.  So you agreed to the
11     provisions in this contract when you signed it,
12     correct?
13        A      Yes.
14        Q      So what's in the contract, the words
15     on the page, you are obligated to fulfill what is
16     stated in the contract.  You're to do what the
17     contract tells you to do, correct?
18              MR. LYTLE:  Object to the form of the
19     question.
20        A      The question is, I'm to do what the
21     contract tells me to do?
22        Q      Yeah.  The -- the -- the -- the rights
23     and obligations of you and State Farm are included
24     in the contract, correct?
25              MR. LYTLE:  Object to the form.

Page 153

1              William Whitman - Confidential
2         A      Presumably, the contract has a number
3      of items identified and definitions identified.  The
4      contract has lot of things.  I can't say that I
5      understand everything in the contract.
6         Q      But just because you don't understand
7      it doesn't mean that you are not obligated to do
8      what is required of you in a contract that you
9      signed?
10        A      Is that a question?
11              MR. LYTLE:  Object to the form.
12        Q      It is.
13              MR. LYTLE:  Object to the form.
14        A      Could you please restate it.
15        Q      Let the court reporter read it back.
16              (Reporter read back pending question.)
17        A      I don't understand the question.
18        Q      Sure.  When you sign a contract, you
19     are committing to do what the contract provides in
20     it, correct?
21              MR. LYTLE:  Object to the form.
22        A      When I sign a contract -- any
23     contract?  Any -- any hypothetical contract?
24        Q      When you signed this contract of
25     insurance with State Farm, you agreed to the

Page 154

William Whitman - Confidential

1   provisions in the contract, correct?
2        MR. LYTLE:  Object to the form.
3        You can answer.
4     A     Presumably, yes, I -- I agreed to
5   what's in the contract by signing it.
6     Q     And part of your obligations in the
7   contract is that you've got to pay premiums,
8   correct?
9     A     Yes, I believe -- I believe that's
10  part of the contract, 175 per month.
11        Q     And page three talks about the
12  schedule of premiums, correct?
13    A     Yes.  I see schedule of premiums on
14  page three.
15        Q     Right.  And also on page three, it
16  identifies other amounts that are required to be
17  paid to State Farm?
18        MR. LYTLE:  Is -- is that a question,
19  Counsel?
20    Q     Correct?
21        MR. LYTLE:  Okay.  Object to the form.
22    A     Okay.  Can you repeat the question,
23  please?
24    Q     Sure.

Page 155

William Whitman - Confidential

1        MS. DAWSON:  Can the court reporter
2   read that back, please.
3        (Reporter read back pending question.)
4        MR. LYTLE:  Object to the form.
5     A     I see a premium expense charge of
6   5 percent is deducted from each premium paid.  I
7   don't know that that's required that I pay it to
8   State Farm, but that's what I see here on this page.
9        I see the initial premium is $151.  I
10  believe I paid $175.  I'm not sure that these are
11  required to be paid, but they -- those are the
12  amounts listed.
13        And then I see the cost of insurance
14  monthly expense charge is $5, and then I see the
15  sentence that you mentioned earlier:
16        "The cost of insurance is deductible
17  while the policy is in force."
18        Q     Right.  These deductions on page three
19  are in -- referred to on page nine of Exhibit 10 as
20  well, where it describes the monthly deductions that
21  are taken out by State Farm while your policy is in
22  force?
23    A     I see on page nine the monthly
24  deductions, and that's what you had me read earlier:

Page 156

William Whitman - Confidential

1   The cost of insurance, the monthly insurance charges
2   for any riders, and the monthly expense charge.
3        Q     So it explicitly states in the policy
4   deductions that will be taken as part of your
5   contract of insurance with State Farm, correct?
6        MR. LYTLE:  Object to the form.  The
7        document speaks for itself.
8     A     I -- I see that here, those items
9   that -- that I just read.  Those are -- those are
10  items one, two, and three.
11        Q     Right.  And items one, two, and three
12  are monthly deductions that are taken by State Farm
13  as part of the contract of insurance that you signed
14  with State Farm, correct?
15        MR. LYTLE:  Object to the form.
16    A     Those are what are -- those are listed
17  here, and they're in the contract; and, yes, I did
18  sign this contract.  I don't know that they're
19  valid.  I don't know that they're legal.  I don't
20  know the specifics.  I'm not a lawyer.
21        But those are -- those are here and I
22  did sign this contract somewhere.
23        Q     All right.  We're going to go to
24  tab 11, so Defendant's Exhibit Number 11.

Page 157

William Whitman - Confidential

1     A     Okay.
2        (Exhibit No. Defendant's 11, State
3        Farm Annual Notices of Policy Status for
4        William T. Whitman, first page from 1/16/01 to
5        1/15/02, Bates Nos. SFLIC-W 207168 to last
6        page Bates No. 207271, 74-page Document is
7        marked by the reporter for identification.)
8        Q     Now, just -- I think it's going to be
9   easier for the questions if you just take a moment
10  to just kind of flip through Exhibit 11.  These are
11  your annual notice of policy status.  And the first
12  one is dated January 15, 2002, and the last one is
13  January 15, 2021.  I'm going to ask you some
14  questions about these documents.
15    A     Okay.  I see that.
16        Q     So if we look at -- and I'm going to
17  refer -- so a Bates label is just that number in the
18  right-hand corner of each document.
19        Do you see that?
20    A     You call it the Bates label?
21    Q     Yeah, Bates number.
22    A     Is that the one ending in 168?
23    Q     Exactly.
24    A     Okay.

William T. Whitman Vol I Confidential
March 01, 2021                    158 to 161

Page 158

William Whitman - Confidential

2   Q      So what I'm going to do for purposes
3   of our discussion, I'm not going to read that whole
4   long string, I'm just going to read off the last
5   three numbers.
6   A      Okay.
7   Q      Like you did, 168, 169, like that, to
8   make it easier.
9   A      Okay.
10  Q      All right.  So let's start on 168 of
11  Defendant's Exhibit 11.
12         Have you seen this document before?
13  A      It's possible.  I don't remember it
14  specifically.
15  Q      Do you recall generally receiving
16  notices of the status of your life insurance policy
17  with State Farm?
18  A      I receive a lot of mail from
19  State Farm, including marketing paperwork and other
20  things.  I'm not sure I -- I generally recall
21  receiving this specific document on a routine basis.
22  Q      Well, up in the left-hand corner where
23  it says "William T. Whitman" and the address of 816
24  Northeast 43rd Street, Apartment 108, was that your
25  address?

Page 159

William Whitman - Confidential

2   A      I believe so.  Yes.
3   Q      I mean, you have no reason to believe
4   you did not receive this document, correct?
5   A      Correct.
6   Q      Let's just go through this first page.
7          You see, up at the top, policy date
8   information.  It says your policy is dated
9   January 16, 2001.
10         Do you see that?
11  A      Yes.
12  Q      All right.  And it says:
13         "This notice provides information from
14  January 16, 2001, to January 16, 2002."
15         Do you see that?
16  A      I see that.
17  Q      So is it fair to say that this
18  document is about to provide information about your
19  policy activity from the period January 16, 2001, to
20  January 16, 2002?
21         MR. LYTLE:  Object to the form.
22  Q      Is that accurate?
23  A      That's -- that's what it looks like,
24  information about my policy from those -- those
25  dates.  I don't know if it's the complete

Page 160

William Whitman - Confidential

2   information, but it's -- but it's -- it definitely
3   purports to provide some information about my policy
4   between those dates.
5   Q      Okay.  And you see under "Payment
6   Information," it says:
7          "Your monthly payments of $175 are
8   made on the State Farm payment plan."
9          Do you see that?
10  A      Yes.
11  Q      And is that consistent with your
12  recollection of being on a State Farm payment plan
13  and paying $175 per month for the premium?
14  A      Yes, I think so.
15  Q      And do you see under "insurance
16  information," it says "universal life" and the
17  insurance amount of $500,000?
18  A      Yes.
19  Q      And, again, that is consistent with
20  the coverage that you sought when you applied for
21  insurance, right, for a coverage basic amount of
22  $500,000, correct?
23  A      I don't know that I sought 500,000 in
24  insurance amounts.  But that's consistent with the
25  policy amount that we are talking about today.

Page 161

William Whitman - Confidential

2   Q      The next line, you see "cost of
3   insurance for universal life," and there's a number
4   there.  What's that number?
5   A      "Cost of insurance, universal life
6   insurance cost, $539.22."
7   Q      So on the very first page of the
8   annual notice, it identifies the cost of insurance
9   deducted for the period January 16, 2001, to
10  January 16, 2002, correct?
11  A      Well, I don't know what "insurance
12  cost" means in this context.  But that's what it
13  says here.  It says, "cost of insurance," "insurance
14  cost, $539.22."
15  Q      Then do you see "account value"?
16  A      Yes.
17  Q      All right.  Then underneath "account
18  value," it has various items listed, "beginning
19  balance," "payments," "interest credited," "expense
20  charges," "cost of insurance," "balances as of
21  January 8, 2002," "interest to be earned."
22         Do you see that?
23  A      I see that.
24  Q      Okay.  So here, what is the beginning
25  balance of the account value?

Page 162

William Whitman - Confidential

1      A      It looks like zero.
3      Q      Okay.  And then you see payments.
What's the amount of your payments?
5      A      Here it says $2,275.00.
6      Q      All right.  And then what was the
amount of interest credited?
8      A      It says the amount of interest
9  credited was $40.86.
10     Q      All right.  And then there are
11  deductions.  Next, there is an expense charge
12  deduction.  And what was the expense charge
13  deduction?
14     A      Expense charges, it says, were
15  $173.75.
16     Q      All right.  And then next, it has the
17  cost of insurance deductions.
18                How much was that?
19     A      It says the cost of insurance
20  deductions were $539.22.
21     Q      So we see the cost of insurance
22  deduction is -- is listed twice, in two different
23  places here on the first page, correct?
24     A      The cost of insurance, I don't know
25  exactly what that means in this case.  For instance,

Page 163

William Whitman - Confidential

1  I might assume that the cost of insurance included
2  expenses, but here it looks like they're separate.
3  So -- so it does say the cost of insurance is here,
4  $539.22.
5      Q      All right.  Now, you've got a balance
6  as of January 8, 2002.
7                What's that?
8      A      The balance as of January 8th, 2002,
9  is $1,602.89.
10     Q      Now, doing the math, can you figure
11  out how you got to that balance of $1,602.89,
12  looking at this?
13     A      Looking at this, I would assume that
14  the initial balance was zero dollars, and then
15  payments were made of $2,275; and then there was
16  interest credited in addition to that, and then some
17  expenses were removed from that total of $172.75.
18                And then more additional expenses were
19  removed, and they're calling that the cost of
20  insurance here, which is $539.22.
21                And that's, I believe, how we arrived
22  at the cost of insurance of one -- excuse me.  I
23  believe that's how we arrived at the balance as of
24  January 8, 2002, of $1,602.89.  I didn't do the

Page 164

William Whitman - Confidential

1  math, but those are the numbers here; and that's
2  what this general setup would lead me to believe.
3      Q      Okay.  And that's what -- I just want
4  to make sure we're on the same page in terms of
5  understanding what this document reflects.
6                Now, interest rate here says the
7  account value currently earns 5.75 percent, except
8  the account value equal to any policy loan on
9  6 percent.
10                Okay.  So you see the -- the -- the
11  account value currently earns 5.75 percent interest,
12  except the account value equal to any policy loan.
13                Is that how you understand that?
14     A      I don't understand that.  But I do see
15  those words here.  But I don't understand the
16  distinction between the account value in any policy
17  loan that's equal to that earning 6 percent, but the
18  current earnings is 5.75 percent.  So I -- I don't
19  fully understand what they're saying there.
20     Q      Now, if you turn the page to 169.
21     A      169.
22     Q      Yeah.  So just flip.  It's in that
23  right-hand corner.  It says 169.
24     A      Okay.  I see it.

Page 165

William Whitman - Confidential

1      Q      So here, there is -- it says:
2                "Important policy owner notice."
3      A      Okay.  I see that.
4      Q      Okay.  And why don't you read that out
5  loud into the record, please?
6      A      "Important policy owner notice.  You
7  should consider requesting more detailed information
8  about your policy to understand how it may perform
9  in the future.  You should not consider replacement
10  of your policy or make changes in your coverage
11  without requesting a current illustration.  You may
12  annually request, without charge, a current
13  illustration by writing or calling State Farm
14  Insurance at the address listed on this notice.  If
15  you do not receive a current illustration of your
16  policy within 30 days from your request, you should
17  contact your" State Farm -- I'm sorry -- "you should
18  contact your state insurance department."
19     Q      So it's fair to say that, if you had
20  questions or needed more detail about your policy
21  and how it may perform, you should contact State
22  Farm, correct?
23         MR. LYTLE:  Object to the form.
24     A      No.  I would -- I would -- any

Page 166

1                    William Whitman - Confidential
2       important policy notice, I think should be on the
3       front page or on the envelope.
4              Q       But it's here in the document that was
5       mailed to your address, correct?
6              A       I see this.  Yes, I see the paragraph
7       that says "important policy owner notice."
8              But my preference and my personal
9       policy is to put important policy owner notices on
10      the first page.
11             Q       Okay.  Well, you're not in the
12      business of insurance; are you?
13             A       No.
14             Q       But the information is there, and it
15      advises that you should consider requesting
16      information if you so desire, correct?
17             A       I do see that.
18             Q       Now, do you see "financial
19      transactions" in the middle of the page?
20             A       Yes, I do.
21             Q       Okay.  And it shows payments and
22      withdrawals and expense charges.  Do you see those
23      columns?  "Payments/Withdrawals" is one column.
24      "Expense Charges" is another column.  "Cost of
25      Insurance" is another column.  "Interest Credited"

Page 167

1                    William Whitman - Confidential
2       is another column, and then "Ending Account Value."
3              Do you see that?
4              A       I do see that.
5              Q       Okay.  Now, for the column entitled
6       "Expense Charges" -- well, let me start with -- I'm
7       sorry -- the column entitled "Payments/Withdrawals."
8              Does that show each premium payment
9       that you made that first year?
10             MR. LYTLE:  Object to the form.
11             A       I'm not sure.  I -- I always -- I
12      thought I always paid $175, but this shows a couple
13      of different amounts, 151 and 24 separately.  I
14      don't know -- I don't know if these are all of my
15      premium payments or not.
16             Q       Well, you do recall, if we go back to,
17      I believe, Exhibit Number 10, page three.
18             A       One second.
19             Okay.  I see page three.
20             Q       You see in the middle of the page it
21      says:
22             "The initial premium is 151."
23             Correct?
24             A       Yes, I see that.
25             "Initial premium is $151."

Page 168

1                    William Whitman - Confidential
2              Q       So is it fair to say that that 151
3       showing up on Exhibit 11 at Bates page 169 refers to
4       that amount?
5              MR. LYTLE:  Object to the form.
6              A       It -- it's certainly possible.  I
7       don't know for sure if that's the amount, but it
8       certainly is possible that that's what that
9       represents.
10             Q       And then if you look back at Exhibit
11      Number 7.
12             A       Okay.  I'm at Exhibit 7.
13             Q       Do you see where it says "planned
14      premium 175"?
15             A       Yes, I see where it says "planned
16      premium $175."
17             Q       And it's fair to say that the 175
18      planned premium is reflected in the withdrawals of
19      $175 on Bates page 169 of Exhibit Number 11?
20             MR. LYTLE:  Object to the form.
21             A       It's -- it's possible that that's what
22      that reflects, the planned premium amount, but I
23      don't know.  This is 20 years ago.
24             Q       Then you see the column entitled
25      "Expense Charges."

Page 169

1                    William Whitman - Confidential
2              A       I see that.
3              Q       Now, do you see that for each premium
4       payment you made there is a corresponding 5 percent
5       expense charge?
6              MR. LYTLE:  Object to the form.
7              A       No.  I see a -- in the expense
8       charges, I see a $5 charge, or is that a percentage?
9       Under expense charges, is that 5 percent?
10             Q       That is a percentage as well, as the
11      $5.
12             MR. LYTLE:  Object to the form of the
13      question.
14             A       So the -- okay.  So the -- so I do --
15      I do see 7.55 there.  I don't know what it
16      represents.  If you tell me that that's 5 percent of
17      $151, that's certainly possible.  But I also see the
18      5.00, which could be $5 or 5 percent.
19             I'm really not a -- I'm really not an
20      expert at this -- at this stuff.  And I know you're
21      not asking me to be an expert.
22             Q       Exhibit Number 10, page three.
23             A       Okay.  I'm at page three.
24             Q       And it states:
25             "A premium expense charge of 5 percent

Page 170

William Whitman - Confidential

1     is deducted from each premium paid."
2
3     A     I see the monthly expense charge.
4     Q     I want you to go up to where it says
5     "schedule of premiums" on page three.
6     A     "Schedule of premiums," yes, $151, the
7     initial premium.
8     Q     And then you see the line:
9           "A premium expense charge of 5 percent
10    is deducted from each premium paid"?
11    A     Yes.
12          "A premium expense charge of 5 percent
13    is deducted from each premium paid."
14          I see that line.
15    Q     Right.  And then as you noted, under
16    monthly deductions, there's the monthly expense
17    charge of $5 as well as the cost of insurance
18    monthly deduction?
19    A     Yes.  Yes.  I see that.  It all -- it
20    all sounds fairly complicated to me.
21    Q     Well, it's not that complicated.  So
22    we've got three categories of deductions.  There's
23    the monthly expense charge of $5, correct, which you
24    see?
25    A     I see that.

Page 171

William Whitman - Confidential

1
2     Q     That's straightforward, $5 a month
3     that's taken out, correct?
4     A     Yes, I see the monthly expense charge
5     is $5 per month.
6     Q     Right.  And then you see a premium
7     expense charge of 5 percent is deducted from each
8     premium paid.  That's another category, correct?
9     A     Yes.  A premium expense charge of
10    5 percent of what?  I'm not sure of -- 5 percent of
11    what?
12    Q     Of the premium.
13    A     Of the premium.  Okay.  That wasn't
14    clear to me, or that's not clear to me from the
15    document.  But I'm -- I'm not an expert at reading
16    contracts.
17    Q     Right.  And then there's the cost of
18    insurance monthly deduction.
19    A     And -- and I do see the cost of
20    insurance monthly deduction, but then you had me
21    read a definition earlier that -- that had that
22    broken down into multiple components as well.  So I
23    would it's more -- it is complicated for me.
24    Q     But you agree it's three categories of
25    deductions we just talked about -- the premium

Page 172

William Whitman - Confidential

1     expense charge, 5 percent of premium, $5 monthly
2     expense charge, and the cost of insurance?
3
4     A     I do see that there are three
5     categories.  But then underneath that, I understand
6     there's more complexity.
7     Q     So if you go to Exhibit Number 11.
8     A     Okay.
9     Q     Bates 169.
10    A     Yes, 169.
11    Q     Under "Financial Transactions" --
12    A     Yes.
13    Q     -- and you look at the "Expense
14    Charges"?
15    A     Yes, I see the "Expense Charges"
16    column.
17    Q     Okay.  Why don't you count up the
18    number of times you see $5.
19    A     Okay.  I see $5 on line 01162001.  Oh,
20    no.  Those aren't line numbers.
21    Q     No.  You can just count up how many
22    times you see $5 in the expense charges.
23    A     Okay.  One, two, three, four, five,
24    six, seven, eight, nine, ten, 11, 12.  I see 12
25    instances of $5 under the expense charges column.

Page 173

William Whitman - Confidential

1
2     Q     Okay.  And going back to Exhibit
3     Number 10, page three, under "Monthly Deductions,"
4     you see there's a monthly expense charge of $5?
5     A     Yes.  The monthly expense charge is
6     $5, yes.
7     Q     And there are 12 months in a year,
8     correct?
9     A     Correct.
10    Q     Okay.  So on this annual statement, it
11    shows where $5 was taken out each month for
12    12 months, for the period January 16, 2001, to
13    January 16, 2002, correct?
14    A     You said "on this monthly statement."
15    Which monthly statement are you referring to?
16    Q     Exhibit 11, page 169.
17    A     Okay.  This is -- this is a monthly
18    statement?
19    Q     No.  It's the annual statement.
20    A     Okay.  Can you repeat the question.
21    Q     Sure.  On page three of Exhibit 10, it
22    refers to a $5 monthly expense charge, correct?
23    A     Yes, I -- I see that.  Yes, it does,
24    correct.
25    Q     And then on Exhibit Number 11, Bates

Page 174

William Whitman - Confidential

1  page 169, it shows that $5 is taken out 12 times,
2  once per month, for the period January 16, 2001, to
3  January 16, 2002.
4
5       A      Yes, I see that here.
6       Q      So in the annual notice of policy
7  status, it showed where the $5 monthly expense was
8  deducted in this chart, correct?
9       A      Yes.  I see that.
10      Q      So then if we go back to Exhibit 10,
11 page three, we talked about the premium expense
12 charge of 5 percent.
13      A      Yes.  I see that here on page three.
14      Q      And that's 5 percent of premium is
15 deducted.  It says 5 percent is deducted from each
16 premium paid, correct?
17      A      That's what it says, yes.
18      Q      So let me go back to
19 Defendant's Exhibit 11.  And you see the numbers
20 other than the $5 numbers in the expense charges
21 column?
22      A      Yes, I see those.
23      Q      Okay.  And so if you take 5 percent of
24 $151, that would be $7.55, correct?
25      A      I don't have a calculator, but that

Page 175

William Whitman - Confidential

1  sounds close to me.
2
3       Q      And 5 percent of $24 is a dollar and
4  20 cents?
5       A      Sounds -- sounds right.
6       Q      And then 5 percent of $175 is $8.75,
7  correct?
8       A      That sounds -- sounds correct.
9       Q      So, again, on this annual notice, the
10 policy status, Defendant's Exhibit Number 11, it
11 shows where the 5 percent deducted from each premium
12 paid was made, correct?
13      A      Yes.
14      Q      And then to the right of the expense
15 charges are the cost of insurance; and there's an
16 amount for each month for the cost of insurance?
17      A      I see that.
18      Q      Do you see that?  Okay.
19             And then the interest credited
20 reflects interest credited to the account during
21 that period January 2001 to January 2002, correct?
22      A      I see that column, yes.
23      Q      So it's -- it's fair to say that each
24 premium paid into your account is reflected in this
25 chart for the period January 2001 to January 2002,

Page 176

William Whitman - Confidential

1  correct?
2
3       A      It appears that -- that these numbers
4  do coincide with the amounts of the premium that I
5  had set up to pay or planned to pay.
6       Q      And it's fair to say that Bates 169 of
7  Defendant's Exhibit Number 11, in the column
8  entitled "Expenses Charged," shows you the
9  deductions State Farm made from your account for the
10 $5 monthly expense charge and the 5 percent of
11 premium expense charge in that "Expense Charges" column,
12 correct?
13      A      I don't see a column entitled
14 "Expenses Charged."
15      Q      No.  Expense --
16      A      Would you mind repeating?  Would you
17 mind repeating the question?
18      Q      Sure.  Why don't you find the column
19 "Expense Charges" to make sure that we're on the
20 same page.
21      A      I see it.
22      Q      Okay.  So it's fair to say that each
23 deduction State Farm made from your account for the
24 $5 monthly expense charge and the premium expense
25 charge of 5 percent of each premium paid is

Page 177

William Whitman - Confidential

1  disclosed here on the annual statement under the
2  column "Expense Charges"?
3       A      It does look like those numbers
4  coincide with the $5 and 5 percent that you
5  identified on Exhibit 10, page three.
6       Q      Now let's move on to the "Cost of
7  Insurance" column on Bates 169, Defendant's Exhibit
8  Number 11.
9
10      A      I see the column.
11      Q      Okay.  So then going back to
12 Defendant's Exhibit Number 10, page three, under
13 "Monthly Deductions," where it says:
14             "The cost of insurance is deductible
15 while the policy is in force."
16             And we go to Defendant's Exhibit 11,
17 Bates page 169, the column entitled "CFA Cost of
18 Insurance," the monthly cost of insurance deductions
19 are listed here in the annual statement for the
20 period January 2001 to January 2002, correct?
21      A      I do see the column "Cost of
22 Insurance"; and I do see values associated with
23 each -- it looks like each month.
24      Q      So deductions that are referenced in
25 Defendant's Exhibit Number 10 on page three and also

Page 178

William Whitman - Confidential

1    referenced on page nine, where it says "Monthly
2    Deductions," is reflected in Defendant's Exhibit
3    Number 11 at Bates 169, correct?
4         A    I do see the column "Cost of
5    Insurance" identified here.  I do see values in each
6    one.  Can you remind me what the specific question
7    is about those numbers or about that column.
8         Q    Sure.  Well, we -- we kind of finished
9    with that specific column, and I was talking about
10   all the columns where there were deductions.
11        A    I see.
12        Q    So I wanted to say that it's -- it's
13   fair to say that the deductions that are identified
14   at Defendant's Exhibit Number 10 at page three and
15   also on page nine of Defendant's Exhibit 10 are
16   reflected in Defendant's Exhibit 11 at Bates 169,
17   correct?
18        A    So I did -- I do see page nine of
19   Exhibit 10, but there are -- there's a lot of words
20   on this page; and we only talked about one very
21   specific area.
22             So I'm not sure if all of that is
23   reflected on the chart on the page that you
24   referenced, but I do think that it does coincide

Page 179

William Whitman - Confidential

1    with the cost of insurance and the monthly expense
2    charges from page nine of Exhibit 10.
3             But then I also see interest credited
4    on here as well.  I don't see how -- any specifics
5    about the riders.  There's something about any --
6    monthly charges for any riders.  I don't see
7    anything like that reflected here.
8             So just to -- I just want to be clear
9    that I don't fully understand this chart, where
10   these costs are, which ones should show up on here
11   and which ones don't show up on here, or the
12   specifics of what is included in some of these
13   costs.
14            Additionally, the interest credited,
15   I'm not sure how the interest credited is calculated
16   either.
17            So I do see the chart.  I'm sorry for
18   talking so much here.  But I don't know that I
19   understand all of the elements of the chart.
20        MS. DAWSON:  Okay.  I'm going to move
21   to strike as nonresponsive.  Let's try this
22   again.
23        A    Okay.
24        Q    On Defendant's Exhibit Number 11, page

Page 180

William Whitman - Confidential

1    169, we went through the premium payments, which is
2    under the "Payment/Withdrawal" column, correct?
3         A    Yes.
4         Q    And you confirmed that the 151 and the
5    175 corresponded to the premium payments made by you
6    to State Farm, correct?
7         A    They appear to coincide, yes.
8         Q    Right.  And we talked about the column
9    entitled "Expense Charges" and how that corresponds
10   to, if you go to Defendant's Exhibit Number 10, the
11   premium expense charge of 5 percent deducted from
12   each premium paid and, under Monthly Deductions, the
13   monthly expense charge of $5, correct?
14        A    Yeah, I do see that -- that column.  I
15   do see the $5 charge.
16        Q    And in the 5 percent of premium?
17        A    And the 5 percent of the premium
18   amount, yes.
19        Q    And then we talked about how page
20   three of Defendant's Exhibit 10 referenced the cost
21   of insurance that is deductible while the policy is
22   in force and that this column on Defendant's
23   Exhibit 11 at Bates 169 reflects the cost of
24   insurance deductions taken each month, correct?

Page 181

William Whitman - Confidential

1         A    It -- it does indicate that there's a
2    cost of insurance deduction, and that does appear to
3    coincide with the months here.
4         Q    All right.  So my question to you next
5    only concerns the columns entitled
6    Payment/Withdrawals, "Expense Charges," and "Cost of
7    Insurance."
8         A    Okay.
9         Q    So there is no need for you to concern
10   yourself with the other columns for purposes of
11   answering my next question.  Okay.
12        A    Okay.
13        Q    So it's fair to say that on the annual
14   statement, annual notice of policy status,
15   Defendant's Exhibit 11 at page 169, that the
16   deductions identified on page three at
17   Defendant's Exhibit Number 10, specifically the
18   monthly expense charge of $5, the monthly cost of
19   insurance deduction, and the premium expense charge,
20   are reflected and disclosed in the annual notice
21   marked as Defendant's Exhibit Number 11 at
22   Bates 169?
23        A    No, I don't think it is.
24        Q    And why is that?

Page 182

William Whitman - Confidential

2  A    I don't -- I don't know what the cost
3  of insurance is.
4  Q    The dollar amount that has been
5  deducted each month for cost of insurance is
6  reflected in Defendant's Exhibit Number 11 at
7  Bates 169 in the column "Cost of Insurance,"
8  correct?
9  A    If we're basing it off of State Farm's
10 definition of "cost of insurance," then, yes.  But I
11 don't know the true cost of insurance.  I can't know
12 your cost of insurance, is what I'm saying.  So --
13 Q    I'm asking you whether or not on
14 Defendant's Exhibit Number 11 the column listing
15 cost of insurance, that the dollar amounts that were
16 charged to you are listed in this document.
17 A    Yes.  This appears to be the dollar
18 amounts that were charged to me.  Yes.
19 Q    Correct.
20 A    Okay.
21 Q    So the dollar amounts charged to you,
22 taken as deductions from your account, for cost of
23 insurance $5 expense charge, and 5 percent premium
24 is reflected in the annual notice,
25 Defendant's Exhibit 11, Bates 169, correct?

Page 183

William Whitman - Confidential

2  A    These amounts were charged to me,
3  apparently, according to this report, yes.
4  Q    And those amounts were disclosed to
5  you in Defendant's Exhibit 11 at Bates 169, correct?
6  A    I don't know that I saw this before
7  this.  But, yes, it appears that this statement was
8  mailed to me and had this data in here on the second
9  page.
10 Q    So you were disclosed the dollar
11 amounts charged for deductions from your account
12 consistent with your contract of insurance with
13 State Farm, correct?
14 A    It appears so, yes.
15 MR. LYTLE:  Counsel, would it be a
16 good time to take another quick break?
17 MS. DAWSON:  Yes, that's fine.
18 MR. LYTLE:  We don't -- we don't
19 need -- I mean, we don't need more than five,
20 ten minutes.  I just need to run down the
21 hall.
22 MS. DAWSON:  Yeah.  Why don't -- why
23 don't we take ten minutes, because that will
24 give me time to run to the -- to the restroom.
25 So we'll come back on at 4:13.

Page 184

William Whitman - Confidential

2  THE VIDEOGRAPHER:  Stand by.
3  This marks the end of media unit
4  number five.  We are off the record at
5  4:03 p.m.
6  (A break is taken.)
7  MS. DAWSON:  This marks the beginning
8  of media unit number six.  We are back on the
9  record at 4:15 p.m.
10 CONTINUED DIRECT EXAMINATION
11 BY MS. DAWSON:
12 Q    Mr. Whitman, going back to Exhibit
13 Number 11, I want you to flip, if you will -- and it
14 should be pretty easy because it's a long exhibit.
15 You'll see there's a blue sheet kind of in the
16 middle of it, like a baby blue sheet.
17 A    Yes.
18 Q    Do you see that?
19 A    I see it.
20 Q    Find the baby blue sheet, and then
21 turn it to your left, and you should see a document
22 that says "Annual Notice" up at the top with your
23 name; and the date of it is January 15, 2019.
24 A    Yes.
25 Q    And the bottom of it has a Bates that

Page 185

William Whitman - Confidential

1  begins PLTF, so that's Plaintiff -- Whitman, and
2  it's got the number 37 at the bottom.
3  Does that all match up to what you've
4  got in front of you?
5  A    Yes.
6  Q    So my question is:
7  Have you seen this particular document
8  as it appears to have been produced by -- by you?
9  A    I'm not certain, but it looks
10 familiar.
11 Q    Okay.  Looking up at the top, it has
12 William T. Whitman, 3 White Drive, Kingston,
13 New Hampshire.  Is that an address where you lived
14 in January of 2019?
15 A    Yes, I believe so.
16 Q    And if you could just kind of thumb
17 through this document, does it look familiar to you?
18 A    No, not -- not particularly familiar.
19 Q    Okay.  Do you recall receiving this
20 document in the mail?
21 A    No.  I don't -- I don't think so.  But
22 it's certainly possible.
23 Q    Now, when you receive notices in the
24 mail from your insurance company, is it your custom

Page 186

1              William Whitman - Confidential
2    and practice to -- to review those?
3          A       Not thoroughly.
4          Q       Why is it your practice to not
5    thoroughly review information from your insurer that
6    you receive information from?
7              MR. LYTLE:  Object to the form of the
8    question.
9          A       I don't know.
10         Q       Well, do you think it would be
11   important for you to review the information from
12   your insurer to make certain that you are getting
13   what it is that you are paying for?
14             MR. LYTLE:  Object to the form.
15         A       Can you restate the question, please?
16             MS. DAWSON:  Can the court reporter
17   please read it back?
18             (Reporter read back pending question.)
19             MR. LYTLE:  Same objection.
20         A       No.  No.  I don't think I'm qualified
21   to make that determination.
22         Q       Well, let me ask you this.
23             If you're paying for something like
24   insurance, don't you think it's prudent to review
25   the materials provided so that you are at least

Page 187

1              William Whitman - Confidential
2    knowledgeable about your insurance?
3              MR. LYTLE:  Object to the form.
4          A       It would be if I thought I could
5    understand it, if I really thought I could
6    understand the content.
7          Q       Well, how do you know whether or not
8    you can understand the content if you don't bother
9    to read it in the first place?
10             MR. LYTLE:  Object to the form.
11         A       I believe I've tried to read documents
12   like this.
13         Q       Well, I mean, looking at this
14   document, I mean, it's got graphs, correct, if you
15   look at Bates 39?
16         A       Yes.  I see -- I see page 39, yes.  It
17   has a graph.
18         Q       Right.  I mean, are there certain
19   words on -- in this document that you feel you can't
20   understand?
21             MR. LYTLE:  Object to the form of the
22   question.
23         A       I'm not sure if there are words in
24   here I don't understand.
25         Q       Okay.  Let's go to Tab 12 of your

Page 188

1              William Whitman - Confidential
2    notebook?
3              (Exhibit No. Defendant's 12, 9/23/03
4              Check to William Whitman from State Farm,
5              Bates Nos. SFLIC-W 207288 to 289, Document is
6              marked by the reporter for identification.)
7          Q       You see this is a check to you in the
8    amount of $3,000 dated September 23, 2003.  Do you
9    see that?
10         A       Yes.
11         Q       Do you recall making a withdrawal from
12   your State Farm universal life policy in 2003 in the
13   amount of $3,000?
14         A       It sounds familiar.
15         Q       Why did you need to withdrawal $3,000
16   from your universal life policy in 2003?
17         A       I don't recall.
18         Q       Was the ability to take withdrawals
19   from your universal life policy one of the reasons
20   you purchased the policy?
21         A       I don't remember.
22         Q       Do you think it's a benefit to be able
23   to withdraw money from your universal life policy as
24   you did in 2003?
25         A       I don't know.

Page 189

1              William Whitman - Confidential
2          Q       You don't know if that was beneficial
3    to you or not?
4          A       No, I don't.  I think it may have cost
5    me.
6          Q       Okay.  How would it have cost you?
7          A       I think I recall something about the
8    value of the policy went down because of this.  I
9    potentially thought it was a loan against the
10   policy, but it turned out to be a withdrawal.  But I
11   don't recall exactly.
12         Q       Well, you have the option to take a
13   withdrawal or to take a loan from your UL policy,
14   correct?
15             MR. LYTLE:  Object to the form.
16         A       Apparently, I do.  It looks like I
17   took a withdrawal in this case.
18         Q       So that was your decision to take the
19   withdrawal, correct?
20             MR. LYTLE:  Object to the form.
21         A       I don't remember.  I worked with a
22   life insurance agent on it.
23         Q       Do you recall specifically talking to
24   a life insurance agent about the withdrawal in 2003
25   of $3,000?

William T. Whitman Vol I Confidential
March 01, 2021                    190 to 193

Page 190

William Whitman - Confidential

1
2    A    No.
3    Q    Then why did you say that?
4    A    Because that's the only --
5         MR. LYTLE: Object to the form.
6    A    That's the only way I would have taken
7    a withdrawal, is through an agent.
8    Q    Do you recall speaking to an agent
9    about this withdrawal in 2003 of $3,000?
10        MR. LYTLE: Object to the form. It's
11   asked and answered.
12        You can answer again.
13   A    No, not specifically.
14   Q    If you had not been able to withdraw
15   the $3,000 from your universal life policy in 2003,
16   what source of money would you have had for the
17   $3,000 you apparently needed at the time?
18        MR. LYTLE: Object to the form.
19   A    I -- I don't remember.
20   Q    Would it have upset you if you had not
21   been able to take a withdrawal of $3,000 from your
22   universal life policy?
23        MR. LYTLE: Object to the form.
24   A    I don't remember.
25   Q    No. I'm asking you:

Page 191

William Whitman - Confidential

1
2         Would it have upset you? If you
3    needed the $3,000 and you were unable to do so,
4    would that have upset you?
5         MR. LYTLE: Same objection.
6    A    I'm not sure.
7    Q    Why don't you look at Exhibit
8    Number 13.
9         (Exhibit No. Defendant's 13, 10/27/04
10   Check to William Whitman from State Farm,
11   Bates No. SFLIC-W 207166, Document is marked
12   by the reporter for identification.)
13   THE WITNESS: Okay.
14   Q    It's another check payable to you from
15   State Farm in the amount of $2,000. So you took a
16   loan of $2,000 on October 27, 2004. Do you recall
17   taking a loan against your State Farm UL policy in
18   2004?
19        MR. LYTLE: Object to the form.
20   A    Not specifically.
21   Q    What about generally?
22   A    I remember discussing loans from time
23   to time with State Farm agents.
24   Q    And was the ability to take loans one
25   of the reasons why you purchased a UL policy?

Page 192

William Whitman - Confidential

1
2    A    I don't remember.
3    Q    What did you do with the $2,000 loan?
4    A    I don't remember.
5    Q    Do you recall the terms of the loan?
6    A    No.
7    Q    Okay. Let's look at Exhibit
8    Number 14.
9         (Exhibit No. Defendant's 14, 1/27/06
10   Check to William Whitman from State Farm,
11   Bates No. SFLIC-W 207165, Document is marked
12   by the reporter for identification.)
13   Q    Do you recognize this document?
14   A    It looks like a check.
15   Q    Do you recall taking a second loan
16   against your State Farm UL policy in 2006?
17   A    No.
18   Q    Do you recall why you took this loan?
19        MR. LYTLE: Object to the form.
20   A    No, I don't.
21   Q    Do you recall the terms of the loan?
22        MR. LYTLE: Object to the form.
23   A    No.
24   Q    Look at Exhibit Number 15 for me.
25        (Exhibit No. Defendant's 15, email

Page 193

William Whitman - Confidential

1
2    chain, top email dated 1/26/2010 from Monica
3    Flory to Bill W.; Subject: Bill Whitman
4    email, Bates Nos. Bates Nos. PLTF-WHITMAN 329
5    to 330, Document is marked by the reporter for
6    identification.)
7    A    Okay. I see Exhibit 15.
8    Q    All right. Why don't you take a
9    minute to review Exhibit 15 starting on Bates 330.
10   It is an email you need to read backwards to
11   forward.
12   A    Okay.
13        Okay. I've reviewed the document.
14   Q    Then if you could look at Defendant's
15   Exhibit 16 as well.
16        (Exhibit No. Defendant's 16, 1/25/10
17   Check to William Whitman from State Farm,
18   Bates No. SFLIC-W 207164, Document is marked
19   by the reporter for identification.)
20   Q    Do you recognize that document?
21   A    It looks like a check payable to me.
22   Q    In what amount?
23   A    5,500.
24   Q    So going back to Defendant's Exhibit
25   Number 15, who is Monica Flory?



Page 194

1
2      A       She's a person who worked in
3   Tim Crabtree's office, I think.
4      Q       Why did you contact Monica Flory in
5   January of 2010?
6      A       It looks like to request a loan from
7   the life insurance policy.
8      Q       And in what amount?
9      A       It looks like for 5,500.
10     Q       And it appears that the loan check
11  that you reached out to Monica Flory to request is
12  reflected in Defendant's Exhibit Number 16; is that
13  correct?
14             MR. LYTLE:  Object to the form.
15     A       It looks to be the amount of the loan,
16  yes.
17     Q       And the dates align, correct,
18  January 26, 2010?
19     A       Yes, the dates appear to align.
20     Q       What, if anything, do you recall of
21  your discussion with Monica Flory where you
22  requested a loan in the amount of $5,500 from your
23  State Farm UL policy?
24     A       I don't remember specifically.
25

Page 195

1
2
3
4
5
6
7
8
9      Q       Does that refresh your recollection
10  why you needed a loan for $5,500?
11     A       Not -- not specifically.  But I think
12  it's -- yeah, it must have been related to some kind
13  of expenses around the time.
14     Q       Do you recall the terms of the loan?
15     A       No.
16     Q       Did you understand that the loan could
17  affect how long your coverage would stay in effect?
18             MR. LYTLE:  Object to the form.
19     A       I don't recall if I understood that at
20  the time or not.
21     Q       You state in this email, quote:
22  "You guys are amazing.  I'll head over
23  in about an hour.  You guys will be there until
24  5:00 p.m."
25             Do you see that?

Page 196

1
2      A       I see that.
3      Q       Does that reflect that you were
4   pleased with the services provided to you by
5   Monica Flory and Tim Crabtree's agency?
6      A       Not necessarily, no.
7      Q       No?  You asked for a check for $5,500,
8   and it was provided it shortly thereafter.  That was
9   not satisfactory to you?
10             MR. LYTLE:  Object to the form.
11     A       I believe it was my money, and I
12  probably would have said something nice to them just
13  to be polite.
14     Q       Well, tell me what, if anything, you
15  had an issue with Tim Crabtree's agency or
16  Monica Flory.
17             MR. LYTLE:  Object to the form.
18     A       I don't have a specific issue I can
19  recall.  But in this email, it looks to me like
20  she's trying to sell me additional life insurance.
21     Q       Well, let's see.  Up at the top on
22  Bates 329, she points out to you that the
23  beneficiary on your policy is your parents and not
24  your wife or your kids.
25             And so would you say Monica pointing

Page 197

1   that out was something that would be helpful to you,
2   to have the beneficiary be your wife and not your
3   parents?
4              MR. LYTLE:  Object to the form.
5      A       Not necessarily.
6      Q       So you don't think that Monica Flory
7   was being helpful to you in pointing that out, that, even
8   though you're married with kids, the beneficiary on
9   your life insurance policy was not your wife and
10  children, but your parents?
11             MR. LYTLE:  Same objection.
12     Q       Correct?
13             MR. LYTLE:  Same objection.
14     A       Can you repeat the question, please?
15             MS. DAWSON:  Can the court reporter
16     read it back, please?
17             (Reporter read back pending question.)
18     A       Not necessarily.
19     Q       Okay.  Turn to Defendant's Exhibit 17,
20  please.
21             (Exhibit No. Defendant's 17, 2/21/05
22     State Farm Statement to William Whitman, Bates
23     Nos. Bates Nos. SFLIC-W 207250 to 260 and 290
24     to 291, Document, is marked by the reporter

Page 198

1           William Whitman - Confidential
2       for identification.)
3       A       Okay.
4       Q       Do you recognize this document?
5       A       Not specifically.
6       Q       Do you recall anything generally?
7       A       From time to time, I would get mail
8   from State Farm referencing the different policy
9   loans.  This looks like something to that effect.
10      Q       Did you review the materials
11  State Farm sent to you called "Loan Interest
12  Capitalization Notices"?
13      A       Not that I recall.
14      Q       Why not?
15      A       I don't remember a specific reason.
16          I think that's my complete answer.
17      Q       So you didn't read your State Farm
18  insurance policy; you didn't read the annual notices
19  State Farm sent you; and you didn't read the loan
20  capitalization notices that State Farm sent you.
21          Is that correct?
22          MR. LYTLE:  Object to the form.
23      A       No, not necessarily.
24      Q       Okay.  What did I get wrong in that
25  summary of what you did not read?

Page 199

1           William Whitman - Confidential
2           MR. LYTLE:  Object to the form.
3       A       I don't -- I don't recall specifically
4   what I did not read.  It is certainly possible that
5   I did not read some of these notices.
6       Q       Well, which ones do you recall
7   reading?
8       A       From time to time, I received these
9   notices regarding loans.  I probably skimmed them to
10  make sure there wasn't anything urgent that was
11  going to cause some major harm.  But -- but other
12  than that, I continued to make the payments, I
13  think.
14      Q       Well, you took a loan against the
15  policy's account value.  Did you understand that
16  State Farm would charge interest?
17      A       I think so.  But I also understood
18  that I had some offsetting interest benefit on my
19  account.
20      Q       Did you understand that you have the
21  option of when to repay the loan?
22      A       I think I understood that, yes.
23      Q       Did you understand the unpaid interest
24  would be added to the loan balance?
25      A       I think I did that -- I think I did

Page 200

1           William Whitman - Confidential
2   know that.
3       Q       Was the flexibility of being able to
4   withdraw funds and obtain loans against your policy
5   when you needed to a reason why you chose a
6   State Farm universal life policy?
7           MR. LYTLE:  Object to the form.
8       A       I don't recall.
9       Q       Well, do you think that the ability to
10  withdraw funds and obtain loans against your policy
11  when you need it is a good thing?
12          MR. LYTLE:  Object to the form.
13      A       No, not necessarily.
14      Q       Why isn't it beneficial to you to be
15  able to withdraw funds and obtain loans against your
16  policy when you need to?
17          MR. LYTLE:  Same objection.
18      A       I didn't say it wasn't beneficial.
19      Q       So you agree that it is beneficial to
20  be able to withdraw funds and obtain loans against
21  your policy when you need it?
22          MR. LYTLE:  Object to the form.
23      Q       Is that correct?
24          MR. LYTLE:  Same objection.
25      A       It appears that it was beneficial from

Page 201

1           William Whitman - Confidential
2   time to time to withdraw my money to be able to pay
3   for various financial needs from time to time.
4       Q       If you could look at Defendant's
5   Exhibit Number 18 for me, please.
6       A       Okay.
7           (Exhibit No. Defendant's 18, email
8       chain, top email dated 6/20/2013 from Monica
9       Flory to Bill W.; Subject:  Life Insurance,
10      Bates Nos. PLTF-WHITMAN 487 to 488, Document
11      is marked by the reporter for identification.)
12      Q       Do you see that document?
13      A       Yes.  It appears to be an email.
14      Q       Right.  And that's an email between
15  you and Monica Flory again.  And what's the date of
16  this email?
17      A       The latest email in the chain appears
18  to be June 20, 2013.
19      Q       And can you read into the record the
20  email from you to Monica Flory sent Thursday,
21  June 20th, 2013, at 1:29 p.m., subject line RE:
22  "Life insurance"?
23      A       "Is there any way to identify the
24  actual cost for insurance?  Maybe it's too
25  complicated to do that since universal life is so

Page 202

1                  William Whitman - Confidential
2       complex."
3            Q      Mr. Whitman, in 2013, you asked
4       State Farm Agent Monica Flory if there was any way
5       to identify the actual cost for insurance.  Is that
6       what that email is asking?
7                MR. LYTLE:  Objection to form.  The
8            document speaks for itself.
9            A      "... way to identify the actual cost
10      for insurance."
11           Q      Well, it's not the document asking.
12      It's you asking, right, because you wrote this email
13      to Monica Flory, correct?
14           A      It -- it appears that I wrote an email
15      asking if there's any way to identify the actual
16      cost for insurance.
17           Q      Why were you asking Monica Flory if
18      there was any way to identify the actual cost for
19      insurance in 2013?
20           A      I think I was looking for an
21      apples-to-apples comparison with term life
22      insurance.
23           Q      What did you mean by the "actual cost
24      for insurance"?
25           A      I'm a layperson.  So I -- I meant the

Page 203

1                  William Whitman - Confidential
2       cost that I'm paying that's outside of the savings
3       portion of the universal life.  I don't -- I don't
4       know the specifics of that, but -- but I believe
5       that's -- that's what I meant.  I wanted to be able
6       to compare it to term life insurance.
7            Q      Why were you wanting to compare it to
8       term life insurance?
9            A      Because term life insurance -- no.  I
10      don't remember exactly why I wanted to at the time.
11      I can tell you why I might want to now.
12           Q      Well, it's fair to say then in 2013
13      you were doing some comparison of universal life to
14      term life insurance, correct?
15           A      Yeah.  I believe -- I believe I -- I
16      was considering purchasing term life insurance at
17      the time.
18           Q      Well, it's fair to say then in 2013
19      you were aware that there was a cost associated with
20      insurance separate and apart from, as you say, the
21      amounts you were paying into your account, correct?
22                MR. LYTLE:  Object to the form of the
23           question.  Misstates prior testimony.
24                You can answer.
25           A      No.  I don't -- I don't know that I

Page 204

1                  William Whitman - Confidential
2       was using the "cost of insurance" in the way that
3       you're using it.
4            Q      Well, you said that the amounts that
5       you were being charged separate and apart from what
6       you were putting into your account.
7                MR. LYTLE:  Object to the form.
8            That's not what he said.  But --
9            Q      Well, why don't you tell me again.
10      What do you mean by "actual cost for insurance" in
11      this email that you sent on June 20, 2013?
12                MR. LYTLE:  And if you need to take a
13           minute to read the entire document, it's a
14           two-page document.
15           A      Yes.  Yeah.  This was related to me
16      considering purchasing term insurance.  And it looks
17      to me like I -- I did not have clarity on what "cost
18      of insurance" was.  In fact, I used a question mark
19      to describe it.
20                So it does appear that I was looking
21      to find some way to compare it apples-to-apples with
22      term insurance.
23           Q      But it reflects then in 2013, at
24      least, you were examining how much it was costing
25      you total to keep your insurance in force, correct?

Page 205

1                  William Whitman - Confidential
2            A      No.
3                MR. LYTLE:  Object to the form.
4            A      No.  I don't think I was examining how
5       much.  It was cost related to keep my insurance in
6       force.
7            Q      Okay.  Then what do you -- what do you
8       say this email means?
9            A      That I was considering purchasing term
10      insurance.
11           Q      Well, you say on page 488:
12                "I was asking Pam if I can review the
13      big ol' packet of documentation that goes over my
14      life insurance policy.  I'm interested in the
15      premium cost of insurance portion and how it's
16      scheduled to go up over time, et cetera, so anything
17      you've got."
18           A      It looks like I was just trying to
19      compare or consider term insurance to see if there's
20      some kind of -- I think that -- I think you would
21      call it an illustration that would let me compare it
22      over time to the cost of term insurance.  That's how
23      I would interpret this email.
24           Q      So are you trying to compare the term
25      insurance versus the cost of universal life

Page 206

1            William Whitman - Confidential
2    insurance?  Is that a fair statement?
3       A     I would say that's a part of it,
4    trying to compare the cost of the two.
5       Q     Why does the cost of the insurance
6    matter to you?  In other words, the cost of the
7    insurance is what it costs to keep the insurance in
8    force, correct?
9              MR. LYTLE:  Object to the form of the
10   question.
11      A     No.  I don't know that I agree with
12   that definition of the "cost of insurance."
13      Q     What's your definition of it?  How are
14   you using that term in this email?
15             MR. LYTLE:  Object to the form.  It
16   has been asked and answered.
17             You can answer again.
18      A     It appears that I was using the term
19   to try to get an apples-to-apples comparison with
20   term life insurance.
21      Q     But what did you mean?
22             Saying that you're using the term to
23   try to get a comparison doesn't tell me what you
24   mean when you use the term "cost of insurance" in
25   this email.

Page 207

1            William Whitman - Confidential
2              What did you mean by that?
3              MR. LYTLE:  Same objection.  It's been
4    asked and answered.
5              You can answer again.
6       A     I -- I don't know what I meant by that
7    here in this email.  It's a complicated thing, life
8    insurance; and it appears that this particular
9    policy is too complicated for me to understand.  I
10   probably felt similarly in 2013.
11      Q     So you had this policy in place for
12   20 years and you've said innumerable times today how
13   complicated it is.
14             Did you ever -- you're a smart guy,
15   started lots of businesses -- say to yourself:
16             "Hmm, maybe I should talk to somebody
17   about this insurance I've had in place for 20 years
18   if I don't understand it?"
19             Wouldn't you want to understand the
20   insurance you had in place for 20 years?
21             MR. LYTLE:  Object to the form of the
22   question.
23      A     Yeah.  I -- I did ask someone to
24   evaluate the policy.  So, yes, it -- it did occur to
25   me to do that.

Page 208

1            William Whitman - Confidential
2       Q     In fact, did it occur to you to -- to
3    evaluate the policy, like, back in 2011, I think?
4       A     I don't remember.
5              MR. LYTLE:  Object.
6       Q     Yeah.  Why don't we show you the
7    Exhibit Number 28.
8              (Exhibit No. Defendant's 28, January
9    2011 Email from Bill Whitman to Bill Whitman;
10   Subject:  Life Insurance, With a Link to
11   Evaluatelifeinsurance.Org, Bates Nos.
12   PLTF-WHITMAN 310, Document is marked by the
13   reporter for identification.)
14      A     Okay.  I see it.
15      Q     So on January 17th, 2011 -- so that's
16   two years prior to the email with Monica Flory --
17   you sent an email, or you emailed yourself,
18   evaluatelifeinsurance.org.
19             Do you see that?
20      A     I see that, yes.
21      Q     So it's fair to say that in 2011 you
22   sought to evaluate the life insurance you had in
23   place, correct?
24             MR. LYTLE:  Object to the form of the
25   question.

Page 209

1            William Whitman - Confidential
2       A     It appears I emailed myself a link to
3    evaluatelifeinsurance.org in January of 2011.
4       Q     Yes.  And you -- and you did that, for
5    our discussion, so you could get a better
6    understanding of the life insurance you had with
7    State Farm, correct?
8              MR. LYTLE:  Object to the form of the
9    question.
10      A     I don't know specifically or remember
11   specifically emailing myself this, this link.
12      Q     Well, in 2011, the only life insurance
13   you had was with State Farm, correct?
14      A     I believe so.
15      Q     So the only life insurance policy that
16   you would have to be evaluated is the State Farm
17   policy, correct?
18             MR. LYTLE:  Object to the form of the
19   question.  It assumes that the witness was
20   having his State Farm life insurance policy
21   evaluated.  It misstates his prior testimony
22   about consideration of term life insurance.
23   And it's argumentative.
24             You can go ahead and answer.
25             MS. DAWSON:  And I'm going to object

Page 210

1      William Whitman - Confidential
2   to your speaking objection, Matt --
3              MR. LYTLE:  Okay.
4              MS. DAWSON:  -- as improper and
5   coaching the witness.
6              MR. LYTLE:  Okay.
7        Q      Mr Whitman, in 2011, the only life
8   insurance policy you had was State Farm -- was with
9   State Farm, correct?
10       A      Yes, I believe that's correct.
11       Q      Okay.  And you emailed yourself the
12  link evaluatelifeinsurance.org on January 17, 2011,
13  correct?
14       A      Yes.  Correct.
15       Q      And you and I discussed that -- how
16  you didn't read your policy; you talked about how
17  life insurance was complex -- and that you did, in
18  fact, as you testified previously, try to get
19  information to help you better understand the
20  policy, correct?
21             MR. LYTLE:  Object to the form of the
22  question.
23       A      I don't know that everything you put
24  in that question was true.
25       Q      You wanted to understand your policy;

Page 211

1      William Whitman - Confidential
2   did you not?
3        A      Yes.
4        Q      And one of the ways for you to better
5   understand your policy would be to have it evaluated
6   through evaluatelifeinsurance.org, correct?
7              MR. LYTLE:  Object to the form of the
8   question.
9        A      I believe that having my policy
10  evaluated by evaluatelifeinsurance.org would be one
11  way to understand it better, yes.
12       Q      And you availed yourself of
13  evaluatelifeinsurance.org in January of 2011,
14  correct?
15             MR. LYTLE:  Object to the form --
16       A      No.
17             MR. LYTLE:  -- of the question.
18       A      No.  I emailed myself a link as a
19  reminder.  I don't -- I don't think I used the
20  service.
21       Q      Well, you were wanting to use the
22  service in January of 2011, correct?
23             MR. LYTLE:  Object to the form of the
24  question.
25       Q      Why would you evaluate -- why would

Page 212

1   you email yourself evaluatelifeinsurance.org if you
2   had no intent to use it?
3        A      I think I heard it on the radio.
4        Q      But -- but why -- you hear a lot of
5   things on the radio.  Why would you email
6   evaluatelifeinsurance.org to yourself in January
7   2011 if you did not intend to utilize it?
8              MR. LYTLE:  Object to the form.
9        A      I don't remember specifically.
10       Q      Did you understand in 2011 that the
11  purpose of that service is to help consumers decide
12  if a policy is worth keeping?
13             MR. LYTLE:  Object to the form.
14       A      I don't -- I don't recall.
15       Q      What is your understanding of what
16  evaluatelifeinsurance.org does?
17       A      My understanding today is that you can
18  send them a copy of a policy, and they'll -- they'll
19  determine if it's worth keeping.  That's my
20  understanding today.
21       Q      If you look at Tab 20, please.
22             (Exhibit No. Defendant's 20, State
23  Farm Withdrawal Form from Life Insurance
24  Policy of William Whitman, dated 4/9/19, Bates

Page 213

1      William Whitman - Confidential
2   No. SFLIC-W 207167, Document is marked by the
3   reporter for identification.)
4        A      Okay.
5        Q      Do you recognize this document,
6   Defendant's Exhibit Number 20?
7        A      I think so.  Yes.
8        Q      What is it?
9        A      It looks like it's a document to apply
10  some policy balance to make a payment against a loan
11  for -- probably for my State Farm life insurance
12  policy.
13       Q      Does this document reflect that on
14  April 29, 2019, using $22,846 of the account value,
15  you directed that that money be applied against the
16  loan?
17             MR. LYTLE:  Object to the form.
18       A      No.
19       Q      Okay.  What is it then?
20       A      It's -- it looks like it's a universal
21  life partial withdrawal to -- I think it was to make
22  a payment against the -- the loan balance.
23       Q      Okay.
24       A      But it's April 9th.  I think you said
25  April 29th.

William T. Whitman Vol I Confidential
March 01, 2021                     214 to 217

Page 214

William Whitman - Confidential

1
2      Q      Okay.  Other than the date, was I
3   correct in saying that you used the $22,846.91
4   partial withdrawal to pay off outstanding loan
5   balances?
6      A      It appears so.  But I don't fully
7   understand that or the implications.  But, yes,
8   that's what it appears to do.
9      Q      Why did you repay the loan at that
10  time, April of 2019?
11     A      I believe I was -- I don't recall
12  exactly.
13     Q      What about -- what do you recall
14  generally?
15     A      I think I was being charged interest
16  continually, and I think I determined that it would
17  be -- that it wouldn't harm me to -- to use the
18  value to pay off the loan.
19     Q      Is it your contention that State Farm
20  charged you interest on the loan beyond what was
21  proper?
22             MR. LYTLE:  Object to the form.
23     A      I don't -- I don't know.
24     Q      Exhibit Number 21, Defendant's
25  Exhibit 21, if you turn to that, please.

Page 215

William Whitman - Confidential

1
2      A      Okay.
3             (Exhibit No. Defendant's 21, email
4   dated 3/10/2010 from Tamara Guthrie to
5   amazingbill@gmail.com; Subject:  Allstate,
6   Bates No. PLTF-WHITMAN 92, Document is marked
7   by the reporter for identification.)
8      Q      In 2010, March, did you make a request
9   for a life insurance quote with Allstate Insurance?
10     A      No, I don't believe so.
11     Q      Okay.  Then what is Defendant's
12  Exhibit 21 referring to?
13             MR. LYTLE:  Object to the form.
14     A      It appears that an Allstate Insurance
15  agent received a request for a life insurance quote
16  for me.
17     Q      So does this reflect that you
18  submitted online a request for a life insurance
19  quote?
20             MR. LYTLE:  Object to the form.
21     A      It -- it appears so.
22     Q      Why did you ask for a life insurance
23  quote from Allstate in March of 2010?
24     A      I don't believe I asked for a life
25  insurance quote from Allstate.

Page 216

William Whitman - Confidential

1
2      Q      Okay.  You just asked for a life
3   insurance quote in 2010 from anybody?
4      A      It's possible there was an online form
5   of some kind that you could submit a general request
6   for life insurance to; and it's possible that they
7   sell those leads to different life insurance
8   companies and life insurance -- and, excuse me --
9   Allstate, it's possible that it was -- that was one
10  of the companies that purchased that lead.
11     Q      Why were you submitting online
12  requests for life insurance quotes in March of 2010?
13     A      I don't remember.
14     Q      Did you respond to this email?
15     A      I don't recall.
16     Q      Have you bought a life insurance
17  policy from Allstate?
18     A      No, I don't believe so.
19     Q      If you'd look at Defendant's
20  Exhibit 22.
21             (Exhibit No. Defendant's 22, email
22  dated 1/4/2011 from Bill W. to Stephanie
23  Whitman; Subject:  Dependent Eligibility
24  Requirements, Bates No. PLTF-WHITMAN 138,
25  Document is marked by the reporter for

Page 217

William Whitman - Confidential

1   identification.)
2      A      Okay.
3      Q      Have you seen this document before?
4      A      Yes, I believe so.
5      Q      What is it?
6      A      It's an email to -- to my wife
7   Stephanie.  It looks like it's requesting
8   information for dependent eligibility verification.
9      Q      Did you attain in 2011 life insurance
10  through your employer?
11     A      Probably.  Yes, probably.
12     Q      What life insurance did you obtain
13  through your employer in 2011?
14     A      I don't remember specifically.
15     Q      Do you recall whether or not it was
16  term insurance?
17     A      No.  No.  I don't recall.
18     Q      Do you recall if you or your wife had
19  to take a physical for that insurance?
20     A      I don't believe so.
21     Q      Were you looking to replace your State
22  Farm life insurance with other life insurance in
23  2011?
24     A      I don't think so.
25

Page 218

1    William Whitman - Confidential
2    Q       Were you looking to replace your State
3  Farm insurance with other life insurance in
4  2010 when you submitted a request for life insurance
5  quote online?
6    A       I don't remember.
7    Q       If you could look at Exhibit
8  Number 23.
9           (Exhibit No. Defendant's 23, email
10          dated 9/7/2018 from Jacquilyn M. to Bill
11          Whitman; Subject:  Amica insurance, Bates No.
12          PLTF-WHITMAN 93, Document, is marked by the
13          reporter for identification.)
14   Q       Do you recognize this document?
15   A       This is an email from Jaci at Amica
16  Insurance.
17   Q       Why was it that Jaci at Amica
18  Insurance emailing you?
19          MR. LYTLE:  Object to the form.
20   A       It appears that she was -- based on
21  this email, that she was following up regarding
22  umbrella liability coverage and life insurance.
23   Q       So in 2018 were you interested in
24  potentially securing life insurance with Amica?
25   A       It's possible.  Based on this email,

Page 219

1    William Whitman - Confidential
2  it's possible.
3    Q       Okay.  Why were you looking at life
4  insurance with Amica in 2018?
5    A       I don't remember.  It's possible that
6  Dante Davis, referenced here, suggested it.  But I
7  don't remember specifically.
8    Q       Do you remember any discussions that
9  you've had with Amica about their product offerings?
10   A       Yeah, I do -- I do remember one
11  discussion with Amica -- it may have been with
12  Jaci -- about their product offerings.
13   Q       Okay.  Tell me about that
14  conversation.
15   A       I -- I only just -- I only remember
16  hearing that she could offer term life insurance and
17  some -- and I don't remember the specifics.  But I
18  don't think I -- I don't think I pursued it.
19   Q       Okay.  Why don't you look at Exhibit
20  Number 24.
21          (Exhibit No. Defendant's 24, email
22          dated 6/17/2019 from David Tice to Bill
23          Whitman; Subject:  Amica Life - Appointment
24          Confirmation, Bates No. PLTF-WHITMAN 94,
25          Document, is marked by the reporter for

Page 220

1    William Whitman - Confidential
2  identification.)
3    A       Okay.
4    Q       Do you recognize this document?
5    A       Not specifically.  But I do -- but it
6  appears to be an email from David Tice.  He must be
7  a life insurance specialist.
8    Q       Do you recall having an appointment to
9  discuss life insurance with Mr. Tice or someone else
10  from Amica?
11   A       It's possible that that conversation I
12  had mentioned a minute ago with Jaci, it's possible
13  that conversation was with Mr. Tice about their term
14  life insurance.
15   Q       Why were you exploring potential life
16  insurance at this time?
17          MR. LYTLE:  Object to the form.
18   A       I don't remember specifically.
19   Q       What do you recall generally?
20   A       I don't recall.
21   Q       Why don't you turn to Exhibit
22  Number 25.
23          (Exhibit No. Defendant's 25, email
24          dated 1/10/2019 from Fidelity Life to Bill
25          Whitman; Subject:  Welcome to your Term Life

Page 221

1    William Whitman - Confidential
2  Insurance 3HWB, Bates No. PLTF-WHITMAN 50,
3  Document is marked by the reporter for
4  identification.)
5    A       Okay.
6    Q       Do you recognize this document?
7    A       No.
8    Q       Do you recall having any conversations
9  with Fidelity Life about their product offerings?
10   A       No.  This looks like a malicious email
11  from blissjack.net.
12   Q       Okay.
13   A       I think this is spam.
14   Q       Okay.  What about Exhibit 26?
15          (Exhibit No. Defendant's 26, email
16          dated 8/23/2019 from Fidelity Life to Bill
17          Whitman; Subject:  Welcome to your term life
18          insurance offer, Bates No. PLTF-WHITMAN 51,
19          Document is marked by the reporter for
20          identification.)
21   A       No, not familiar with this email
22  either.
23   Q       Okay.  Exhibit 27.
24          (Exhibit No. Defendant's 27, email
25          dated 3/23/2010 from Bill Whitman to Nick

William T. Whitman Vol I Confidential
March 01, 2021                    222 to 225

Page 222

1         William Whitman - Confidential
2         Parodi; Subject:  Life Insurance Reference,
3         Bates No. PLTF-WHITMAN 486, Document is marked
4         by the reporter for identification.)
5         A     Okay.
6         Q     Who is Nick Parodi?
7         A     He's a personal friend.
8         Q     Does Mr. Parodi have anything to do
9    with your businesses that you have owned?
10        A     No.
11        Q     You listed Mr. Parodi as a reference
12   for a life insurance application?
13        A     It appears so.
14        Q     What life insurance application are
15   you referring to here in March of 2010?
16        A     I believe I applied for term life with
17   Amica.
18        Q     Did you eventually get term life
19   insurance with Amica?
20        A     No.  I -- I believe I was declined.
21   ███████████████████████████
22   ███████████████████████████████████
23   ████████████████████████████████████████
24   █████████████████████████████████████
25   ███████████████████

Page 223

1         William Whitman - Confidential
2         Q     On Tuesday, March 23, 2010, at 12:22,
3    Nick Parodi writes:
4         "Bill Whitman, a venture sports
5    enthusiast, small engine aircraft pilot, anorexic,
6    but good guy."
7         Do you see that?
8         A     I do.
9         Q     So are you an adventure sports
10   enthusiast, Mr. Whitman?
11        A     No.
12        Q     Okay.  Now, on "small engine aircraft
13   pilot," it says that you took some flying lessons
14   ten years ago but never got your license?
15        A     Yes, it does.
16        Q     So is -- is that true that you took
17   flying lessons ten years ago but never got your
18   license?
19        MR. LYTLE:  Object to the form.
20        A     It's -- it's possible.  I do remember
21   taking some pilot lessons or flying lessons at some
22   point, but I don't remember the specific dates.  I
23   never did get my license.  That's true.
24        Q     Where did you take the flying lessons?
25        A     In Pierce County.

Page 224

1         William Whitman - Confidential
2         Q     That's in the state of Washington,
3    correct?
4         A     Yes.
5         Q     So ten years ago would be around the
6    year 2000; is that correct?
7         A     From this email, that's -- that would
8    be correct.
9         Q     I mean, does it generally sound
10   correct that you took flying lessons in
11   Pierce County around the year 2000?
12        A     Generally, yeah, that's correct.
13        Q     Now, I want you to go back to
14   Defendant's Exhibit Number 7.
15        A     Okay.
16        Q     And on page two of Defendant's Exhibit
17   Number 7, you were asked on your State Farm
18   application, which is dated January 16, 2010 [sic],
19   whether you had flown, as a pilot, crew member,
20   student pilot, an aircraft in the last three years
21   or planned to in the next six months, and you said
22   no.
23        Do you see that?
24        A     Yes.
25        Q     So that was not correct in January

Page 225

1         William Whitman - Confidential
2    of 2010 [sic] because, per your email exchange with
3    Nick Parodi, you did take flying lessons in
4    Pierce County in the 2010 [sic] period, which would
5    fall within the last three years?
6         MR. LYTLE:  Object to the form.
7         Q     January 16, 2010 [sic], correct?
8         MR. LYTLE:  Object to the form.
9         A     No.  I -- I don't -- I don't remember
10   the specific dates, but I don't think that's
11   correct.
12        Q     Well, you just told me previously, in
13   answering questions at Defendant's Exhibit
14   Number 27, that -- and we can go back into the
15   transcript where you said that you took flying
16   lessons in Pierce County, Washington, around the
17   year 2000.
18        A     Yeah.  I don't remember the specific
19   dates.
20        Q     Well, no.  You remembered the specific
21   dates when I asked you the questions previously at
22   Defendant's Exhibit Number 27.
23        MR. LYTLE:  Objection.  That's
24   argumentative, Counsel.  I'm going to object
25   to your commentary as -- as unnecessary and

Page 226

1    William Whitman - Confidential
2    argumentative.
3         If there's a question there,
4    Mr. Whitman, you can answer it.
5    A    Can you repeat the question, please?
6    Q    Sure.  Is it true or not, Mr. Whitman,
7    that you took flying lessons in and around the year
8    2000 in Pierce County, Washington?
9    A    I do not remember the specific dates.
10   It is true that I took flying lessons in
11   Pierce County.
12   Q    So if you did take flying lessons in
13   Pierce County in the year 2010 [sic] then your
14   answer on Exhibit 7, on page two, as to whether or
15   not in the last three years, or plan to in the next
16   six months, of "no" in response to the question
17   about flying as a pilot, crew member, or student
18   pilot would be incorrect?
19        MR. LYTLE:  Object to the form.
20   A    I don't believe I was a student pilot
21   at -- prior to the former three years that I
22   completed this.
23   Q    No.  The question asks if you in the
24   last three years -- so that would be -- if it's
25   January of 2010, so that would be within 2008, 2009,

Page 227

1    William Whitman - Confidential
2    2010, or in the next six months flown.  And so 2010
3    falls within that period, correct?
4         MR. LYTLE:  Object to the form of the
5    question.
6    A    No.  Incorrect.
7    Q    So if you took flying lessons in 2010
8    [sic], it's your position that your answer in the
9    State Farm application is correct or not?
10        MR. LYTLE:  Object to the form.
11   A    It's correct.
12   Q    And so Exhibit Number 27 is wrong
13   then?
14        MR. LYTLE:  Object to the form.  It's
15   argumentative.
16   Q    You're under oath to tell me the
17   truth, Mr. Whitman.
18   A    Sure.
19   Q    You understand that, correct?
20   A    Yes.
21   Q    And you stated previously, in response
22   to my questions on Defendant's Exhibit Number 27,
23   that you took flying lessons in Pierce County in
24   2010 [sic].  That was your testimony?
25   A    No.

Page 228

1    William Whitman - Confidential
2         MR. LYTLE:  Object to the form.
3    Misstates testimony.
4    Q    Well, let's -- let's go back on the
5    realtime and -- and see what's correct or not.
6         Would you agree on the transcript,
7    that is your testimony, that in January of -- that
8    in 2010 [sic], you took flying lessons in
9    Pierce County?
10   A    No.
11        MR. LYTLE:  It was 2000, not 2010.
12        MS. DAWSON:  I'm sorry.  In 2000.
13   Thank you.
14   A    Yeah, I don't remember the specific
15   date.  I believe my testimony was around 2000.  It
16   could have been some -- some span of time around
17   there.
18        (Exhibit No. 29, email dated 4/8/2019
19        from Bill Whitman to Bill Whitman; Subject:
20        Life Insurance Evaluations, Bates No.
21        PLTF-WHITMAN 309, Document is marked by the
22        reporter for identification.)
23   Q    On Defendant's Exhibit Number 29, you
24   have emailed yourself information about the Consumer
25   Federation of America Rise to the Rescue?

Page 229

1    William Whitman - Confidential
2    A    I see that.
3    Q    Why did you email this to yourself in
4    April of 2019?
5    A    I believe I thought that this was the
6    person that could evaluate my life insurance policy.
7    Q    Why did you decide to have your life
8    insurance policy evaluated in April of 2019?
9    A    I think I was trying to do some kind
10   of financial housecleaning, kind of getting a little
11   bit better organized; and this was something that I
12   had wanted to get done, get reviewed.
13   Q    Why did you decide to focus on your
14   financial housecleaning at that specific time?
15   A    I don't remember specifically.  But,
16   you know, my kids are getting older.  I probably
17   could -- had a little bit of room to breathe, so to
18   speak.
19   Q    I'll show you what's been marked as
20   Defendant's Exhibit Number 30.  Can you turn to
21   that?
22        (Exhibit No. Defendant's 30, email
23        chain, top email dated 4/30/2019 from Bill W.
24        to Gary Gover; Subject:  Whitman - State Farm
25        Universal Life Discussion, with attachment,

William T. Whitman Vol I Confidential
March 01, 2021                    230 to 233

Page 230

1        William Whitman - Confidential
2     Bates Nos. PLTF-WHITMAN 221 to 222, Document
3     is marked by the reporter for identification.)
4        A     Okay.  I see Number 30.
5        Q     If you look at this email chain on the
6     second page -- it's Bates 222.
7        A     Okay.  I see the Bates 222.
8        Q     And it looks like on April 8, 2019,
9     you wrote to Mr. Hunt.  It says:
10             "It was an honor to speak with you
11     today."
12       A     Yes.  I see that.
13       Q     And you wrote:
14             "I've been looking forward to reaching
15     out regarding my universal life policy for years.  I
16     am ashamed to have waited so long."
17       A     Yes.  I see that.
18       Q     Why did you say you were ashamed to
19     have waited so long?
20       A     I believe I had heard about the
21     "Evaluate Life Insurance" practice that he has years
22     before; and -- and it had taken a while to get
23     organized enough to be able to reach out and try to
24     address it, get the evaluation done.
25       Q     Can we go to -- on Defendant's

Page 231

1        William Whitman - Confidential
2     Exhibit 28?  That's where you emailed yourself
3     evaluatelifeinsurance.org, correct?
4        A     Yes.  I see that.
5        Q     So are you referring to the fact that
6     in January of 2011 you were aware of
7     evaluatelifeinsurance.org, correct?
8        A     I don't know about specifically if
9     that's -- that that was the date I had in mind when
10     I -- when I wrote that I was ashamed to have waited
11     so long to reach out.
12             But I had -- I had heard about
13     evaluatelifeinsurance.org sometime before this,
14     before the April 8th, 2019.
15       Q     Well, you had heard about it at least
16     by January 17th, 2011, correct?
17       A     It appears.  It appears so, yes.
18       Q     And you stated you've been "looking
19     forward to reaching out for years."
20             Why were you wanting to reach out to
21     Mr. Hunt for years?
22             MR. LYTLE:  Object to the form.
23       A     I think I had -- I had finally gotten
24     to a place where I was organized enough.  And, as I
25     mentioned, my kids were older; and I felt like I had

Page 232

1        William Whitman - Confidential
2     the breathing room, so to speak, to reach out and
3     have it evaluated and make a decision.
4        Q     Well, were you concerned about aspects
5     of your life insurance policy for years?
6        A     Not -- not that I recall, not
7     specifically.
8        Q     Well, then why were you wanting to
9     reach out to Mr. Hunt for years?
10             MR. LYTLE:  Object to the form.  Asked
11     and answered.
12       A     I don't remember specifically why I
13     waited years.  But I did think it was prudent to
14     have it evaluated by a professional.  I think I had
15     tried to read the policy and understand it before
16     then, and I finally had the professional evaluation.
17       Q     You would agree that, at least as
18     early as 2011, you wanted to have your life
19     insurance policy evaluated by Mr. Hunt; is that
20     correct?
21             MR. LYTLE:  Object to the form of the
22     question.
23       A     No, not necessarily.
24       Q     What did you and Mr. Hunt discuss?
25       A     I don't remember the -- well, on this

Page 233

1        William Whitman - Confidential
2     particular intro call, I don't remember the
3     specifics.  But I believe I probably reviewed the
4     logistics of getting him a copy of the policy and
5     what he needed in order to do his review.
6        Q     Reading through Defendant's
7     Exhibit 30, does it jog your memory as to what
8     prompted you to pay off your loan?
9        A     Let me take a look.
10             Would it be possible after this
11     question to get a brief break.
12       Q     Yeah, that's fine.
13       A     Okay.  I'll review this email, then
14     answer your question.
15             Okay.  Yes, this does jog my memory.
16             I think, because I didn't fully
17     understand the policy and had attempted to on a
18     number of times before, I wanted to get his
19     professional opinion on whether it would be okay to
20     pay off the loan or if that would harm me in some
21     way or be less advantageous.
22       Q     And just one more follow-up question
23     on that.
24             Did you seek the advice of anyone else
25     other than Mr. Hunter regarding whether or not you

Page 234

1    William Whitman - Confidential
2   should pay off your loan?
3        A      I may have asked Gary Gover about it,
4   but I don't -- but I don't know that he had enough
5   information to answer that.  And -- and that's
6   probably why I talked to Mr. Hunt.
7        Q      Did you ever consider asking your
8   State Farm agent to explain the policy or answer any
9   questions you might have about the policy?
10       A      I don't recall.
11       Q      Is there any reason why you would not
12  ask your State Farm agent questions that you had
13  about the policy?
14            MR. LYTLE:  Object to the form.
15       A      Yes, it's possible.
16       Q      What reason would you not ask your
17  State Farm agent questions about your policy?
18       A      I don't -- I don't know that they're
19  independent enough to give me an independent answer.
20            Can we talk about that break again
21  now?
22            MS. DAWSON:  Sure.  Yeah, we can take
23       a break.
24            THE WITNESS:  Okay.  Thank you.
25            THE VIDEOGRAPHER:  Stand by.

Page 235

1    William Whitman - Confidential
2            This marks the end of media unit
3       number six.  We are off the record at
4       5:31 p.m.
5            (A break is taken.)
6            THE VIDEOGRAPHER:  This marks the
7       beginning of media unit number seven.  We are
8       back on the record at 5:40 p.m.
9   CONTINUED DIRECT EXAMINATION
10  BY MS. DAWSON:
11       Q      Mr. Whitman, do you know anyone else
12  who has the State Farm uniform [sic] life insurance
13  policy?
14       A      Not to my knowledge.
15       Q      And it's fair to say, is it not, that
16  your interaction with your State Farm agent
17  Kevin Olive was unique to you?
18            MR. LYTLE:  Object to the form.
19       Q      In other words, you don't know what,
20  if any, things were discussed between Kevin Olive
21  and any other potential customer of State Farm in
22  connection with the purchase of universal life
23  insurance, correct?
24       A      I -- I don't know what Kevin Olive
25  talked with other customers about.

Page 236

1    William Whitman - Confidential
2        Q      And you don't know whether or not your
3   interactions with Kevin Olive were typical of his
4   interactions with other State Farm policyholders,
5   correct?
6        A      Correct.
7        Q      Mr. Whitman, you understand that,
8   generally speaking, in order to be an ongoing
9   financially solvent company, businesses need to make
10  a profit, correct?
11            MR. LYTLE:  Object to the form.
12       A      Can you repeat the question, please,
13  or -- or rephrase?
14       Q      Sure.
15            THE REPORTER:  Do you want me to read
16       it back?
17            (Reporter read back pending question.)
18       A      Over a given period of time,
19  businesses can operate without making a profit if
20  they subsequently make profits or if they had made
21  profits before.  So I don't want to agree --
22       Q      In order --
23       A      -- in whole with your question.
24       Q      In order for a company to remain
25  financially stable and solvent and to continue in

Page 237

1    William Whitman - Confidential
2   business, it needs to make a profit, correct?
3            MR. LYTLE:  Object to the form.
4        A      In order to stay financially solvent,
5   a business should at some point make a profit.  Yes,
6   I agree with that.
7        Q      It's fair to say it's not deceptive
8   for a company to include a profit margin in its
9   price without disclosing that, correct?
10            MR. LYTLE:  Object to the form.
11       A      I -- I don't know that that's -- that
12  that's correct.
13       Q      Do you agree that the price of almost
14  all goods and services includes some amount for the
15  seller's profits and expenses?
16            MR. LYTLE:  Object to the form.
17       A      I -- I don't have specific knowledge
18  on that, no.
19       Q      Can you think of a product or a
20  service that does not include some amount for the
21  seller's profit and expenses?
22            MR. LYTLE:  Object to the form.
23       A      Yes, I think so.  Yes.
24       Q      Tell me, what is a product or service
25  price that does not include some amount for the

Page 238

William Whitman - Confidential

1  seller's profits and expenses?

3      A     A loss leader, as you mentioned
4  before.

5      Q     Other than a loss leader, can you
6  think of a product or service price that does not
7  include some amount for the seller's profits and
8  expenses?

9      A     Yes, a product that -- or service that
10 a company contractually obligated themselves to,
11 they potentially would -- wouldn't -- wouldn't make
12 a profit on it; but they've made a -- they have an
13 obligation to pay it, for instance.  I could think
14 that could be a good example of it.

15     Q     Okay.  Other than the two examples
16 you've just given, can you think of a product or
17 service price that does not include some amount for
18 the seller's profit and expenses?

19     A     Yeah.  A company that's liquidating, a
20 liquidation sale, for instance -- they could sell
21 products at a loss that have no profit included.

22     Q     If it's a company that is not in
23 liquidation and is committed to remaining
24 financially solvent for the long run, and excluding
25 the exceptions you identified for loss leaders or

Page 239

William Whitman - Confidential

1  contractual obligations, can you think of a product
2  or service price that does not include some amount
3  for the seller's profits and expenses?

5      A     Yes.

6      Q     Okay.  What example is that?

7      A     A company that's not in liquidation,
8  but has a seasonal product that they need to get out
9  of their inventory.

10     Q     Okay.  Other than those exceptions,
11 can you think of any other exceptions?

12     A     Yes.

13     Q     Okay.  What's your next exception?

14     A     A company could sell goods that are
15 expiring, for example, food products that are
16 expiring, that, even if the company is not in
17 liquidation and they're not seasonal products, they
18 could potentially sell those expiring products at a
19 loss so as to not have to dispose of them, pay
20 disposal fees, something along those lines.

21     Q     You've identified specific contracts,
22 specific instances.  But at the end of the day,
23 those are isolated specific transactions.

24           Would you agree that, notwithstanding
25 specific contracts, specific inventory, or specific

Page 240

William Whitman - Confidential

2  seasons, that sellers include profits and expenses
3  as part of the price of their goods and services?

4          MR. LYTLE:  Object to the form.

5      A     I -- I do know that some sellers, many
6  sellers, include a profit margin in the pricing of
7  their product or services.

8      Q     Do the sellers usually affirmatively
9  disclose that the price of the goods or services
10 includes some amount for the seller's expenses and
11 profits?

12         MR. LYTLE:  Object to the form.

13     A     I don't know.  I don't know
14 specifically or generally.  I don't remember.  It's
15 possible that there are sellers that -- that do not
16 specifically disclose profit.

17     Q     I mean, when you go to the store and
18 you buy something, does the seller -- let's just say
19 you bought a pack of gum -- is it disclosed on the
20 pack of the gum that the price of the good includes
21 some amount for expenses and profits?

22         MR. LYTLE:  Object to the form.

23     A     A pack of gum does not disclose the
24 amount of profit on the -- on the price listing.

25     Q     Would you expect -- would you it to?

Page 241

William Whitman - Confidential

2      A     For a pack of gum, I -- I wouldn't
3  expect it to include a listing of its profit on
4  the -- on the pack of gum or -- marked for sale.

5      Q     And is it acceptable for them not to
6  disclose that the price charged for the gum includes
7  some amount for profits and expenses?

8      A     Who is "they"?

9      Q     The seller.

10     A     The seller of the pack of gum does not
11 have to disclose the profit.

12     Q     On Exhibit 31.

13           (Exhibit No. Defendant's 31, CFA's
14 Rate of Return Service for State Farm, Policy
15 of William Whitman, Analysis prepared by James
16 Hunt, Bates No. PLTF-WHITMAN 223, Document is
17 marked by the reporter for identification.)

18     Q     Tell me what Exhibit 31 is.

19     A     One moment, please.

20           The Exhibit 31 appears to be a report
21 generated by James Hunt after the evaluation of the
22 State Farm life insurance policy.

23     Q     This is what you requested Mr. Hunt to
24 prepare for you?

25     A     I don't recall requesting a specific

Page 242

1                  William Whitman - Confidential
2    report.  I don't recall asking for this particular
3    report.  But it's possible.
4          Q      What did you do with this report that
5    you received from Mr. Hunt?
6          A      I don't -- I probably skimmed it to
7    see if I could make sense of it.
8          Q      Do you understand what's in Exhibit
9    Number 31?
10         A      Not entirely, no, no way.
11         Q      What about Exhibit Number 32?  What's
12   this?
13                (Exhibit No. Defendant's 32, Consumer
14         Federation of America Insurance Group, Rates
15         of Return on Cash Value of Life Insurance
16         Policies, Report by James Hunt, Bates Nos.
17         PLTF-WHITMAN 224 to 227, Document is marked by
18         the reporter for identification.)
19         A      This appears to be another -- another
20   report or document by James Hunt, rates of return on
21   cash-value life insurance policies.
22         Q      What did you do with this document?
23         A      I -- I think I skimmed it, tried to
24   understand it.
25         Q      Did you understand it?

Page 243

1                  William Whitman - Confidential
2          A      Not -- not in depth, no.
3          Q      Can you tell me:
4                 What conclusions did you draw from
5    your discussions with Mr. Hunt regarding your life
6    insurance policy with State Farm?
7          A      That it would be okay to close the
8    policy and that -- that I may have been overcharged
9    on the policy in some form or fashion.
10         Q      And when you say it would be "okay to
11   chose the policy," what are you referring to?  What
12   do you mean by "close the policy"?
13         A      I don't know -- I don't know what the
14   right terminology for it is -- stop -- stop using
15   it, stop paying it, replace it, potentially.
16         Q      And what did Mr. Hunt say to you about
17   you being overcharged?
18                MR. LYTLE:  Object to the form.
19         A      I don't think he made any definitive
20   statement.  I don't recall specifically what he
21   said.
22         Q      Can I have you take a look at -- and
23   this is going to be in the chat -- Defendant's
24   Exhibit 37.
25                (Exhibit No. Defendant's 37, email

Page 244

1                  William Whitman - Confidential
2          chain, top email dated 4/28/2019 from Bill
3          Whitman to Gary Gover; Subject:  Documents,
4          Bates Nos. PLTF-WHITMAN 336 to 346, Document,
5          is marked by the reporter for identification.)
6          A      Okay.  I'll wait for it to come up,
7    then.
8          Q      It's in there.
9          A      Yep, I see it.  I'm working on it.
10         Q      Okay.  I see it.
11         Q      Who is Gary Gover?
12         A      He's a financial planner.
13         Q      How did you come to learn of
14   Gary Gover and the services he provides?
15         A      I believe I did a Google search.
16         Q      How did you decide to select
17   Gary Gover as a financial planner for you?
18         A      I was looking for a fee-only financial
19   planner, and I used the -- the Garrett Planning
20   Network website, I believe, to search for -- for a
21   financial planner in the area.
22         Q      In your email to Mr. Gover at
23   Defendant's Exhibit Number 37, you have a statement
24   in here:
25                "Please disregard the universal life

Page 245

1                  William Whitman - Confidential
2    policy in terms of insurance or cash value for now.
3    It was purchased in 1999, and I am having the
4    current illustration evaluated by James Hunt using
5    the Linton Yield Method to make sure I can trash the
6    piece of garbage."  It may just -- "It just may be
7    the case that after 20 years the cost of insurance
8    could make it worth keeping, but I doubt it."
9                 Do you see that?
10         A      Yes.
11         Q      So you consider your State Farm
12   universal life insurance policy a "piece of
13   garbage"?
14         A      I'm not sure.  I don't necessarily
15   think of it as a "piece of garbage."  I was probably
16   speaking colloquially.
17         Q      I mean, the policy allowed you to --
18   to make withdrawals and to take loans against the
19   universal policy when you needed the funds for it?
20         A      It allowed me to take loans against
21   it, yes.
22         Q      And to make withdrawals when you
23   needed funds, correct?
24         A      Withdrawals from my money, yes.
25         Q      In Exhibit Number 35.

William T. Whitman Vol I Confidential
March 01, 2021                           246 to 249

Page 246

1      William Whitman - Confidential
2           (Exhibit No. Defendant's 35, Bill
3      Whitman Bullet Point Planning Review, June
4      28th, 2019, Bates Nos. PLTF-WHITMAN 498 to
5      509, Document is marked by the reporter for
6      identification.)
7      Q     The Bates is in the right-hand corner.
8      A     Okay.
9      ████████████████████████████████████
10     ████████████████████████████
11     ██████████████████████████████████
12     ████████████████████████████████████████
13     ██████████████████████████████████████
14     ████████████████████████████████████████
15     ██████████████████████████████████████
16     Q     And on page 500 of that exhibit, it
17     indicates that you scored with group seven,
18     indicating a very high risk tolerance; is that
19     correct?
20     A     That's what it indicates here, yes.
21     Q     And would you agree that you have a
22     high risk tolerance for your investments and that
23     you have a great deal of confidence in your ability
24     to make good financial decisions?
25     A     It's possible -- not necessarily.  I

Page 247

1      William Whitman - Confidential
2      don't think I'd give myself that much credit.
3      Q     Now, on page 505 of that exhibit,
4      there's a "life insurance needs" analysis.
5      A     Okay.
6      Q     It indicates you're interested in
7      "surrendering a universal life insurance policy
8      after securing a review of the policy by an
9      independent insurance expert."
10           Do you see that?
11     A     I see that statement.
12     Q     And it says you wish to "replace this
13     policy with 20-year level premium life insurance for
14     renewable terms"; is that correct?
15     A     That's what this document says.  I
16     don't know that that's -- that that's how I feel.
17     That's what it says here, yes.
18     ████████████████████████████████████
19     ██████████████████████████████████████
20     ██████████████████████████████████████
21     ████████████████████████████████████
22     ████████████████████████████████████████
23     ██████████████████████████
24     ████████████████████████████
25     ██████████████████████████████████

Page 248

1      William Whitman - Confidential
2      ████████████████
3      ████████████████████████████████████████
4      ██████████████████████████████
5      ██████████████████████████████
6      ████████████████████████████████████
7      ████████████████████████████████████
8      ██████████████████████████████████████████
9      Q     Then it says $550,000 of life
10     insurance in place.
11           What does that refer to?
12     A     Probably the basic -- probably the
13     $500,000 State Farm life insurance and 50
14     additional -- 50,000 additional of employer coverage
15     at Armavel.
16     Q     Okay.
17     A     I'm not certain about that, but that's
18     probably what that refers to.
19     Q     And then it refers to additional
20     coverage of 400,000 you're applying for through
21     Armavel.  Do you see that?
22     A     I see that.
23     Q     And what type of additional coverage
24     of $400,000 were you contemplating applying for
25     through Armavel?

Page 249

1      William Whitman - Confidential
2      A     I'm not sure exactly.  But there is
3      some additional benefit that you can -- that you can
4      get through Armavel.  But it requires an additional
5      level of underwriting or some kind of a
6      questionnaire, possibly a physical.  I'm not sure.
7      But that may be what the applying indicates there.
8      ████████████████████████████████████
9      ██████████████████████████████████
10     ████████████████████████████████████████
11     ██████████████████████████████
12     ██████████████████████████████████████
13     ██████████████████████████████████████
14     ████████████
15     ████████████████████████████████████
16     ██████████████████████████████████████████
17     ████████████████
18     Q     On page 507 of Exhibit 35, there's a
19     net insurance need listed in recommendations --
20     under "Recommendations and Actions."
21     A     I see that.
22     Q     The recommendation --
23           (There was a discussion off the
24     record.)
25     Q     Page 507, there's a recommendation to

William T. Whitman Vol I Confidential
March 01, 2021                    250 to 253

Page 250

1                William Whitman - Confidential
2    purchase 20-year level premium term life insurance
3    in the amount of $1,300,000.
4               Do you see that?
5        A       Yes, I see that.
6        Q       Okay.  Is it your intention to follow
7    the recommendation made by Gover Financial Planning?
8               MR. LYTLE:  Object to the form.
9        A       I -- I don't know.  I haven't yet.
10       Q       Gover Financial Planning appears to
11   refer you to Low Load Insurance Services.
12              Do you see that?
13       A       I see that.
14       Q       So if you could turn to Exhibit 36.
15              (Exhibit No. Defendant's 36, Document,
16       "The advisor's insurance advisor," relating to
17       Low Load Insurance Services, Bates Nos.
18       PLTF-WHITMAN 311 to 314, Document is marked by
19       the reporter for identification.)
20       Q       And you see Low Load Insurance
21   Services, Inc.?
22       A       I see this document, yes.
23       Q       Okay.  Have you contacted Low Load
24   Insurance Services, Inc.?
25       A       No, I don't believe so.

Page 251

1                William Whitman - Confidential
2        Q       And why not?
3        A       I -- I don't know.  I may have
4    forgotten.  I didn't realize -- I didn't recall that
5    recommendation.
6        Q       I wanted to ask you some questions.
7    First of all, let me ask you to identify a couple of
8    things here.
9               Look in your notebook at
10   Defendant's Exhibit Number 9.
11              (Exhibit No. Defendant's 9, Life
12       Insurance Illustration for William T. Whitman
13       by State Farm Insurance, dated 1/16/01, Bates
14       Nos. SFLIC-W 207272 to 287, Document is marked
15       by the reporter for identification.)
16       A       Okay.  I see it.
17       Q       Do you recognize this document?
18       A       A life insurance illustration?  I
19   believe so.
20       Q       Yes.  That's the illustration that you
21   referenced in connection with your meeting with
22   Kevin Olive to purchase the insurance, the life
23   insurance, correct?
24       A       Meeting?  I referenced this in my
25   meeting with Kevin Olive?  I'm not sure.

Page 252

1                William Whitman - Confidential
2        Q       That you described in your meeting
3    with Kevin Olive earlier in the deposition, when you
4    were purchasing the life insurance.
5        A       I'm not -- I'm not sure if I -- if I
6    referenced this document.
7        Q       Okay.  Well, does this document look
8    familiar to you?
9        A       It's possible.  Is it printed in green
10   in -- when it's in -- in other paper, possibly?
11       Q       I'm not sure about that.
12       A       Okay.
13       Q       Why don't you look at what's Bates
14   labeled 278.  So look at the right-hand corner, 278.
15       A       Okay.  I see it.
16       Q       And is that your signature?
17       A       Yes, I believe so.
18       Q       And your signature indicates that you
19   received a copy of this illustration, correct?
20       A       That's -- yeah, that's what it appears
21   to indicate, yes.
22       Q       Okay.  Now, if we go to page 272 of
23   Defendant's Exhibit Number 9, there is a description
24   of the coverage.
25              Do you see that?

Page 253

1                William Whitman - Confidential
2        A       "Description of Coverage," yes, I see
3    that.
4        Q       Okay.  Can you read for me what it
5    says about how this plan works?
6        A       "This plan works.  You start with a
7    plan premium and death benefit.  You may change
8    either in the future subject to policy provisions.
9    When you pay premiums, we deduct a 5 percent expense
10   charge.  The rest is added to the account value.
11   From this account value, we deduct" each -- "we
12   deduct each month:  A, the current cost of
13   insurance, including the charges for any riders; and
14   B, a monthly expense charge of $5.  Account value
15   earns interest at the current interest rate, but"
16   low -- "but a lower rate may be credited to an
17   account value which you have borrowed.  Surrender
18   charges apply.  The company sets the current cost of
19   insurance rates, which will never be more than the
20   maximum rates in the policy, and declares the
21   current interest rate, which will never be less than
22   the guaranteed 4 percent rate.  The current rates
23   may be changed at any time.  This policy is
24   participating, but no dividends are anticipated."
25       Q       So reading the description of coverage

Page 254

1          William Whitman - Confidential
2    in the illustration which you signed, it explains
3    what deductions are taken each month, correct?
4         A        It says that:
5              "We deduct a 5 percent expense charge
6    and we deduct each month the cost of insurance,
7    including the charges for any rider, and a monthly
8    expense charge of $5."
9              So a 5 percent expense charge and a
10   monthly expense charge of $5 and the cost of
11   insurance and any riders.
12        Q        And that corresponds to the expenses
13   and deductions that were on the annual notices that
14   we talked about previously in the deposition,
15   correct?
16        A        I believe those are the charges that
17   we talked about on the annual report from before.
18        Q        In your -- I want to turn now to
19   Exhibit Number 5.
20             (Exhibit No. Defendant's 5,
21        Plaintiff's Answers and Objections to
22        Defendant State Farm Life Insurance Company's
23        First Set of Interrogatories, Document is
24        marked by the reporter for identification.)
25        Q        And, specifically, page four of

Page 255

1          William Whitman - Confidential
2    Exhibit Number 5, in answer to interrogatory number
3    3, which asked about "insurance agents, financial
4    advisors, professionals with whom you have consulted
5    about the purchase of life insurance or from whom
6    you have purchased life insurance," you listed
7    Elliot Evans.
8              Who is Elliot Evans?
9         A        Elliot Evans is a -- I believe he's a
10   financial person who works for Edwards Jones --
11   Edward Jones.
12        Q        And what did you discuss with
13   Elliot Evans regarding your State Farm universal
14   life insurance policy?
15        A        I don't remember specifics.  But I did
16   sit down with him to talk about financial matters,
17   and -- and I -- and I do believe I brought up life
18   insurance needs.
19        Q        In what year did you speak with
20   Elliot Evans?
21        A        Around 2013.
22        Q        Did Mr. Evans give you any
23   recommendations or suggestions of what you should
24   do?
25        A        No, not that I recall.

Page 256

1          William Whitman - Confidential
2              MS. DAWSON:  Can we take a break,
3    please?
4              MR. LYTLE:  Sure.
5              MS. DAWSON:  Let's take like a
6    five-minute break.
7              MR. LYTLE:  Okay.
8              THE WITNESS:  Okay.
9              THE VIDEOGRAPHER:  Stand by.
10             This marks the end of media unit
11   number seven.  We are off the record at
12   6:13 p.m.
13             (A break is taken.)
14             THE VIDEOGRAPHER:  This marks the
15   beginning of media unit number eight.  We are
16   back on the record at 6:28 p.m.
17   CONTINUED DIRECT EXAMINATION
18   BY MS. DAWSON:
19        Q        Mr. Whitman, did you apply for any
20   other life insurance and been turned down?
21        A        I don't believe so.
22        Q        Your wife, Stephanie Whitman, has term
23   life insurance with State Farm; is that correct?
24        A        Yes, I believe so.
25        Q        Do you or your wife have any

Page 257

1          William Whitman - Confidential
2    complaints regarding the term life insurance that
3    she has with State Farm?
4              MR. LYTLE:  Object to the form.
5         A        We haven't discussed it.
6         Q        Do you believe that you are receiving
7    the benefits to which you are entitled under the
8    term life insurance with State Farm?
9              MR. LYTLE:  Object to the form.
10        A        Can you repeat the question, please?
11        Q        Sure.
12             MS. DAWSON:  Can the court reporter
13        read the question?
14             (Reporter read back pending question.)
15             MR. LYTLE:  Same objection.
16        A        I have no reason to doubt it.
17        Q        Have you ever been a class
18   representative in a class action lawsuit before?
19        A        No.
20        Q        How did you become a class
21   representative in this lawsuit?
22        A        I approached the attorneys to find out
23   if I had a -- had been wronged by State Farm, and I
24   think they --
25             MR. LYTLE:  I'm going to caution the

William T. Whitman Vol I Confidential
March 01, 2021                          258 to 261

Page 258

1              William Whitman - Confidential
2    witness at this point not to disclose anything
3    that you've discussed with counsel.
4         Q    How did you get the name of the
5    attorneys who are representing you today?
6         A    I believe James Hunt mentioned that --
7    mentioned the attorney.
8         Q    Did James Hunt give you specific names
9    of attorneys to contact?
10        A    I don't recall.
11        Q    You said -- I think I heard you say
12   James Hunt is how you got the names of the attorneys
13   who are representing you today.
14             Is that correct?
15        A    He may have given --
16             MR. LYTLE:  Object to the form.
17        A    He may have given me the law office.
18   I don't know if he gave me names of attorneys.
19        Q    When did you first consult with an
20   attorney about your State Farm universal life
21   insurance policy?
22             MR. LYTLE:  And, Mr. Whitman, again,
23        the question is:  When did you consult?
24             I -- I don't believe that Ms. Dawson
25        is asking for any communications or content of

Page 259

1              William Whitman - Confidential
2    communications with counsel.  But I'll caution
3    you as you -- you answer these types of
4    questions not to disclose that information
5    pursuant to the attorney/client privilege.
6             So the question is:
7             When did you first consult?
8         A    After the evaluation that James Hunt
9    did.
10        Q    Did you consult with any other lawyers
11   other than the attorneys who are representing you
12   here today?
13        A    Yes, I have consulted with other
14   lawyers.
15        Q    In connection with the State Farm
16   universal life insurance policy?
17        A    No, I don't believe so.
18        Q    Okay.  What do you expect to recover
19   if you win this lawsuit?
20        A    I don't know.
21        Q    What is it that you believe State Farm
22   ought to do and has not done in connection with your
23   State Farm universal -- universal life insurance
24   policy?
25             MR. LYTLE:  Object to the form.

Page 260

1              William Whitman - Confidential
2         A    I hired the attorneys to -- to help
3    sort that out.  I think it's in the complaint.
4         Q    Well, what do you think, as a
5    policyholder who has taken loans and withdrawals and
6    had deductions taken -- what -- what is it that you
7    think State Farm should have done in connection with
8    your universal life insurance policy?
9             MR. LYTLE:  Object to the form.
10        A    I -- I think I'm counting on my
11   attorneys to sort that out.
12        Q    Do you understand that the insurance
13   industry is regulated by state insurance
14   commissioners?
15             MR. LYTLE:  Object to the form.
16        A    Yeah, I think I understand that.
17        Q    Have you ever complained to a state
18   insurance regulator regarding State Farm and the
19   universal life insurance policy?
20        A    No.
21        Q    Why not?
22        A    I don't know exactly, but it didn't
23   occur to me.
24        Q    I want you to look at what has been
25   marked as Defendant's Exhibit Number 4 in your

Page 261

1              William Whitman - Confidential
2    notebook.
3         A    Okay.
4             (Exhibit No. Defendant's 4, Second
5        Amended Class Action Complaint is marked by
6        the reporter for identification.)
7         Q    Have you seen this document before?
8         A    Yes.
9         Q    What is it?
10        A    It's the complaint in this case.
11        Q    And in the complaint it's alleged that
12   State Farm engaged in unfair and deceptive conduct.
13   I want to understand:
14             What do you say State Farm did that
15   was "unfair and deceptive"?
16             MR. LYTLE:  I object to the form of
17        the question.
18        A    I think it's here in the complaint.  I
19   rely on the attorneys to -- to help to sort that
20   out, and I think that's the subject of the case.
21        Q    Would you agree that, if a State Farm
22   agent provided information to a policyholder
23   regarding the cost of insurance rates and that
24   profits, expenses, other information was loaded into
25   those costs of insurance rates, and that customer

William T. Whitman Vol I Confidential
March 01, 2021                    262 to 265

Page 262

William Whitman - Confidential

1       William Whitman - Confidential
2    was aware of that and nonetheless decided to
3    purchase the policy, would you agree that that
4    particular customer has not been harmed?
5              MR. LYTLE:  Object to the form of the
6       question.  Calls for a legal conclusion.
7       A      I -- I don't know.  I'm not an
8    attorney.  I don't know.  There's a lot in that.
9       Q      Do you know whether or not your cost
10   of insurance rates ever went down during the time
11   that you had your State Farm universal life
12   insurance policy?
13      A      I -- I don't think I -- I don't think
14   I know.  I don't think I have specifics on the cost
15   of insurance; or I don't know them off the top of my
16   head for sure.
17      Q      During the life of your policy, you
18   were guaranteed a 4 percent interest rate at a
19   minimum -- like you would at a minimum get 4 percent
20   interest guaranteed.
21             Do you recall that?
22      A      I believe I did read that somewhere in
23   the policy.
24      Q      And during the life of your policy,
25   did you ever earn more than 4 percent interest?

Page 263

1       William Whitman - Confidential
2              MR. LYTLE:  Object to the form.
3       A      I don't recall.
4       Q      And if you did earn more than
5    4 percent interest on your policy, you would agree
6    that would be a benefit to you, correct?
7              MR. LYTLE:  Object to the form.
8       A      I think any -- earning any interest on
9    any policy or any account would be a benefit to me.
10             MR. LYTLE:  Counsel, I -- I have us
11      now slightly over seven hours.  We're -- we're
12      willing to give you a little bit of a leeway
13      here; but, if you can give me some indication
14      of -- of how much additional time you may
15      need -- it's after 6:30 there for Mr. Whitman.
16             So if you could let me know what --
17      what we're looking at.
18             MS. DAWSON:  No.  I'm happy to end the
19      deposition.  I expected the court reporter
20      to -- to say something.  So if my seven hours
21      are up, my seven hours are up.  That's fine.
22             MR. LYTLE:  Okay.
23             THE VIDEOGRAPHER:  Should I take us
24      off the record?
25             MS. DAWSON:  Yes, that's fine.

Page 264

1       William Whitman - Confidential
2              MR. LYTLE:  Yep.
3              THE VIDEOGRAPHER:  Okay.  This marks
4    the end of media unit number eight and
5    concludes the deposition of William Whitman.
6    We are off the record at 6:38 p.m.
7              (The deposition concluded at
8       6:38 p.m.)

Page 265

1
2                    J U R A T
3
4         I DO HEREBY CERTIFY that I have read the
5    foregoing transcript of my deposition testimony.
6
7
8
9
10   SWORN TO AND SUBSCRIBED
11   BEFORE ME THIS
12   DAY OF 2021
13   - - - - - - - - - - -
14
15
16
17
18
19
20
21
22
23
24
25

William T. Whitman Vol I Confidential
March 01, 2021                    266 to 269

Page 266

1
2                I N D E X
3
4
5   WITNESS              DIRECT      CROSS
6
7
8   WILLIAM WHITMAN
9
10     BY MS. DAWSON              7
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 267

1
2
3              E X H I B I T S
4            DOCUMENT REQUESTS
5          INSTRUCTIONS NOT TO ANSWER
6
7   NUMBER        DOCUMENT          PAGE
8
9
10     Transcript marked confidential        12
11     Exhibit No. Defendant's 1, Amended Notice  11
       of Deposition to Plaintiff William T.
12     Whitman, Document
13     Exhibit No. Defendant's 7, William        94
       Whitman's Application of Life Insurance
14     With State Farm, date signed 1/16/01,
       Bates Nos. SFLIC-W 207329 to 241,
15     Document
16     Exhibit No. Defendant's 8, Medical       105
       Examiner's Report for William T. Whitman,
17     dated 1/16/01, Bates No. SFLIC-W 207242,
       Document
18
       Exhibit No. Defendant's 10, State Farm   110
19     Life Insurance Policy for William T.
       Whitman, Policy Date January 16, 2001,
20     Bates Nos. PLTF-WHITMAN 1 to 12, Document
21     Exhibit No. Defendant's 11, State Farm   157
       Annual Notices of Policy Status for
22     William T. Whitman, first page from
       1/16/01 to 1/15/02, Bates Nos. SFLIC-W
23     207168 to last page Bates No. 207271,
       74-page Document
24
25

Page 268

1
2
3     Exhibit No. Defendant's 12, 9/23/03 Check  188
      to William Whitman from State Farm, Bates
4     Nos. SFLIC-W 207288 to 289, Document
5     Exhibit No. Defendant's 13, 10/27/04       191
      Check to William Whitman from State Farm,
6     Bates No. SFLIC-W 207166, Document
7     Exhibit No. Defendant's 14, 1/27/06 Check  192
      to William Whitman from State Farm, Bates
8     No. SFLIC-W 207165, Document
9     Exhibit No. Defendant's 15, email chain,   192
      top email dated 1/26/2010 from Monica
10    Flory to Bill W.; Subject:  Bill Whitman
      email, Bates Nos. PLTF-WHITMAN
11    329 to 330, Document
12    Exhibit No. Defendant's 16, 1/25/10 Check  193
      to William Whitman from State Farm, Bates
13    No. SFLIC-W 207164, Document
14    Exhibit No. Defendant's 17, 2/21/05 State  197
      Farm Statement to William Whitman, Bates
15    Nos. Bates Nos. SFLIC-W 207250 to 260 and
      290 to 291, Document
16
17    Exhibit No. Defendant's 18, email chain,   201
      top email dated 6/20/2013 from Monica
18    Flory to Bill W.; Subject:  Life
      Insurance, Bates Nos. PLTF-WHITMAN 487 to
19    488, Document
20    Exhibit No. Defendant's 28, January 2011   208
      Email from Bill Whitman to Bill Whitman;
21    Subject:  Life Insurance, With a Link to
      Evaluatelifeinsurance.Org, Bates Nos.
22    PLTF-WHITMAN 310, Document
23    Exhibit No. Defendant's 20, State Farm     212
      Withdrawal Form from Life Insurance
24    Policy of William Whitman, dated 4/9/19,
      Bates No. SFLIC-W 207167, Document
25

Page 269

1
2
3     Exhibit No. Defendant's 21, email dated    215
      3/10/2010 from Tamara Guthrie to
4     amazingbill@gmail.com; Subject:
      Allstate, Bates No. PLTF-WHITMAN 92,
5     Document
6     Exhibit No. Defendant's 22, email dated    216
      1/4/2011 from Bill W. To Stephanie
7     Whitman; Subject:  Dependent Eligibility
      Requirements, Bates No. PLTF-WHITMAN 138,
8     Document
9     Exhibit No. Defendant's 23, email dated    218
      9/7/2018 from Jacquilyn M. To Bill
10    Whitman; Subject:  Amica insurance, Bates
      No. PLTF-WHITMAN 93, Document
11
12    Exhibit No. Defendant's 24, email dated    219
      6/17/2019 from David Tice to Bill
13    Whitman; Subject:  Amica Life -
      Appointment Confirmation, Bates No.
14    PLTF-WHITMAN 94, Document
15    Exhibit No. Defendant's 25, email dated    220
      1/10/2019 from Fidelity Life to Bill
16    Whitman; Subject:  Welcome to your Term
      Life Insurance 3HWB, Bates No.
17    PLTF-WHITMAN 50, Document
18    Exhibit No. Defendant's 26, email dated    221
      8/23/2019 from Fidelity Life to Bill
19    Whitman; Subject:  Welcome to your term
      life insurance offer, Bates No.
20    PLTF-WHITMAN 51, Document
21    Exhibit No. Defendant's 27, email dated    221
      3/23/2010 from Bill Whitman to Nick
22    Parodi; Subject:  Life Insurance
      Reference, Bates No. PLTF-WHITMAN 486,
23    Document
24
25

Page 270

```
 1
 2
 3   Exhibit No. 29, email dated 4/8/2019 from    228
     Bill Whitman to Bill Whitman; Subject:
 4   Life Insurance Evaluations, Bates No.
     PLTF-WHITMAN 309, Document
 5
     Exhibit No. Defendant's 30, email chain,     229
 6   top email dated 4/30/2019 from Bill W. To
     Gary Gover; Subject:  Whitman - State
 7   Farm Universal Life Discussion, with
     attachment, Bates Nos. PLTF-WHITMAN 221
 8   to 222, Document
 9   Exhibit No. Defendant's 31, CFA's Rate of    241
     Return Service for State Farm, Policy of
10   William Whitman, Analysis prepared by
     James Hunt, Bates No. PLTF-WHITMAN 223,
11   Document
12   Exhibit No. Defendant's 32, Consumer         242
     Federation of America Insurance Group,
13   Rates of Return on Cash Value of Life
     Insurance Policies, Report by James Hunt,
14   Bates Nos. PLTF-WHITMAN 224 to 227,
     Document
15
     Exhibit No. Defendant's 37, email chain,     243
16   top email dated 4/28/2019 from Bill
     Whitman to Gary Gover; Subject:
17   Documents, Bates Nos. PLTF-WHITMAN 336 to
     346, Document
18
     Exhibit No. Defendant's 35, Bill Whitman     246
19   Bullet Point Planning Review, June 28th,
     2019, Bates Nos. PLTF-WHITMAN 498 to 509,
20   Document
21   Exhibit No. Defendant's 36, Document,        250
     "The advisor's insurance advisor,"
22   relating to Low Load Insurance Services,
     Bates Nos. PLTF-WHITMAN 311 to 314,
23   Document
24
25
```

Page 271

```
 1
 2
 3   Exhibit No. Defendant's 9, Life Insurance   251
     Illustration for William T. Whitman by
 4   State Farm Insurance, dated 1/16/01,
     Bates Nos. SFLIC-W 207272 to 287,
 5   Document
 6   Exhibit No. Defendant's 5, Plaintiff's       254
     Answers and Objections to Defendant State
 7   Farm Life Insurance Company's First Set
     of Interrogatories, Document
 8
     Exhibit No. Defendant's 4, Second Amended   261
 9   Class Action Complaint
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 272

```
 1
 2                    CERTIFICATE
 3
 4         I, TAB PREWETT, A Registered Professional
     Reporter, Notary Public, Certified LiveNote
 5   Reporter, and Certified Shorthand Reporter, do
     hereby certify that prior to the commencement of the
 6   examination WILLIAM WHITMAN was sworn via Zoom
     videoconference by the remote notary public to
 7   testify to the truth, the whole truth, and nothing
     but the truth.
 8
 9
           I DO FURTHER CERTIFY that the
10   foregoing is a true and accurate transcript of the
     testimony as taken stenographically by and before me
11   at the time, place and on the date hereinbefore set
     forth.
12
13
           I DO FURTHER CERTIFY that I am neither
14   a relative nor employee nor attorney nor counsel of
     any of the parties to this action, and that I am
15   neither a relative nor employee of such attorney or
     counsel, and that I am not financially interested in
16   the action.
17         Tab Prewett
18   _____
19
20   Notary Public
21
22   Dated:  March 4, 2021
23
24
25
```

William T. Whitman Vol I Confidential
March 01, 2021                                    1

---

**Exhibits**

---

**EX 0001 Willi
am Whitman 03
0121**
  10:18,19
  11:4,9
  267:11
**EX 0004 Willi
am Whitman 03
0121**
  260:25 261:4
  271:8
**EX 0005 Willi
am Whitman 03
0121**
  254:19,20
  255:2 271:6
**EX 0007 Willi
am Whitman 03
0121**
  93:25 94:2,
  12,15,16
  95:5 102:10
  104:15 107:4
  168:10,11,12
  224:14,16,17
  226:14
  267:13
**EX 0008 Willi
am Whitman 03
0121**
  105:7,8,9,21
  106:3,15,21,
  22 107:5
  267:16
**EX 0009 Willi
am Whitman 03
0121**
  251:10,11
  252:23 271:3
**EX 0010 Willi
am Whitman 03
0121**
  110:3,4,5
  117:18
  118:19

120:25
124:15
131:10,11
134:8 142:17
143:23
151:13
155:20
167:17
169:22
173:2,3,21
174:10
177:6,12,25
178:15,16,20
179:3
180:11,21
181:18
267:18
**EX 0011 Willi
am Whitman 03
0121**
  156:25
  157:3,11
  158:11
  168:3,19
  172:7
  173:16,25
  174:19
  175:10 176:7
  177:8,9,16
  178:3,4,17
  179:25
  180:24
  181:16,22
  182:6,14,25
  183:5
  184:12,13
  267:21
**EX 0012 Willi
am Whitman 03
0121**
  188:3 268:3
**EX 0013 Willi
am Whitman 03
0121**
  191:7,8,9
  268:5

**EX 0014 Willi
am Whitman 03
0121**
  192:7,8,9
  268:7
**EX 0015 Willi
am Whitman 03
0121**
  192:24,25
  193:7,9,24,
  25 195:5
  268:9
**EX 0016 Willi
am Whitman 03
0121**
  193:15,16
  194:12
  268:12
**EX 0017 Willi
am Whitman 03
0121**
  197:20,22
  268:14
**EX 0018 Willi
am Whitman 03
0121**
  201:5,7
  268:16
**EX 0020 Willi
am Whitman 03
0121**
  212:23 213:6
  268:22
**EX 0021 Willi
am Whitman 03
0121**
  214:24,25
  215:3,12
  269:3
**EX 0022 Willi
am Whitman 03
0121**
  216:20,21
  269:6
**EX 0023 Willi
am Whitman 03
0121**
  218:7,8,9

269:9
**EX 0024 Willi
am Whitman 03
0121**
  219:19,20,21
  269:11
**EX 0025 Willi
am Whitman 03
0121**
  220:21,22,23
  269:14
**EX 0026 Willi
am Whitman 03
0121**
  221:14,15
  269:18
**EX 0027 Willi
am Whitman 03
0121**
  221:23,24
  225:13,14,22
  227:12,22
  269:21
**EX 0028 Willi
am Whitman 03
0121**
  208:7,8
  231:2 268:19
**EX 0029 Willi
am Whitman 03
0121**
  228:18,23
  270:3
**EX 0030 Willi
am Whitman 03
0121**
  229:20,22
  233:7 270:5
**EX 0031 Willi
am Whitman 03
0121**
  241:12,13,
  18,20 242:8,
  9 270:9
**EX 0032 Willi
am Whitman 03
0121**
  242:11,13

270:12
**EX 0035 Willi**
**am Whitman 03**
**0121**
 245:25  246:2
 249:18
 270:18
**EX 0036 Willi**
**am Whitman 03**
**0121**
 250:14,15
 270:21
**EX 0037 Willi**
**am Whitman 03**
**0121**
 243:24,25
 244:23
 270:15

---

**$**

---

**$1,000**
 145:21  146:6
**$1,044,557**
 246:10
**$1,300,000**
 250:3
**$1,602.89**
 163:10,12,25
**$10,000**
 64:4
**$100**
 66:8
**$100,000**
 25:19
**$12,000**
 248:3
**$140,000**
 247:22
**$151**
 127:4,11
 155:10
 167:25
 169:17  170:6
 174:24
**$172.75**
 163:18

**$173.75**
 162:15
**$175**
 102:11,13
 118:12
 127:7,12,15
 155:11
 160:7,13
 167:12
 168:16,19
 175:6
**$2,000**
 191:15,16
 192:3
**$2,275**
 163:16
**$2,275.00**
 162:5
**$20,000**
 25:2,4,5,11
**$200,000**
 103:2
**$22,846**
 213:14
**$22,846.91**
 214:3
**$24**
 175:3
**$250,000**
 25:22,25
**$3,000**
 188:8,13,15
 189:25
 190:9,15,17,
 21 191:3
**$40.86**
 162:9
**$400,000**
 248:24
**$5**
 129:4,9
 155:15
 169:8,11,18
 170:17,23
 171:2,5
 172:2,18,19,
 22,25 173:4,

6,11,22
174:2,7,20
176:10,24
177:5
180:14,16
181:19
182:23
253:14
254:8,10
**$5,000**
 24:22,24,25
 26:15 66:11
 130:2
**$5,500**
 194:22
 195:10 196:7
**$50,000**
 24:22 25:6,
 12,15
**$500,000**
 97:4,7,11,
 16,21 111:3
 120:17
 121:15 149:8
 151:6
 160:17,22
 248:13
 249:8,13
**$539.22**
 161:6,14
 162:20
 163:5,21
**$550,000**
 248:9
**$7.55**
 174:24
**$8.75**
 175:6

---

**0**

---

**01162001**
 172:19

---

**1**

---

**1**
 10:19  11:4,9
 102:18,19
 110:8
 267:11,20
**1.032737**
 143:6
**1/10/2019**
 220:24
 269:15
**1/15/02**
 157:6 267:22
**1/16/01**
 94:4 105:11
 157:5 251:13
 267:14,17
 271:4
**1/25/10**
 193:16
 268:12
**1/26/2010**
 193:2 268:9
**1/27/06**
 192:9 268:7
**1/4/2011**
 216:22
**10**
 31:4,12
 110:3,4,5
 117:18
 118:19
 120:25
 124:15
 131:11
 134:7,8
 142:16,17
 143:17,23
 151:13
 155:20
 167:17
 169:22
 173:3,21
 174:10
 177:6,12,25

178:15,16,20
179:3
180:11,21
181:18
267:18
**10,000**
64:7
**10/27/04**
191:9 268:5
**100**
56:25 66:4
**10004**
6:10
**105**
267:16
**108**
158:24
**10:05**
6:3
**11**
156:25
157:3,11
158:11
168:3,19
172:7,24
173:16,25
174:19
175:10 176:7
177:9,16
178:4,17
179:25
180:24
181:16,22
182:6,14,25
183:5 184:13
267:11,21
**110**
267:18
**11:12**
45:10
**11:22**
45:2
**11:24**
45:14
**11:59**
62:6

**12**
96:4 110:8
172:24
173:7,12
174:2 187:25
188:3 267:9,
20 268:3
**12:00**
92:15
**12:04**
62:10
**12:22**
223:2
**13**
191:8,9
268:5
**138**
216:24 269:7
**14**
192:8,9
268:7
**15**
12:19
157:13,14
184:23
192:24,25
193:7,9,25
195:5 268:9
**151**
167:13,22
168:2 180:5
**157**
267:21
**16**
105:22 110:7
159:9,14,19,
20 161:9,10
173:12,13
174:3,4
193:15,16
194:12
224:18 225:7
267:19
268:12
**168**
157:23
158:7,10

**169**
158:7
164:21,22,24
168:3,19
172:9,10
173:16 174:2
176:6 177:8,
17 178:4,17
180:2,24
181:16,23
182:7,25
183:5
**16th**
128:5 136:23
138:12 144:5
**17**
197:20,22
210:12
268:14
**175**
154:11
168:14,17
180:6
**17th**
208:15
231:16
**18**
78:11,12
201:5,7
268:16
**188**
268:3
**191**
268:5
**192**
268:7,9
**193**
268:12
**197**
268:14
**1996**
18:12 68:15
**1998**
14:3 17:25
19:17,20
21:19 22:9
23:18,20,25

28:2 68:25
75:9 78:10,
12 80:6,10,
14
**1999**
28:5 75:10
245:3
**1:00**
92:14
**1:09**
92:10
**1:10**
93:16
**1:29**
201:21
**1:40**
93:20
**1st**
6:3

_____

**2**

_____

**2/21/05**
197:22
268:14
**20**
31:8,12,17,
21 32:3,5,7,
8,19 85:9
95:21 110:23
112:22
115:16 116:9
119:7
133:19,20
150:18 152:2
168:23 175:4
201:18
204:11
207:12,17,20
212:22,23
213:6 245:7
268:22
**20-year**
247:13 250:2
**2000**
14:12 224:6,
11 225:17

226:8
228:11,12,15

**2001**
83:10,15
84:17 85:15,
19 86:6,9
87:24 88:7,
11,16,19
89:4 96:11
105:22 110:7
115:7 117:11
118:4 119:20
159:9,14,19
161:9 173:12
174:3
175:21,25
177:20
267:19

**2002**
157:13
159:14,20
161:10,21
163:7,9,25
173:13 174:4
175:21,25
177:20

**2003**
47:15 188:8,
12,16,24
189:24
190:9,15

**2004**
14:12,17
48:6 191:16,
18

**2005**
47:9 48:9
52:22,25

**2006**
28:2 48:15
192:16

**2007**
74:8

**2008**
28:5 74:8
226:25

**2009**
47:15 226:25

**201**
268:16

**2010**
49:3 194:5,
18,25 215:8,
23 216:3,12
218:4 222:15
223:2 224:18
225:2,4,7
226:13,25
227:2,7,24
228:8,11

**2011**
49:3,12
67:22 70:6,
16,18,21
71:8 208:3,
9,15,21
209:3,12
210:7,12
211:13,22
212:8,11
217:10,14,24
231:6,16
232:18
268:19

**2012**
49:12,18

**2013**
201:18,21
202:3,19
203:12,18
204:11,23
207:10
255:21

**2014**
71:4

**2016**
67:22 70:16
71:8

**2017**
55:18,24
56:10

**2018**
78:8 218:23
219:4

**2019**
49:18,24

184:23
185:15
213:14
214:10
229:4,8
230:8 231:14
246:4,14

**2020**
50:8 115:24
116:2,3

**2021**
6:3 157:14
265:12
272:22

**207164**
193:18
268:13

**207165**
192:11 268:8

**207166**
191:11 268:6

**207167**
213:2 268:24

**207168**
157:6 267:23

**207242**
105:11
267:17

**207250**
197:24
268:15

**207271**
157:7 267:23

**207272**
251:14 271:4

**207288**
188:5 268:4

**207329**
94:5 267:14

**208**
268:19

**20th**
201:21

**21**
214:24,25
215:3,12
269:3

**210**
95:13

**212**
268:22

**215**
269:3

**216**
269:6

**218**
269:9

**219**
269:11

**22**
119:20
216:20,21
269:6

**220**
269:14

**221**
230:2
269:18,21
270:7

**222**
230:2,6,7
270:8

**223**
241:16
270:10

**224**
242:17
270:14

**227**
242:17
270:14

**228**
270:3

**229**
270:5

**23**
188:8 218:8,
9 223:2
269:9

**24**
167:13
219:20,21
269:11

**241**
  94:5 267:14
  270:9
**242**
  270:12
**243**
  270:15
**246**
  270:18
**25**
  220:22,23
  269:14
**250**
  270:21
**251**
  271:3
**254**
  271:6
**26**
  194:18
  221:14,15
  269:18
**260**
  197:24
  268:15
**261**
  271:8
**27**
  191:16
  221:23,24
  225:14,22
  227:12,22
  269:21
**272**
  252:22
**278**
  252:14
**28**
  208:7,8
  231:2 246:14
  268:19
**287**
  251:14 271:4
**289**
  188:5 268:4
**28th**
  246:4 270:19

**29**
  6:22 213:14
  228:18,23
  270:3
**290**
  197:24
**291**
  197:25
  268:15
**29th**
  213:25
**2:53**
  142:9

─────────────

─────────────
          **3**
─────────────

**3**
  185:13 255:3
**3/10/2010**
  215:4
**3/18/1980**
  13:6
**3/23/2010**
  221:25
**30**
  32:22 93:5
  111:23
  165:17
  229:20,22
  230:4 233:7
  270:5
**30-day**
  111:20 112:5
**30-minute**
  93:11
**309**
  228:21 270:4
**31**
  241:12,13,
  18,20 242:9
  270:9
**310**
  208:12
  268:21
**311**
  250:18
  270:22

**314**
  250:18
  270:22
**32**
  242:11,13
  270:12
**329**
  193:4 196:22
  268:11
**330**
  193:5,9
  268:11
**336**
  244:4 270:17
**346**
  244:4
**35**
  245:25 246:2
  249:18
  270:18
**36**
  250:14,15
  270:21
**37**
  185:3
  243:24,25
  244:23
  270:15
**39**
  187:15,16
**3:05**
  142:13
**3HWB**
  221:2 269:16

─────────────
          **4**
─────────────

**4**
  101:22
  253:22
  260:25 261:4
  262:18,19,25
  263:5 271:8
  272:22
**4/28/2019**
  244:2 270:16

**4/30/2019**
  229:23 270:6
**4/8/2019**
  228:18 270:3
**4/9/19**
  212:25
  268:23
**40**
  12:12 32:25
  33:7
**40-year-old**
  84:5
**400,000**
  248:20
**43rd**
  158:24
**486**
  222:3 269:22
**487**
  201:10
  268:18
**488**
  201:10
  205:11
**498**
  246:4 270:19
**499**
  246:9
**4:03**
  184:5
**4:13**
  183:25
**4:15**
  184:9

─────────────
          **5**
─────────────

**5**
  127:17,22
  155:7 169:4,
  9,16,18,25
  170:9,12
  171:7,10
  172:2
  174:12,14,
  15,23 175:3,
  6,11 176:10,

25 177:5
180:12,17,18
182:23 253:9
254:5,9,19,
20 255:2
271:6
**5,500**
193:23 194:9
**5.00**
169:18
**5.75**
164:8,12,19
**50**
33:4,7,13
56:19 221:2
248:13
269:16
**50,000**
248:14
**50/50**
30:21
**500**
246:16
**500,000**
121:20
125:13
149:11
151:11
160:23
**505**
247:3
**507**
249:18,25
**509**
246:5 270:19
**51**
221:18
269:20
**5:00**
195:24
**5:31**
235:4
**5:40**
235:8

---

**6**

**6**
164:10,18
**6/17/2019**
219:22
269:12
**6/20/2013**
201:8 268:17
**603**
6:9
**63rd**
95:13
**6:13**
256:12
**6:28**
256:16
**6:30**
263:15
**6:38**
264:6,8

---

**7**

**7**
93:24,25
94:2,12,16
95:5 102:10
104:15 107:4
168:11,12
224:14,17
226:14
266:10
267:13
**7.55**
169:15
**74-page**
157:7

---

**8**

---

**8**
105:7,8,9,21
106:3,15,22
107:5 161:21

163:7,25
230:8 267:16
**8/23/2019**
221:16
**816**
158:23
**8th**
163:9 231:14

---

**9**

**9**
251:10,11
252:23 271:3
**9/23/03**
188:3 268:3
**9/7/2018**
218:10
**90**
6:9
**92**
215:6 269:4
**93**
218:12
269:10
**94**
219:24
267:13
269:13
**98404**
95:14
**9th**
213:24

---

**A**

**a.m.**
6:3 45:10,14
62:6
**ability**
8:17 80:2
101:10
188:18
191:24 200:9
246:23
**able**

10:14,15,25
43:3 87:21
130:4 144:11
188:22
190:14,21
200:3,15,20
201:2 203:5
230:23
**acceptable**
241:5
**accessible**
35:11
**accident**
8:9
**accomplish**
87:16
**account**
41:12,14
139:9,24
143:7,10,11,
13 161:15,
17,25 164:8,
9,12,13,17
167:2
175:20,24
176:9,23
182:22
183:11
199:15,19
203:21 204:6
213:14
253:10,11,
14,17 263:9
**accountant**
35:14
**accounts**
133:25 134:6
248:7 249:11
**accurate**
71:9 96:11
104:8,13
106:17 149:8
151:14,21,24
159:22
247:23
248:2,4
272:10

accurately
  106:23 151:4
achieve
  76:25
acknowledge
  6:18,23
action
  6:11 257:18
  261:5 271:9
  272:14,16
Actions
  249:20
activities
  82:5,16
  104:21
  107:13
  108:24
activity
  159:19
actual
  201:24
  202:5,9,15,
  18,23 204:10
actuary
  141:21
added
  199:24
  253:10
addition
  29:6 66:24
  111:16
  163:17
additional
  10:8 113:23
  125:12
  163:19
  196:20
  248:14,19,23
  249:3,4
  263:14
additionally
  100:21
  179:15
address
  15:14 95:13,
  16 158:23,25
  165:15 166:5

185:14
  230:24
adjustable
  117:22
adjusted
  135:5
adjustments
  135:8
administered
  6:24
Administratio
n
  59:21 63:14
adult
  78:7
advantageous
  233:21
advantages
  99:23 100:23
adventure
  223:9
advertise
  22:14
advice
  233:24
advises
  166:15
advisor
  250:16
  270:21
advisor's
  250:16
  270:21
advisors
  255:4
affect
  8:17 107:22
  195:17
affects
  108:3
affirmatively
  240:8
afford
  129:21,25
  130:4,12
affordable
  83:25

age
  85:9 95:21,
  22 110:23
  119:4,8
  133:19,20
  134:18,21
  135:12,23
  136:8,10,15,
  17,21
  138:11,21
  150:18 152:2
agency
  196:5,15
agent
  78:21 89:7,
  17,22 90:8,
  12 97:9
  111:10
  113:2,10,12,
  15,19,24
  114:3,7,8,
  13,15,18
  116:16,25
  117:3 130:20
  189:22,24
  190:7,8
  202:4 215:15
  234:8,12,17
  235:16
  261:22
agents
  111:25
  114:12
  116:21 117:9
  130:24 131:2
  191:23 255:3
agents'
  117:9
ago
  8:10 168:23
  220:12
  223:14,17
  224:5
agree
  7:9,11
  43:15,19,21
  44:6,11,20
  67:5 107:3

108:6 109:2
  121:15
  122:24
  123:12
  126:12 139:2
  149:22
  150:10
  151:3,12
  171:24
  200:19
  206:11 228:6
  232:17
  236:21
  237:6,13
  239:24
  246:21
  261:21 262:3
  263:5
agreeable
  8:23 9:4,10,
  14,24 13:3
agreed
  124:14
  150:12,21
  152:6,10
  153:25 154:5
agreement
  5:7 7:6,7
  26:5
ahead
  10:18 37:11
  57:13 139:21
  140:9 209:24
AIDS
  103:21
aircraft
  104:5 223:5,
  12 224:20
airplane
  104:5
align
  194:17,19
alive
  52:12 117:25
alleged
  261:11
allocation

William T. Whitman Vol I Confidential
March 01, 2021                                    8

allowed
  8:2 245:17,
  20
allows
  10:12
Allstate
  215:5,9,14,
  23,25 216:9,
  17 269:4
aloud
  117:21
  122:18
  131:17
amazing
  195:22
amazingbill@
gmail.com
  215:5 269:4
Amended
  11:4 261:5
  267:11 271:8
America
  228:25
  242:14
  270:12
Amica
  218:11,15,
  17,24 219:4,
  9,11,23
  220:10
  222:17,19
  269:10,12
amount
  24:18 58:2
  63:23 64:10
  66:2 97:3,
  11,13,15,21
  111:3
  120:15,19
  121:7,10,12,
  16,19,21,22
  122:9,10,22,
  23 123:24
  124:8 125:13
  134:24
  135:2,4
  142:25

143:2,5,11,
  12,13,15
  149:7 151:5,
  10,25
  160:17,21,25
  162:4,7,8
  168:4,7,22
  175:16
  180:19 182:4
  188:8,13
  191:15
  193:22
  194:8,15,22
  237:14,20,25
  238:7,17
  239:3
  240:10,21,24
  241:7 250:3
amounts
  109:20
  154:17
  155:13
  160:24
  167:13 176:4
  182:15,18,21
  183:2,4,11
  203:21 204:4
analysis
  241:15 247:4
  270:10
and/or
  5:8
Anderson
  71:19 72:4,
  5,7,10,12,
  14,16,21
  73:2
anniversary
  134:22
  135:13,23,24
  136:17,21,23
  138:12,22
annual
  118:2 157:4,
  12 161:8
  173:10,19
  174:6 175:9
  177:2,19

181:14,15,21
  182:24
  184:22
  198:18
  254:13,17
  267:21
annually
  165:13
annuities
  103:3
anorexic
  223:5
answer
  8:21,25 9:22
  18:20 19:8
  20:22 28:11
  85:13 88:25
  104:23 125:3
  126:21
  136:12
  137:10
  138:18
  139:21 140:9
  141:22 151:9
  154:4 190:12
  198:16
  203:24
  206:17 207:5
  209:24
  226:4,14
  227:8 233:14
  234:5,8,19
  255:2 259:3
  267:5
answered
  28:10 31:19
  32:4,5,10
  33:20 37:8,
  10 88:23
  96:5,6,21
  103:7,16,22
  104:7 107:5
  137:14 151:8
  190:11
  206:16 207:4
  232:11
answering
  181:12

225:13
answers
  103:11
  107:22 108:2
  116:11
  254:21 271:6
anticipated
  253:24
anybody
  125:9 126:5
  216:3
anyone
  5:19 40:16
  55:8 59:3
  80:8 85:22
  117:7 233:24
  235:11
anytime
  12:3
apart
  203:20 204:5
apartment
  15:9,10
  158:24
apologize
  12:22
apparently
  95:18 96:15
  137:15,17
  138:3 183:3
  189:16
  190:17
appears
  107:19
  126:20
  133:17 176:3
  182:17
  183:7,14
  185:9 194:10
  200:25
  201:13,17
  202:14
  206:18 207:8
  209:2 214:6,
  8 215:14,21
  218:20 220:6
  222:13
  231:17

241:20
242:19
250:10
252:20

**apples-to-apples**
202:21
204:21
206:19

**applicable**
134:18,22
137:19,22,25
138:5,13,24

**applicant**
81:6 108:16

**applicant's**
81:11 82:22,24

**application**
81:4 82:13
83:10 84:16
90:9,19
94:3,19
95:19 96:12
99:3 103:25
105:2 106:8
107:7,11
108:10
129:12
222:12,14
224:18 227:9
267:13

**applications**
34:20 35:10
70:3

**applied**
61:11 83:23
84:23,24
88:8,11
89:7,19
95:23 106:25
126:19
160:20
213:15
222:16

**applies**
126:11
136:14 137:4

**apply**
81:17,22
84:9,11
85:23 86:2
126:5 213:9
253:18
256:19

**applying**
84:4 85:9,
14,19 89:3,
13 103:4
248:20,24
249:7

**appointment**
219:23 220:8
269:13

**approached**
257:22

**approximate**
24:21 45:20

**approximately**
8:12 17:25
20:12 22:3,9
27:25 28:2,
4,5,6,25
29:24 30:2,8
40:21 41:5,
23 47:21
48:2,18
49:2,18 50:6
52:19 56:6,
19 67:20,22
68:15,25
70:6,8 75:9
113:13 116:2

**April**
213:14,24,25
214:10
229:4,8
230:8 231:14

**architect**
67:18

**architecture**
59:13,16
60:3,15
63:11 64:5
66:4,8

**area**
52:5,11
178:22
244:21

**argumentative**
99:17 114:25
209:23
225:24 226:2
227:15

**arise**
116:10

**Arizona**
52:17

**Armagen**
64:15

**Armavel**
55:14,15,17,
19 56:9,18,
21 57:3,5,
14,17,22
58:3,7 60:22
61:2,12,15
62:17 63:6
64:17,23
67:10 68:5
72:24 73:2
248:15,21,25
249:4

**Arnold**
49:7,10,13
51:24 52:2

**around**
48:3 55:18
78:8,10
138:22
195:3,13
224:5,11
225:16 226:7
228:15,16
255:21

**arrangement**
7:4

**arrive**
50:7

**arrived**
163:22,24

**ashamed**

230:16,18
231:10

**asked**
9:22 27:4
28:9 31:18
32:2,4 33:19
54:22 70:17
81:7,11,17,
23 82:4,9,
14,20 88:3,
7,9,14,22
97:16
103:14,25
106:6 116:24
137:14 151:7
190:11 196:7
202:3 206:16
207:4 215:24
216:2 224:17
225:21
232:10 234:3
255:3

**asking**
8:21 28:14
32:6 38:15
59:25 65:10
106:20
113:22
114:20 117:3
130:25
140:10
141:2,8,9,
23,24 146:23
150:9 151:17
169:21
182:13
190:25
202:6,11,12,
15,17 205:12
234:7 242:2
258:25

**asks**
96:18 102:24
108:9,23
226:23

**aspect**
69:17

**aspects**
  232:4
**assertions**
  147:5
**assess**
  82:21
**assessing**
  82:24
**assets**
  247:21 248:3
**assist**
  18:17 55:4
**associated**
  9:21 50:15
  62:16 177:22
  203:19
**assume**
  9:13 66:2
  107:2 114:4,
  6 163:2,14
  248:5
**assumed**
  64:2 92:12
**assumes**
  209:19
**assurance**
  85:4
**attachment**
  229:25 270:7
**attain**
  217:10
**attempted**
  115:25
  233:17
**attempting**
  46:25
**attend**
  13:24 14:8
**attending**
  15:5
**attorney**
  11:22 19:9
  258:7,20
  262:8
  272:14,15

**attorney/
client**
  5:9 259:5
**attorneys**
  6:17 150:7
  257:22
  258:5,9,12,
  18 259:11
  260:2,11
  261:19
**audio**
  68:9,10,11
**auto**
  77:24 79:10
  80:5,14,16
**automobile**
  8:9
**automotive/
cycle/
powerboat**
  104:11
**availed**
  211:12
**avocation**
  104:17,19
**aware**
  5:4 22:17,23
  203:19 231:6
  262:2

---

**B**

**baby**
  184:16,20
**back**
  32:15 40:10,
  11 44:3,4
  45:2,14 53:9
  62:10 92:22
  93:20 95:4
  112:22
  114:22,23
  121:14 124:7
  142:13
  143:22
  153:15,16
  155:3,4

167:16
168:10 173:2
174:10,18
177:11
183:25
184:8,12
186:17,18
193:24
197:17,18
208:3 224:13
225:14 228:4
235:8
236:16,17
256:16
257:14
**background**
  13:21 24:11
**backwards**
  193:10
**balance**
  161:19,25
  163:6,9,12,
  15,24 199:24
  213:10,22
  249:10
**balances**
  161:20 214:5
**bank**
  41:12,14
**based**
  59:17 60:3
  63:12,24
  99:23 100:23
  104:22
  134:17
  135:12,19,22
  136:8 137:6
  138:20
  218:20,25
**basic**
  97:3 109:7,9
  111:3
  117:18,25
  120:5,15,19
  121:7,9,13,
  17,19,21,23
  122:9,10,22,
  23 123:24

124:8 125:13
134:23
135:2,4
142:25
143:2,11,12,
14 149:7
151:5,10,24
160:21
248:12
**basing**
  182:9
**basis**
  22:11 98:2,7
  149:21
  158:21
**Bates**
  94:4,21
  105:11 110:7
  157:6,7,18,
  21,22 168:3,
  19 172:9
  173:25 176:6
  177:8,17
  178:4,17
  180:24
  181:23
  182:7,25
  183:5 184:25
  187:15 188:5
  191:11
  192:11
  193:4,9,18
  196:22
  197:23,24
  201:10
  208:11
  212:25 215:6
  216:24
  218:11
  219:24
  221:2,18
  222:3 228:20
  230:2,6,7
  241:16
  242:16 244:4
  246:4,7
  250:17
  251:13

252:13
267:14,17,
20,22,23
268:3,6,7,
10,12,14,15,
18,21,24
269:4,7,10,
13,16,19,22
270:4,7,10,
14,17,19,22
271:4
**bathroom**
61:22
**beginning**
45:13 62:9
93:19 142:12
161:18,24
184:7 235:7
256:15
**begins**
185:2
**behalf**
6:8,14 7:8,
10
**behind**
94:12
**belief**
106:23
146:12
**believe**
11:12,22,23
25:24 33:18
35:19 38:18
41:9 42:8
49:4 53:10
55:18,21
56:14,16
67:17 68:22
69:25 70:24,
25 71:8,12
73:20,23
74:8 81:3
82:6,17,21
83:3 88:16
89:11,24
90:4 91:3,12
95:3 96:7
98:12,13

99:4,22
100:3 103:11
104:9 106:15
115:14,19
116:24
117:5,8,15
118:6,12
119:17 129:2
130:13 131:7
149:9,10,12,
13,19 150:24
151:2 152:3
154:10
155:11
159:2,3
163:22,24
164:3 167:17
185:16
187:11
196:11
203:4,15
209:14
210:10 211:9
214:11
215:10,24
216:18
217:5,21
222:16,20
226:20
228:15 229:5
230:20 233:3
244:15,20
250:25
251:19
252:17
254:16
255:9,17
256:21,24
257:6 258:6,
24 259:17,21
262:22
**believed**
84:2
**Bellevue**
47:18,19
48:5 50:18
51:22

**beneficial**
112:20 189:2
200:14,18,
19,25
**beneficiary**
196:23
197:3,9
**benefit**
101:19
102:17,18
117:23
120:9,12
121:25
125:12,14
143:10
150:22,23,25
188:22
199:18 249:3
253:7 263:6,
9
**benefits**
120:4 125:6,
7,9,11,17
257:7
**besides**
18:22 28:7
**best**
126:21
**better**
52:4 54:2
84:4,10
145:11 209:5
210:19
211:4,11
229:11
**big**
205:13
**Bill**
13:11 193:3
201:9 208:9
216:22
218:10
219:22
220:24
221:16,25
223:4 228:19
229:23 244:2
246:2

268:10,17,20
269:6,9,12,
15,18,21
270:3,6,16,
18
**billing**
36:2
**bills**
195:4
**Billy**
13:15
**binder**
105:7
**birth**
13:5
**bit**
92:19 114:11
229:11,17
263:12
**blissjack.
net.**
221:11
**blood**
82:10,16
**blue**
184:15,16,20
**book**
20:3
**bookkeeper**
35:19,21
**books**
18:17 35:15
**born**
13:18 47:14
**borrowed**
253:17
**bother**
187:8
**bothered**
133:2
**bottom**
105:20
117:17
131:15
184:25 185:3
**bought**
119:9,15

216:16
240:19
box
10:13,18
break
9:17,23
44:23,25
45:2,5,11
57:9 61:22
62:7 92:5,7,
13,18,20,22,
23 93:2,6,8
98:23 99:4
142:4,10
143:20
183:16 184:6
233:11
234:20,23
235:5 256:2,
6,13
breaks
9:16,20
breathe
229:17
breathing
232:2
brief
233:11
bring
46:23 47:2
Broad
6:9
broken
171:22
brokered
74:4 248:3
brokering
74:13,18
brought
255:17
build
18:14
building
18:8,9,10
61:13
Bullet
246:3 270:19

bullet-point
246:14
Burke
23:5,6,11
business
16:10,22,23,
24,25 18:23
23:25 24:7,
9,16 27:24
29:5,11,15,
16,20,21,23
30:3,4,9,10
40:21 41:6,
24 42:6
43:11 45:18
60:23 61:19
62:14,17
65:13 66:11,
16,25 67:4
68:11 72:3
73:15,24
74:13 76:5,
8,12 77:17,
18 102:25
134:2 166:12
237:2,5
249:8,11,13
business's
77:16
businesses
71:23 73:17
74:22
133:21,24
207:15 222:9
236:9,19
button
5:22
buy
240:18

——————————

——————————
C
——————————

C-R-A-B-T-R-
E-E
117:6
calculated
142:24

143:18
179:16
calculator
174:25
calendar
135:9
call
139:19
157:21
205:21 233:2
called
20:2 39:11
68:20 69:16
70:2 122:7
128:2 131:14
134:4 198:11
calling
163:20
165:14
Calls
108:19 136:3
138:16
147:11
148:21 262:6
camera
7:13
campus
15:8,13
Canaan
7:17 50:3,4,
7,9 52:10
Canada
103:6
cancer
51:19,20
capable
115:11
capital
249:9,13
capitalizatio
n
198:12,20
car
68:11 78:15,
16,19,22,25
90:11

care
87:21,24
88:5,11,15
Cari
7:10,23
Carissa
6:7
case
44:19,21
126:20
136:16
138:6,23
162:25
189:17 245:7
261:10,20
cases
15:2
cash
102:2,3
131:25
242:15 245:2
247:22
270:13
cash-value
242:21
categories
96:20 132:20
170:22
171:24 172:5
category
171:8
caution
257:25 259:2
cents
175:4
certain
12:4 16:20
58:2 109:12
115:9 185:10
186:12
187:18
248:17
249:16
certainly
168:6,8
169:17
185:23 199:4

**CERTIFICATE**
  272:2
**Certified**
  272:4,5
**certify**
  265:4 272:5,
  9,13
**cetera**
  205:16
**CFA**
  177:17
**CFA's**
  241:13 270:9
**chain**
  193:2 201:8,
  17 229:23
  230:5 244:2
  268:9,16
  270:5,15
**change**
  51:8,13 56:9
  253:7
**changed**
  71:10 253:23
**changes**
  103:3 135:6
  165:11
**charge**
  19:24 20:4,
  5,9 36:6
  37:23 57:17,
  25 59:15
  60:2,10
  63:12,19,20,
  23 64:4
  66:11
  127:17,22
  129:4,9
  130:17 132:5
  135:4 143:9
  147:8 155:6,
  15 156:3
  162:11,12
  165:13
  169:5,8,25
  170:3,9,12,
  17,23 171:4,
  7,9 172:2,3

173:4,5,22
174:12
176:10,11,
24,25
180:12,14,16
181:19,20
182:23
199:16
253:10,14
254:5,8,9,10
**charged**
  20:13,19
  36:10,13
  37:20 44:18
  58:16,22,24
  67:24 146:7,
  13,24 176:8,
  14 182:16,
  18,21 183:2,
  11 204:5
  214:15,20
  241:6
**charges**
  57:22 58:3,
  7,10 132:3
  145:17 156:2
  161:20
  162:14
  166:22,24
  167:6 168:25
  169:8,9
  172:14,15,
  22,25 174:20
  175:15
  176:11,19
  177:3 179:3,
  7 180:10
  181:7
  253:13,18
  254:7,16
**charging**
  21:22
**Charles**
  248:7
**chart**
  147:6 174:8
  175:25
  178:24

179:10,18,20
**chat**
  10:13,18,23,
  24 12:2
  243:23
**check**
  41:9 188:4,7
  191:10,14
  192:10,14
  193:17,21
  194:10 196:7
  268:3,5,7,12
**children**
  47:10 84:19
  197:11
**choice**
  97:22
**chose**
  200:5 243:11
**City**
  52:17
**Civil**
  6:22 8:3
**claim**
  79:17,22,23
  83:4
**claims**
  80:2
**clarification**
  54:20 112:14
**clarity**
  204:17
**class**
  120:16
  122:2,12,16,
  20,21 123:7,
  8,16,17,18,
  21,22,25
  124:2,9,15,
  16,23,24
  125:16
  126:13,14,
  15,18
  134:22,23
  137:19,22,25
  138:6,13,24
  139:9,14,24

145:24 146:6
257:17,18,20
261:5 271:9
**classes**
  15:2 18:16
**clear**
  171:14 179:9
**clearly**
  9:7
**click**
  5:21
**climbing**
  104:11
**close**
  175:2 243:7,
  12
**closer**
  52:11
**co-owner**
  30:16
**coaching**
  210:5
**coincide**
  176:4 177:5
  178:25 180:8
  181:4
**colleague**
  10:10,12
**colleagues**
  16:23
**college**
  14:7,8
**colloquially**
  245:16
**column**
  166:23,24,25
  167:2,5,7
  168:24
  172:16,25
  174:21
  175:22
  176:7,11,13,
  18 177:3,8,
  10,17,21
  178:5,8,10
  180:3,9,15,
  23 182:7,14

William T. Whitman Vol I Confidential
March 01, 2021                    14

columns
  166:23
  178:11
  181:6,11
come
  18:13 20:8
  41:10,14,16
  45:2 59:14
  63:17,22
  92:22 183:25
  244:6,13
comes
  249:13
comfortable
  12:5
commencement
  272:5
commentary
  225:25
commissioners
  260:14
committed
  238:23
committing
  153:19
communication
s
  258:25 259:2
companies
  34:25 72:19,
  25 75:2
  216:8,10
company
  6:6 7:11,24
  16:12,14
  19:2 21:10,
  11 25:12,15,
  19,22,25
  27:20 29:12,
  21 34:15
  38:8,15
  39:11,13,18
  42:6 57:5
  67:6 68:23
  69:3,17 70:2
  72:6,23
  73:9,14

77:5,10,19
79:4,6,11,
12,16,21,22
80:3 82:25
83:12 103:5
108:9,16,23
111:25
185:25
236:9,24
237:8
238:10,19,22
239:7,14,16
253:18
company's
  77:2 254:22
  271:7
compare
  203:6,7
  204:21
  205:19,21,24
  206:4
comparing
  42:22
comparison
  202:21
  203:13
  206:19,23
complained
  260:17
complaint
  147:4 260:3
  261:5,10,11,
  18 271:9
complaints
  257:2
complete
  159:25
  198:16
completed
  15:21 95:20
  96:12 226:22
completing
  15:23 105:3
complex
  202:2 210:17
complexity
  172:6

complicated
  116:7
  170:20,21
  171:23
  201:25
  207:7,9,13
component
  92:2,3
components
  171:22
computer
  17:9,22
  18:3,7,9,11,
  14,18 19:16
  21:14 23:15,
  20 24:12
  28:22 36:18
  55:16 72:8
  75:3,5,7,11,
  13,15,16,18,
  20,21,22
  96:9,13
  101:5
computers
  18:8,11
  62:18 75:14
concern
  181:10
concerned
  232:4
concerns
  181:6
concluded
  264:7
concludes
  264:5
conclusion
  136:3 138:16
  139:20
  147:11
  148:21 262:6
conclusions
  243:4
condition
  106:24
  109:13

conditions
  81:24 82:15
  103:16
  106:17
  109:19
conduct
  261:12
confidence
  246:23
confidential
  5:1 6:1 7:1
  8:1 9:1 10:1
  11:1 12:1,
  17,25 13:1
  14:1 15:1
  16:1 17:1
  18:1 19:1
  20:1 21:1
  22:1 23:1
  24:1 25:1
  26:1 27:1
  28:1 29:1
  30:1 31:1
  32:1 33:1
  34:1 35:1
  36:1 37:1
  38:1 39:1
  40:1 41:1
  42:1 43:1
  44:1 45:1
  46:1 47:1
  48:1 49:1
  50:1 51:1,18
  52:1 53:1
  54:1 55:1
  56:1 57:1
  58:1 59:1
  60:1 61:1
  62:1 63:1
  64:1 65:1
  66:1 67:1
  68:1 69:1
  70:1 71:1
  72:1 73:1
  74:1 75:1
  76:1 77:1
  78:1 79:1
  80:1 81:1

82:1 83:1
84:1 85:1
86:1 87:1
88:1 89:1
90:1 91:1
92:1 93:1
94:1 95:1
96:1 97:1
98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1
138:1 139:1
140:1 141:1
142:1 143:1
144:1 145:1
146:1 147:1
148:1 149:1
150:1 151:1
152:1 153:1
154:1 155:1
156:1 157:1
158:1 159:1
160:1 161:1
162:1 163:1
164:1 165:1
166:1 167:1
168:1 169:1
170:1 171:1
172:1 173:1
174:1 175:1
176:1 177:1
178:1 179:1

180:1 181:1
182:1 183:1
184:1 185:1
186:1 187:1
188:1 189:1
190:1 191:1
192:1 193:1
194:1 195:1
196:1 197:1
198:1 199:1
200:1 201:1
202:1 203:1
204:1 205:1
206:1 207:1
208:1 209:1
210:1 211:1
212:1 213:1
214:1 215:1
216:1 217:1
218:1 219:1
220:1 221:1
222:1 223:1
224:1 225:1
226:1 227:1
228:1 229:1
230:1 231:1
232:1 233:1
234:1 235:1
236:1 237:1
238:1 239:1
240:1 241:1
242:1 243:1
244:1 245:1
246:1 247:1
248:1 249:1
250:1 251:1
252:1 253:1
254:1 255:1
256:1 257:1
258:1 259:1
260:1 261:1
262:1 263:1
264:1 267:9
**confidentiali
ty**
  12:18
**Confirmation**
  219:24

  269:13
**confirmed**
  180:5
**confirming**
  151:20
**conflict**
  37:9
**conflicting**
  150:6
**Connecticut**
  7:17 48:21,
  22,25 50:3,
  5,9,13 51:5,
  11,24 52:10
**connection**
  11:19 14:5
  65:11 74:18
  81:18 82:25
  92:10 99:2
  140:5,17
  235:22
  251:21
  259:15,22
  260:7
**consent**
  7:3
**consider**
  86:8 165:8,
  10 166:15
  205:19 234:7
  245:11
**consideration**
  64:8 209:22
**considered**
  77:12 86:17
**considering**
  203:16
  204:16 205:9
**consistent**
  127:12
  160:11,19,24
  183:12
**consult**
  258:19,23
  259:7,10
**consultant**
  55:3,22

  56:15 70:11
**consulted**
  255:4 259:13
**consulting**
  17:9 36:18
  55:16 56:14
  67:15 71:16,
  19 75:20
**Consumer**
  228:24
  242:13
  270:12
**consumers**
  212:12
**contact**
  90:14
  116:15,21
  165:18,19,22
  194:4 258:9
**contacted**
  250:23
**contemplating**
  248:24
**content**
  148:22
  187:6,8
  258:25
**contention**
  146:24
  214:19
**contentions**
  147:4
**contents**
  139:17
**context**
  161:12
**continually**
  214:16
**continue**
  126:21
  236:25
**continued**
  45:15 62:11
  93:21 142:14
  184:10
  199:12 235:9
  256:17

contract
132:7 139:18
152:9,11,14,
16,17,21,24
153:2,4,5,8,
18,19,22,23,
24 154:2,6,
8,11 156:6,
14,18,19,23
183:12

contractor
23:2,4

contracts
171:16
239:21,25

contractual
239:2

contractually
238:10

contributions
26:6

control
60:20 65:16

controlling
65:17

conversation
98:13,16,22,
25 219:14
220:11,13

conversations
5:6,8 90:18,
22 98:5,10,
25 221:8

copy
10:19 212:19
233:4 252:19

corner
5:22 157:19
158:22
164:24 246:7
252:14

corporate
73:22

corporation
19:5 20:17
21:2,3 24:6,
19 26:6

27:6,12,16,
19,23 70:3
71:14,17
73:12,18,20
96:10,13

correct
20:20 21:2,
6,11,12,16
22:7,8 37:4,
21 39:11,12,
14,18 41:20,
25 44:21
50:10 52:23
57:22,23
61:5,7,16,19
65:7 67:2
71:2 76:2,3,
4,9,13 77:3,
6,8,9,19,22
79:24 84:17,
18,20,21
95:10 96:24
101:3
103:22,23
104:8,23
106:17
107:8,14,18
108:10,18
110:18,21,25
113:3,6
114:3 115:7,
12,25
120:13,20
123:2,4,5,9,
14 124:3,4,
6,17,20
125:9 126:6
129:22
130:6,12
132:10,21
133:7,12,15
134:2
135:15,18,24
136:18,25
137:13,25
144:12,14
147:9,12,15,
22 148:19,24
149:2 150:3,

13,14,15,19,
20,23 151:6,
14 152:2,4,
12,17,24
153:20
154:2,9,13,
21 156:6,15
159:4,5
160:22
161:10
162:23
165:23
166:5,16
167:23
170:23
171:3,8
173:8,9,13,
22,24 174:8,
16,24 175:7,
8,12,21
176:2,12
177:20
178:4,18
180:3,7,14,
25 182:8,19,
25 183:5,13
187:14
189:14,19
194:13,17
195:7 197:13
198:21
200:23
202:13
203:14,21
204:25 206:8
208:23
209:7,13,17
210:9,10,13,
14,20 211:6,
14,22 214:3
224:3,6,8,
10,12,25
225:7,11
227:3,9,11,
19 228:5
231:3,7,16
232:20
235:23
236:5,6,10

237:2,9,12
245:23
246:19
247:14
251:23
252:19
254:3,15
256:23
258:14 263:6

correctly
150:22

corresponded
180:6

corresponding
169:4

corresponds
180:10
254:12

cost
43:18 44:13,
17 61:18
102:8 107:23
128:11,15,
20,24
129:13,17
130:15,16,20
131:5,6
132:3
134:11,16,25
135:3,7,11
138:9,14
139:4
142:18,23,24
143:2,3,8,
17,20,25
144:6,7,12,
16,21,25
145:4,16,20
146:5,13,25
147:14,17,21
148:2,11,15,
18 149:16,
20,23 151:10
155:14,17
156:2 161:2,
5,6,8,12,13,
14,20
162:17,19,

21,24 163:2,
4,20,23
166:24
170:17
171:17,19
172:3
175:15,16
177:7,14,17,
18,21 178:5
179:2
180:21,24
181:3,7,19
182:2,5,7,
10,11,12,15,
22 189:4,6
201:24
202:5,9,16,
18,23 203:2,
19 204:2,10,
17 205:5,15,
22,25 206:4,
5,6,12,24
245:7
253:12,18
254:6,10
261:23
262:9,14
**costing**
204:24
**costs**
43:9 60:20
61:3,4,9
62:14,15,16
65:16,17
77:3,16
108:3
179:11,14
206:7 261:25
**counsel**
6:2 7:3
10:3,7 12:13
31:24 99:16
148:23
154:20
183:15
225:24 258:3
259:2 263:10
272:14,15

**count**
172:17,21
**counting**
260:10
**County**
223:25
224:11
225:4,16
226:8,11,13
227:23 228:9
**couple**
57:13 167:12
251:7
**course**
115:16 116:9
**court**
40:9 44:2
114:21
153:15 155:2
186:16
197:16
257:12
263:19
**cover**
20:19 131:25
**coverage**
97:7,12,15,
17,21 120:19
121:12,16,22
149:8 151:5
160:20,21
165:11
195:17
218:22
248:14,20,23
252:24
253:2,25
**Crabtree**
117:5 131:3,
4
**Crabtree's**
194:3 196:5,
15
**create**
69:20
**creating**
5:11

**credit**
247:2
**credited**
161:19
162:7,9
163:17
166:25
175:19,20
179:4,15,16
253:16
**crew**
104:4 224:19
226:17
**CROSS**
266:5
**current**
56:12 164:19
165:12,13,16
245:4
253:12,15,
18,21,22
**custom**
185:25
**customer**
18:4 22:19
38:21 40:3,
12,13 58:19
59:15 66:11
235:21
261:25 262:4
**customers**
21:23 22:3,
16 23:15,21
36:3,10,14
37:19,20,23
38:19,20,25
39:4,22,25
41:23 42:6
57:22,25
58:4,16,21
63:21 69:14
235:25
249:16
**cybersecurity**
55:16,22,25
56:13,15
59:13,16
60:3,15

63:11 64:5
66:3,8
67:15,18
70:11

---

**D**

---

**D.C.**
52:5
**Dante**
219:6
**data**
16:20 183:8
**date**
11:14 13:5
19:18 71:10
94:4 105:22
106:5 110:7,
24 112:3
119:12,14,
18,19,22,25
121:13,18,23
128:4 143:5,
7 144:5
149:5 151:25
159:7 184:23
201:15 214:2
228:15 231:9
267:14,19
272:11
**dated**
105:11
157:13 159:8
188:8 193:2
201:8 212:25
215:4 216:22
218:10
219:22
220:24
221:16,25
224:18
228:18
229:23 244:2
251:13
267:17
268:9,17,23
269:3,6,9,
11,14,18,21

270:3,6,16
271:4 272:22

**dates**
48:3 159:25
160:4
194:17,19
223:22
225:10,19,21
226:9

**David**
10:10,12,16,
23 219:22
220:6 269:12

**Davis**
219:6

**Dawson**
7:10,21,23
13:2 31:25
40:9 44:2,24
45:6,16
61:23 62:2,
12 92:6,21
93:7,22
114:21
142:3,15
155:2 179:21
183:17,22
184:7,11
186:16
197:16
209:25 210:4
228:12
234:22
235:10
256:2,5,18
257:12
258:24
263:18,25
266:10

**day**
9:16 27:22
239:22
265:12

**days**
12:19 111:23
165:17

**deal**
246:23

**death**
101:19
102:17,18
117:23
120:9,12
125:11,14
150:22,23,
24,25 253:7

**debt**
84:24

**debts**
84:22

**deceptive**
237:7
261:12,15

**decide**
23:25 92:15
212:12
229:7,13
244:16

**decided**
86:21 90:13
262:2

**deciding**
78:22 79:4,9

**decision**
85:23 86:2
189:18 232:3

**decisions**
246:24

**declare**
6:25

**declares**
253:20

**declined**
222:20,21

**deduct**
144:12
147:21,25
148:18
149:16,23
253:9,11,12
254:5,6

**deducted**
127:17,22
143:10 155:7
161:9 170:2,

10,13 171:7
174:8,15
175:11
180:12 182:5

**deductible**
128:15,24
143:25 144:7
147:14,17
148:11,15
149:20
155:17
177:14
180:22

**deduction**
128:4
131:14,23
132:2,23,25
133:11,13,14
143:5,7,9
144:5
162:12,13,22
170:18
171:18,20
176:23
181:3,20

**deductions**
128:2,6,9
129:4 131:20
132:9,17,21
133:3,7,24
134:5 143:23
144:4 149:14
155:19,21,25
156:5,13
162:11,17,20
170:16,22
171:25 173:3
176:9
177:13,18,24
178:3,11,14
180:13,25
181:17
182:22
183:11
254:3,13
260:6

**deem**
12:16

**defendant**
6:2 254:22
271:6

**Defendant's**
11:4,9 93:25
94:2,12,15
95:5 105:7,
9,21 106:3,
15,21 107:4,
5 110:3,5
117:18
131:10
142:17
156:25 157:3
158:11
174:19
175:10 176:7
177:8,12,16,
25 178:3,15,
16,17 179:25
180:11,21,23
181:16,18,22
182:6,14,25
183:5 188:3
191:9 192:9,
25 193:14,
16,24 194:12
195:5
197:20,22
201:4,7
208:8 212:23
213:6 214:24
215:3,11
216:19,21
218:9 219:21
220:23
221:15,24
224:14,16
225:13,22
227:22
228:23
229:20,22
230:25 233:6
241:13
242:13
243:23,25
244:23 246:2
250:15
251:10,11

```
252:23            depo              determine          different
254:20             5:23              108:17,25          58:6 71:10
260:25 261:4      deposed            138:14             86:6 91:9
267:11,13,         8:4,6,8           212:20             100:15
16,18,21          deposition        determined          109:18,19,20
268:3,5,7,9,       5:16,25           122:22             116:25
12,14,16,19,       6:18,20,21       123:23             139:14
22 269:3,6,        7:24 8:11,        134:23             162:22
9,11,14,18,        14,19 10:12,     142:24             167:13 198:8
21 270:5,9,        18 11:5,17,      214:16             216:7
12,15,18,21        20 74:24         determining        DIRECT
271:3,6,8          252:3 254:14      79:12              7:20 45:15
define             263:19           develop             62:11 93:21
 38:20            264:5,7            36:23 37:17        142:14
defined           265:5 267:11      38:3 42:18         184:10 235:9
 123:16           depth              43:2,7 46:25       256:17 266:5
 124:15            243:2             59:13 60:2        directed
definitely        describe           64:9 66:3          213:15
 160:2             16:9 18:6        developed          direction
definition        34:15 71:24        16:11,19           113:2
 38:21,24         73:17 204:19      36:22 37:3,       director
 40:4,5 88:14     described          8,15 42:16         56:17
 121:20            69:16 252:2      developing         disagree
 122:15           describes          21:14 36:5         132:12
 124:18            155:21           37:21 42:10,      disclose
 126:14           description        13 43:16           240:9,16,23
 132:25            117:19           44:8 59:15         241:6,11
 171:21            252:23           63:11,19          258:2 259:4
 182:10            253:2,25         64:4 66:7         disclosed
 206:12,13        designated        67:23              177:2 181:21
definitions        51:17            development        183:4,10
 121:2 122:15     designations       60:2,14           240:19
 153:3             12:19            develops           disclosing
definitive        desire            58:24              237:9
 243:19            18:13 21:5       diagnosed          discovery
degree             166:16           103:20             7:25
 14:15            detail            diagnosis          discuss
department         107:13           195:6              89:25 90:25
 165:19           165:21            die                99:21 101:12
depend            detailed          141:16,18         110:15 220:9
 66:15,23          165:8            dies               232:24
dependent         details           117:24            255:12
 216:23 217:9      107:16,17,       difference        discussed
 269:7             18,20            40:2 91:20,         91:3 100:3
depends           determination     24 109:23         108:8 131:5
 58:14 66:14       186:21           143:4              210:15
                                                       235:20 257:5
```

258:3

**discussing**
101:8 191:22

**discussion**
49:8 53:13
66:21 79:18
91:5 94:9
98:14 99:10
128:19,24
129:8 134:19
158:3 194:21
209:5 219:11
229:25
249:23 270:7

**discussions**
129:11
131:2,4
219:8 243:5

**disposal**
239:20

**dispose**
239:19

**disregard**
244:25

**distinction**
139:10 140:4
164:17

**distinguish**
140:15

**divide**
30:13

**divided**
143:6

**dividends**
118:2 253:24

**diving**
104:12

**doctor**
17:15 222:23

**document**
10:25 11:6,
8,10 34:7
94:5,17
105:12,16,17
110:8,11
116:8 120:18
125:21 127:6

136:2 138:17
139:18
147:24
148:7,22
149:19
150:13,14,16
151:4,18,21
152:5,8
156:8 157:7,
19 158:12,21
159:4,18
164:6 166:4
171:15
182:16
184:21
185:8,18,21
187:14,19
188:5 191:11
192:11,13
193:5,13,18,
20 197:25
198:4
201:10,12
202:8,11
204:13,14
208:12
213:2,5,9,13
215:6 216:25
217:4
218:12,14
219:25 220:4
221:3,6,19
222:3 228:21
230:2 241:16
242:17,20,22
244:4 246:5
247:15,24
250:15,18,22
251:14,17
252:6,7
254:23 261:7
267:4,7,12,
15,17,20,23
268:4,6,8,
11,13,15,18,
21,24 269:5,
8,10,13,16,
20,23 270:4,
8,11,14,17,

20,21,23
271:5,7

**documentation**
205:13

**documented**
146:19

**documents**
11:23 56:16
107:19
157:15
187:11 244:3
270:17

**doing**
9:2 53:17,24
56:13 61:18
62:14 86:8
163:11
203:13

**dollar**
175:3 182:4,
15,17,21
183:10

**dollars**
163:15

**doubt**
97:17,23
98:3,7 245:8
246:15
257:16

**download**
10:14,25

**draw**
243:4

**Drive**
185:13

**drop**
10:13

**duties**
96:19

─────────────

E

─────────────

**earlier**
32:10 33:15
102:5 108:8
111:17
155:16,25

171:21 252:3

**early**
138:23
232:18

**earn**
262:25 263:4

**earned**
161:21

**earning**
164:18 263:8

**earnings**
164:19

**earns**
164:8,12
253:15

**easier**
131:9 157:10
158:8

**easily**
247:22

**East**
95:13

**Eastern**
6:4

**easy**
184:14

**education**
14:6,23

**educational**
13:21

**Edward**
255:11

**Edwards**
255:10

**effect**
91:19 195:17
198:9 222:23

**eight**
27:25 29:4,
15,20,24
30:2,8 40:21
41:5,24 42:5
45:20 46:24
172:24
256:15 264:4

**either**
179:17

221:22 253:8

**electronics**
68:11

**elements**
98:12,15,22,
24 99:5,6,8
179:20

**eligibility**
216:23 217:9
269:7

**eligible**
109:2 117:25

**Elliot**
255:7,8,9,
13,20

**Ellis**
71:20 72:4,
5,7,10,12,
14,16,21
73:2

**email**
62:20 192:25
193:2,4,10
195:21
196:19
201:7,8,13,
14,16,17,20
202:6,12,14
204:11
205:8,23
206:14,25
207:7 208:9,
16,17 212:2,
6 215:3
216:14,21
217:7 218:9,
15,21,25
219:21
220:6,23
221:10,15,
21,24 224:7
225:2 228:18
229:3,22,23
230:5 233:13
243:25
244:2,22
268:9,10,16,
17,20 269:3,

6,9,11,14,
18,21 270:3,
5,6,15,16

**emailed**
208:17 209:2
210:11
211:18
228:24 231:2

**emailing**
209:11
218:18

**embarrassing**
57:8

**employed**
55:13

**employee**
28:16 41:5
272:14,15

**employer**
96:10
217:11,14
248:14

**employment**
50:15,16
68:6

**end**
45:9 62:4
77:15 93:14
142:7 184:3
235:2 239:22
256:10
263:18 264:4

**ending**
157:23 167:2

**engaged**
82:5 261:12

**engine**
223:5,12

**England**
52:4

**ensure**
60:25 64:14,
22 65:2,4

**enter**
6:15

**enthusiast**
223:5,10

**entire**
204:13

**entirely**
242:10

**entirety**
12:17 30:11
51:17

**entitled**
134:11 138:9
147:21,25
148:18
149:23
167:5,7
168:24
176:8,13
177:17
180:10 181:6
257:7

**entity**
19:3 38:22

**entrepreneur**
15:22 16:5,9
74:16 75:25

**envelope**
166:3

**enzymes**
222:23

**equal**
141:3 164:9,
13,18

**equally**
141:12

**equate**
131:7

**essentially**
84:3,5

**establish**
83:3

**established**
39:10 59:17,
19 60:4
63:13 135:14

**estimate**
64:10

**estimated**
66:2 247:22

**et**
205:16

**evaluate**
207:24
208:3,22
211:25 229:6
230:21

**evaluated**
209:16,21
211:5,10
229:8 232:3,
14,19 245:4

**evaluatelifei
nsurance.org**
208:11 209:3
210:12
211:6,10,13
212:2,7,17
231:3,7,13
268:21

**evaluatelifei
nsurance.org.**
208:18

**evaluating**
42:21 247:20

**evaluation**
230:24
232:16
241:21 259:8

**Evaluations**
228:20 270:4

**Evans**
255:7,8,9,
13,20,22

**eventually**
222:18

**Everyone**
10:15

**exact**
11:14

**exactly**
24:4 33:11
45:7 69:9
96:16 147:5
157:24
162:25
189:11

203:10
214:12 249:2
260:22

**examination**
7:20 45:15
62:11 82:10
93:21 142:14
184:10 235:9
256:17 272:6

**examine**
111:20

**Examiner's**
105:10
267:16

**examining**
204:24 205:4

**examples**
238:15

**exceed**
21:11,16
64:23 77:2,
17 135:7
144:22 147:9

**exceeding**
65:13

**exceeds**
64:15
143:11,13

**exception**
239:13

**exceptions**
238:25
239:10,11

**excess**
21:11 25:15
43:9 143:15
146:25

**exchange**
225:2

**excluding**
238:24

**excuse**
15:2 163:23
216:8

**exhibit**
10:13,18
11:4,9,16

93:25 94:2,
12,15 95:5
102:10
104:15
105:7,9,21
106:3,15,21
107:4,5
110:3,5
117:18
118:19
120:25
124:15
131:10 134:8
142:17
143:23
151:13
155:20
156:25
157:3,11
158:11
167:17
168:3,10,12,
19 169:22
172:7 173:2,
16,21,25
174:10,19
175:10 176:7
177:6,8,12,
16,25 178:3,
15,16,17,20
179:3,25
180:11,21,24
181:16,18,22
182:6,14,25
183:5
184:12,14
188:3 191:7,
9 192:7,9,
24,25 193:7,
9,15,16,24
194:12 195:5
197:20,22
201:5,7
208:7,8
212:23 213:6
214:24,25
215:3,12
216:20,21
218:7,9

219:19,21
220:21,23
221:14,15,
23,24
224:14,16
225:13,22
226:14
227:12,22
228:18,23
229:20,22
231:2 233:7
241:12,13,
18,20 242:8,
11,13
243:24,25
244:23
245:25
246:2,16
247:3 249:18
250:14,15
251:10,11
252:23
254:19,20
255:2 260:25
261:4
267:11,13,
16,18,21
268:3,5,7,9,
12,14,16,19,
22 269:3,6,
9,11,14,18,
21 270:3,5,
9,12,15,18,
21 271:3,6,8

**exhibits**
10:3,8,9

**exist**
22:7

**existing**
42:21 60:7,9
63:15

**expect**
46:4,12
240:25 241:3
259:18

**expected**
263:19

**expense**
61:18
127:17,21
129:4,9
130:17 132:4
155:6,15
156:3 161:19
162:11,12,14
166:22,24
167:6 168:25
169:5,7,9,25
170:3,9,12,
16,23 171:4,
7,9 172:2,3,
13,15,22,25
173:4,5,22
174:7,11,20
175:14
176:10,11,
15,19,24
177:3 179:2
180:10,12,14
181:7,19,20
182:23
253:9,14
254:5,8,9,10

**expenses**
20:20 21:11,
16 61:7
62:14,16
64:15,23
65:14 77:2,
16 163:3,18,
19 176:8,14
195:13
237:15,21
238:2,8,18
239:4 240:2,
10,21 241:7
254:12
261:24

**expert**
91:22 102:6
109:6 116:8
136:13
141:7,20,23
150:7
169:20,21

171:15 247:9

**expertise**
141:8

**expiring**
239:15,16,18

**explain**
34:21 234:8

**explained**
117:12

**explains**
254:2

**explicitly**
133:7 156:4

**exploring**
220:15

**extent**
71:6 124:13

---

**F**

---

**facilitate**
65:13

**fact**
35:24 127:22
151:21 152:5
204:18 208:2
210:18 231:5

**factor**
79:12

**factors**
44:7

**fair**
31:13 33:6,
10 40:18
84:5 107:11
138:8
144:10,20,23
146:4 147:7
159:17
165:20
168:2,17
175:23
176:6,22
178:14
181:14
203:12,18
206:2 208:21

235:15 237:7

**fairly**
170:20

**fall**
225:5

**falls**
227:3

**familiar**
94:18
185:11,18,19
188:14
221:21 252:8

**family**
27:15 87:22,
23 88:5,10,
16 247:21

**family's**
87:22 88:5
89:17

**far**
96:25 103:18
150:12
151:12

**Farm**
6:5 7:11,23
78:17,18,22
79:2 80:6,9,
16 83:11
84:17 88:8,
12 89:8,20
90:10,20
94:4 95:24
106:9 107:8
110:6,15
111:24
116:4,16,21
117:9 126:18
130:19 131:2
132:7,8,13
138:11 139:3
144:11,22
146:7,12,24
147:7,21,25
148:18
149:14,23
152:6,9,23
153:25
154:18

155:9,22
156:6,13,15
157:4
158:17,19
160:8,12
165:14,18,23
176:9,23
180:7 183:13
188:4,12
191:10,15,
17,23
192:10,16
193:17
194:23
197:23
198:8,11,17,
19,20 199:16
200:6 202:4
209:7,13,16,
20 210:8,9
212:24
213:11
214:19
217:23 218:3
224:17 227:9
229:24
234:8,12,17
235:12,16,21
236:4
241:14,22
243:6 245:11
248:13
251:13
254:22
255:13
256:23
257:3,8,23
258:20
259:15,21,23
260:7,18
261:12,14,21
262:11
267:14,18,21
268:3,5,7,
12,14,22
270:7,9
271:4,7

**Farm's**
182:9

**fashion**
243:9

**father**
85:25 89:23,
25 90:2
113:5

**father's**
113:10

**federal**
6:21 8:2
59:18,20
60:4 63:13

**Federation**
228:25
242:14
270:12

**fee**
58:2

**fee-only**
244:18

**feedback**
145:8

**feel**
117:11
187:19
247:16

**fees**
239:20

**fell**
96:19

**felt**
85:18 115:5
207:10
231:25

**Fidelity**
220:24
221:9,16
269:15,18

**field**
96:13

**fields**
16:20

**figure**
57:24 64:3
163:11

**file**
10:23

final
  5:17
finally
  231:23
  232:16
finance
  15:3
finances
  35:18
financial
  24:16 26:22
  27:5,11 55:3
  71:14,17
  73:7,8,11,18
  74:7,9 79:5,
  11,23 87:13,
  14,19,22
  88:3,6
  166:18
  172:11 201:3
  229:10,14
  244:12,17,
  18,21 246:24
  247:20
  250:7,10
  255:3,10,16
financially
  6:12 26:10
  79:21 83:20
  85:6,8,17,19
  86:10,15
  87:3,5,11
  236:9,25
  237:4 238:24
  272:15
find
  80:15 131:4
  176:18
  184:20
  204:21
  257:22
fine
  11:25 45:7
  57:11 61:24
  62:2 63:4
  92:6,11 93:8
  183:17
  233:12

263:21,25
finish
  8:21 13:22
  99:17
finished
  51:19 178:9
finishing
  14:21 15:17
  47:16
first
  8:15 12:9
  22:19 53:9
  55:19 77:23
  78:6,13
  80:13 86:21
  115:21,24
  117:17
  135:13
  138:10 151:4
  157:5,12
  159:6 161:7
  162:23
  166:10 167:9
  187:9 251:7
  254:23
  258:19 259:7
  267:22 271:7
five
  56:6 113:13,
  15,19,23
  114:2,7
  120:24
  122:14
  124:14
  126:12
  142:12
  172:23
  183:19 184:4
five-minute
  256:6
flat
  58:2
flexibility
  101:17 200:3
Flexible
  117:24

Flexible-
premium
  117:22
flip
  157:11
  164:23
  184:13
Flory
  193:3,25
  194:4,11,21
  196:5,16
  197:7 201:9,
  15,20 202:4,
  13,17 208:16
  268:10,17
flow
  12:23
flown
  104:3 224:19
  227:2
flying
  223:13,17,
  21,24 224:10
  225:3,15
  226:7,10,12,
  17 227:7,23
  228:8
focus
  229:13
focused
  107:12,15,20
follow
  250:6
follow-up
  233:22
following
  96:20 218:21
follows
  7:19
food
  239:15
for-profit
  20:16,25
  21:2 38:8
  39:13,18
force
  115:17

118:10,11,16
  128:16,25
  129:14,18,22
  130:5,12,19
  144:2,8,11
  147:15,18,20
  148:3,12,16,
  17 149:15
  155:18,23
  177:15
  180:23
  204:25 205:6
  206:8
foregoing
  265:5 272:10
forget
  61:21
forgotten
  251:4
form
  18:19 19:7,
  25 20:14,21
  21:7,17,25
  22:12 23:8,
  13 24:3,13,
  23 25:3,17
  26:2,7,19,24
  27:17 28:9
  29:7,17
  30:7,22
  31:5,9,14,18
  33:17 34:3,
  9,16 36:20
  37:5 38:6,10
  39:5,16,23
  40:22,25
  42:2 43:5,13
  46:6 51:15
  54:4,25
  57:19 64:16,
  18 65:8,15,
  24 66:13
  67:8 69:19
  70:23 71:5,
  11 72:2
  74:3,15,20
  77:7,20,23
  78:7 79:7,25

81:13 84:6
85:11 86:3,
11,16,23
87:20,25
88:13,20
89:14 90:3,
16 96:3
97:18 98:9,
18 99:15
102:15,20
106:10,18
107:9 108:19
109:16,22
111:15 112:7
113:7,16
114:9,16
115:13
116:5,12,18,
23 117:14
119:16,24
120:21
123:10,20
124:12,25
126:7 128:7
129:23
130:7,22
132:11,22
133:5,8,16
134:3
135:17,25
136:19,24
137:21
138:15
139:6,12,16
140:7,19,25
141:13,19
146:8,15
147:10
148:4,20
149:17,25
151:7,22
152:7,18,25
153:11,13,21
154:3,22
155:5 156:7,
16 159:21
165:24
167:10
168:5,20

169:6,12
186:7,14
187:3,10,21
189:15,20
190:5,10,18,
23 191:19
192:19,22
194:14
195:18
196:10,17
197:5 198:22
199:2 200:7,
12,22 202:7
203:22 204:7
205:3 206:9,
15 207:21
208:24
209:8,18
210:21
211:7,15,23
212:9,14,24
213:17
214:22
215:13,20
216:4 218:19
220:17
223:19
225:6,8
226:19
227:4,10,14
228:2 231:22
232:10,21
234:14
235:18
236:11
237:3,10,16,
22 240:4,12,
22 243:9,18
249:15 250:8
257:4,9
258:16
259:25
260:9,15
261:16 262:5
263:2,7
268:23
**formation**
23:16

**formed**
21:21
**forms**
91:10 105:4
107:15
**forth**
149:4 272:11
**forward**
193:11
230:14
231:19
**Foss**
13:25
**found**
94:11
**founder**
69:11,13
**four**
47:13 48:18
93:19 128:12
134:25 142:8
144:7,17
145:2,3,6,7,
13 146:4,16
147:8 172:23
254:25
**free**
38:5
**friend**
17:7 27:15
222:7
**front**
166:3 185:5
**fulfill**
152:15
**full**
12:9
**fully**
115:11
125:20
164:20
179:10 214:6
233:16
**fun**
76:20
**function**
10:24 12:2

69:18
**functionality**
10:11
**funds**
200:4,10,15,
20 245:19,23
**fungus**
222:24
**furthering**
14:5
**future**
165:10 253:8

---

G

---

**gallery**
5:21
**garbage**
245:6,13,15
**Garrett**
244:19
**Gary**
55:7,11
229:24 234:3
244:3,11,14,
17 270:6,16
**gave**
85:13 104:8,
23 258:18
**gender**
119:2
**general**
23:2,3 59:21
63:14 164:3
216:5
**generally**
158:15,20
191:21 198:6
214:14
220:19
224:9,12
236:8 240:14
**generate**
46:4 65:18
**generated**
21:10 38:17
77:18 241:21

getting
  11:20 80:5
  118:5,6
  186:12
  229:10,16
  233:4
give
  8:10 11:21
  24:21 38:4
  40:4 42:15
  59:5,9 94:7
  183:24
  234:19 247:2
  255:22 258:8
  263:12,13
given
  77:4 236:18
  238:16
  258:15,17
giving
  82:10
glider
  104:6
goal
  44:11
goes
  205:13
going
  9:13,23
  10:16 12:3
  92:19 121:14
  132:12
  156:24
  157:9,14,17
  158:2,3,4
  173:2 177:11
  179:21
  184:12
  193:24
  199:11
  209:25
  225:24
  243:23
  257:25
good
  7:22 76:16
  92:16 93:12
  183:16

200:11 223:6
  238:14
  240:20
  246:24
goods
  237:14
  239:14
  240:3,9
Google
  244:15
Gover
  55:7,11
  229:24 234:3
  244:3,11,14,
  17,22 246:13
  250:7,10
  270:6,16
government
  59:18,20
  60:4 63:13
government-
issued
  7:14
graduate
  14:2,13,17
graduating
  14:4
graph
  187:17
graphs
  187:14
great
  246:23
greater
  30:24 33:25
  43:17 44:12
green
  252:9
ground
  8:13
group
  242:14
  246:17
  270:12
grow
  100:4,7

growth
  100:3,9,12,
  24 102:4
GSA
  63:24
guaranteed
  101:21,23
  131:19
  253:22
  262:18,20
guess
  141:16
gum
  240:19,20,23
  241:2,4,6,10
Guthrie
  215:4 269:3
guy
  207:14 223:6
guys
  195:22,23

                H

hall
  183:21
Hampshire
  49:15,17,20,
  21,23 50:2,
  14 52:3,7,10
  185:14
handwriting
  106:2
happy
  263:18
hard
  10:19
harm
  199:11
  214:17
  233:20
harmed
  262:4
hazardous
  96:20
head
  195:22

262:16
health
  81:11,18
  82:15,22,24
  84:3 87:13,
  15,19 88:4
  103:4 106:16
  107:12,17,20
  109:19
  140:22,24
  141:2
healthy
  141:12
hear
  9:7 98:24
  212:5
heard
  212:4 230:20
  231:12,15
  258:11
hearing
  145:8 219:16
held
  5:6,9
helicopter
  104:6
help
  78:2 83:3
  98:19 126:20
  150:7 210:19
  212:12 260:2
  261:19
helpful
  141:22
  197:2,8
helping
  54:21
hereinbefore
  272:11
high
  13:22,24,25
  14:4 50:12
  246:18,22
hire
  19:10
hired
  17:22 19:9,

16 22:23
55:19 260:2
**history**
15:16 81:12,
18 82:15
106:24
108:24
**Hmm**
207:16
**Holly**
35:22,25
**Holly's**
35:23
**home**
53:2
**homes**
73:16
**honor**
230:10
**hour**
9:20 20:4,7,
9 21:22
22:10 66:8
195:23
**hourly**
57:25 58:8,
10,12,13,16,
21 66:6
**hours**
66:4 263:11,
20,21
**house**
50:25 51:2
**housecleaning**
229:10,14
**hum-hum**
9:3
**Hunt**
230:9 231:21
232:9,19,24
234:6
241:16,21,23
242:5,16,20
243:5,16
245:4 258:6,
8,12 259:8
270:10,13

**Hunter**
233:25
**hypothetical**
59:11 67:6
153:23

———————

I

———————

**idea**
87:9
**identificatio
n**
7:13,15 11:7
94:6 105:13
110:9 118:20
125:22 149:2
157:8 188:6
191:12
192:12
193:6,19
198:2 201:11
208:13 213:3
215:7 217:2
218:13 220:2
221:4,20
222:4 228:22
230:3 241:17
242:18 244:5
246:6 250:19
251:15
254:24 261:6
**identified**
34:8 74:24
153:3 177:6
178:6,14
181:17
238:25
239:21
**identifies**
150:16
154:17 161:8
**identify**
16:19 36:9
72:23 75:15,
17 201:23
202:5,9,15,
18 251:7

**identifying**
150:14
**identity**
7:15
**illustration**
165:12,14,16
205:21 245:4
251:12,18,20
252:19 254:2
271:3
**implications**
214:7
**implies**
145:4
**important**
79:6,11
112:9,13,16
129:16
130:3,9
165:3,7
166:2,7,9
186:11
**improper**
210:4
**include**
237:8,20,25
238:7,17
239:3 240:2,
6 241:3
**included**
152:23 163:2
179:13
238:21
**includes**
112:19
132:2,23
237:14
240:10,20
241:6
**including**
152:2 158:19
253:13 254:7
**incorporate**
19:6
**incorporation**
19:18

**incorrect**
226:18 227:6
**increase**
122:23
123:24
134:24 135:4
143:2
**increases**
143:14,15,16
**independent**
234:19 247:9
**indicate**
7:5 119:6
181:2 252:21
**indicated**
63:10 88:4
99:22 222:23
**indicates**
144:20
246:17,20
247:6 249:7
252:18
**indicating**
85:13 246:18
**indication**
263:13
**individual**
73:10 75:4
107:12,13,15
108:18
**individuals**
18:23 19:13
56:2 66:7
**industry**
260:13
**information**
82:14,20
108:16
159:8,13,18,
24 160:2,3,
6,16 165:8
166:14,16
186:5,6,11
210:19 217:9
228:24 234:5
259:4
261:22,24

**initial**
111:3 121:6,
9,19,21
122:22
123:23
127:3,10
134:23 135:2
142:25
143:11,12
151:24
155:10
163:15
167:22,25
170:7
**innovation**
69:25
**innumerable**
207:12
**inquire**
130:23
**instance**
130:2 162:25
238:13,20
**instances**
172:25
239:22
**institution**
26:22 27:5,
11
**INSTRUCTIONS**
267:5
**insurable**
108:18
**insurance**
6:5 7:11,24
77:24 78:5,
7,13,15,16,
19,22,25
79:2,4,5,6,
10,12,16,21
80:5,6,7,12,
14,15,16,17,
19 81:4,7,
17,19,23
82:3,8,13,25
83:2,11,16,
24 84:4,9,
11,16,23,25

85:5,10,15,
19,23 86:2,
6,9,22 88:8,
11,19 89:3,
8,13,17,19
90:2,6,9,11,
14,20 91:2,
4,6,9,11,14,
18 92:2
94:3,20
95:23 99:3
102:6,8,25
103:3,4
105:2 106:9,
25 107:8,23
108:3,9,15,
17,23 109:2,
5,8,12,20
110:6,14
111:10,14,25
112:16,21,24
113:2,24
114:15,18
116:4,8
117:23
118:3,7,9,
10,16
128:11,15,
20,24
129:12,14,22
130:5,16,21,
24 131:2,5,
6,8 132:3,7,
8 134:12,16,
25 135:3,7,
11 136:13
138:10,14,25
139:5 140:6,
17 141:7
142:18,23
143:2,3,5,8,
18,20,25
144:6,7,12,
16,21,25
145:5,16,20
146:5,14,25
147:14,17,22
148:2,11,15,
19 149:16,

20,24 153:25
155:14,17
156:2,6,14
158:16
160:15,17,
21,24 161:3,
5,6,8,11,13,
20 162:17,
19,21,24
163:2,4,21,
23 165:15,19
166:12,25
170:17
171:18,20
172:3
175:15,16
177:8,14,18,
22 178:6
179:2
180:22,25
181:3,8,20
182:3,5,7,
10,11,12,15,
23 183:12
185:25
186:24 187:2
189:22,24
194:7 196:20
197:10
198:18
201:9,22,24
202:5,10,16,
19,22,24
203:6,8,9,
14,16,20
204:2,10,16,
18,22,25
205:5,10,14,
15,19,22,25
206:2,5,7,
12,20,24
207:8,17,20
208:10,22
209:6,12,15,
20,22 210:8,
17 212:24
213:11
215:9,14,15,
18,22,25

216:3,6,7,8,
12,16
217:10,13,
17,20,23
218:3,4,11,
16,18,22,24
219:4,16
220:7,9,14,
16 221:2,18
222:2,12,14,
19 228:20
229:6,8
230:21
232:5,19
235:12,23
241:22
242:14,15,21
243:6 245:2,
7,12 247:4,
7,9,13
248:10,13
249:19
250:2,11,16,
17,20,24
251:12,13,
18,22,23
252:4
253:13,19
254:6,11,22
255:3,5,6,
14,18
256:20,23
257:2,8
258:21
259:16,23
260:8,12,13,
18,19
261:23,25
262:10,12,15
267:13,19
268:18,20,23
269:10,16,
19,22 270:4,
12,13,21,22
271:3,4,7
**insured**
94:24 95:8
105:24
110:17

117:24,25
118:23
121:12,17,22
122:21,25
123:4,8,13,
17,22 124:2,
5,16,19
125:24
126:2,14
135:15,20
136:9,15
137:24
138:7,20
140:15,16
149:5
150:15,17
151:25
**insured's**
134:18,21
135:12,19
136:8,15,21
137:7,18
138:21
**insureds**
138:6
**insurer**
186:5,12
**insuring**
79:21
**intend**
212:8
**intent**
212:3
**intention**
250:6
**intentional**
46:17
**intentionally**
130:11
**interaction**
235:16
**interactions**
5:9 236:3,4
**interest**
30:25 34:2
56:21,23
66:16 72:20

73:4,11
74:23 75:5
90:6 101:22,
24 161:19,21
162:7,8
163:17
164:7,12
166:25
175:19,20
179:4,15,16
198:11
199:16,18,23
214:15,20
253:15,21
262:18,20,25
263:5,8
**interested**
6:12 83:16
85:4 90:14
205:14
218:23 247:6
272:15
**interface**
5:10,23
69:13
**International**
70:3
**internet**
69:3,17,18
**interpret**
147:6 150:8
151:15,17
205:23
**interpretatio
n**
104:22
**interpreted**
104:20
**Interrogatori
es**
254:23 271:7
**interrogatory**
255:2
**interrupting**
12:23
**intimately**
94:18

**intro**
233:2
**introduced**
10:10
**inventory**
239:9,25
**invest**
25:10,18,21
26:9,12,17
27:6,12,16
54:11,15
86:14
**invested**
25:14,25
**investing**
26:25 54:3,
7,14
**investment**
24:16,18
55:4
**investments**
41:15,17
246:22
**investor**
41:20
**investors**
41:18 57:2
**invoice**
20:3
**involved**
19:13 66:7
73:18
**isolated**
239:23
**issuance**
81:4
**issue**
119:19,25
149:5 151:25
196:15,18
**issued**
119:23 120:2
**issues**
10:17,21
11:3
**items**
132:24

150:12
151:23 152:3
153:3 156:9,
11,12 161:18

_____

**J**
_____

**Jaci**
218:15,17
219:12
220:12
**Jacob**
28:18,21
40:24 41:8
**Jacquilyn**
218:10 269:9
**James**
241:15,21
242:16,20
245:4 258:6,
8,12 259:8
270:10,13
**January**
105:22 110:7
119:20
136:23
138:12,23
157:13,14
159:9,14,19,
20 161:9,10,
21 163:7,9,
25 173:12,13
174:3,4
175:21,25
177:20
184:23
185:15
194:5,18
208:8,15
209:3 210:12
211:13,22
212:7
224:18,25
225:7 226:25
228:7 231:6,
16 267:19
268:19

**Jefferson**
 71:13,17
 73:7,8,11,
 18,22,25
 74:6,9
**Jeremy**
 145:9
**job**
 15:15,18,20
 51:10,25
 54:2 55:20
 70:10 96:18,
 19
**jobs**
 15:24 16:3
 76:18
**jog**
 233:7,15
**Jones**
 255:10,11
**June**
 201:18,21
 204:11
 246:3,14
 270:19

────────────

**K**

────────────

**keep**
 92:19
 113:14,18,22
 114:8,13,14,
 18 129:17,
 21,25 130:4,
 12 204:25
 205:5 206:7
**keeping**
 212:13,20
 245:8
**kept**
 115:4
**Kevin**
 89:11,12,16,
 18,22 90:5,
 8,11,15,19,
 24 97:10,14,
 20 98:14,22

 99:2,20,25
 100:6,18,22
 101:2,8,12
 111:12
 113:3,5,9,
 12,14,19
 114:2 116:25
 117:11
 128:20
 129:8,11
 130:15
 235:17,20,24
 236:3
 251:22,25
 252:3
**kids**
 87:24 88:9
 196:24 197:9
 229:16
 231:25
**kind**
 19:3 22:11
 23:21 63:18
 92:2 157:11
 178:9 184:15
 185:17
 195:12
 205:20 216:5
 229:9,10
 249:5
**Kingston**
 49:15,16,19
 52:3,6
 185:13
**know**
 9:6,8,17
 10:7 11:14
 12:2 17:8
 22:22 23:6
 24:14,20
 25:23 26:3
 29:2 32:15
 33:12 39:6
 56:11 59:25
 66:18 79:15
 80:22 84:10
 89:12,16
 91:14,20

 100:17 101:4
 108:11 109:5
 113:8,11
 114:10
 115:2,3
 116:19
 119:17
 120:22
 124:11 125:4
 133:9,18
 134:4 138:3,
 25 141:6
 146:18
 147:3,5,23
 148:24 155:8
 156:19,20,21
 159:25
 160:23
 161:11
 162:24
 167:14
 168:7,23
 169:15,20
 179:19
 182:2,11
 183:6 186:9
 187:7 188:25
 189:2 200:2
 203:4,25
 206:11 207:6
 209:10
 210:23
 214:23
 222:21
 229:16 231:8
 234:4,18
 235:11,19,24
 236:2 237:11
 240:5,13
 243:13
 247:16
 249:12 250:9
 251:3 258:18
 259:20
 260:22
 262:7,8,9,
 14,15 263:16
**knowledge**
 42:24 235:14

 237:17
**knowledgeable**
 187:2
**known**
 89:18

────────────

**L**

────────────

**L-E-E**
 28:20
**L-E-I-D-O-S**
 67:13
**label**
 157:18,21
**labeled**
 252:14
**labor**
 61:11 62:15
 64:10 66:3
**lake**
 52:8
**landscape**
 51:9
**language**
 132:9 136:5
 138:9
**large**
 5:20 150:5
**lasts**
 91:19
**latest**
 201:17
**law**
 258:17
**lawsuit**
 257:18,21
 259:19
**lawyer**
 156:21
**lawyers**
 147:4
 259:10,14
**layman**
 92:3
**layman's**
 80:24 81:2

82:17,19
layperson
  109:10
  202:25
lead
  164:3 216:10
leader
  66:18 238:3,
  5
leaders
  238:25
leads
  216:7
learn
  244:13
learning
  18:17
leave
  92:13 103:5
Lee
  28:18,19,21,
  23 40:24
  41:8,11
leeway
  263:12
left
  117:15
  184:21
left-hand
  95:7 158:22
legal
  6:8,14 19:3
  136:3 138:16
  139:19
  147:11
  148:21
  156:20 262:6
Leidos
  67:11,14,24
  68:2,5
  70:12,16,22
  71:8
lessons
  223:13,17,
  21,24 224:10
  225:3,16
  226:7,10,12

227:7,23
228:8
level
  50:12 247:13
  249:5 250:2
liability
  72:6 218:22
license
  223:14,18,23
lieu
  6:23
life
  7:11,23
  80:7,17
  81:18,23
  82:3,8,13
  83:2,11,16,
  23 84:4,9,
  11,16,23,24
  85:4,5,9,15,
  19,23 86:2,
  6,9,21
  88:11,19
  89:7,13,19
  90:2,6,9,14,
  20 91:2,4,6,
  9,10,13,14,
  18,21,25
  94:3,19
  95:23 97:3
  99:11,12,14,
  21,23 100:2,
  7,19,23
  101:9,13
  102:25 103:4
  105:2 106:9
  107:7 110:6,
  14 111:24
  117:22
  118:3,7,9,
  10,16 120:5
  129:12,14,22
  130:4,23
  131:8 140:5,
  17 158:16
  160:16
  161:3,5
  188:12,16,

19,23
189:22,24
190:15,22
194:7 196:20
197:10 200:6
201:9,22,25
202:21
203:3,6,8,9,
13,14,16
205:14,25
206:20 207:7
208:10,22
209:6,12,15,
20,22 210:7,
17 212:24
213:11,21
215:9,15,18,
22,24 216:2,
6,7,8,12,16
217:10,13,23
218:3,4,22,
24 219:3,16,
23 220:7,9,
14,15,24,25
221:9,16,17
222:2,12,14,
16,18 228:20
229:6,7,25
230:15,21
232:5,18
235:12,22
241:22
242:15,21
243:5 244:25
245:12
247:4,7,13
248:9,13
250:2
251:11,18,22
252:4 254:22
255:5,6,14,
17 256:20,23
257:2,8
258:20
259:16,23
260:8,19
262:11,17,24
267:13,19
268:17,20,23

269:12,15,
16,18,19,22
270:4,7,13
271:3,7
lifestyle
  82:4,15
  107:6,13,18,
  20 108:24
light
  98:6
likelihood
  83:4
limited
  72:6
line
  161:2 170:8,
  14 172:19,20
  201:21
lines
  239:20
link
  208:10
  209:2,11
  210:12
  211:18
  268:20
Linton
  245:5
liquidated
  247:21
liquidating
  238:19
liquidation
  238:20,23
  239:7,17
listed
  118:23
  121:15
  132:21 147:8
  155:13
  156:17
  161:18
  162:22
  165:15
  177:19
  182:16
  222:11

249:19 255:6

**listing**
182:14
240:24 241:3

**litigation**
80:8,18

**little**
92:19 114:11
229:10,17
263:12

**live**
15:6,8
47:17,19,24
52:16,20

**lived**
48:4,7 49:5
52:18 185:14

**Livenote**
272:4

**liver**
222:23

**living**
48:19

**LLC**
71:20 72:9
73:23

**Load**
250:11,17,
20,23 270:22

**loaded**
261:24

**loan**
26:21 27:5,
10,14 101:10
164:9,13,18
189:9,13
191:16,17
192:3,5,15,
18,21 194:6,
10,15,22,25
195:10,14,16
198:11,19
199:14,21,24
213:10,16,22
214:4,9,18,
20 233:8,20
234:2

**loans**
101:11
191:22,24
198:9 199:9
200:4,10,15,
20 245:18,20
260:5

**local**
19:9

**located**
6:9 15:11
68:12

**locked**
5:13

**logistics**
233:4

**long**
8:10 23:24
27:23 28:23
47:19,24
48:16,24
50:4 52:18
55:17 67:19
70:7 89:18
92:25 113:9,
12 131:25
158:4 184:14
195:17
230:16,19
231:11
238:24

**look**
105:15,20
117:17 121:6
122:15 134:7
148:6 157:17
168:10
172:13 177:4
185:18
187:15 191:7
192:7,24
193:14 201:4
212:22
216:19 218:7
219:19 230:5
233:9 243:22
251:9 252:7,
13,14 260:24

**looking**
106:21
112:20,23
122:6 148:9
163:13,14
185:12
187:13
202:20
204:20
217:22 218:2
219:3 230:14
231:18
244:18
263:17

**looks**
105:18,25
107:10
127:10
159:23 162:2
163:3 177:23
185:10
189:16
192:14
193:21
194:6,9,15
196:19 198:9
204:16
205:18
213:9,20
217:8 221:10
230:8

**lose**
76:5

**loss**
66:18 77:6
238:3,5,21,
25 239:19

**lot**
153:4 158:18
178:20 212:5
262:8

**lots**
114:10
207:15

**loud**
142:22 165:6

**low**
250:11,17,

20,23 253:16
270:22

**lower**
135:5 253:16

**lunch**
92:7,12,18,
20,23 93:2,
5,7,11,17
98:23 99:4

**Lytle**
7:8 12:13
13:3,4 18:19
19:7,25
20:14,21
21:7,17,25
22:12 23:8,
13 24:3,13,
23 25:3,17
26:2,7,19,24
27:2,7,17
28:9 29:7,
17,22 30:7,
22 31:5,9,
14,18,23
32:9 33:17,
22 34:3,9,16
36:20 37:5,
11 38:6,10
39:5,16,19,
23 40:22,25
42:2 43:5,13
45:3 46:6
51:15 54:4,
25 57:19
64:16,18,24
65:8,15,24
66:13 67:8
69:19 70:23
71:5,11 72:2
74:3,15,20
77:7,20
79:7,14,25
81:13 84:6
85:11 86:3,
11,16,18,23
87:20,25
88:13,20,22,
25 89:14

90:3,16
92:8,11
93:3,10
97:18,24
98:9,11,18
99:15
102:15,20
106:10,18
107:9 108:4,
19 109:4,16,
22 111:15
112:7 113:7,
16,21 114:9,
16,24 115:13
116:5,12,18,
23 117:14
119:16,24
120:21
123:10,20
124:12,25
126:7 128:7
129:23
130:7,22
132:11,22
133:5,8,16
134:3
135:17,25
136:11,19,24
137:2,9,14,
21 138:2,15
139:6,12,16
140:7,19,25
141:13,19
142:2,5
146:8,15,17
147:10
148:4,7,20
149:17,25
150:4 151:7,
22 152:7,18,
25 153:11,
13,21 154:3,
19,22 155:5
156:7,16
159:21
165:24
167:10
168:5,20
169:6,12

183:15,18
186:7,14,19
187:3,10,21
189:15,20
190:5,10,18,
23 191:5,19
192:19,22
194:14
195:18
196:10,17
197:5,12,14
198:22 199:2
200:7,12,17,
22,24 202:7
203:22
204:7,12
205:3 206:9,
15 207:3,21
208:5,24
209:8,18
210:3,6,21
211:7,15,17,
23 212:9,14
213:17
214:22
215:13,20
218:19
220:17
223:19
225:6,8,23
226:19
227:4,10,14
228:2,11
231:22
232:10,21
234:14
235:18
236:11
237:3,10,16,
22 240:4,12,
22 243:18
249:15 250:8
256:4,7
257:4,9,15,
25 258:16,22
259:25
260:9,15
261:16 262:5
263:2,7,10,

22 264:2

_____

**M**

_____

**made**
38:16 65:23
67:6 83:10
84:16 90:9
105:3 111:24
128:6,9
131:24 135:8
160:8 163:16
167:9 169:4
175:12
176:9,23
180:6 236:20
238:12
243:19 250:7
**mail**
158:18
185:21,25
198:7
**mailed**
166:5 183:8
**mailing**
95:13,16
**maintain**
35:15
**maintaining**
35:17 129:13
**major**
199:11
**make**
10:17,20
11:2 12:4,21
21:6,9 38:12
39:18,21
41:17 43:3,
12,16 44:10,
16,21 45:21
46:12 60:16,
19,22 65:3,
4,6,12 74:9
75:22 76:8,
24 77:19,21
79:22 80:3
87:18 125:20

139:10
140:3,14,21
158:8 164:5
165:11
176:19
186:12,21
199:10,12
213:10,21
215:8 232:3
236:9,20
237:2,5
238:11 242:7
245:5,8,18,
22 246:24
247:19
**making**
44:13 76:25
90:19 130:5
188:11
236:19
**male**
95:21 110:21
119:3 120:16
122:2,12
124:9,23
125:16
126:18 137:8
138:13,24
145:24 146:6
**malicious**
221:10
**manage**
61:3,4,7,10
**managing**
56:8,16,17
**manner**
7:5
**marathon**
9:18
**March**
6:3 215:8,23
216:12
222:15 223:2
272:22
**margin**
237:8 240:6
**mark**
204:18

**marked**
11:6 12:25
94:5,15
105:12 110:8
157:8 181:22
188:6 191:11
192:11
193:5,18
197:25
201:11
208:12 213:2
215:6 216:25
218:12
219:25
221:3,19
222:3 228:21
229:19 230:3
241:4,17
242:17 244:5
246:5 250:18
251:14
254:24
260:25 261:5
267:9
**market**
46:23 47:2
54:5,8,12,
15,16,24
55:4 86:15
**marketing**
158:19
**marks**
45:8,12
62:4,8
93:14,18
142:7,11
184:3,7
235:2,6
256:10,14
264:3
**married**
47:4,6,8
52:22 84:15
88:16 197:9
**Maryland**
49:7,11,14
50:14 51:24
52:3

**match**
185:4
**materials**
186:25
198:10
**math**
163:11 164:2
**Matt**
210:2
**matter**
6:4,25 8:8
108:17,25
206:6
**matters**
255:16
**Matthew**
7:8
**Max**
23:5,6,11
**maximize**
87:12,14
**maximizing**
87:19 88:3
**maximum**
128:11,20
130:15
134:25
135:2,7
144:4,5,16,
21,25 145:4,
20 146:5,13,
25 253:20
**mean**
19:3 25:14
34:21 58:11
69:17 77:5
78:8 84:8
87:5 92:11,
21 93:5
109:11
114:17
129:20 134:5
138:4 153:7
159:3 183:19
187:13,14,18
202:23
204:10

206:21,24
207:2 224:9
240:17
243:12
245:17
**means**
9:2 66:19
79:23 86:9
87:11,12,19,
21 102:7
109:6 126:15
137:12
138:24
161:12
162:25 205:8
**meant**
12:14,23
87:8 88:4,14
202:25 203:5
207:6
**media**
16:11,13
36:22,23
37:15,17,21
38:4 39:24
42:14,15,19
43:4,8 45:9,
13 62:4,9
93:14,19
142:7,12
184:3,8
235:2,7
256:10,15
264:4
**media-related**
37:4 38:3
**medical**
17:12,13,23
19:17,23
81:24 82:9,
15 103:16,21
105:9,18
106:24
107:6,17
108:23
109:13
141:21 195:4
222:22

267:16
**medication**
222:24
**medications**
8:16
**medicine**
17:18
**meet**
17:21 89:10
**meeting**
23:24
251:21,24,25
252:2
**member**
56:8,16 72:9
104:4 224:19
226:17
**memory**
233:7,15
**mentioned**
63:15 155:16
220:12
231:25 238:3
258:6,7
**met**
21:19 22:6
23:19 89:6,
13
**Method**
245:5
**metropolitan**
52:5
**mic**
145:9
**middle**
12:9 102:23
111:19
134:10
145:14
166:19
167:20
184:16
**Milford**
48:23,24
49:6 51:5,
11,23

mind
  63:3 64:13
  65:19
  176:16,17
  231:9
mine
  137:17
minimum
  100:9 262:19
minor
  14:19
minute
  11:21 57:9
  193:9 204:13
  220:12
minutes
  57:10 93:5
  183:20,23
misheard
  32:13
mishearing
  32:2
misstates
  114:24
  148:22
  203:23
  209:21 228:3
misunderstand
ing
  102:6
misunderstood
  33:21
moment
  11:2 94:7
  157:10
  241:19
Monday
  6:2
monetary
  24:16 77:21
money
  26:12,17,18
  27:6,11,15
  38:12 39:18,
  21 41:10,13,
  16 76:6,8
  87:17,18

133:15
188:23
190:16
196:11 201:2
213:15
245:24
Monica
  193:2,25
  194:4,11,21
  196:5,16,25
  197:7 201:8,
  15,20 202:4,
  13,17 208:16
  268:9,17
month
  118:13
  127:15,23
  128:5 129:17
  130:2 131:24
  133:15
  142:24
  143:6,8,18
  144:5,12
  147:21
  148:2,18
  149:15,23
  154:11
  160:13
  171:2,5
  173:11 174:3
  175:16
  177:23
  180:25 182:5
  253:12
  254:3,6
monthly
  128:2,11,20
  129:3,4,8,13
  130:5,15,17,
  20 131:14,
  20,23 132:2,
  3,4,8,16,24
  134:11,16,25
  135:2,7,11
  138:9,14
  139:4 143:3,
  9,20,23
  144:4,6,16,

21,25 145:4,
16,20 146:5,
13,25
149:14,20
155:15,21,24
156:2,3,13
160:7 170:3,
16,18,23
171:4,18,20
172:2 173:3,
4,5,14,15,
17,22 174:7
176:10,24
177:13,18
178:2 179:2,
7 180:13,14
181:19
253:14
254:7,10
months
  50:6 96:4
  103:6 104:3
  173:7,12
  181:4 224:21
  226:16 227:2
morning
  7:22 10:4
  11:17
mortality
  135:6
mortgage
  73:9,15,24,
  25
mortgages
  73:16,17
  74:2,5,14,19
mountain/rock
  104:11
mouth
  22:18
move
  47:22 48:19
  49:5,19,25
  50:18,24
  51:4,23
  52:2,6,9
  177:7 179:21

moved
  50:13 51:11
moves
  50:14
multiple
  76:2 171:22
muted
  145:10

_____

N

N-U-V-E-N-T-
I-O-N
  16:17
name
  6:7 7:6,22
  12:9 16:13
  17:4 35:20,
  23,24 59:10
  110:20
  184:23 258:4
named
  73:2
names
  13:7,10,12,
  16 52:14
  75:2 258:8,
  12,18
Narisco
  6:7
necessarily
  80:9 108:5
  196:6 197:6,
  19 198:23
  200:13
  232:23
  245:14
  246:25
need
  9:6,8,17,18,
  22 21:10
  45:4 51:13
  57:8 92:4
  99:17 181:10
  183:19,20
  188:15
  193:10

200:11,16,21
204:12 236:9
239:8 249:19
263:15

**needed**
82:25 165:21
190:17 191:3
195:10 200:5
233:5
245:19,23

**needs**
66:24 67:3
87:22 88:6
91:6 108:16
201:3 237:2
247:4 255:18

**negotiate**
58:21

**net**
246:9,13
249:19

**network**
18:9,11
244:20

**networking**
75:21

**networks**
18:14,18
21:15

**never**
46:9,13,15,
17 116:3
223:14,17,23
253:19,21

**newsletter**
42:17,19,22
43:4,8

**nice**
196:12

**Nick**
221:25 222:6
223:3 225:3
269:21

**nine**
50:6 131:11,
12,13,16
155:20,24

172:24
178:2,16,19
179:3

**nonetheless**
262:2

**nonresponsive**
179:22

**nonsmokers**
141:11

**nontobacco**
120:16
122:3,13
124:9,23
125:16
126:18
145:25 146:6

**Northeast**
158:24

**Nos**
94:4 110:8
157:6 188:5
193:4 197:24
201:10
208:11 230:2
242:16 244:4
246:4 250:17
251:14
267:14,20,22
268:4,10,15,
18,21 270:7,
14,17,19,22
271:4

**notary**
7:18 272:4,
6,20

**notebook**
10:3,8 93:24
110:3 188:2
251:9 261:2

**noted**
22:10 170:15

**notice**
7:25 11:5
157:12
159:13 161:8
165:3,7,15
166:2,7
174:6 175:9

181:15,21
182:24
184:22
267:11

**notices**
157:4 158:16
166:9 185:24
198:12,18,20
199:5,9
254:13
267:21

**notwithstandi
ng**
239:24

**number**
10:19 24:21
45:9,13
62:5,9 63:23
64:7,9
93:15,19,25
94:12,16
95:5 100:13
102:10,24
103:15
104:15
105:8,21
106:3,15,22
107:4,5
110:4 117:18
120:25
124:15
131:11
142:8,12,17
153:2 156:25
157:18,22
161:3,4
167:17
168:11,19
169:22
172:7,18
173:3,25
175:10 176:7
177:9,12,25
178:4,15
179:25
180:11
181:18,22
182:6,14

184:4,8,13
185:3 191:8
192:8,24
193:25
194:12 195:5
201:5 208:7
213:6 214:24
218:8 219:20
220:22
224:14,17
225:14,22
227:12,22
228:23
229:20 230:4
233:18
235:3,7
242:9,11
244:23
245:25
251:10
252:23
254:19 255:2
256:11,15
260:25 264:4
267:7

**numbers**
158:5 164:2
172:20
174:19,20
176:3 177:4
178:8

**Nuvention**
16:15,18,22
18:24 19:4,
6,14,18
20:16 21:2,
6,21 22:5,6
23:16 24:6,
19 25:11
26:6,9,13,
18,25 27:6,
12,16,19,23
28:8,12,13,
14,24 29:4,
12,16,20,23
30:3,9,16,19
31:4,8,12,
17,22 32:19,

22,25 33:4,
8,16 34:2,7,
11,18,24
35:5,8,11,
14,18 36:3,
7,10,12,17,
21 37:3,7,
14,15,17
38:8,12,14,
17,19,25
39:3,11,22
40:15,19,20
41:4,7,14,22
42:5,10
45:18,21
46:21,24
68:3,5 71:22
72:21 73:3

**Nuvention's**
34:13

---

**O**

---

**oath**
6:23 227:16

**object**
18:19 19:7,
25 20:14,21
21:7,17,25
22:12 23:8,
13 24:3,13,
23 25:3,17
26:2,7,19,24
27:17 28:9
29:7,17
30:7,22
31:5,9,14,18
33:17 34:3,
9,16 36:20
37:5 38:6,10
39:5,16,23
40:22,25
42:2 43:5,13
46:6 51:15
54:4,25
57:19 64:16,
18 65:8,15,
24 66:13

67:8 69:19
70:23 71:5,
11 72:2
74:3,15,20
77:7,20
79:7,25
81:13 84:6
85:11 86:3,
11,16,23
87:20,25
88:13,20
89:14 90:3,
16 97:18
98:9,18
99:15
102:15,20
106:10,18
107:9 108:19
109:16,22
111:15 112:7
113:7,16
114:9,16
115:13
116:5,12,18,
23 117:14
119:16,24
120:21
123:10,20
124:12,25
126:7 128:7
129:23
130:7,22
132:11,22
133:5,8,16
134:3
135:17,25
136:19,24
137:21
138:15
139:6,12,16
140:7,19,25
141:13,19
146:8,15
147:10
148:4,20
149:17,25
151:7,22
152:7,18,25
153:11,13,21

154:3,22
155:5 156:7,
16 159:21
165:24
167:10
168:5,20
169:6,12
186:7,14
187:3,10,21
189:15,20
190:5,10,18,
23 191:19
192:19,22
194:14
195:18
196:10,17
197:5 198:22
199:2 200:7,
12,22 203:22
204:7 205:3
206:9,15
207:21
208:5,24
209:8,18,25
210:21
211:7,15,23
212:9,14
213:17
214:22
215:13,20
218:19
220:17
223:19
225:6,8,24
226:19
227:4,10,14
228:2 231:22
232:10,21
234:14
235:18
236:11
237:3,10,16,
22 240:4,12,
22 243:18
249:15 250:8
257:4,9
258:16
259:25
260:9,15

261:16 262:5
263:2,7

**objection**
27:2,7 29:22
39:19 64:24
79:14 86:18
97:24 98:11
108:4 109:4
114:24 137:2
146:17 150:4
186:19 191:5
197:12,14
200:17,24
202:7 207:3
210:2 225:23
257:15

**objections**
7:4 113:21
136:11 137:9
138:2 142:2
254:21 271:6

**objective**
39:17 43:8
44:11 45:17
60:22 65:6,
9,11 72:16
76:11,14,15,
25 86:20,25
88:4,18

**objectives**
76:17,24

**obligated**
152:15 153:7
238:10

**obligation**
238:13

**obligations**
152:23 154:7
239:2

**obtain**
27:10,14,15
200:4,10,15,
20 217:13

**obviously**
9:18

**Occupation**
96:9

**occur**
207:24 208:2
260:23
**occurred**
143:16
**October**
191:16
**offer**
219:16
221:18
269:19
**offerings**
219:9,12
221:9
**office**
17:10,11,12,
14,23 19:17,
23 62:22
90:24 117:16
194:3 258:17
**offices**
117:9
**offsetting**
199:18
**okay**
11:8 12:6,7
13:16 32:17
36:23 37:7,
20 38:24
41:16,19
44:16 45:8
50:17,22
51:10 57:12
58:6 59:14,
23 60:12,21
61:4,9 64:12
65:17 66:5,
8,9,15,23
69:6,12,16
70:15,20
71:4 72:25
73:21,24
76:15,17,19,
21,23 77:9,
13 78:12
80:25 83:7
88:24 90:13
92:25 93:9

94:7,11,14
96:2 98:15
99:8 105:6,
14,20 108:6,
14 110:10,16
111:9,12,18
115:16
116:15,20
117:3
118:14,18,21
120:15
121:3,6,14
122:6,17,18
125:10
126:22
127:6,10
128:14,23
129:3 130:25
131:12,13,
17,22 132:20
134:9 137:6,
18 138:8
139:10
142:5,21
143:17
144:10
145:10,13,23
154:22,23
157:2,16,25
158:6,9
160:5 161:24
162:3 164:4,
11,25 165:4,
5 166:11,21
167:5,19
168:12
169:14,23
171:13
172:8,17,19,
23 173:2,10,
17,20 174:23
175:18
176:22
177:11
179:21,24
181:9,12,13
182:20
185:12,20
187:25 189:6

191:13 192:7
193:7,12,13
197:20
198:3,24
201:6 205:7
208:14
210:3,6,11
213:4,19,23
214:2 215:2,
11 216:2
217:3 219:3,
13,19 220:3
221:5,12,14,
23 222:5
223:12
224:15
230:4,7
233:13,15,19
234:24
238:15
239:6,10,13
243:7,10
244:6,10
246:8 247:5
248:16
250:6,23
251:16
252:7,12,15,
22 253:4
256:7,8
259:18 261:3
263:22 264:3
**ol'**
205:13
**older**
100:17
229:16
231:25
**Olive**
89:11,12,16,
18,22 90:5,
8,11,15,19,
25 91:8
97:10,14,20
98:5,14,22
99:2,20,25
100:6,18,22
101:2,8

105:3 111:13
113:3,5,9,
12,14,19
114:2 116:25
117:11
128:20
129:8,11
130:15
235:17,20,24
236:3
251:22,25
252:3
**Olive's**
90:24 97:23
98:3,7
**once**
8:7 135:8
143:12 174:3
**one**
11:21 27:8
28:16,25
32:13 41:4
45:9 47:21
48:2 49:2,24
56:8 59:12
65:9 68:16
70:21 76:14,
23 85:3 94:7
95:4 96:20
98:17
108:15,22
111:25 120:9
125:11,12
132:3 143:4
150:22,25
156:11,12
157:13,23
163:23
166:23
167:18
172:23
178:7,21
188:19
191:24
211:4,10
216:9 219:10
233:22
241:19

247:18
**ones**
179:11,12
199:6
**ongoing**
27:20 236:8
**online**
18:16 215:18
216:4,11
218:5
**open**
10:14,24
124:8
**operate**
72:12 77:5
236:19
**operation**
45:21 46:25
60:23 74:7
75:8 77:16
**Ophthalmology**
17:20
**opinion**
65:23 66:10
141:9,10,15,
24,25 233:19
**opposed**
53:17,23
78:5
**option**
102:18,19
120:9 125:12
150:22,25
189:12
199:21
**options**
78:25
**orally**
9:2
**order**
12:16 18:3
21:9 27:11,
15 43:16
58:8,25
59:6,8,10,11
65:18 76:24
133:25

143:16 233:5
236:8,22,24
237:4
**organized**
229:11
230:23
231:24
**outcome**
6:12
**outlines**
104:5
**outside**
5:10 53:2
203:2
**outstanding**
214:4
**overcharged**
243:8,17
**oversight**
24:10
**owned**
31:11 32:3,
4,7 33:7,12,
16,19,25
222:9
**owner**
28:13 30:15
43:11 68:22
165:3,7
166:7,9
**ownership**
30:19,25
32:11 34:2
56:20,23
72:20 73:3,
11 74:23
75:5
**owning**
133:21,23

———————————

**P**

———————————

**p.m.**
62:10 93:16,
20 142:9,13
184:5,9
195:24

201:21
235:4,8
256:12,16
264:6,8
**pace**
51:8
**pack**
240:19,20,23
241:2,4,10
**packet**
205:13
**page**
94:22 95:4
102:24
103:24
104:14
117:17
118:18
120:24
121:14,16
122:4,5,14
124:7,14,22
125:5
126:12,25
127:25
128:12
131:11,12,
13,15 134:7,
10,25 142:16
143:17,22
144:7,17
145:2,3,6,7,
12,13,14
146:4,16
147:8,13,16
148:6,9
151:13
152:15
154:12,15,16
155:9,19,20,
24 157:5,7
159:6 161:7
162:23
164:5,21
166:3,10,19
167:17,19,20
168:3,19
169:22,23

170:5 173:3,
16,21 174:2,
11,13 176:20
177:6,12,17,
25 178:2,15,
16,19,21,24
179:3,25
180:20
181:16,17
183:9 187:16
205:11
224:16
226:14 230:6
246:9,16
247:3
249:18,25
252:22
254:25
267:7,22,23
**paid**
19:23 40:13,
14,15 80:2
111:24
127:18,23
131:24
132:18
154:18
155:7,11,12
167:12
170:2,10,13
171:8 174:16
175:12,24
176:25
180:13
**pain**
114:11
**Pam**
205:12
**paper**
96:17 252:10
**paperwork**
120:14
158:19
**paragraph**
138:9 166:6
**paren**
124:8

parenthetical
  122:8,10
  125:19
parents
  52:12 78:5,
  20 196:23
  197:4,11
Parodi
  222:2,6,8,11
  223:3 225:3
  269:22
part
  5:20 24:8
  48:22 75:9
  81:5,10,16,
  22 82:3,7,13
  105:2 106:8
  107:3,7
  108:7,9
  111:13 132:6
  133:4,23
  135:13
  139:20
  143:12,15
  154:7,11
  156:5,14
  206:3 240:3
partial
  213:21 214:4
participants
  5:4,17
participating
  6:18 253:24
particular
  44:22 67:7
  126:10,11
  136:16 185:8
  207:8 233:2
  242:2 262:4
parties
  7:3 272:14
partner
  16:24,25
  24:7 29:15,
  20 30:10
partners
  16:22 18:23
  29:6,11 30:4

party
  6:11
patent
  16:20
patents
  36:22,24
  37:4,16,18,
  21 38:3,4
  39:24
Patricia
  52:15
pay
  40:24 41:7,
  10 57:25
  61:15 79:23
  109:19
  118:9,15
  154:8 155:8
  176:5 201:2
  214:4,18
  233:8,20
  234:2 238:13
  239:19 253:9
payable
  117:23,24
  191:14
  193:21
paying
  41:23 42:6
  78:4,6
  127:15
  160:13
  186:13,23
  203:2,21
  243:15
payment
  160:5,8,12
  167:8 169:4
  213:10,22
Payment/
withdrawal
  180:3
Payment/
withdrawals
  181:7
payments
  130:6 160:7
  161:19

162:3,4
163:16
166:21
167:15
180:2,6
199:12
Payments/
withdrawals
  166:23 167:7
Payroll
  62:24
pays
  38:22
penalty
  7:2
pending
  12:18 40:11
  44:4 114:23
  153:16 155:4
  186:18
  197:18
  236:17
  257:14
people
  9:18 36:13
  56:18
  109:12,19
  140:4,5
percent
  31:4,8,12,
  17,21 32:3,
  5,7,8,19,22,
  25 33:4,7,13
  56:25 101:22
  127:17,22
  155:7 164:8,
  10,12,18,19
  169:4,9,16,
  18,25 170:9,
  12 171:7,10
  172:2
  174:12,14,
  15,23 175:3,
  6,11 176:10,
  25 177:5
  180:12,17,18
  182:23
  253:9,22

254:5,9
262:18,19,25
263:5
percentage
  30:18 33:12
  100:9,12,24
  101:24
  169:8,10
perform
  55:25 165:9,
  22
period
  22:4 30:11
  70:13 77:4,
  11,12,14
  80:20 87:13
  112:5 159:19
  161:9 173:12
  174:3
  175:21,25
  177:20 225:4
  227:3 236:18
perjury
  7:2
permitted
  149:15
person
  6:24 27:15
  84:3 122:21,
  24 123:8,12,
  17,22 124:2,
  16,19 126:2,
  13 139:9,24
  194:2 229:6
  255:10
personal
  40:5 51:6
  102:25 107:6
  166:8 222:7
personally
  26:9 54:15
Philosophy
  14:16
photo
  7:13
physical
  61:13 217:20

249:6

**physically**
6:19

**piece**
245:6,12,15

**Pierce**
223:25
224:11
225:4,16
226:8,11,13
227:23 228:9

**pilot**
104:4,5
223:5,13,21
224:19,20
226:17,18,20

**place**
68:18,20
90:23 187:9
207:11,17,20
208:23
231:24
248:10
272:11

**places**
162:23

**plaintiff**
7:9 11:5
185:2 267:11

**Plaintiff's**
254:21 271:6

**plan**
97:3 102:11,
13 103:5
104:3
117:19,25
120:5
121:13,17,23
160:8,12
226:15
253:5,6,7

**planned**
168:13,15,
18,22 176:5
224:21

**planner**
244:12,17,

19,21

**planning**
244:19
246:3,14
250:7,10
270:19

**please**
6:15 7:5,12
11:21 12:8
16:9 27:3
29:18 31:24
36:9 40:10
42:3 43:23
44:3 59:9
61:21 65:25
72:23 94:8
99:14,19
108:21
113:17
114:22
122:19
123:11
134:14,15
136:4 139:22
142:22
146:21
153:14
154:24 155:3
165:6
186:15,17
197:15,17,21
201:5 212:22
214:25 226:5
236:12
241:19
244:25 256:3
257:10

**pleased**
196:4

**PLTF**
185:2

**PLTF-WHITMAN**
110:8 193:4
201:10
208:12 215:6
216:24
218:12
219:24

221:2,18
222:3 228:21
230:2 241:16
242:17 244:4
246:4 250:18
267:20
268:10,18,21
269:4,7,10,
13,16,20,22
270:4,7,10,
14,17,19,22

**point**
51:18 92:13
117:2
130:18,24
223:22 237:5
246:3 258:2
270:19

**pointing**
196:25 197:8

**points**
196:22

**policies**
242:16,21
270:13

**policy**
91:4,18
99:24 100:4,
7,16,24
101:2,11
103:2 110:6,
7,14,24
111:6,11,13,
20,22 112:2,
6,10,13,16,
19,21,24
115:7,9,11,
15,17,22,25
116:4,7,10,
13,16,22,24
117:11,12
118:4,7,9,
11,16,20
119:9,11,15,
22 120:20
121:13,18,23
122:25
123:3,13,19

124:4 125:22
126:3,10,11
128:16,25
129:18,22,25
130:5,11,19
132:8,16,18,
21 133:3,4,
6,10 134:17,
21 135:10,
12,20,22,23,
24 136:5,7,
17,21,22
137:4,5
138:7,12,20,
21,22 144:2,
8,11 147:15,
18,20 148:2,
12,16,17,25
149:5,10,15
150:5,19,21
151:5,11,25
155:18,22
156:4 157:4,
12 158:16
159:7,8,19,
24 160:3,25
164:9,13,17
165:3,7,9,
11,17,21
166:2,7,9
174:6 175:10
177:15
180:22
181:15
188:12,16,
19,20,23
189:8,10,13
190:15,22
191:17,25
192:16
194:7,23
196:23
197:10
198:8,18
200:4,6,10,
16,21 205:14
207:9,11,24
208:3
209:15,17,20

210:8,16,20,
25 211:5,9
212:13,19,25
213:10,12
216:17
229:6,8
230:15
232:5,15,19
233:4,17
234:8,9,13,
17 235:13
241:14,22
243:6,8,9,
11,12 245:2,
12,17,19
247:7,8,13
253:8,20,23
255:14
258:21
259:16,24
260:8,19
262:3,12,17,
23,24 263:5,
9 267:19,21
268:23 270:9
**policy's**
199:15
**policyholder**
260:5 261:22
**policyholders**
236:4
**polite**
196:13
**portion**
99:23 203:3
205:15
**position**
227:8
**possible**
32:14 158:13
168:6,8,21
169:17
185:23 199:4
216:4,6,9
218:25
219:2,5
220:11,12
223:20

233:10
234:15
240:15 242:3
246:25 248:8
252:9
**possibly**
106:4 134:6
249:6,10
252:10
**potential**
22:16 39:25
40:3,12
220:15
235:21
**potentially**
189:9 218:24
238:11
239:18
243:15
**practice**
10:20 17:19
66:11 186:2,
4 230:21
**precisely**
75:15 138:4
**preference**
166:8
**premium**
101:16
102:11,14
127:3,7,11,
16,18,21,23
130:17
155:6,7,10
160:13
167:8,15,22,
25 168:14,
16,18,22
169:3,25
170:2,7,9,
10,12,13
171:6,8,9,
12,13,25
172:2
174:11,14,16
175:11,24
176:4,11,24,
25 180:2,6,

12,13,17,18
181:20
182:23
205:15
247:13 250:2
253:7
**premiums**
111:23
117:24
126:23
127:12
131:24
132:17
154:8,13,14
170:5,6
253:9
**preparation**
11:24
**prepare**
241:24
**prepared**
241:15
270:10
**preparer**
53:15,16,21,
23,25
**presence**
5:10
**present**
6:19 52:25
**presented**
7:14
**presently**
50:10
**presumably**
41:13 102:5
119:25
129:24
138:20 152:8
153:2 154:5
**pretty**
150:11
184:14
**prevented**
115:10,14
**previously**
70:15 71:7

73:2 74:24
210:18
225:12,21
227:21
254:14
**Prewett**
6:14 272:4
**price**
20:5 42:16,
18 43:7,17
44:12,18
59:15 60:2,
15,18 63:12
65:21 237:9,
13,25 238:6,
17 239:3
240:3,9,20,
24 241:6
**prices**
36:6 42:10,
13,21 43:2,
16 58:24
67:24
**pricing**
43:9 60:14
240:6
**Prime**
71:13,17
73:7,8,11,
18,22,25
74:6,9
**principal**
55:21 56:14
67:17
**printed**
252:9
**printout**
100:15,25
101:4
**prior**
11:16 23:16
55:10 67:10
78:21,25
80:17 81:4
98:23 114:25
116:3 203:23
208:16
209:21

226:21 272:5

**Private**
5:8

**privilege**
259:5

**proactive**
83:19,21
85:16 86:10,
15

**probably**
18:12 20:7
36:8 46:7
63:2 78:8,10
89:21 102:3
114:10,12
115:8,23
196:12 199:9
207:10
213:11
217:12
222:24
229:16 233:3
234:6 242:6
245:15
248:12,18
249:16,17

**problem**
13:2

**Procedure**
6:22 8:3

**proceed**
32:12

**proceeding**
5:5

**proceedings**
6:16

**process**
18:6 42:20
81:6,10,16,
22 82:3,8,13
108:8,10

**processing**
62:24

**produced**
185:9

**product**
38:23 40:13,

14 42:15,19
43:4,8,17,18
44:12,14,17,
18,22 46:22
47:2 69:20,
21,22,23
219:9,12
221:9
237:19,24
238:6,9,16
239:2,8
240:7

**products**
16:19 36:6
40:16 42:12,
14,22 44:8
46:3,7,9,13,
14,18,19,21
57:15 238:21
239:15,17,18

**professional**
103:21
141:21
232:14,16
233:19 272:4

**professionals**
255:4

**profit**
21:6,9 38:16
43:3,12,16
44:8,10,16,
21 45:22
46:12 60:16,
19,22 65:3,
5,7,12,18,23
67:7 74:10
75:23 76:24,
25 77:19,21
236:10,19
237:2,5,8,21
238:12,18,21
240:6,16,24
241:3,11

**profitable**
45:18 57:5
61:2 72:14,
17 76:12
77:6,10,11,

12

**profits**
236:20,21
237:15
238:2,7
239:4 240:2,
11,21 241:7
261:24

**programming**
28:22

**project**
66:12

**project-by-
project**
22:11

**projected**
135:6

**prompted**
233:8

**proper**
214:21

**propose**
39:21

**proposed**
94:24 95:8
105:23

**proprietor**
16:21 21:5
23:22

**protective**
12:15

**provide**
18:3 23:21
24:15 35:3
36:15 57:14
65:22 69:4
76:18 82:14
159:18 160:3

**provided**
19:24 20:5
23:15,20
24:10 34:8
36:6,10,17
40:16 67:24
75:13,16
101:2 106:22
120:20

121:13,17,23
135:3 186:25
196:4,8
261:22

**provides**
57:18,22
58:4 153:19
159:13
244:14

**providing**
20:10 21:14
43:18 44:13,
17

**provision**
132:25 139:5

**provisions**
131:19 133:4
152:11 154:2
253:8

**prudent**
186:24
232:13

**public**
7:18 35:2,12
272:4,6,20

**purchase**
78:22 79:5,
10 80:17
86:21 152:3
235:22 250:2
251:22 255:5
262:3

**purchased**
50:25 78:7,
14 80:8,16,
20 111:14
117:10 118:3
129:25
130:11
149:11
150:18
151:2,5,11
188:20
191:25
216:10 245:3
255:6

**purchases**
80:12

**purchasing**
  78:25 80:13
  83:16 86:9
  88:18 90:2
  203:16
  204:16 205:9
  252:4
**purports**
  160:3
**purpose**
  5:11 212:12
**purposes**
  7:25 8:2
  89:13 158:2
  181:11
**pursuant**
  6:21 7:25
  12:15 259:5
**pursued**
  219:18
**put**
  10:18 24:19
  48:3 166:9
  210:23
  247:24
**putting**
  204:6

─────────────

**Q**

─────────────

**qualification
s**
  74:12
**qualified**
  186:20
**question**
  9:7,8,13,22,
  23 11:15
  25:7 27:3,8
  29:9,18,25
  31:24 32:10,
  16 33:18,21,
  22 34:22
  35:7 36:25
  37:24 39:7
  40:8,10,11
  41:2,7 42:3

43:23,24
44:4,9 54:6,
9,10,19
57:20 59:24
60:5 64:19
65:25 71:6
75:17 79:8
80:10 81:14
85:12 88:2
96:2 97:19
98:20 99:16,
19 103:19
106:19
107:16
108:21
109:17
113:17
114:5,22,23
120:23
123:11
124:13 125:2
136:2,4
138:16
139:17,22
140:2,8,13,
20 141:14
146:9,21
147:11
148:5,21
149:18 150:2
152:19,20
153:10,16,17
154:19,23
155:4 169:13
173:20
176:17 178:7
181:5,12
185:7 186:8,
15,18 187:22
197:15,18
203:23
204:18
206:10
207:22
208:25
209:9,19
210:22,24
211:8,17,24
226:3,5,16,

23 227:5
232:22
233:11,14,22
236:12,17,23
257:10,13,14
258:23 259:6
261:17 262:6
**questionnaire**
  249:6
**questions**
  8:20,21
  32:14 57:13
  81:7,11,17,
  23 82:4
  92:23 102:24
  103:7,14,17
  104:10,14
  106:6,16
  107:6,7,22
  108:2,9,23
  112:6
  116:10,16,21
  117:4
  157:10,15
  165:21
  225:13,21
  227:22
  234:9,12,17
  251:6 259:4
**quick**
  45:5 57:10,
  12 61:21,25
  92:5 93:4
  183:16
**quote**
  195:21
  215:9,15,19,
  23,25 216:3
  218:5
**quotes**
  216:12

─────────────

**R**

─────────────

**racing**
  104:12
**radio**
  212:4,6

**rate**
  63:19,20
  66:6 101:22,
  24 120:16
  122:2,12,16,
  20,21
  123:16,18,
  21,22,25
  124:9,15,23,
  24 125:15
  126:14,18
  134:18,22
  137:19,22,25
  138:6,13,14,
  24 139:8,14,
  24 143:3
  144:22
  145:24 146:6
  164:7 241:14
  253:15,16,
  21,22 262:18
  270:9
**rates**
  58:12,13,16,
  22 59:17,19,
  22 60:4,7,9,
  10 63:13,14,
  15,17,24
  128:12,21
  130:16,21
  131:5
  134:12,16,
  17,24 135:2,
  3,4,5,7,11,
  21 136:7
  138:10,19
  139:5 143:21
  144:6,17
  145:2,16,21
  146:5,14
  147:2,8,9
  242:14,20
  253:19,20,22
  261:23,25
  262:10
  270:13
**reach**
  90:5 230:23

William T. Whitman Vol I Confidential
March 01, 2021                    45

231:11,20
232:2,9
**reached**
  194:11
**reaching**
  230:14
  231:19
**read**
  18:17 32:14
  40:10,11
  44:3,4
  111:6,9
  112:9,13,16
  114:22,23
  115:7,8,17,
  19,21,25
  116:3,7
  117:21
  121:21
  122:18
  131:17,20
  132:10 133:2
  134:14 139:4
  142:21
  147:13 150:9
  153:15,16
  155:3,4,25
  156:10
  158:3,4
  165:5 171:21
  186:17,18
  187:9,11
  193:10
  197:17,18
  198:17,18,
  19,25 199:4,
  5 201:19
  204:13
  210:16
  232:15
  236:15,17
  253:4
  257:13,14
  262:22 265:4
**readily**
  63:3
**reading**
  115:10,11,15

133:10
171:15 199:7
233:6 253:25
**ready**
  11:20 46:23
**realize**
  251:4
**realtime**
  228:5
**reason**
  50:15,20,23
  51:6,7
  97:17,23
  159:3 198:15
  200:5
  234:11,16
  246:15
  247:25
  257:16
**reasons**
  50:16 85:4,
  14 108:15,22
  114:11,12
  188:19
  191:25
**recall**
  15:12,13
  18:15,21
  19:11,19
  20:11,12,24
  22:4,19
  23:9,14 24:4
  26:21 30:20,
  23,24 32:11
  33:5,23 34:4
  35:13,20,23
  42:25 43:6
  48:4 50:21
  53:18 60:13
  69:8 71:18,
  21 79:3
  80:21 83:13,
  15,18 85:2,
  3,14 86:7,
  13,20 88:21
  89:2,3,6
  90:7,18
  96:15 97:8,

10 98:5,16
99:2,25
100:20,22,25
101:7,20,24
104:25 105:3
106:6,12,13
107:24
111:12
112:11
116:6,20
117:3 127:7,
21 128:8,22,
23 129:15
130:14
158:15,20
167:16
185:20
188:11,17
189:7,11,23
190:8 191:16
192:5,15,18,
21 194:20
195:14,19
196:19
198:6,13
199:3,6
200:8 212:15
214:11,13
216:15
217:16,18,19
220:8,19,20
221:8 232:6
234:10
241:25 242:2
243:20 248:8
251:4 255:25
258:10
262:21 263:3
**recalled**
  33:19 98:21
**receipt**
  12:19 111:23
**receive**
  11:24 18:2
  158:18 159:4
  165:16
  185:24 186:6

**received**
  21:15 111:7
  199:8 215:15
  242:5 252:19
**receiving**
  51:20
  158:15,21
  185:20 257:6
**recently**
  59:12
**recess**
  93:17
**recognize**
  94:17,19
  105:17,19
  110:11
  192:13
  193:20 198:4
  213:5 218:14
  220:4 221:6
  251:17
**recollect**
  101:14
**recollection**
  73:21 87:9
  95:22 97:23
  98:3,8 115:6
  127:13 128:6
  129:7 160:12
  195:9
**recommendatio
n**
  249:22,25
  250:7 251:5
**recommendatio
ns**
  249:19,20
  255:23
**recommended**
  23:11 97:22
**reconcile**
  70:19
**record**
  5:4,8 6:16
  7:7 12:22
  45:10,14
  49:9 53:14

62:5,10
66:22 79:19
93:15,20
94:10
134:15,20
142:8,13,22
165:6 184:4,
9 201:19
235:3,8
249:24
256:11,16
263:24 264:6
**recorded**
5:5,6
**recording**
5:12
**recover**
259:18
**Redmond**
47:23,24
48:7,10
50:19,22
**refer**
157:18
248:6,11
250:11
**reference**
222:2,11
269:22
**referenced**
177:24
178:2,25
180:21 219:6
251:21,24
252:6
**references**
247:19
**referencing**
102:5 138:21
198:8
**referred**
155:20 249:9
**referring**
33:19 59:20
60:8 124:23
138:6 139:17
173:15

215:12
222:15 231:5
243:11
**refers**
124:9,11,22
125:4,15,19,
23 135:15,24
136:22
137:23
138:10 168:3
173:22 195:6
246:9
248:18,19
**reflect**
106:23 196:3
213:13
215:17
**reflected**
168:18
175:24
178:3,17,24
179:8 181:21
182:6,24
194:12
**reflects**
150:22 151:4
152:5 164:6
168:22
175:20
180:24
204:23
**refresh**
195:9
**refund**
111:23
**regarding**
26:5 78:24
81:11 82:14
85:22 90:6,
19 101:8
106:16 129:8
199:9 218:21
230:15
233:25 243:5
255:13 257:2
260:18
261:23

**Registered**
272:4
**regulated**
260:13
**regulator**
260:18
**related**
6:10 36:22,
24 37:15,18,
21 38:4
39:24 69:25
195:12
204:15 205:5
222:24
**relating**
250:16
270:22
**relative**
272:14,15
**relevant**
16:20
**rely**
261:19
**remain**
29:14,19
30:10 48:16
118:10,11,16
236:24
**remaining**
238:23
**remember**
26:8,14,16,
20 33:11
34:14 36:4
38:7 43:10
69:24 72:13,
15 74:11
75:24 78:23
84:7,13
85:21,24
86:4,12,19
87:7 90:17
91:7 96:25
98:12,14,24
99:5,7,9,10,
11 100:14
101:18
102:16,22

103:18
112:8,25
115:5
127:15,24
129:19 130:8
158:13
188:21
189:21
190:19,24
191:22
192:2,4
194:24 195:2
198:15
203:10 208:4
209:10
212:10
216:13
217:15 218:6
219:5,7,8,
10,15,17
220:18
223:20,22
225:9,18
226:9 228:14
229:15
232:12,25
233:2 240:14
255:15
**remembered**
225:20
**remind**
178:7
**reminder**
51:16 211:19
**remote**
5:10,22,24
6:7,15 7:18
10:12 272:6
**remotely**
6:21
**remove**
5:15
**removed**
163:18,20
**renewable**
247:14
**renter's**
77:24

repair
  75:14,21
repay
  199:21 214:9
repeat
  9:6 27:3,8
  29:8,18,25
  31:23 36:25
  39:7 40:8
  41:2 42:3
  43:24 64:19
  97:19 99:19
  106:19
  108:21
  120:23
  123:11 136:4
  139:22
  146:21
  154:23
  173:20
  197:15 226:5
  236:12
  257:10
repeating
  176:16,17
rephrase
  9:8 11:15
  25:9 34:22
  37:2 38:2
  39:8 41:3
  43:23 54:6,9
  57:20 59:24
  64:21 65:25
  79:8 81:14
  88:2 120:23
  236:13
replace
  217:22 218:2
  243:15
  247:12
replacement
  165:10
replaces
  103:2
report
  56:7 105:10,
  18 183:3
  222:22

241:20
242:2,3,4,
16,20 254:17
267:16
270:13
reported
  56:3
reporter
  6:13,17 7:12
  11:6 40:10,
  11 44:2,4
  54:20 94:6
  105:12 110:9
  112:14
  114:21,23
  153:15,16
  155:2,4
  157:8
  186:16,18
  188:6 191:12
  192:12
  193:5,19
  197:16,18,25
  201:11
  208:13 213:3
  215:7 216:25
  218:13
  219:25
  221:3,19
  222:4 228:22
  230:3
  236:15,17
  241:17
  242:18 244:5
  246:5 250:19
  251:15
  254:24
  257:12,14
  261:6 263:19
  272:4,5
reporting
  6:20 7:5
represent
  7:23 108:13
  139:8,23
representativ
e
  257:18,21

represented
  111:11
representing
  140:11
  258:5,13
  259:11
represents
  168:9 169:16
request
  5:7 8:20,25
  165:13,17
  194:6,11
  215:8,15,18
  216:5 218:4
requested
  194:22
  241:23
requesting
  165:8,12
  166:15 217:8
  241:25
requests
  216:12 267:4
required
  64:11 66:3
  118:9,15
  153:8 154:17
  155:8,12
Requirements
  216:24 269:7
requires
  80:3 249:4
Rescue
  228:25
research
  78:24 86:5
residential
  73:25 74:4,
  13,19
residing
  7:17
respective
  26:5
respond
  9:12 216:14
response
  226:16

227:21
responses
  103:17
  104:14
  106:16,22,23
responsibilit
ies
  55:24 69:10
responsible
  35:17 36:2,5
  42:10 58:9,
  11 83:20
  85:6,9,17,20
  86:10,15
  87:4,6,11
rest
  253:10
restate
  113:17
  153:14
  186:15
restroom
  9:19 45:5
  57:9 92:22
  183:24
return
  111:24
  241:14
  242:15,20
  270:9,13
returned
  111:22 112:2
revenue
  21:15 38:14,
  16 40:20
  45:25 46:2,5
  63:5 64:14
  77:18 249:17
revenues
  21:10 64:23
  65:13 77:2
review
  10:14 11:21,
  23 81:3
  186:2,5,11,
  24 193:9
  198:10

205:12
233:5,13
246:3,14
247:8 270:19
**reviewed**
193:13
229:12 233:3
**reviewing**
104:16
106:14
**rider**
143:10 254:7
**riders**
132:4 156:3
179:6,7
253:13
254:11
**right**
5:22 28:15
39:10 43:12
44:25 45:7
63:22 65:19
76:22 83:5
87:2 88:17
94:21 95:25
96:18 101:15
111:20 113:2
118:22 122:8
124:19
125:24
126:12 130:3
131:21
134:14
135:21 136:9
137:7 145:6
151:3,12
152:10
154:16
155:19
156:12,24
158:10
159:12
160:21
161:17
162:6,10,16
163:6 170:15
171:6,17
175:5,14

180:9 181:5
187:18 193:8
195:3 201:14
202:12
243:14
**right-hand**
157:19
164:24 246:7
252:14
**rights**
152:22
**Rise**
228:25
**risk**
140:24 141:3
246:18,22
**risks**
140:22
**role**
24:5 58:15
65:22 67:23
**roles**
55:23
**room**
6:20 229:17
232:2
**Root**
145:9
**routine**
158:21
**rule**
6:22 9:21
**rules**
8:3,13
**run**
133:25
183:20,24
238:24
**running**
65:12 76:11
77:17
133:21,24

———————————

**S**

———————————

**S-H-I-E-L-D-S**
17:5

**S-H-U-R-P-A**
68:21
**SAIC**
70:13,17,22,
24,25
**salaries**
61:15 62:15
**sale**
238:20 241:4
**sales**
20:3
**Sandown**
49:21,22,25
52:7,9
**satisfactory**
196:9
**satisfied**
117:15
**save**
87:17
**savings**
92:2 99:23
100:24 203:2
**saying**
98:7 113:25
132:14
164:20
182:12
206:22 214:3
**says**
94:23 95:7
96:8,17 97:3
102:11,17
104:4 105:23
110:16,20,23
111:18,21
118:19,22
119:3,4,11,
25 120:4,8,
15 121:25
122:11 124:8
125:23
127:3,16
128:10,14
129:3
132:16,18
133:7 135:21

136:6,14,20
137:3,6,18
138:19
142:17
143:24
144:13,15,24
145:15,19,23
146:10
147:16,25
148:10,23
151:18,21
158:23
159:8,12
160:6,16
161:13
162:5,8,14,
19 164:7,24
165:2 166:7
167:21
168:13,15
170:4
174:15,17
177:13 178:2
184:22
223:13 230:9
247:12,15,
17,22 248:9
253:5 254:4
**scenery**
51:9,14
**schedule**
120:3 121:24
125:6,7,8,
10,17 126:22
154:13,14
170:5,6
**scheduled**
205:16
**school**
13:22,24,25
14:4
**Schwab**
248:7
**Science**
70:3
**scored**
246:17

**screen**
 5:21 101:5,6
**screens**
 5:14
**SCUBA**
 104:12
**search**
 244:15,20
**seasonal**
 239:8,17
**seasons**
 240:2
**Seattle**
 15:7
**second**
 167:18 183:8
 192:15 230:6
 261:4 271:8
**section**
 127:25
 131:14,18,21
 134:11
 135:10
**secure**
 27:6
**secured**
 27:5
**securing**
 218:24 247:8
**see**
 10:22 11:13,
 16,19 94:23
 95:6,12
 96:2,22
 97:2,5
 102:10
 103:8,13
 106:4 111:4,
 18 112:4
 117:18
 119:4,11
 120:3,6,10,
 11,16 121:4,
 5,8,9,19,24
 122:17
 126:9,22,24
 127:5,19,20

128:3,10,13,
 17,18 129:5,
 6 131:13,15
 132:19,23
 134:10
 137:20,22
 138:5 142:19
 143:23
 144:3,9,18,
 19 145:7,14,
 18,22 146:2,
 3 148:13,14
 149:6 154:14
 155:6,9,10,
 14,15,24
 156:9
 157:16,20
 159:7,10,15,
 16 160:5,9,
 15 161:2,15,
 22,23 162:3,
 21 164:11,
 15,25 165:4
 166:6,17,18,
 22 167:3,4,
 19,20,24
 168:13,15,24
 169:2,3,7,8,
 15,17 170:3,
 8,14,19,24,
 25 171:4,6,
 19 172:4,15,
 18,19,22,24
 173:4,23
 174:5,9,13,
 19,22
 175:17,18,22
 176:13,21
 177:10,21,22
 178:5,6,12,
 19 179:4,5,
 7,18 180:15,
 16 184:15,
 18,19,21
 187:16
 188:7,9
 193:7 195:25
 196:2,21
 201:12

205:19
 208:14,19,20
 223:7 224:23
 228:5 229:2
 230:4,7,12,
 17 231:4
 242:7 244:9,
 10 245:9
 246:11
 247:10,11
 248:21,22
 249:21
 250:4,5,12,
 13,20,22
 251:16
 252:15,25
 253:2
**seeing**
 106:22
**seek**
 44:10 233:24
**select**
 78:18
 102:13,18
 244:16
**selected**
 97:21 120:13
**self-taught**
 18:5,7
**sell**
 39:24 43:3
 46:3,10,19,
 21 57:15
 69:6 196:20
 216:7 238:20
 239:14,18
**seller**
 240:18
 241:9,10
**seller's**
 237:15,21
 238:2,7,18
 239:4 240:10
**sellers**
 240:2,5,6,8,
 15
**selling**
 46:7,14

74:13,18
**send**
 212:19
**sense**
 139:10
 140:3,14,21
 242:7
**sentence**
 138:10 144:3
 147:16
 148:10,13,
 14,23 150:9,
 11 155:16
**separate**
 132:24 163:3
 203:20 204:5
**separately**
 142:25
 167:13
**September**
 50:8 188:8
**series**
 103:13
**service**
 36:9,15
 38:23 40:13,
 14 43:17,18
 44:12,13,17,
 18 46:23
 47:2 211:20,
 22 212:12
 237:20,24
 238:6,9,17
 239:3 241:14
 270:9
**services**
 20:5,9
 22:14,17
 23:21 34:5,8
 35:3 36:6
 40:16 42:12
 46:8,10,13,
 14,18,19,21
 55:25 57:14,
 16,18,21,25
 58:2,3,7
 59:21 60:11
 63:7,14,16,

18 65:22
67:24 69:4
72:8 75:3,5,
8,11,13,15,
16,18,22
196:4 237:14
240:3,7,9
244:14
250:11,17,
21,24 270:22

set
65:21 176:5
254:23 271:7
272:11

sets
149:4 253:18

setting
5:15 58:9,
12,15

setup
164:3

seven
172:24 235:7
246:17
256:11
263:11,20,21

sex
134:18,22
137:7,11,12,
17 138:12,23

SFLIC-W
94:5 105:11
157:6 188:5
191:11
192:11
193:18
197:24 213:2
251:14
267:14,17,22
268:4,6,8,
13,15,24
271:4

SFLIC-W-
0000207241
94:22

shared
10:23

sheet
149:2
184:15,16,20

shields
17:2,6,8,13,
16,19,21
18:3,22
19:12,24
21:19,24
22:6,22
23:11,14,19,
24 24:11,15,
19 25:10,14,
18,21,24
26:4 28:8
29:6,10,14,
19 30:5,10,
13,15,19,25
31:3,7,11,
16,21 32:6,
18,21,24
33:3,6,16,
20,25 39:11
41:20

Shields'
17:3 19:17,
22 23:3 24:5

short
93:5,7

Shorthand
272:5

shortly
196:8

show
7:13 167:8
179:11,12
208:6 229:19

showed
100:15 174:7

showing
94:14 168:3

shown
128:12
134:24 135:5
144:6,17
145:2

shows
127:14

166:21
167:12
173:11 174:2
175:11 176:8

Shurpa
68:20 69:2,
10,18 71:22
72:20 73:3
96:10,13,19

sic
224:18
225:2,4,7
226:13
227:8,24
228:8 235:12

side
95:7

sign
153:18,22
156:19,23

signature
94:24 95:2
105:21,23
252:16,18

signatures
94:23

signed
94:4 152:9,
11 153:9,24
156:14 254:2
267:14

signing
56:15 154:6

similar
60:10 63:15,
18 104:21

similarly
103:19
207:10

simple
151:16

simpler
131:9

simply
46:18

single
98:16

sit
53:19,22
103:10
106:14,21
107:25
112:12,15
114:17
115:18
255:16

skimmed
199:9 242:6,
23

skydiving
104:12

slightly
263:11

small
223:5,12

smart
66:10 207:14

smoke
141:18

smokers
141:11

smokes
141:17

sold
46:9,13,15,
17 74:4

sole
16:21 23:22

solvent
79:17,22
80:3 236:9,
25 237:4
238:24

someone's
145:9

sooner
141:17,18

sort
260:3,11
261:19

sought
160:20,23
208:22

sound
224:9
sounds
95:25 170:20
175:2,5,8
188:14
source
26:18 27:14
190:16
249:12
sources
63:5
spam
221:13
span
228:16
speak
78:21 229:18
230:10 232:2
255:19
speaker
5:14
speaking
190:8 210:2
236:8 245:16
speaks
136:2 138:17
139:18 148:7
156:8 202:8
specialist
220:7
specific
12:18 59:9
77:14,18
91:19 97:13
158:21
178:7,10,22
196:18
198:15
223:22
225:10,18,20
226:9 228:14
229:14
237:17
239:21,22,
23,25 241:25
258:8

specifically
97:10 100:14
104:4 119:18
124:10
125:19
127:24
130:20
158:14
181:18
189:23
190:13
191:20
194:24
195:2,11
198:5 199:3
209:10,11
212:10
217:15 219:7
220:5,18
229:15 231:8
232:7,12
240:14,16
243:20
254:25
specifics
69:24 156:21
179:5,13
203:4 219:17
233:3 255:15
262:14
speculation
108:20
spell
16:16 17:3
28:19 67:12
spoken
130:19
sports
223:4,9
spotlight
5:15
spotlighted
5:13
stable
236:25
Stand
62:3 93:13
142:6 184:2

234:25 256:9
standard
120:16
122:2,12
124:8 125:15
126:17
145:24 146:6
start
18:10 143:6,
7 158:10
167:6 253:6
started
12:15,24
53:9 56:10
207:15
starting
193:9
state
6:5 7:11,23
78:17,18,22
79:2 80:6,9,
16 83:11
84:17 88:8,
12 89:8,20
90:10,20
94:4 95:24
106:9 107:8
110:5,15
111:24
116:4,16,21
117:9 126:18
130:19 131:2
132:7,8,13
138:11 139:3
144:11,22
146:7,12,24
147:7,21,25
148:18
149:14,23
152:6,9,23
153:25
154:18
155:9,22
156:6,13,15
157:3
158:17,19
160:8,12
165:14,18,

19,22 176:9,
23 180:7
182:9 183:13
188:4,12
191:10,15,
17,23
192:10,16
193:17
194:23
195:21
197:23
198:8,11,17,
19,20 199:16
200:6 202:4
209:7,13,16,
20 210:8,9
212:23
213:11
214:19
217:22 218:2
224:2,17
227:9 229:24
234:8,12,17
235:12,16,21
236:4
241:14,22
243:6 245:11
248:13
251:13
254:22
255:13
256:23
257:3,8,23
258:20
259:15,21,23
260:7,13,17,
18 261:12,
14,21 262:11
267:14,18,21
268:3,5,7,
12,14,22
270:6,9
271:4,6
stated
76:23 146:16
152:16
227:21
231:18

William T. Whitman Vol I Confidential
March 01, 2021                    52

**statement**
  6:15 99:18
  125:20
  173:10,14,
  15,18,19
  177:2,19
  181:15 183:7
  197:23 206:2
  243:20
  244:23
  247:11
  268:14
**states**
  95:20 128:4
  135:11 156:4
  169:24
**stating**
  7:6
**Station**
  68:9,10
**status**
  157:4,12
  158:16 174:7
  175:10
  181:15
  267:21
**stay**
  195:17 237:4
**steer**
  113:2
**stenographicaly**
  272:10
**Stephanie**
  47:7,10
  52:23 53:2
  195:6 216:22
  217:8 256:22
  269:6
**steps**
  60:25 65:2
**stock**
  54:5,8,11,
  15,23 55:4
  86:14
**stop**
  243:14,15

**store**
  240:17
**straightforward**
  150:11 171:2
**Street**
  6:9 95:13
  158:24
**strength**
  79:5,11
**strike**
  21:20 23:18
  46:19 139:3
  179:22
**string**
  158:4
**structure**
  73:22
**student**
  15:25 16:4
  104:5 224:20
  226:17,20
**stuff**
  169:20
**subject**
  80:7,18
  193:3 201:9,
  21 208:10
  215:5 216:23
  218:11
  219:23
  220:25
  221:17 222:2
  228:19
  229:24 244:3
  253:8 261:20
  268:10,17,20
  269:4,7,10,
  12,15,19,22
  270:3,6,16
**submit**
  216:5
**submitted**
  215:18 218:4
**submitting**
  216:11

**SUBSCRIBED**
  265:10
**subsequent**
  127:11
**subsequently**
  236:20
**substantially**
  100:5
**suggest**
  97:15
**suggested**
  97:9 219:6
**suggesting**
  58:20 97:11
**suggestions**
  255:23
**Suite**
  6:9
**summary**
  198:25
**Sun**
  52:17
**supplies**
  62:22
**support**
  6:8,14 17:22
  18:3,7,18
  19:16 21:14
  23:16,20
  24:12
**supposed**
  100:15
**sure**
  10:17,20
  11:2,16
  12:21 25:10
  27:4,10
  29:10,19
  30:2 31:25
  34:23 35:24
  37:3 39:9
  40:6 41:4
  42:4 43:25
  44:24 54:7,
  11 57:21
  59:12,25
  61:23 64:20,

  22 77:13
  78:4 79:9
  81:15 83:5,9
  85:13 95:12
  97:20 99:20
  106:20
  108:22
  112:19
  113:18 116:6
  120:24
  123:12
  133:23 136:5
  139:7,23
  146:23
  153:18
  154:25
  155:11
  158:20 164:5
  167:11 168:7
  171:10
  173:21
  176:18,19
  178:9,23
  179:16
  187:23 191:6
  199:10 226:6
  227:18
  234:22
  236:14
  245:5,14
  247:19
  249:2,6,10
  251:25
  252:5,11
  256:4 257:11
  262:16
**surrender**
  131:25
  253:17
**surrendering**
  247:7
**switch**
  114:12
**sworn**
  7:18 265:10
  272:6

**T**

tab
  6:14 93:24
  94:12 105:7
  110:3 156:25
  187:25
  212:22 272:4
Tacoma
  13:19 52:21
  68:13 95:14
take
  5:20 9:16,
  17,20 11:2
  15:2 18:16
  20:17 44:24,
  25 60:25
  61:24 64:8
  65:2 87:21,
  23 88:5,10,
  15 90:22
  92:7,18,20,
  23 93:10,11
  101:11
  105:15 142:3
  157:10
  174:23
  183:16,23
  188:18
  189:12,13,18
  190:21
  191:24 193:8
  194:25
  204:12
  217:20
  223:24 225:3
  226:12 233:9
  234:22
  243:22
  245:18,20
  256:2,5
  263:23
taken
  5:25 7:25
  45:11 62:7
  93:17 132:17
  133:4,7,25

  142:10
  155:22
  156:5,13
  171:3 173:11
  174:2 180:25
  182:22 184:6
  190:6 230:22
  235:5 254:3
  256:13
  260:5,6
  272:10
takes
  132:8 139:9,
  24
taking
  92:12 191:17
  192:15
  222:25
  223:21
talk
  13:20 85:22,
  25 91:8
  101:16,19,
  21,23 102:2,
  8 131:6
  207:16
  234:20
  255:16
talked
  62:15 91:12
  101:10
  111:16 117:8
  131:3 143:19
  171:25
  174:11
  178:21
  180:9,20
  210:16 234:6
  235:25
  254:14,17
talking
  8:22 62:13
  63:10 100:22
  130:15
  160:25
  178:10
  179:19
  189:23

talks
  143:17
  154:12
  247:20
Tamara
  215:4 269:3
task
  58:8,25
  59:5,8,10,11
  61:11
tax
  53:15,16,21,
  23,25 133:13
taxes
  53:4,7,12,
  17,20,23
technician
  6:8
technology
  12:6 96:9,14
tell
  12:8 35:2
  37:7,13
  42:12 50:13
  59:8 80:25
  83:18 98:15,
  20 99:8,14,
  20 100:6,11,
  13,18 150:10
  169:16
  196:14
  203:11 204:9
  206:23
  219:13
  227:16
  237:24
  241:18 243:3
telling
  100:2 109:24
  111:13
  126:17
tells
  152:17,21
ten
  8:12,14
  92:14,15
  103:15
  172:24

  183:20,23
  223:14,17
  224:5
ten-minute
  45:2 142:4
term
  66:18 87:10
  91:9,14,19,
  21 130:23
  131:8 202:21
  203:6,8,9,
  14,16
  204:16,22
  205:9,19,22,
  24 206:14,
  18,20,22,24
  209:22
  217:17
  219:16
  220:13,25
  221:17
  222:16,18
  250:2 256:22
  257:2,8
  269:15,19
terminology
  83:6 243:14
terms
  80:24 81:2
  92:3 104:13
  164:5 192:5,
  21 195:14
  245:2 247:14
testified
  7:19 33:15
  70:15 71:7
  210:18
testify
  7:19 8:17
  272:7
testimony
  6:25 40:7
  41:22 42:4,7
  70:17 114:25
  203:23
  209:21
  227:24
  228:3,7,15

265:5 272:10

**Thank**
13:4 33:24
228:13
234:24

**thing**
65:18 200:11
207:7

**things**
9:19 64:8
65:12 99:12,
13 101:7
112:20,23
153:4 158:20
212:6 235:20
247:18 251:8

**think**
20:2 28:16
34:17 37:8
40:17,23
41:19 53:25
76:22 77:8
80:13,23
87:2,10,12
99:6 102:9
104:20 105:5
109:9
110:12,14
111:8 112:9,
13,16 118:17
129:20
135:14 139:7
140:22
141:2,11,18,
22 145:10
146:18 157:9
160:14 166:2
178:25
181:24
185:22
186:10,20,24
188:22
189:4,7
194:3 195:3,
11 197:7
198:16
199:13,17,
22,25 200:9

202:20
205:4,20
208:3 211:19
212:4 213:7,
21,24
214:15,16
217:25
219:18
221:13
225:10 229:9
231:23
232:13,14
233:16
237:19,23
238:6,13,16
239:2,11
242:23
243:19
245:15
247:2,25
257:24
258:11
260:3,4,7,
10,16
261:18,20
262:13,14
263:8

**thinking**
20:23 63:2
115:2

**third**
94:22

**Thomas**
12:10 52:15
89:23

**thoroughly**
186:3,5

**thought**
32:2 33:15
36:17 83:19,
23 84:10,13
85:15,16
86:14 87:3,7
167:12
187:4,5
189:9 229:5

**three**
57:10 62:9

70:8,18 71:2
93:15 104:2
118:18
121:15,16
122:5 124:7,
22 126:25
127:25
132:4,20,24
143:22
147:14,16
148:6,9
151:13
154:12,15,16
155:19
156:11,12
158:5
167:17,19
169:22,23
170:5,22
171:24
172:4,23
173:3,21
174:11,13
177:6,12,25
178:15
180:21
181:17
224:20 225:5
226:15,21,24

**threshold**
108:17,25

**thumb**
185:17

**Thursday**
201:20

**Tice**
219:22
220:6,9,13
269:12

**Tim**
117:5 131:3,
4 194:3
196:5,15

**time**
6:3,4,13
16:6 20:13
22:4 27:9
53:6 77:4,

11,12,14
78:6 80:13,
20 84:14,15,
20,22,24
87:8,13
89:7,19
91:19 92:16
95:17 96:6,
24 98:4
100:5,7,10,
25 104:8
106:17,24
115:3,4,24
117:10 119:9
130:9 134:5
152:3
183:16,24
190:17
191:22,23
195:3,13,20
198:7 199:8
201:2,3
203:10,17
205:16,22
214:10
220:16
222:25
228:16
229:14
236:18
246:13
247:23
253:23
262:10
263:14
272:11

**times**
8:6 76:2
115:20 143:3
172:18,22
174:2 207:12
233:18

**title**
55:20 56:9,
12 67:16

**tobacco**
96:3 139:10,
13,15,25

140:4,5,16,
23,24 141:3
**today**
6:2 8:17
10:9 11:24
12:11 53:19,
22 74:24
103:10
106:14,21
107:25
110:15
112:12,15,17
113:22,24
114:17
115:18
160:25
207:12
212:18,21
230:11
258:5,13
259:12
**toe**
222:24
**told**
100:8 225:12
**tolerance**
246:18,22
**top**
95:6 104:14
110:16
118:19
125:23
142:17
148:25 159:7
184:22
185:12 193:2
196:21 201:8
229:23 244:2
262:15
268:9,17
270:6,16
**total**
163:18
204:25
**trades**
54:18,23
**training**
18:2 74:17

**transaction**
67:7
**transactions**
166:19
172:11
239:23
**transcript**
12:17,20,25
51:18 225:15
228:6 265:5
267:9 272:10
**trash**
245:5
**travel**
103:6
**treated**
103:15,20
**treatment**
51:19,21
**true**
71:9,12
109:21
147:23
149:9,13
151:13,21,24
182:11
210:24
223:16,23
226:6,10
272:10
**trust**
111:10
113:15,20
114:6,15,19
**trusted**
112:25
113:3,5,25
115:4
**truth**
7:19 227:17
272:7
**truthful**
96:6 103:11,
17
**try**
9:19 115:21
126:21 131:7

179:22
206:19,23
210:18
230:23
**trying**
34:23 35:4
39:9 40:6
46:16 57:24
58:2 64:3,5
70:19 80:11,
14 83:21
85:7,8,18
87:16,17,18,
23 88:10,17
146:19
196:20
205:18,24
206:4 229:9
**Tuesday**
223:2
**turn**
103:24 105:6
110:2 145:6
164:21
184:21
197:20
214:25
220:21
229:20
250:14
254:18
**turned**
78:10,12
189:10
256:20
**twenty**
78:9
**twice**
162:22
**two**
45:13 52:19
62:5 70:19
85:14 89:21
91:24 103:24
104:14 132:3
143:4,6
156:11,12
162:22

172:23 206:4
208:16
224:16
226:14
238:15
**two-page**
204:14
**type**
17:18 19:2
23:18 24:15
56:20 69:21
74:2 78:13
248:23
**types**
75:15,17
82:5 86:6
91:9 259:3
**typical**
236:3

---

U

**UL**
189:13
191:17,25
192:16
194:23
**ultralight**
104:6
**um-hum"s**
9:3
**umbrella**
218:22
**unable**
46:18,21
109:12 191:3
**undergo**
82:9
**underneath**
110:20,23
118:25
143:19
145:23
161:17 172:5
**understand**
9:9 35:4
39:9 40:6

46:16 58:3
64:6 78:2
80:23 81:15
85:7,18
88:17 91:25
98:19 107:21
108:2
109:11,14,
18,23,25
117:13
118:4,8,14
120:22
125:18,20
131:9 132:6
133:11,14
140:11
153:5,6,17
164:14,15,
16,20 165:9
172:5
179:10,20
187:5,6,8,
20,24 195:16
199:15,20,23
207:9,18,19
210:19,25
211:5,11
212:11 214:7
227:19
232:15
233:17 236:7
242:8,24,25
247:19
260:12,16
261:13
**understanding**
23:10 34:24
80:12,25
81:5,9,21
82:2,7,12,
18,19,23
83:8 91:23
104:18
109:8,9
164:6 209:6
212:16,18,21
246:12
**understood**

9:13 63:25
118:6,12
133:10,19
195:19
199:17,22
**underwriting**
80:22,23
81:2,6,10,
16,22 82:3,8
108:7 122:20
123:7,8,17,
18,21 124:2,
16 126:13,15
249:5
**unfair**
261:12,15
**uniform**
235:12
**unique**
235:17
**unit**
45:9,13
62:4,9
93:14,19
142:7,12
184:3,8
235:2,7
256:10,15
264:4
**universal**
91:3,10,13,
21,25 97:3
99:11,12,14,
21,22 100:2,
7,19,23
101:8,13
118:7,10,16
120:5 131:8
160:16
161:3,5
188:12,16,
19,23
190:15,22
200:6 201:25
203:3,13
205:25
213:20
229:25

230:15
235:22
244:25
245:12,19
247:7 255:13
258:20
259:16,23
260:8,19
262:11 270:7
**University**
14:9,10,21,
25 15:5,17,
21,23 16:7
47:16 53:11
**unnecessary**
225:25
**unpaid**
199:23
**upper**
5:22
**upset**
190:20
191:2,4
**urgent**
199:10
**user**
141:3,4
**utilize**
12:3 35:2,14
55:3,6,10
60:6 140:16,
24 212:8
**utilized**
35:6,9 41:17
140:15
**utilizes**
140:23
**utilizing**
10:6,9

_____

**V**
_____

**vague**
87:8
**vaguely**
83:14,17
89:5

**valid**
156:20
**valuable**
116:14
**value**
101:2 102:2,
3,4 116:17
131:25
143:7,10,11,
13 161:15,
18,25 164:8,
9,12,13,17
167:2 189:8
199:15
213:14
214:18
242:15 245:2
253:10,11,
14,17 270:13
**values**
100:16
131:19
177:22 178:6
**varies**
58:5 93:3
**various**
161:18 201:3
**venture**
223:4
**verbally**
6:25
**verification**
217:9
**verified**
7:15
**versus**
6:5 141:17
205:25
**video**
5:12,13,17,
20 6:8
**video-
recorded**
5:24
**videoconferen
ce**
272:6

William T. Whitman Vol I Confidential
March 01, 2021
57

VIDEOGRAPHER
 5:3 45:8,12
 62:3,8
 93:13,18
 142:6,11
 184:2 234:25
 235:6 256:9,
 14 263:23
 264:3
view
 5:14,21
 40:12
void
 112:2

---

W

---

wait
 8:20 244:6
waited
 230:16,19
 231:10
 232:13
waive
 7:4
waiver
 143:9
walk
 42:19 63:18
want
 5:19 10:7
 37:9 40:4
 43:11 44:25
 61:23 79:16,
 20 83:7
 92:19 97:7
 98:24 110:2
 121:6 122:14
 126:20,21
 164:4 170:4
 179:9 184:13
 203:11
 207:19
 224:13
 236:15,21
 247:19
 254:18

260:24
261:13
wanted
 12:4,21
 21:15 85:5
 116:11
 178:13
 203:5,10
 210:25
 229:12
 232:18
 233:18 251:6
wanting
 92:18 131:3
 203:7 211:21
 231:20 232:8
Washington
 13:19 14:9,
 11,22,25
 15:6,18,21,
 24 16:7
 47:17,18,20,
 23,25 48:5,
 8,11,12,14,
 17,20 50:13,
 18,19,23
 51:22 52:21
 53:11 95:14
 224:2 225:16
 226:8
way
 60:16,18
 117:12
 141:22 190:6
 201:23
 202:4,9,15,
 18 204:2,21
 211:11
 233:21
 242:10
ways
 58:6 211:4
web
 34:20 35:10
 69:22,23
website
 34:11,13,18,
 24 35:2,5,8,

11 244:20
went
 12:22 143:20
 180:2 189:8
 262:10
whatsoever
 65:22
White
 185:13
Whitman
 5:1,25 6:1,5
 7:1,22 8:1
 9:1,12 10:1,
 2 11:1,6
 12:1,8,10,11
 13:1,5,8
 14:1 15:1
 16:1 17:1
 18:1 19:1
 20:1,22 21:1
 22:1 23:1
 24:1 25:1
 26:1 27:1
 28:1 29:1
 30:1 31:1
 32:1 33:1
 34:1 35:1
 36:1 37:1,12
 38:1 39:1
 40:1,7 41:1
 42:1 43:1
 44:1 45:1,17
 46:1 47:1,4,
 7 48:1 49:1
 50:1,12
 51:1,16
 52:1,15
 53:1,4 54:1
 55:1 56:1
 57:1 58:1
 59:1 60:1
 61:1 62:1,13
 63:1 64:1
 65:1 66:1
 67:1 68:1
 69:1 70:1
 71:1 72:1
 73:1 74:1

75:1,3,5,7,
 11,16,18,22
 76:1,2 77:1,
 24 78:1
 79:1,20 80:1
 81:1 82:1
 83:1 84:1
 85:1 86:1
 87:1 88:1
 89:1,23 90:1
 91:1 92:1,9,
 17 93:1,23
 94:1,11,14
 95:1,8 96:1
 97:1,16
 98:1,4 99:1
 100:1 101:1
 102:1 103:1
 104:1 105:1,
 10 106:1
 107:1 108:1,
 7 109:1
 110:1,2,7,17
 111:1 112:1
 113:1 114:1
 115:1 116:1
 117:1 118:1,
 24 119:1
 120:1 121:1,
 17 122:1
 123:1,2,4,9,
 13,19 124:1,
 10,20,24
 125:1,8,16,
 24 126:1,6,
 16,19 127:1
 128:1 129:1
 130:1 131:1
 132:1 133:1
 134:1 135:1
 136:1,10
 137:1,13
 138:1 139:1
 140:1 141:1
 142:1,16
 143:1 144:1
 145:1 146:1
 147:1 148:1
 149:1 150:1

William T. Whitman Vol I Confidential
March 01, 2021                          58

| | | | |
|---|---|---|---|
| 151:1 152:1 | 229:1,24 | 10:1 11:1,5 | 101:1 102:1 |
| 153:1 154:1 | 230:1 231:1 | 12:1,10 13:1 | 103:1 104:1 |
| 155:1 156:1 | 232:1 233:1 | 14:1 15:1 | 105:1,10 |
| 157:1,5 | 234:1 235:1, | 16:1 17:1,2, | 106:1 107:1 |
| 158:1,23 | 11 236:1,7 | 3,6,8,16,18 | 108:1 109:1 |
| 159:1 160:1 | 237:1 238:1 | 18:1,22 | 110:1,6,17 |
| 161:1 162:1 | 239:1 240:1 | 19:1,12 20:1 | 111:1 112:1 |
| 163:1 164:1 | 241:1,15 | 21:1 22:1 | 113:1 114:1 |
| 165:1 166:1 | 242:1 243:1 | 23:1,11,19 | 115:1 116:1 |
| 167:1 168:1 | 244:1,3 | 24:1 25:1,10 | 117:1 118:1, |
| 169:1 170:1 | 245:1 246:1, | 26:1 27:1 | 24 119:1 |
| 171:1 172:1 | 3 247:1 | 28:1,7 29:1, | 120:1 121:1 |
| 173:1 174:1 | 248:1 249:1 | 6,10,14,19 | 122:1,25 |
| 175:1 176:1 | 250:1 251:1, | 30:1,4,9,15 | 123:1,3,9, |
| 177:1 178:1 | 12 252:1 | 31:1 32:1 | 13,19 124:1, |
| 179:1 180:1 | 253:1 254:1 | 33:1 34:1 | 10,20,24 |
| 181:1 182:1 | 255:1 256:1, | 35:1 36:1 | 125:1,8,16, |
| 183:1 184:1, | 19,22 257:1 | 37:1 38:1 | 23 126:1,6, |
| 12 185:1,2, | 258:1,22 | 39:1 40:1 | 16,19 127:1 |
| 13 186:1 | 259:1 260:1 | 41:1,19 42:1 | 128:1 129:1 |
| 187:1 188:1, | 261:1 262:1 | 43:1 44:1 | 130:1 131:1 |
| 4 189:1 | 263:1,15 | 45:1 46:1 | 132:1 133:1 |
| 190:1 191:1, | 264:1,5 | 47:1 48:1 | 134:1 135:1, |
| 10 192:1,10 | 266:8 | 49:1 50:1 | 23 136:1 |
| 193:1,3,17 | 267:12,16, | 51:1 52:1 | 137:1,12,24 |
| 194:1 195:1 | 19,22 268:3, | 53:1 54:1 | 138:1,11 |
| 196:1 197:1, | 5,7,10,12, | 55:1 56:1 | 139:1 140:1 |
| 23 198:1 | 14,20,23 | 57:1 58:1 | 141:1 142:1 |
| 199:1 200:1 | 269:7,10,12, | 59:1 60:1 | 143:1 144:1 |
| 201:1 202:1, | 15,19,21 | 61:1 62:1 | 145:1 146:1 |
| 3 203:1 | 270:3,6,10, | 63:1 64:1 | 147:1 148:1 |
| 204:1 205:1 | 16,18 271:3 | 65:1 66:1 | 149:1 150:1 |
| 206:1 207:1 | 272:6 | 67:1 68:1 | 151:1 152:1 |
| 208:1,9 | **Whitman's** | 69:1 70:1 | 153:1 154:1 |
| 209:1 210:1, | 94:3 135:23 | 71:1 72:1 | 155:1 156:1 |
| 7 211:1 | 137:24 | 73:1 74:1 | 157:1,5 |
| 212:1,25 | 138:11 | 75:1 76:1 | 158:1,23 |
| 213:1 214:1 | 267:13 | 77:1 78:1 | 159:1 160:1 |
| 215:1 216:1, | **wife** | 79:1 80:1 | 161:1 162:1 |
| 23 217:1 | 51:19 87:24 | 81:1 82:1 | 163:1 164:1 |
| 218:1,11 | 88:9 195:6 | 83:1 84:1 | 165:1 166:1 |
| 219:1,23 | 196:24 | 85:1 86:1 | 167:1 168:1 |
| 220:1,25 | 197:3,10 | 87:1 88:1 | 169:1 170:1 |
| 221:1,17,25 | 217:7,19 | 89:1 90:1 | 171:1 172:1 |
| 222:1 223:1, | 256:22,25 | 91:1 92:1 | 173:1 174:1 |
| 4,10 224:1 | **William** | 93:1 94:1,2 | 175:1 176:1 |
| 225:1 226:1, | 5:1,25 6:1,5 | 95:1,9 96:1 | 177:1 178:1 |
| 4,6 227:1,17 | 7:1 8:1 9:1 | 97:1 98:1 | 179:1 180:1 |
| 228:1,19 | | 99:1 100:1 | 181:1 182:1 |

183:1 184:1
185:1,13
186:1 187:1
188:1,4
189:1 190:1
191:1,10
192:1,10
193:1,17
194:1 195:1
196:1 197:1,
23 198:1
199:1 200:1
201:1 202:1
203:1 204:1
205:1 206:1
207:1 208:1
209:1 210:1
211:1 212:1,
25 213:1
214:1 215:1
216:1 217:1
218:1 219:1
220:1 221:1
222:1 223:1
224:1 225:1
226:1 227:1
228:1 229:1
230:1 231:1
232:1 233:1
234:1 235:1
236:1 237:1
238:1 239:1
240:1 241:1,
15 242:1
243:1 244:1
245:1 246:1
247:1 248:1
249:1 250:1
251:1,12
252:1 253:1
254:1 255:1
256:1 257:1
258:1 259:1
260:1 261:1
262:1 263:1
264:1,5
266:8
267:11,13,
16,19,22

268:3,5,7,
12,14,23
270:10 271:3
272:6
**win**
259:19
**withdraw**
188:23
190:14
200:4,10,15,
20 201:2
**withdrawal**
188:11,15
189:10,13,
17,19,24
190:7,9,21
212:24
213:21 214:4
268:23
**withdrawals**
134:5 166:22
168:18
188:18
245:18,22,24
260:5
**withdrawn**
133:15
**witness**
5:12,15,18
6:24 7:12,14
32:2,3,5,9
33:24 61:25
88:24 92:25
93:4,9,12
139:20
191:13
209:19 210:5
234:24 256:8
258:2 266:5
**witness's**
5:20
**witness-only**
5:12
**witnessed**
8:9
**Wohlstadter**
10:10,23

**wondered**
116:13
**Woodinville**
48:12,13,17,
20 50:23
51:2,4
**Word**
22:18
**words**
125:5 152:14
164:16
178:20
187:19,23
206:6 235:19
**work**
19:13,22,24
20:6 22:9
28:23 56:18
67:10,19,21
68:2,14,20
70:2,5,7
71:13,16
82:16
**worked**
16:23 18:24
28:8,12,14
53:2 68:18
189:21 194:2
**workers**
61:16
**working**
12:5 21:13,
22 53:10
68:4,5
70:12,13
96:12,16
244:9
**works**
12:3 32:15
45:3,4 109:8
253:5,6
255:10
**world**
138:25
**worth**
212:13,20
245:8
246:10,13

**writes**
223:3
**writing**
165:14
**written**
26:5 145:5
**wrong**
40:14 198:24
227:12
**wronged**
257:23
**wrote**
202:12,14
230:9,13
231:10

---

**Y**

---

**yeah**
37:13 45:6
58:13 84:13
89:2 95:25
96:15 109:7
125:18
129:24
131:20
145:10
152:22
157:22
164:23
180:15
183:22
195:12
203:15
204:15
207:23 208:6
219:10
224:12
225:18
228:14
233:12
234:22
238:19
252:20
260:16
**year**
28:25 29:2
47:21 48:2,

4,7,13 49:2,
24 68:16
77:15,17,19
115:23
134:17
135:9,22
136:7 138:20
167:9 173:7
224:6,11
225:17
226:7,13
255:19

**years**
8:12,14
14:10 27:25
28:4 29:4,
15,21,24
30:3,8 40:21
41:5,24 42:5
45:20 46:24
48:18 49:10
52:19 67:20,
21 70:8,18
71:2 74:6
75:7 89:21
100:16
103:15 104:2
113:13,15,
19,23 114:2,
7 115:16
116:9 168:23
207:12,17,20
208:16
223:14,17
224:5,20
225:5
226:15,21,24
230:15,21
231:19,21
232:5,9,13
245:7

**Yield**
245:5

**York**
6:10 52:11

**younger**
83:24 84:3,
9,11

---

### Z

---

**zero**
162:2 163:15

**Zoom**
272:6