# EXHIBIT 3

## [REDACTED EXHIBIT 3 TO DECLARATION OF CARI DAWSON]

State Farm Life Insurance Co.
3001 8th Ave
GREELEY CO  80638-0001
Telephone  (970)395-6268

**LIFE**

| POLICY NUMBER | | PLEASE PAY THIS AMOUNT |
|---|---|---|
| LF-1853-4088 | **Annual Notice of Policy Status** | NONE |

**INSURED**
WILLIAM T WHITMAN

WILLIAM T WHITMAN

▊▊▊▊▊▊▊▊▊▊▊

‖I‖I‖I‖II‖I‖II‖III‖I‖II‖I‖II‖IIII‖II‖I‖I‖II‖I

**POLICY DATE INFORMATION –** Your policy is dated January 16, 2001. This notice provides information from January 16, 2001, to January 16, 2002.

**PAYMENT INFORMATION –** No amount is due.  Your monthly payments of $175.00 are made on the State Farm Payment Plan.  Any payment received after January 15, 2002, is not reflected on this notice.

Continued planned payments of $175.00 each month will provide coverage until July 15, 2045, based on guaranteed rates and until the policy anniversary when the insured is age 100, January 16, 2081, based on current rates.

If no further payments are made, your policy will provide coverage until February 14, 2003, based on guaranteed rates; and until November 15, 2003, based on current rates.

**INSURANCE INFORMATION**   Insurance Amount

Universal Life                $500,000.00

**COST OF INSURANCE**        Insurance Cost

Universal Life                 $539.22

**ACCOUNT VALUE**

| | Increase | Decrease | Balance |
|---|---|---|---|
| Beginning Balance | | | .00 |
| Payments | 2,275.00 | | |
| Interest Credited | 40.86 | | |
| Expense Charges | | 173.75 | |
| Cost of Insurance | | 539.22 | |
| Balance as of Jan. 8, 2002 | | | 1,602.89 |
| Interest to Be Earned Jan. 16, 2002 | 6.88 | | |
| Total | | | 1,609.77 |

**INTEREST RATE –** The account value currently earns 5.75% except the account value equal to any policy loan earns 6%.  From May 16, 2001 to November 15, 2001, the current interest rate was 6%.  From January 16, 2001 to May 15, 2001, the current interest rate was 6.25%.  The interest rates are effective annual interest rates.

**SURRENDER VALUE –** The surrender value as of January 16, 2002, will be $949.77.  The total account value has been reduced by the surrender charge of $660.00 to determine the surrender value.

*Thanks for letting us serve you . . .*

*All amounts shown are subject to verification.
See reverse side for important information.*

← ←

Prepared    JAN 15 2002

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT**

**PLEASE RETURN THIS PART WITH YOUR
CHECK MADE PAYABLE TO STATE FARM**

INSURED    WILLIAM T WHITMAN

POLICY NUMBER    LF-1853-4088

**PLEASE PAY THIS AMOUNT**

NONE

*Your cancelled check is your receipt.  Any check, draft, or money order is received subject to collection.*

State Farm Insurance Companies
3001 8th Ave
GREELEY CO  80638-0001

‖I‖II‖I‖II‖I‖II‖I‖I‖I‖II‖II‖I‖I‖II‖I‖I‖II‖I

ANNUAL CONTACT                LIFE                0115

*(sidebar, vertical text)* 297-222  Printed in U.S.A.  Rev. 07-10-2006 (601228)

W.P. 3/1/21
William Whitman
Defendant's
**11**

DEFENDANT'S
EXHIBIT
**11**

Information continued for policy LF-1853-4088
Prepared January 15, 2002

**BENEFICIARY INFORMATION** - The beneficiary designation is an important part of your policy. Your beneficiary designation is:

    Primary:    THOMAS H WHITMAN
    Successor:  PATRICIA A WHITMAN

**IMPORTANT POLICYOWNER NOTICE** - You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, a current illustration by writing or calling State Farm Insurance at the address listed on this notice. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

**FINANCIAL TRANSACTIONS** - Activity for Year Ending January 8, 2002

| Date | Payments/ (Withdrawals) | Expense Charges | Cost of Insurance | Interest Credited | Ending Account Value |
|---|---|---|---|---|---|
| Beginning Balance | | | | | .00 |
| 01162001 | 151.00 | 7.55 | - | - | 143.45 |
| 01162001 | - | 5.00 | 41.78 | - | 96.67 |
| 01242001 | 24.00 | 1.20 | - | - | 119.47 |
| 01242001 | 175.00 | 8.75 | - | - | 285.72 |
| 02162001 | - | 5.00 | 45.28 | 1.17 | 236.61 |
| 02222001 | 175.00 | 8.75 | - | - | 402.86 |
| 03162001 | - | 5.00 | 45.27 | 1.83 | 354.42 |
| 04092001 | 175.00 | 8.75 | - | - | 520.67 |
| 04162001 | - | 5.00 | 45.25 | 1.96 | 472.38 |
| 05082001 | 175.00 | 8.75 | - | - | 638.63 |
| 05162001 | - | 5.00 | 45.24 | 2.59 | 590.98 |
| 05082001 | 175.00 | 8.75 | - | - | 757.23 |
| 06162001 | - | 5.00 | 45.23 | 3.06 | 710.06 |
| 07092001 | 175.00 | 8.75 | - | - | 876.31 |
| 07162001 | - | 5.00 | 45.22 | 3.62 | 829.71 |
| 08082001 | 175.00 | 8.75 | - | - | 995.96 |
| 08162001 | - | 5.00 | 45.21 | 4.22 | 949.97 |
| 09102001 | 175.00 | 8.75 | - | - | 1,116.22 |
| 09162001 | - | 5.00 | 45.20 | 4.75 | 1,070.77 |
| 10082001 | 175.00 | 8.75 | - | - | 1,237.02 |
| 10162001 | - | 5.00 | 45.19 | 5.40 | 1,192.23 |
| 11082001 | 175.00 | 8.75 | - | - | 1,358.48 |
| 11162001 | - | 5.00 | 45.18 | 5.99 | 1,314.29 |
| 12102001 | 175.00 | 8.75 | - | - | 1,480.54 |
| 12162001 | - | 5.00 | 45.17 | 6.27 | 1,436.64 |
| 01082002 | 175.00 | 8.75 | - | - | 1,602.89 |

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT. IF THIS IS NOT CONVENIENT, PLEASE COMPLETE THE FOLLOWING.**

Street or Rural Route _____     Residence Phone Number _____

City _____     State/Province _____     ZIP/Postal Code _____     Business Phone Number _____

Township _____     County _____     ☐ Inside City Limits     ☐ Outside City Limits

Is change: ☐ Permanent   ☐ Temporary   If temporary, how many months? _____     Do you plan to return to your previous address? ☐ Yes ☐ No

☐ Mailing address change only     ☐ Location change (Please see your State Farm Agent)

*(Auto Policyholders Only)*
*Is the vehicle driven to and from work/school?* ☐ Yes ☐ No
*If the answer is "yes", what is the average weekly mileage for such use?* _____

297-727.1   08-31-2007   (L0500B)

LIFE

State Farm Life Insurance Co.
3001 8th Ave
GREELEY CO 80638-0001
Telephone (970)395-6268

| POLICY NUMBER | | PLEASE PAY THIS AMOUNT |
|---|---|---|
| LF-1853-4088 | **Annual Notice of Policy Status** | NONE |

**INSURED**
WILLIAM T WHITMAN

WILLIAM T WHITMAN

▮▯ıl.ıl.ıl..ıl...ıll.ıl.ıl.ıl.ıl.ıl.ıl.ıll.ıl.ıll

**POLICY DATE INFORMATION** – Your policy is dated January 16, 2001.
This notice provides information from January 16, 2002, to
January 16, 2003.

**PAYMENT INFORMATION** – No amount is due.  Your monthly payments of
$175.00 are made on the State Farm Payment Plan.  Any payment
received after January 15, 2003, is not reflected on this notice.

Continued planned payments of $175.00 each month will provide
coverage until November 15, 2045, based on guaranteed rates and until
the policy anniversary when the insured is age 100, January 16, 2081,
based on current rates.

If no further payments are made, your policy will provide coverage
until January 15, 2006, based on guaranteed rates; and until
September 14, 2008, based on current rates.

**INSURANCE INFORMATION**        Insurance Amount

Universal Life                 $500,000.00

**COST OF INSURANCE**            Insurance Cost

Universal Life                   $542.31

| **ACCOUNT VALUE** | Increase | Decrease | Balance |
|---|---|---|---|
| Balance from 2002 Annual Notice | | | 1,609.77 |
| Payments | 2,100.00 | | |
| Interest Credited | 112.51 | | |
| Expense Charges | | 165.00 | |
| Cost of Insurance | | 542.31 | |
| Balance as of Jan. 8, 2003 | | | 3,114.97 |
| Interest to Be Earned Jan. 16, 2003 | 12.76 | | |
| Total | | | 3,127.73 |

**INTEREST RATE** – The account value currently earns 5.25% except the
account value equal to any policy loan earns 6%.  From September 16,
2002 to December 15, 2002, the current interest rate was 5.5%.  From
January 16, 2002 to September 15, 2002, the current interest rate was
5.75%.  The interest rates are effective annual interest rates.

*Thanks for letting us serve you . . .*

All amounts shown are subject to verification.
See reverse side for important information.

◄━━

Prepared    JAN 15 2003

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT**

INSURED     WILLIAM T WHITMAN

POLICY NUMBER    LF-1853-4088

*Your cancelled check is your receipt. Any check, draft, or money order is received subject to collection.*

**PLEASE RETURN THIS PART WITH YOUR
CHECK MADE PAYABLE TO STATE FARM**

**PLEASE PAY THIS AMOUNT**

NONE

State Farm Insurance Companies
3001 8th Ave
GREELEY CO  80638-0001

ıll.ıl.ıl..ıll..ıl.ıll.ıl.ıll..ıl..ıll...ıll.ıll

ANNUAL CONTACT                    LIFE                    0115

*(vertical left margin:)* 297-222  Printed in U.S.A.  Rev. 07-10-2000 (002228)

## Information continued for policy LF-1853-4088
### Prepared January 15, 2003

**SURRENDER VALUE** – The surrender value as of January 16, 2003, will be $2,467.73. The total account value has been reduced by the surrender charge of $660.00 to determine the surrender value.

**BENEFICIARY INFORMATION** – The beneficiary designation is an important part of your policy. Your beneficiary designation is:

    Primary:  THOMAS H WHITMAN
    Successor: PATRICIA A WHITMAN

**IMPORTANT POLICYOWNER NOTICE** – You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, a current illustration by writing or calling State Farm Insurance at the address listed on this notice. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

**FINANCIAL TRANSACTIONS** – Activity for Year Ending January 8, 2003

| Date | Payments/ (Withdrawals) | Expense Charges | Cost of Insurance | Interest Credited | Ending Account Value |
|---|---|---|---|---|---|
| Balance from 2002 Annual Notice | | | | | 1,609.77 |
| 01162002 | | 5.00 | 45.26 | – | 1,559.51 |
| 02082002 | 175.00 | 8.75 | – | 7.46 | 1,725.76 |
| 02162002 | – | 5.00 | 45.24 | – | 1,682.98 |
| 03082002 | 175.00 | 8.75 | – | – | 1,849.23 |
| 03162002 | – | 5.00 | 45.23 | 8.05 | 1,807.05 |
| 04082002 | 175.00 | 8.75 | – | – | 1,973.30 |
| 04162002 | – | 5.00 | 45.22 | 8.61 | 1,931.69 |
| 05082002 | 175.00 | 8.75 | – | – | 2,097.94 |
| 05162002 | – | 5.00 | 45.21 | 9.20 | 2,056.93 |
| 06102002 | 175.00 | 8.75 | – | – | 2,223.18 |
| 06162002 | – | 5.00 | 45.20 | 9.73 | 2,182.71 |
| 07082002 | 175.00 | 8.75 | – | – | 2,348.96 |
| 07162002 | – | 5.00 | 45.19 | 10.37 | 2,309.14 |
| 08082002 | 175.00 | 8.75 | – | – | 2,475.39 |
| 08162002 | – | 5.00 | 45.18 | 10.96 | 2,436.17 |
| 09092002 | 175.00 | 8.75 | – | – | 2,602.42 |
| 09162002 | – | 5.00 | 45.16 | 11.53 | 2,563.79 |
| 10082002 | 175.00 | 8.75 | – | – | 2,730.04 |
| 10162002 | – | 5.00 | 45.15 | 11.64 | 2,691.53 |
| 11082002 | 175.00 | 8.75 | – | – | 2,857.78 |
| 11162002 | – | 5.00 | 45.14 | 12.20 | 2,819.84 |
| 12092002 | 175.00 | 8.75 | – | – | 2,986.09 |
| 12162002 | – | 5.00 | 45.13 | 12.76 | 2,948.72 |
| 01082003 | 175.00 | 8.75 | – | – | 3,114.97 |

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT. IF THIS IS NOT CONVENIENT, PLEASE COMPLETE THE FOLLOWING.**

Street or Rural Route          Residence Phone Number

City     State/Province     ZIP/Postal Code     Business Phone Number

    ☐ Inside City Limits    ☐ Outside City Limits

Township     County

Is change: ☐ Permanent ☐ Temporary   If temporary, how many months? _____   Do you plan to return to your previous address? ☐ Yes ☐ No

☐ Mailing address change only    ☐ Location change (Please see your State Farm Agent)

*(Auto Policyholders Only)*
Is the vehicle driven to and from work/school? ☐ Yes ☐ No
If the answer is "yes", what is the average weekly mileage for such use? _____

297-727.1   08-31-2007   (L0500B)

State Farm Life Insurance Co.
1555 Promontory Cir
GREELEY CO 80638-0001
Telephone (970)395-6363

**LIFE**

| POLICY NUMBER | | PLEASE PAY THIS AMOUNT |
|---|---|---|
| LF-1853-4088 | **Annual Notice of Policy Status** | NONE |

0000001

WILLIAM T WHITMAN

**INSURED**
WILLIAM T WHITMAN

——

——

——

Ilnlnlnlllnllnnnlnllnlhllnlllnnllnnlllnlll

——

**POLICY DATE INFORMATION -** Your policy is dated January 16, 2001.
This notice provides information from January 16, 2003, to
January 16, 2004.

**PAYMENT INFORMATION -** No amount is due.  Your monthly payments of
$175.00 are made on the State Farm Payment Plan.  Any payment
received after January 15, 2004, is not reflected on this notice.

Continued planned payments of $175.00 each month will provide
coverage until April 16, 2044, based on guaranteed rates and until
the policy anniversary when the insured is age 100, January 16, 2081,
based on current rates.

If no further payments are made, your policy will provide coverage
until June 15, 2005, based on guaranteed rates; and until June 15,
2006, based on current rates.

| **INSURANCE INFORMATION** | Insurance Amount | | |
|---|---|---|---|
| Universal Life | $497,000.00 | | |

| **COST OF INSURANCE** | Insurance Cost | | |
|---|---|---|---|
| Universal Life | $542.41 | | |

| **ACCOUNT VALUE** | Increase | Decrease | Balance |
|---|---|---|---|
| Balance from 2003 Annual Notice | | | 3,127.73 |
| Payments | 2,100.00 | | |
| Interest Credited | 141.90 | | |
| Expense Charges | | 165.00 | |
| Cost of Insurance | | 542.41 | |
| Withdrawals | | 3,000.00 | |
| Balance as of Jan. 8, 2004 | | | 1,662.22 |
| Interest to Be Earned Jan. 16, 2004 | 6.25 | | |
| Total | | | 1,668.47 |

**INTEREST RATE -** The account value currently earns 5% except the account
value equal to any policy loan earns 6%.  From January 16, 2003 to
December 15, 2003, the current interest rate was 5.25%.  The interest
rates are effective annual interest rates.

*Thanks for letting us serve you . . .*

All amounts shown are subject to verification.
See reverse side for important information.

Prepared    JAN 15 2004

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT**

INSURED    WILLIAM T WHITMAN

POLICY NUMBER    LF-1853-4088

**PLEASE RETURN THIS PART WITH YOUR
CHECK MADE PAYABLE TO STATE FARM**

**PLEASE PAY THIS AMOUNT**

NONE

Your cancelled check is your receipt. Any check, draft, or money order is received subject to collection.

State Farm Insurance Companies
1555 Promontory Cir
GREELEY CO 80638-0001

Ilnlnllnnllnnllnlnllnllnlllnnnlllnlll

ANNUAL CONTACT                    LIFE                    0115

CONFIDENTIAL                    WHITMAN v SFLIC                    SFLIC-W-0000207172

**Information continued for policy LF-1853-4088**
**Prepared January 15, 2004**

**SURRENDER VALUE –** The surrender value as of January 16, 2004, will be $1,090.97. The total account value has been reduced by the surrender charge of $577.50 to determine the surrender value.

**BENEFICIARY INFORMATION –** The beneficiary designation is an important part of your policy. Your beneficiary designation is:

    Primary:   THOMAS H WHITMAN
    Successor: PATRICIA A WHITMAN

**IMPORTANT POLICYOWNER NOTICE –** You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, a current illustration by writing or calling State Farm Insurance at the address listed on this notice. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

**FINANCIAL TRANSACTIONS –** Activity for Year Ending January 8, 2004

| Date | Payments/ (Withdrawals) | Expense Charges | Cost of Insurance | Interest Credited | Ending Account Value |
|---|---|---|---|---|---|
| Balance from 2003 Annual Notice | | | | | 3,127.73 |
| 01162003 | | 5.00 | 45.27 | – | 3,077.46 |
| 02102003 | 175.00 | 8.75 | – | – | 3,243.71 |
| 02162003 | – | 5.00 | 45.25 | 13.26 | 3,206.72 |
| 03102003 | 175.00 | 8.75 | – | – | 3,372.97 |
| 03162003 | – | 5.00 | 45.24 | 13.83 | 3,336.56 |
| 04082003 | 175.00 | 8.75 | – | – | 3,502.81 |
| 04162003 | – | 5.00 | 45.23 | 14.42 | 3,467.00 |
| 05082003 | 175.00 | 8.75 | – | – | 3,633.25 |
| 05162003 | – | 5.00 | 45.22 | 14.98 | 3,598.01 |
| 06092003 | 175.00 | 8.75 | – | – | 3,764.26 |
| 06162003 | – | 5.00 | 45.21 | 15.51 | 3,729.56 |
| 07082003 | 175.00 | 8.75 | – | – | 3,895.81 |
| 07162003 | – | 5.00 | 45.19 | 16.10 | 3,861.72 |
| 08082003 | 175.00 | 8.75 | – | – | 4,027.97 |
| 08162003 | – | 5.00 | 45.18 | 16.66 | 3,994.45 |
| 09082003 | 175.00 | 8.75 | – | – | 4,160.70 |
| 09162003 | – | 5.00 | 45.17 | 17.23 | 4,127.76 |
| 09232003 | (3,000.00) | – | – | – | 1,127.76 |
| 10082003 | 175.00 | 8.75 | – | – | 1,294.01 |
| 10162003 | – | 5.00 | 45.16 | 8.40 | 1,252.25 |
| 11102003 | 175.00 | 8.75 | – | – | 1,418.50 |
| 11162003 | – | 5.00 | 45.15 | 5.47 | 1,373.82 |
| 12082003 | 175.00 | 8.75 | – | – | 1,540.07 |
| 12162003 | – | 5.00 | 45.14 | 6.04 | 1,495.97 |
| 01082004 | 175.00 | 8.75 | – | – | 1,662.22 |

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT. IF THIS IS NOT CONVENIENT, PLEASE COMPLETE THE FOLLOWING.**

Street of Rural Route _____     Residence Phone Number _____

City _____  State/Province _____  ZIP/Postal Code _____   Business Phone Number _____

Township _____  County _____   ☐ Inside City Limits   ☐ Outside City Limits

Is change: ☐ Permanent  ☐ Temporary   If temporary, how many months? _____   Do you plan to return to your previous address? ☐ Yes ☐ No

☐ Mailing address change only   ☐ Location change (Please see your State Farm Agent)

(Auto Policyholders Only)
Is the vehicle driven to and from work/school?  ☐ Yes  ☐ No
If the answer is "yes", what is the average weekly mileage for such use? _____

297-727.1   08-31-2007   (L0500B)

**State Farm Life Insurance Co.**
1555 Promontory Circle
GREELEY CO 80638-0001
Telephone (970)395-4096

LIFE

| POLICY NUMBER | | PLEASE PAY THIS AMOUNT |
|---|---|---|
| LF-1853-4088 | **Payment Notice** | $35.95 |

0000001

WILLIAM T WHITMAN

**INSURED**
WILLIAM T WHITMAN

Illulidilllluullluullllludullulluundllllluulll

**POLICY DATE INFORMATION –** Your policy is dated January 16, 2001. This notice provides information from January 16, 2004, to January 16, 2005.

**PAYMENT INFORMATION –** The amount due is $35.95. This is the amount of your loan interest. Your monthly payments of $175.00 are made on the State Farm Payment Plan. Any payment received after January 15, 2005, is not reflected on this notice.

If you continue monthly planned premium payments of $175.00, coverage will be provided until April 16, 2044, based on guaranteed rates; and until August 15, 2074, based on current rates. Dates assume loan interest is paid in cash when notified loan interest is due.

If you make no further premium payments, coverage will be provided until November 15, 2005, based on guaranteed rates; and until August 15, 2006, based on current rates. Dates assume loan interest is paid in cash when notified loan interest is due.

If you make a payment of at least $184.24 plus $35.95 due for loan interest, coverage will be provided until January 16, 2006, based on guaranteed rates. Dates assume loan interest is paid in cash when notified loan interest is due.

**INSURANCE INFORMATION**

| | Insurance Amount |
|---|---|
| Universal Life | $497,000.00 |

**COST OF INSURANCE**

| | Insurance Cost |
|---|---|
| Universal Life | $543.12 |

**ACCOUNT VALUE**

| | Increase | Decrease | Balance |
|---|---|---|---|
| Balance from 2004 Annual Notice | | | 1,668.47 |
| Payments | 2,100.00 | | |
| Interest Credited | 104.59 | | |
| Expense Charges | | 165.00 | |
| Cost of Insurance | | 543.12 | |
| Balance as of Jan. 10, 2005 | | | 3,164.94 |
| Interest to Be Earned Jan. 16, 2005 | 13.71 | | |
| Total | | | 3,178.65 |

*Thanks for letting us serve you . . .*

All amounts shown are subject to verification. See reverse side for important information.

1215201494

Prepared    JAN 15 2005

287-222  Printed in U.S.A.  Rev. 07-10-2006 (003238)

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT**

INSURED    WILLIAM T WHITMAN

POLICY NUMBER    LF-1853-4088

*Your cancelled check is your receipt. Any check, draft, or money order is received subject to collection.*

**PLEASE RETURN THIS PART WITH YOUR CHECK MADE PAYABLE TO STATE FARM**

**PLEASE PAY THIS AMOUNT**

$35.95

2009000009
State Farm Insurance Companies
PO Box 53983
PHOENIX AZ 85072-3983

Illuldldlluuluulululllldldualluuulddl

| ANNUAL CONTACT | | LIFE | 35.95 | 0115 |
|---|---|---|---|---|
| UL | 175.00 | | | |
| I | 35.95 | | | |

101234500003595  812341853408810220>

CONFIDENTIAL    WHITMAN v SFLIC    SFLIC-W-0000207174

**Information continued for policy LF-1853-4088**
Prepared January 15, 2005

**INTEREST RATE -** The account value currently earns 4.75% except the account value equal to any policy loan earns 6%. From January 16, 2004 to December 15, 2004, the current interest rate was 5%. The interest rates are effective annual interest rates.

**SURRENDER VALUE -** The surrender value as of January 16, 2005, will be $647.70. The total account value has been reduced by the surrender charge of $495.00, policy loan of $2,000.00 and loan interest of $35.95 to determine the surrender value.

**LOAN INFORMATION -** Your policy loan is $2,000.00. This balance does not include the $35.95 loan interest due. The current interest rate on this loan is 8%.

| | Increase | Decrease | Loan Balance |
|---|---|---|---|
| Beginning Balance | | | $ .00 |
| Additional Loans | 2,000.00 | | |
| Ending Balance | | | $2,000.00 |

**BENEFICIARY INFORMATION -** The beneficiary designation is an important part of your policy. Your beneficiary designation is:

    Primary:   THOMAS H WHITMAN
   Successor:  PATRICIA A WHITMAN

**IMPORTANT POLICYOWNER NOTICE -** You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, a current illustration by writing or calling State Farm Insurance at the address listed on this notice. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

**FINANCIAL TRANSACTIONS -** Activity for Year Ending January 10, 2005

| Date | Payments/ (Withdrawals) | Expense Charges | Cost of Insurance | Interest Credited | Ending Account Value |
|---|---|---|---|---|---|
| Balance from 2004 Annual Notice | | | | | 1,668.47 |
| 01162004 | - | 5.00 | 45.32 | - | 1,618.15 |
| 02092004 | 175.00 | 8.75 | - | - | 1,784.40 |
| 02162004 | - | 5.00 | 45.31 | 6.72 | 1,740.81 |
| 03082004 | 175.00 | 8.75 | - | - | 1,907.06 |
| 03162004 | - | 5.00 | 45.30 | 7.26 | 1,864.02 |
| 04082004 | 175.00 | 8.75 | - | - | 2,030.27 |
| 04162004 | - | 5.00 | 45.29 | 7.75 | 1,987.73 |
| 05102004 | 175.00 | 8.75 | - | - | 2,153.98 |
| 05162004 | - | 5.00 | 45.28 | 8.21 | 2,111.91 |
| 06082004 | 175.00 | 8.75 | - | - | 2,278.16 |
| 06162004 | - | 5.00 | 45.27 | 8.76 | 2,236.65 |
| 07082004 | 175.00 | 8.75 | - | - | 2,402.90 |
| 07162004 | - | 5.00 | 45.25 | 9.27 | 2,361.92 |
| 08092004 | 175.00 | 8.75 | - | - | 2,528.17 |
| 08162004 | - | 5.00 | 45.24 | 9.75 | 2,487.68 |
| 09082004 | 175.00 | 8.75 | - | - | 2,653.93 |
| 09162004 | - | 5.00 | 45.23 | 10.29 | 2,613.99 |
| 10082004 | 175.00 | 8.75 | - | - | 2,780.24 |
| 10162004 | - | 5.00 | 45.22 | 10.81 | 2,740.83 |
| 10262004 | - | | | - | 2,740.83 |
| 11082004 | 175.00 | 8.75 | | | 2,907.08 |
| 11162004 | - | 5.00 | 45.21 | 12.34 | 2,869.21 |
| 12082004 | 175.00 | 8.75 | - | - | 3,035.46 |
| 12162004 | - | 5.00 | 45.20 | 13.43 | 2,998.69 |
| 01102005 | 175.00 | 8.75 | - | - | 3,164.94 |
| 01152005 | | | | - | 3,164.94 |

---

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT. IF THIS IS NOT CONVENIENT, PLEASE COMPLETE THE FOLLOWING.**

Street of Rural Route     Residence Phone Number

City     State/Province     ZIP/Postal Code     Business Phone Number

Township     County     ☐ Inside City Limits    ☐ Outside City Limits

Is change: ☐ Permanent ☐ Temporary   If temporary, how many months? _____   Do you plan to return to your previous address? ☐ Yes ☐ No

☐ Mailing address change only    ☐ Location change (Please see your State Farm Agent)

*(Auto Policyholders Only)*
*Is the vehicle driven to and from work/school?* ☐ Yes ☐ No
*If the answer is "yes", what is the average weekly mileage for such use?* _____

297-727.1  08-31-2007  (L0500B)

State Farm Life Insurance Co.
1555 Promontory Circle
GREELEY CO  80638-0001
Telephone  (970)395-4096

**LIFE**

**POLICY NUMBER**
LF-1853-4088

**Payment Notice**

**PLEASE PAY THIS AMOUNT**
$162.88

0000001
WILLIAM T WHITMAN

**INSURED**
WILLIAM T WHITMAN

**POLICY DATE INFORMATION** - Your policy is dated January 16, 2001.
This notice provides information from January 16, 2005, to
January 16, 2006.

**PAYMENT INFORMATION** - The amount due is $162.88.  This is the amount
of your loan interest.  Your monthly payments of $175.00 are made on
the State Farm Payment Plan.  Any payment received after January 14,
2006, is not reflected on this notice.

If you continue monthly planned premium payments of $175.00, coverage
will be provided until July 15, 2044, based on guaranteed rates; and
until August 15, 2070, based on current rates.  Dates assume loan
interest is paid in cash when notified loan interest is due.

If you make no further premium payments, coverage will be provided
until June 15, 2009, based on guaranteed rates; and until January 15,
2012, based on current rates.  Dates assume loan interest is paid in
cash when notified loan interest is due.

**INSURANCE INFORMATION**       Insurance Amount

Universal Life                 $497,000.00

**COST OF INSURANCE**           Insurance Cost

Universal Life                 $544.37

| ACCOUNT VALUE | Increase | Decrease | Balance |
|---|---|---|---|
| Balance from 2005 Annual Notice | | | 3,178.65 |
| Payments | 2,100.00 | | |
| Interest Credited | 185.21 | | |
| Expense Charges | | 165.00 | |
| Cost of Insurance | | 544.37 | |
| Balance as of Jan. 9, 2006 | | | 4,754.49 |
| Interest to Be Earned Jan. 16, 2006 | 19.41 | | |
| Total | | | 4,773.90 |

**INTEREST RATE** - The account value currently earns 4.5% except the
account value equal to any policy loan earns 6%.  From January 16, 2005
to December 15, 2005, the current interest rate was 4.75%.  The interest
rates are effective annual interest rates.

*Thanks for letting us serve you . . .*

( Page  1  of  2 )
*All amounts shown are subject to verification.*
*See reverse side for important information.*

1211871713

Prepared    JAN 14 2006

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT**

**INSURED**    WILLIAM T WHITMAN

**POLICY NUMBER**    LF-1853-4088

**PLEASE RETURN THIS PART WITH YOUR
CHECK MADE PAYABLE TO STATE FARM**

**PLEASE PAY THIS AMOUNT**
$162.88

*Your cancelled check is your receipt. Any check, draft, or money order is received subject to collection.*

2009000009
State Farm Insurance Companies
PO Box 53983
PHOENIX AZ  85072-3983

| | | ANNUAL CONTACT | | LIFE | 162.88 | 0114 |
|---|---|---|---|---|---|---|
| UL | 175.00 | | | | | |
| I | 162.88 | | | | | |

201234500016288   812341853408810220>

CONFIDENTIAL

WHITMAN v SFLIC

SFLIC-W-0000207176

Information continued for policy LF-1853-4088
Prepared January 14, 2006

**SURRENDER VALUE –** The surrender value as of January 16, 2006, will be $2,162.57. The total account value has been reduced by the surrender charge of $412.50, policy loan of $2,035.95 and loan interest of $162.88 to determine the surrender value.

**LOAN INFORMATION –** Your policy loan is $2,035.95. This balance does not include the $162.88 loan interest due. The current interest rate on this loan is 8%.

**BENEFICIARY INFORMATION –** The beneficiary designation is an important part of your policy. Your beneficiary designation is:

    Primary:   THOMAS H WHITMAN
  Successor:  PATRICIA A WHITMAN

**IMPORTANT POLICYOWNER NOTICE –** You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, a current illustration by writing or calling State Farm Insurance at the address listed on this notice. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

**FINANCIAL TRANSACTIONS –** Activity for Year Ending January 9, 2006

| Date | Payments/ (Withdrawals) | Expense Charges | Cost of Insurance | Interest Credited | Ending Account Value |
|---|---|---|---|---|---|
| Balance from 2005 Annual Notice | | | | | 3,178.65 |
| 01162005 | - | 5.00 | 45.43 | - | 3,128.22 |
| 02082005 | 175.00 | 8.75 | - | - | 3,294.47 |
| 02162005 | - | 5.00 | 45.42 | 14.29 | 3,258.34 |
| 03082005 | 175.00 | 8.75 | - | - | 3,424.59 |
| 03162005 | - | 5.00 | 45.41 | 14.81 | 3,388.99 |
| 04082005 | 175.00 | 8.75 | - | - | 3,555.24 |
| 04162005 | - | 5.00 | 45.39 | 15.30 | 3,520.15 |
| 05092005 | 175.00 | 8.75 | - | - | 3,686.40 |
| 05162005 | - | 5.00 | 45.38 | 15.79 | 3,651.81 |
| 06082005 | 175.00 | 8.75 | - | - | 3,818.06 |
| 06162005 | - | 5.00 | 45.37 | 16.32 | 3,784.01 |
| 07082005 | 175.00 | 8.75 | - | - | 3,950.26 |
| 07162005 | - | 5.00 | 45.36 | 16.83 | 3,916.73 |
| 08082005 | 175.00 | 8.75 | - | - | 4,082.98 |
| 08162005 | - | 5.00 | 45.35 | 17.34 | 4,049.97 |
| 09082005 | 175.00 | 8.75 | - | - | 4,216.22 |
| 09162005 | - | 5.00 | 45.33 | 17.86 | 4,183.75 |
| 10102005 | 175.00 | 8.75 | - | - | 4,350.00 |
| 10162005 | - | 5.00 | 45.32 | 18.34 | 4,318.02 |
| 11082005 | 175.00 | 8.75 | - | - | 4,484.27 |
| 11162005 | - | 5.00 | 45.31 | 18.90 | 4,452.86 |
| 12082005 | 175.00 | 8.75 | - | - | 4,619.11 |
| 12162005 | - | 5.00 | 45.30 | 19.43 | 4,588.24 |
| 01092006 | 175.00 | 8.75 | - | - | 4,754.49 |
| 01152006 | - | - | - | - | 4,754.49 |

( Page  2 of  2 )

IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT. IF THIS IS NOT CONVENIENT, PLEASE COMPLETE THE FOLLOWING.

Street or Rural Route                                               Residence Phone Number

City                          State/Province        ZIP/Postal Code        Business Phone Number
                                                    ☐ Inside City Limits    ☐ Outside City Limits
Township                      County

Is change:  ☐ Permanent  ☐ Temporary   If temporary, how many months? _____   Do you plan to return to your previous address?  ☐ Yes  ☐ No

☐ Mailing address change only   ☐ Location change (Please see your State Farm Agent)

(Auto Policyholders Only)
Is the vehicle driven to and from work/school?  ☐ Yes  ☐ No
If the answer is "yes," what is the average weekly mileage for such use? _____

297-727.1   08-31-2007   (L06008)

State Farm Life Insurance Co.
1555 Promontory Circle
GREELEY CO 80638-0001
Telephone (970)395-4096

**LIFE**

| POLICY NUMBER | | PLEASE PAY THIS AMOUNT |
|---|---|---|
| LF-1853-4088 | **Payment Notice** | $326.62 |

E000001

WILLIAM T WHITMAN

██████████████████

**INSURED**
WILLIAM T WHITMAN

Illulndulludindulludlulndulddulllundddull

**POLICY DATE INFORMATION —** Your policy is dated January 16, 2001.
This notice provides information from January 16, 2006, to
January 16, 2007.

**PAYMENT INFORMATION —** The amount due is $326.62.  This is the amount
of your loan interest.  Your monthly payments of $175.00 are made on
the State Farm Payment Plan.  Any payment received after January 15,
2007, is not reflected on this notice.

If you continue monthly planned premium payments of $175.00, coverage
will be provided until July 15, 2044, based on guaranteed rates; and
until April 17, 2071, based on current rates.  Dates assume loan
interest is paid in cash when notified loan interest is due.

If you make no further premium payments, coverage will be provided
until November 15, 2009, based on guaranteed rates; and until
February 14, 2013, based on current rates.  Dates assume loan
interest is paid in cash when notified loan interest is due.

| **INSURANCE INFORMATION** | Insurance Amount | | |
|---|---|---|---|
| Universal Life | $497,000.00 | | |

| **COST OF INSURANCE** | Insurance Cost | | |
|---|---|---|---|
| Universal Life | $546.07 | | |

| **ACCOUNT VALUE** | Increase | Decrease | Balance |
|---|---|---|---|
| Balance from 2006 Annual Notice | | | 4,773.90 |
| Payments | 2,100.00 | | |
| Interest Credited | 274.91 | | |
| Expense Charges | | 165.00 | |
| Cost of Insurance | | 546.07 | |
| Balance as of Jan. 8, 2007 | | | 6,437.74 |
| Interest to Be Earned Jan. 16, 2007 | 28.21 | | |
| Total | | | 6,465.95 |

**INTEREST RATE —** The account value currently earns 4.5% except the
account value equal to any policy loan earns 6%.  The interest rates are
effective annual interest rates.

( Page  1 of  2 )
All amounts shown are subject to verification.
See reverse side for important information.

1218386775

Prepared   JAN 15 2007

*Thanks for letting us serve you . . .*

State Farm Life Insurance Co (Not Licensed in MA, NY, or WI)/ State Farm Life and Accident Assurance Co (Licensed in NY and WI)

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT**

| INSURED | WILLIAM T WHITMAN |
|---|---|
| POLICY NUMBER | LF-1853-4088 |

**PLEASE RETURN THIS PART WITH YOUR
CHECK MADE PAYABLE TO STATE FARM**

**PLEASE PAY THIS AMOUNT**

$326.62

Your cancelled check is your receipt. Any check, draft, or money order is received subject to collection.

2009000009
State Farm Insurance Companies
PO Box 680003
DALLAS TX  75368-0003

Illulddulllulllulddulludllumlllulddd

| ANNUAL CONTACT | LIFE | 326.62 | 0115 |
|---|---|---|---|

UL   175.00
I    326.62

801234500032662  812341853408810220>

CONFIDENTIAL

WHITMAN v SFLIC

SFLIC-W-0000207178

Information continued for policy LF-1853-4088
Prepared January 15, 2007

**SURRENDER VALUE –** The surrender value as of January 16, 2007, will be $1,599.67. The total account value has been reduced by the surrender charge of $330.00, policy loan of $4,209.66 and loan interest of $326.62 to determine the surrender value.

**LOAN INFORMATION –** Your policy loan is $4,209.66. This balance does not include the $326.62 loan interest due. The current interest rate on this loan is 8%.

| | Increase | Decrease | Loan Balance |
|---|---|---|---|
| Beginning Balance | | | $2,198.83 |
| Additional Loans | 2,005.91 | | |
| Interest at 8% | 4.92 | | |
| | | | |
| Ending Balance | | | $4,209.66 |

**BENEFICIARY INFORMATION –** The beneficiary designation is an important part of your policy. Your beneficiary designation is:

        Primary:  THOMAS H WHITMAN
        Successor: PATRICIA A WHITMAN

**IMPORTANT POLICYOWNER NOTICE –** You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, a current illustration by writing or calling State Farm Insurance at the address listed on this notice. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

**FINANCIAL TRANSACTIONS –** Activity for Year Ending January 8, 2007

| Date | Payments/ (Withdrawals) | Expense Charges | Cost of Insurance | Interest Credited | Ending Account Value |
|---|---|---|---|---|---|
| Balance from 2006 Annual Notice | | | | | 4,773.90 |
| 01162006 | – | 5.00 | 45.58 | – | 4,723.32 |
| 01272006 | – | – | – | – | 4,723.32 |
| 02082006 | 175.00 | 8.75 | – | – | 4,889.57 |
| 02162006 | – | 5.00 | 45.56 | 21.59 | 4,860.60 |
| 03082006 | 175.00 | 8.75 | – | – | 5,026.85 |
| 03162006 | – | 5.00 | 45.55 | 23.04 | 4,999.34 |
| 04102006 | 175.00 | 8.75 | – | – | 5,165.59 |
| 04162006 | – | 5.00 | 45.54 | 23.49 | 5,138.54 |
| 05082006 | 175.00 | 8.75 | – | – | 5,304.79 |
| 05162006 | – | 5.00 | 45.53 | 24.05 | 5,278.31 |
| 06082006 | 175.00 | 8.75 | – | – | 5,444.56 |
| 06162006 | – | 5.00 | 45.51 | 24.56 | 5,418.61 |
| 07102006 | 175.00 | 8.75 | – | – | 5,584.86 |
| 07162006 | – | 5.00 | 45.50 | 25.04 | 5,559.40 |
| 08082006 | 175.00 | 8.75 | – | – | 5,725.65 |
| 08162006 | – | 5.00 | 45.49 | 25.59 | 5,700.75 |
| 09082006 | 175.00 | 8.75 | – | – | 5,867.00 |
| 09162006 | – | 5.00 | 45.47 | 26.11 | 5,842.64 |
| 10092006 | 175.00 | 8.75 | – | – | 6,008.89 |
| 10162006 | – | 5.00 | 45.46 | 26.61 | 5,985.04 |
| 11082006 | 175.00 | 8.75 | – | – | 6,151.29 |
| 11162006 | – | 5.00 | 45.45 | 27.15 | 6,127.99 |
| 12082006 | 175.00 | 8.75 | – | – | 6,294.24 |
| 12162006 | – | 5.00 | 45.43 | 27.58 | 6,271.49 |
| 01082007 | 175.00 | 8.75 | – | – | 6,437.74 |
| 01152007 | – | – | – | – | 6,437.74 |

( Page  2 of  2 )

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT. IF THIS IS NOT CONVENIENT, PLEASE COMPLETE THE FOLLOWING.**

Street of Rural Route                                              Residence Phone Number

City                          State/Province      ZIP/Postal Code        Business Phone Number
                                            ☐ Inside City Limits   ☐ Outside City Limits
Township                      County

Is change: ☐ Permanent  ☐ Temporary   If temporary, how many months? _____   Do you plan to return to your previous address? ☐ Yes ☐ No

☐ Mailing address change only   ☐ Location change (Please see your State Farm Agent)

(Auto Policyholders Only)
Is the vehicle driven to and from work/school?  ☐ Yes  ☐ No
If the answer is "yes", what is the average weekly mileage for such use? _____

297-727 1   08-31-2007   (L05008)

State Farm Life Insurance Co.
1555 Promontory Circle
GREELEY CO 80638-0001
Telephone (970)395-4096

**LIFE**

| POLICY NUMBER | | PLEASE PAY THIS AMOUNT |
|---|---|---|
| LF-1853-4088 | **Payment Notice** | $362.90 |

E000001

WILLIAM T WHITMAN

**INSURED**
WILLIAM T WHITMAN

Ildidildihidihihihihihihihihihihihihihili

**POLICY DATE INFORMATION –** Your policy is dated January 16, 2001. This notice provides information from January 16, 2007, to January 16, 2008.

**PAYMENT INFORMATION –** The amount due is $362.90. This is the amount of your loan interest. Your monthly payments of $175.00 are made on the State Farm Payment Plan. Any payment received after January 15, 2008, is not reflected on this notice.

If you continue monthly planned premium payments of $175.00, coverage will be provided until October 15, 2044, based on guaranteed rates; and until May 15, 2071, based on current rates. Dates assume loan interest is paid in cash when notified loan interest is due.

If you make no further premium payments, coverage will be provided until July 15, 2013, based on guaranteed rates; and until December 15, 2019, based on current rates. Dates assume loan interest is paid in cash when notified loan interest is due.

**INSURANCE INFORMATION**            Insurance Amount
Universal Life                              $497,000.00

**COST OF INSURANCE**                Insurance Cost
Universal Life                              $548.24

| ACCOUNT VALUE | Increase | Decrease | Balance |
|---|---|---|---|
| Balance from 2007 Annual Notice | | | 6,465.95 |
| Payments | 2,100.00 | | |
| Interest Credited | 349.83 | | |
| Expense Charges | | 165.00 | |
| Cost of Insurance | | 548.24 | |
| Balance as of Jan. 8, 2008 | | | 8,202.54 |
| Interest to Be Earned Jan. 16, 2008 | 35.08 | | |
| Total | | | 8,237.62 |

**INTEREST RATE –** The account value currently earns 4.5% except the account value equal to any policy loan earns 6%. The interest rates are effective annual interest rates.

( Page  1 of  2 )
All amounts shown are subject to verification.
See reverse side for important information.

1214724158

Prepared    JAN 15 2008

***Thanks for letting us serve you . . .***

State Farm Life Insurance Co (Not Licensed in MA, NY, or WI)/ State Farm Life and Accident Assurance Co (Licensed in NY and WI)

Rev. 07-10-2008 (J05230)

297-222  Printed in U.S.A.

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT**

INSURED   WILLIAM T WHITMAN

POLICY NUMBER   LF-1853-4088

**PLEASE RETURN THIS PART WITH YOUR CHECK MADE PAYABLE TO STATE FARM**

**PLEASE PAY THIS AMOUNT**

$362.90

Your cancelled check is your receipt. Any check, draft, or money order is received subject to collection.

2009000009
State Farm Insurance Companies
PO Box 680003
DALLAS TX  75368-0003

Ildidildildihihihlihilihihihihihihili

ANNUAL CONTACT                    LIFE         362.90    0115

UL    175.00
I     362.90

901234500036290  812341853408810220>

**Information continued for policy LF-1853-4088**
**Prepared January 15, 2008**

**SURRENDER VALUE –** The surrender value as of January 16, 2008, will be $3,090.94. The total account value has been reduced by the surrender charge of $247.50, policy loan of $4,536.28 and loan interest of $362.90 to determine the surrender value.

**LOAN INFORMATION –** Your policy loan is $4,536.28. This balance does not include the $362.90 loan interest due. The current interest rate on this loan is 8%.

**BENEFICIARY INFORMATION –** The beneficiary designation is an important part of your policy. Your beneficiary designation is:

    Primary:   THOMAS H WHITMAN
  Successor:  PATRICIA A WHITMAN

**IMPORTANT POLICYOWNER NOTICE –** You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, a current illustration by writing or calling State Farm Insurance at the address listed on this notice. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

**FINANCIAL TRANSACTIONS –** Activity for Year Ending January 8, 2008

| Date | Payments/ (Withdrawals) | Expense Charges | Cost of Insurance | Interest Credited | Ending Account Value |
|------|------|------|------|------|------|
| Balance from 2007 Annual Notice | | | | | 6,465.95 |
| 01162007 | – | 5.00 | 45.76 | – | 6,415.19 |
| 02082007 | 175.00 | 8.75 | – | – | 6,581.44 |
| 02162007 | – | 5.00 | 45.75 | 29.12 | 6,559.81 |
| 03082007 | 175.00 | 8.75 | – | – | 6,726.06 |
| 03162007 | – | 5.00 | 45.74 | 29.67 | 6,704.99 |
| 04092007 | 175.00 | 8.75 | – | – | 6,871.24 |
| 04162007 | – | 5.00 | 45.72 | 30.17 | 6,850.69 |
| 05082007 | 175.00 | 8.75 | – | – | 7,016.94 |
| 05162007 | – | 5.00 | 45.71 | 30.73 | 6,996.96 |
| 06082007 | 175.00 | 8.75 | – | – | 7,163.21 |
| 06162007 | – | 5.00 | 45.69 | 31.26 | 7,143.78 |
| 07092007 | 175.00 | 8.75 | – | – | 7,310.03 |
| 07162007 | – | 5.00 | 45.68 | 31.78 | 7,291.13 |
| 08082007 | 175.00 | 8.75 | – | – | 7,457.38 |
| 08162007 | – | 5.00 | 45.67 | 32.34 | 7,439.05 |
| 09102007 | 175.00 | 8.75 | – | – | 7,605.30 |
| 09162007 | – | 5.00 | 45.65 | 32.85 | 7,587.50 |
| 10082007 | 175.00 | 8.75 | – | – | 7,753.75 |
| 10162007 | – | 5.00 | 45.64 | 33.44 | 7,736.55 |
| 11082007 | 175.00 | 8.75 | – | – | 7,902.80 |
| 11162007 | – | 5.00 | 45.62 | 33.98 | 7,886.16 |
| 12102007 | 175.00 | 8.75 | – | – | 8,052.41 |
| 12162007 | – | 5.00 | 45.61 | 34.49 | 8,036.29 |
| 01082008 | 175.00 | 8.75 | – | – | 8,202.54 |
| 01152008 | – | – | – | – | 8,202.54 |

( Page  2 of  2 )

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information on your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT. IF THIS IS NOT CONVENIENT, PLEASE COMPLETE THE FOLLOWING.**

Street of Rural Route _____   Residence Phone Number _____

City _____  State/Province _____  ZIP/Postal Code _____  Business Phone Number _____

Township _____  County _____  ☐ Inside City Limits  ☐ Outside City Limits

Is change: ☐ Permanent  ☐ Temporary  If temporary, how many months? _____  Do you plan to return to your previous address? ☐ Yes ☐ No

☐ Mailing address change only  ☐ Location change (Please see your State Farm Agent)

*(Auto Policyholders Only)*
*Is the vehicle driven to and from work/school?* ☐ Yes ☐ No
*If the answer is "yes", what is the average weekly mileage for such use?* _____

297-727.1  08-31-2007  (L0500B)

State Farm Life Insurance Co.
1555 Promontory Circle
GREELEY CO 80638-0001
Telephone (970)395-4094

**LIFE**

| POLICY NUMBER | | PLEASE PAY THIS AMOUNT |
|---|---|---|
| LF-1853-4088 | **Payment Notice** | $391.93 |

E000001

WILLIAM T WHITMAN

██████████████

Ililulldlldlulullludlulllludllduludllulllmmlulludl

**INSURED**
WILLIAM T WHITMAN

**POLICY DATE INFORMATION** - Your policy is dated January 16, 2001. This notice provides information from January 16, 2008, to January 16, 2009.

**PAYMENT INFORMATION** - The amount due is $391.93.  This is the amount of your loan interest.  Your monthly payments of $175.00 are made on the State Farm Payment Plan.  Any payment received after January 15, 2009, is not reflected on this notice.

If you continue monthly planned premium payments of $175.00, coverage will be provided until December 15, 2044, based on guaranteed rates; and until June 15, 2071, based on current rates.  Dates assume loan interest is paid in cash when notified loan interest is due.

If you make no further premium payments, coverage will be provided until September 14, 2016, based on guaranteed rates; and until October 15, 2025, based on current rates.  Dates assume loan interest is paid in cash when notified loan interest is due.

| **INSURANCE INFORMATION** | Insurance Amount | | |
|---|---|---|---|
| Universal Life | $497,000.00 | | |

| **COST OF INSURANCE** | Insurance Cost | | |
|---|---|---|---|
| Universal Life | $550.89 | | |

| **ACCOUNT VALUE** | Increase | Decrease | Balance |
|---|---|---|---|
| Balance from 2008 Annual Notice | | | 8,237.62 |
| Payments | 2,100.00 | | |
| Interest Credited | 427.76 | | |
| Expense Charges | | 165.00 | |
| Cost of Insurance | | 550.89 | |
| Balance as of Jan. 8, 2009 | | | 10,049.49 |
| Interest to Be Earned Jan. 16, 2009 | 42.30 | | |
| Total | | | 10,091.79 |

**INTEREST RATE** - The account value currently earns 4.5% except the account value equal to any policy loan earns 6%.  The interest rates are effective annual interest rates.

*Thanks for letting us serve you . . .*

( Page  1 of  2 )
*All amounts shown are subject to verification.*
*See reverse side for important information.*

1210889708

Prepared   JAN 15 2009

State Farm Life Insurance Co (Not Licensed in MA, NY, or WI)/ State Farm Life and Accident Assurance Co (Licensed in NY and WI)

287-222  Printed in U.S.A.   Rev. 07-10-2008 (L0328)

---

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT**

| INSURED | WILLIAM T WHITMAN |
|---|---|
| POLICY NUMBER | LF-1853-4088 |

*Your cancelled check is your receipt. Any check, draft, or money order is received subject to collection.*

**PLEASE RETURN THIS PART WITH YOUR CHECK MADE PAYABLE TO STATE FARM**

**PLEASE PAY THIS AMOUNT**

$391.93

2009000009
State Farm Insurance Companies
PO Box 680003
DALLAS TX  75368-0003

Iludldulldllulululldlludllumlldldl

| | | | | |
|---|---|---|---|---|
| ANNUAL CONTACT | | LIFE | 391.93 | 0115 |
| UL   175.00 | | | | |
| I    391.93 | | | | |

801234500039193  812341853408810220>

CONFIDENTIAL

WHITMAN v SFLIC

SFLIC-W-0000207182

**Information continued for policy LF-1853-4088**
Prepared January 15, 2009

**SURRENDER VALUE –** The surrender value as of January 16, 2009, will be $4,635.68. The total account value has been reduced by the surrender charge of $165.00, policy loan of $4,899.18 and loan interest of $391.93 to determine the surrender value.

**LOAN INFORMATION –** Your policy loan is $4,899.18. This balance does not include the $391.93 loan interest due. The current interest rate on this loan is 8%.

**BENEFICIARY INFORMATION –** The beneficiary designation is an important part of your policy. Your beneficiary designation is:

    Primary:  THOMAS H WHITMAN
    Successor: PATRICIA A WHITMAN

Note: A change in marital status could necessitate a new beneficiary designation. Please contact your agent if your marital status has changed.

**IMPORTANT POLICYOWNER NOTICE –** You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, a current illustration by writing or calling State Farm Insurance at the address listed on this notice. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

**FINANCIAL TRANSACTIONS –** Activity for Year Ending January 8, 2009

| Date | Payments/ (Withdrawals) | Expense Charges | Cost of Insurance | Interest Credited | Ending Account Value |
|---|---|---|---|---|---|
| Balance from 2008 Annual Notice | | | | | 8,237.62 |
| 01162008 | – | 5.00 | 45.99 | – | 8,186.63 |
| 02082008 | 175.00 | 8.75 | – | – | 8,352.88 |
| 02162008 | – | 5.00 | 45.97 | 36.07 | 8,337.98 |
| 03102008 | 175.00 | 8.75 | – | – | 8,504.23 |
| 03162008 | – | 5.00 | 45.96 | 36.59 | 8,489.86 |
| 04082008 | 175.00 | 8.75 | – | – | 8,656.11 |
| 04162008 | – | 5.00 | 45.94 | 37.18 | 8,642.35 |
| 05082008 | 175.00 | 8.75 | – | – | 8,808.60 |
| 05162008 | – | 5.00 | 45.93 | 37.75 | 8,795.42 |
| 06092008 | 175.00 | 8.75 | – | – | 8,961.67 |
| 06162008 | – | 5.00 | 45.91 | 38.28 | 8,949.04 |
| 06302008 | 175.00 | 8.75 | – | – | 9,115.29 |
| 07162008 | – | 5.00 | 45.90 | 39.04 | 9,103.43 |
| 08082008 | 175.00 | 8.75 | – | – | 9,269.68 |
| 08162008 | – | 5.00 | 45.89 | 39.43 | 9,258.22 |
| 09082008 | 175.00 | 8.75 | – | – | 9,424.47 |
| 09162008 | – | 5.00 | 45.87 | 40.00 | 9,413.60 |
| 10082008 | 175.00 | 8.75 | – | – | 9,579.85 |
| 10162008 | – | 5.00 | 45.86 | 40.58 | 9,569.57 |
| 11102008 | 175.00 | 8.75 | – | – | 9,735.82 |
| 11162008 | – | 5.00 | 45.84 | 41.11 | 9,726.09 |
| 12082008 | 175.00 | 8.75 | – | – | 9,892.34 |
| 12162008 | – | 5.00 | 45.83 | 41.73 | 9,883.24 |
| 01082008 | 175.00 | 8.75 | – | – | 10,049.49 |
| 01152009 | – | – | – | – | 10,049.49 |

( Page 2 of 2 )

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information on your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT. IF THIS IS NOT CONVENIENT, PLEASE COMPLETE THE FOLLOWING.**

Street or Rural Route      Residence Phone Number

City    State/Province    ZIP/Postal Code    Business Phone Number

Township    County    ☐ Inside City Limits    ☐ Outside City Limits

Is change: ☐ Permanent ☐ Temporary   If temporary, how many months? _____   Do you plan to return to your previous address? ☐ Yes ☐ No

☐ Mailing address change only    ☐ Location change (Please see your State Farm Agent)

(Auto Policyholders Only)
Is the vehicle driven to and from work/school? ☐ Yes ☐ No
If the answer is "yes", what is the average weekly mileage for such use? _____

297-727.1  08-31-2007  (L05006)

State Farm Life Insurance Co.
1555 Promontory Circle
GREELEY CO 80638-0001
Telephone (970)395-4094

**LIFE**

POLICY NUMBER
LF-1853-4088

**Payment Notice**

PLEASE PAY THIS AMOUNT
$423.29

E000001
WILLIAM T WHITMAN

**INSURED**
WILLIAM T WHITMAN

_____

_____

ılıⱨⱨⱨⱨ|ⱨlⱨↄ·ⱨↄ|ılⱨↄ·ⱨⱨↄⱨ|ⱨ|ⱨↄⱨ|ⱨⱨↄ|ↄⱨ|ⱨↄ|ↄⱨ|ↄⱨ

**POLICY DATE INFORMATION** – Your policy is dated January 16, 2001.
This notice provides information from January 16, 2009, to
January 16, 2010.

_____

**PAYMENT INFORMATION** – The amount due is $423.29.  This is the amount
of your loan interest.  Your monthly payments of $175.00 are made on
the State Farm Payment Plan.  Any payment received after January 15,
2010, is not reflected on this notice.

_____

If you continue monthly planned premium payments of $175.00, coverage
will be provided until February 14, 2045, based on guaranteed rates;
and until December 15, 2068, based on current rates.  Dates assume
loan interest is paid in cash when notified loan interest is due.

If you make no further premium payments, coverage will be provided
until August 15, 2019, based on guaranteed rates; and until
December 15, 2029, based on current rates.  Dates assume loan
interest is paid in cash when notified loan interest is due.

| **INSURANCE INFORMATION** | Insurance Amount | | |
|---|---|---|---|
| Universal Life | $497,000.00 | | |

| **COST OF INSURANCE** | Insurance Cost | | |
|---|---|---|---|
| Universal Life | $553.97 | | |

| **ACCOUNT VALUE** | Increase | Decrease | Balance |
|---|---|---|---|
| Balance from 2009 Annual Notice | | | 10,091.79 |
| Payments | 2,100.00 | | |
| Interest Credited | 509.11 | | |
| Expense Charges | | 165.00 | |
| Cost of Insurance | | 553.97 | |
| Balance as of Jan. 8, 2010 | | | 11,981.93 |
| Interest to Be Earned Jan. 16, 2010 | 48.56 | | |
| Total | | | 12,030.49 |

**INTEREST RATE** – The account value currently earns 4.25% except the
account value equal to any policy loan earns 6%.  From January 16, 2009
to December 15, 2009, the current interest rate was 4.5%.  The interest
rates are effective annual interest rates.

_Thanks for letting us serve you . . ._

( Page  1 of  2 )
All amounts shown are subject to verification.
See reverse side for important information.

Agent:  TIM CRABTREE

1216920277

Telephone:  (425) 747-3600
State Farm Life Insurance Co (Not Licensed in MA, NY, or WI)/ State Farm Life and Accident Assurance Co (Licensed in NY and WI)

Prepared   JAN 15 2010

Rev. 07-10-2008 (003238)   297-222   Printed in U.S.A.

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT**

**PLEASE RETURN THIS PART WITH YOUR
CHECK MADE PAYABLE TO STATE FARM**

**INSURED**   WILLIAM T WHITMAN

**PLEASE PAY THIS AMOUNT**

**POLICY NUMBER**   LF-1853-4088

$423.29

Your cancelled check is your receipt.  Any check, draft, or money order is received subject to collection.

2009000009
State Farm Insurance Companies
PO Box 680003
DALLAS TX  75368-0003

ılⱨↄ·ⱨↄ|lↄⱨↄ|lↄ|lↄ·ⱨↄ|lↄↄↄ|lↄ·|lↄↄↄↄ||lↄↄↄↄↄↄↄↄ|lↄↄ|ⱨ|ↄ|

| | | ANNUAL CONTACT | | LIFE | 423.29 | 0115 |
|---|---|---|---|---|---|---|
| UL | 175.00 | | | | | |
| I | 423.29 | | | | | |

101234500042329   812341853408810220>

**Information continued for policy LF-1853-4088**
**Prepared January 15, 2010**

**SURRENDER VALUE –** The surrender value as of January 16, 2010, will be $6,233.59. The total account value has been reduced by the surrender charge of $82.50, policy loan of $5,291.11 and loan interest of $423.29 to determine the surrender value.

**LOAN INFORMATION –** Your policy loan is $5,291.11. This balance does not include the $423.29 loan interest due. The current interest rate on this loan is 8%.

**BENEFICIARY INFORMATION –** The beneficiary designation is an important part of your policy. Your beneficiary designation is:

    Primary:   THOMAS H WHITMAN
    Successor: PATRICIA A WHITMAN

Note: A change in marital status could necessitate a new beneficiary designation. Please contact your agent if your marital status has changed.

**IMPORTANT POLICYOWNER NOTICE –** You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, a current illustration by calling your agent at (425) 747-3600, or by writing or calling State Farm Insurance at the address listed on this notice. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

**FINANCIAL TRANSACTIONS –** Activity for Year Ending January 8, 2010

| Date | Payments/ (Withdrawals) | Expense Charges | Cost of Insurance | Interest Credited | Ending Account Value |
|---|---|---|---|---|---|
| Balance from 2009 Annual Notice | | | | | 10,091.79 |
| 01162009 | - | 5.00 | 46.25 | - | 10,040.54 |
| 02092009 | 175.00 | - | - | - | 10,206.79 |
| 02162009 | - | 5.00 | 46.23 | 43.33 | 10,198.89 |
| 03092009 | 175.00 | - | - | - | 10,365.14 |
| 03162009 | - | 5.00 | 46.22 | 43.92 | 10,357.84 |
| 04082009 | 175.00 | 8.75 | - | - | 10,524.09 |
| 04162009 | - | 5.00 | 46.20 | 44.51 | 10,517.40 |
| 05082009 | 175.00 | 8.75 | - | - | 10,683.65 |
| 05162009 | - | 5.00 | 46.19 | 45.10 | 10,677.56 |
| 06082009 | 175.00 | 8.75 | - | - | 10,843.81 |
| 06162009 | - | 5.00 | 46.17 | 45.69 | 10,838.33 |
| 07082009 | 175.00 | 8.75 | - | - | 11,004.58 |
| 07162009 | - | 5.00 | 46.16 | 46.28 | 10,999.70 |
| 08012009 | 175.00 | 8.75 | - | - | 11,165.95 |
| 08162009 | - | 5.00 | 46.14 | 46.83 | 11,161.64 |
| 09082009 | 175.00 | 8.75 | - | - | 11,327.89 |
| 09162009 | - | 5.00 | 46.13 | 47.47 | 11,324.23 |
| 10082009 | 175.00 | 8.75 | - | - | 11,490.48 |
| 10162009 | - | 5.00 | 46.11 | 48.07 | 11,487.44 |
| 11092009 | 175.00 | 8.75 | - | - | 11,653.69 |
| 11162009 | - | 5.00 | 46.09 | 48.64 | 11,651.24 |
| 12082009 | 175.00 | 8.75 | - | - | 11,817.49 |
| 12162009 | - | 5.00 | 46.08 | 49.27 | 11,815.68 |
| 01082010 | 175.00 | 8.75 | - | - | 11,981.93 |
| 01152010 | - | - | - | - | 11,981.93 |

( Page  2 of  2 )

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information on your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT. IF THIS IS NOT CONVENIENT, PLEASE COMPLETE THE FOLLOWING.**

Street of Rural Route _____   Residence Phone Number _____

City _____   State/Province _____   ZIP/Postal Code _____   Business Phone Number _____

Township _____   County _____   ☐ Inside City Limits   ☐ Outside City Limits

Is change: ☐ Permanent   ☐ Temporary   If temporary, how many months? _____   Do you plan to return to your previous address? ☐ Yes ☐ No

☐ Mailing address change only   ☐ Location change (Please see your State Farm Agent)

*(Auto Policyholders Only)*
Is the vehicle driven to and from work/school? ☐ Yes ☐ No
If the answer is "yes", what is the average weekly mileage for such use? _____

297-727.1   08-31-2007   (L05008)

State Farm Life Insurance Co.
1555 Promontory Circle
GREELEY CO  80638-0001
Telephone  (970)395-4094

**LIFE**

| POLICY NUMBER | | PLEASE PAY THIS AMOUNT |
|---|---|---|
| LF-1853-4088 | **Payment Notice** | $873.47 |

```
Z000001
WILLIAM T WHITMAN
```

**INSURED**
WILLIAM T WHITMAN

**POLICY DATE INFORMATION** – Your policy is dated January 16, 2001. This notice provides information from January 16, 2010, to January 16, 2011.

**PAYMENT INFORMATION** – The amount due is $873.47.  This is the amount of your loan interest.  Your monthly payments of $175.00 are made on the State Farm Payment Plan.  Any payment received after January 15, 2011, is not reflected on this notice.

If you continue monthly planned premium payments of $175.00, coverage will be provided until September 14, 2044, based on guaranteed rates; and until August 15, 2066, based on current rates.  Dates assume loan interest is paid in cash when notified loan interest is due.

If you make no further premium payments, coverage will be provided until December 15, 2015, based on guaranteed rates; and until February 14, 2031, based on current rates.  Dates assume loan interest is paid in cash when notified loan interest is due.

**INSURANCE INFORMATION**         Insurance Amount

Universal Life                    $497,000.00

**COST OF INSURANCE**              Insurance Cost

Universal Life                    $558.05

| ACCOUNT VALUE | Increase | Decrease | Balance |
|---|---|---|---|
| Balance from 2010 Annual Notice | | | 12,030.49 |
| Payments | 2,100.00 | | |
| Interest Credited | 659.14 | | |
| Expense Charges | | 165.00 | |
| Cost of Insurance | | 558.05 | |
| Balance as of Jan. 10, 2011 | | | 14,066.58 |
| Interest to Be Earned Jan. 16, 2011 | 63.49 | | |
| Total | | | 14,130.07 |

**INTEREST RATE** – The account value currently earns 4% except the account value equal to any policy loan earns 6%.  From January 16, 2010 to June 15, 2010, the current interest rate was 4.25%.  The interest rates are effective annual interest rates.

( Page  1 of  2 )
All amounts shown are subject to verification.
See reverse side for important information.

*Thanks for letting us serve you . . .*

Agent:  TIM CRABTREE

Telephone:  (425) 747-3600

1212754103

Prepared  JAN 15 2011

State Farm Life Insurance Co (Not Licensed in MA, NY, or WI) State Farm Life and Accident Assurance Co (Licensed in NY and WI)

---

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT**

| | |
|---|---|
| **INSURED** | WILLIAM T WHITMAN |
| **POLICY NUMBER** | LF-1853-4088 |

**PLEASE RETURN THIS PART WITH YOUR CHECK MADE PAYABLE TO STATE FARM**

**PLEASE PAY THIS AMOUNT**

$873.47

Your cancelled check is your receipt. Any check, draft, or money order is received subject to collection.

```
2009000009
State Farm Insurance Companies
PO Box 680001
DALLAS TX   75368-0001
```

| | | | | |
|---|---|---|---|---|
| UL | 175.00 | ANNUAL CONTACT | LIFE | 873.47 | 0115 |
| I | 873.47 | | | |

201234500087347  812341853408810220>

SFLIC-W-0000207186

Information continued for policy LF-1853-4088
Prepared January 15, 2011

**SURRENDER VALUE –**  The surrender value as of January 16, 2011, will be $2,030.57.  The total account value has been reduced by the surrender charge of $.00, policy loan of $11,226.03 and loan interest of $873.47 to determine the surrender value.

**BENEFICIARY INFORMATION –** The beneficiary designation is an important part of your policy.  Your beneficiary designation is:

    Primary:  STEPHANIE ALICE WHITMAN
    Successor:  THOMAS HENRY WHITMAN (FATHER), RANDALL DEAN MAY

Note:  A change in marital status could necessitate a new beneficiary designation.  Please contact your agent if your marital status has changed.

**IMPORTANT POLICYOWNER NOTICE –** You should consider requesting more detailed information about your policy to understand how it may perform in the future.  You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, a current illustration by calling your agent at (425) 747-3600, or by writing or calling State Farm Insurance at the address listed on this notice.  If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

**LOAN INFORMATION –** Your policy loan is $11,226.03.  This balance does not include the $873.47 loan interest due.  The current interest rate on this loan is 8%.

| Date | Increase | Repayment | Interest | Decrease | Balance |
|---|---|---|---|---|---|
| 01-26-2010 | 5,511.63 | | 11.63 | | 11,226.03 |
| Totals | 5,511.63 | | 11.63 | | |

**FINANCIAL TRANSACTIONS – Activity for Year Ending January 10, 2011**

| Date | Payments/ (Withdrawals) | Expense Charges Notice | Cost of Insurance | Interest Credited | Ending Account Value |
|---|---|---|---|---|---|
| Balance from 2010 Annual | | | | | 12,030.49 |
| 01-16-2010 | | 5.00 | 46.60 | – | 11,978.89 |
| 02-08-2010 | 175.00 | 8.75 | | | 12,145.14 |
| 02-16-2010 | | 5.00 | 46.58 | 54.67 | 12,148.23 |
| 03-08-2010 | 175.00 | 8.75 | | | 12,314.48 |
| 03-16-2010 | | 5.00 | 46.56 | 57.99 | 12,320.91 |
| 04-08-2010 | 175.00 | 8.75 | | | 12,487.16 |
| 04-16-2010 | | 5.00 | 46.55 | 58.58 | 12,494.19 |
| 05-10-2010 | 175.00 | 8.75 | | | 12,660.44 |
| 05-16-2010 | | 5.00 | 46.53 | 59.15 | 12,668.06 |
| 06-08-2010 | 175.00 | 8.75 | | | 12,834.31 |
| 06-16-2010 | | 5.00 | 46.51 | 59.78 | 12,842.58 |
| 07-08-2010 | 175.00 | 8.75 | | | 13,008.83 |
| 07-16-2010 | | 5.00 | 46.50 | 60.06 | 13,017.39 |
| 08-09-2010 | 175.00 | 8.75 | – | – | 13,183.64 |
| 08-16-2010 | | 5.00 | 46.48 | 60.61 | 13,192.77 |
| 09-08-2010 | 175.00 | 8.75 | | | 13,359.02 |
| 09-16-2010 | | 5.00 | 46.46 | 61.21 | 13,368.77 |
| 10-08-2010 | 175.00 | 8.75 | | | 13,535.02 |
| 10-16-2010 | | 5.00 | 46.44 | 61.79 | 13,545.37 |
| 11-08-2010 | 175.00 | 8.75 | | | 13,711.62 |
| 11-16-2010 | | 5.00 | 46.43 | 62.36 | 13,722.55 |
| 12-08-2010 | 175.00 | 8.75 | | | 13,888.80 |
| 12-16-2010 | | 5.00 | 46.41 | 62.94 | 13,900.33 |
| 01-10-2011 | 175.00 | 8.75 | – | – | 14,066.58 |

( Page  2 of  2 )

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.  When we use information on your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

WHITMAN v SFLIC

State Farm Life Insurance Co.
5400 New Albany Road East
NEW ALBANY OH 43054-8861
Telephone (614)775-7909

**LIFE**

POLICY NUMBER                    **Payment Notice**         PLEASE PAY THIS AMOUNT
LF-1853-4088                                                          $967.96

E000001
WILLIAM T WHITMAN

**INSURED**
WILLIAM T WHITMAN

**POLICY DATE INFORMATION –** Your policy is dated January 16, 2001.
This notice provides information from January 16, 2011, to
January 16, 2012.

**PAYMENT INFORMATION –** The amount due is $967.96.  This is the amount
of your loan interest.  Your monthly payments of $175.00 are made on
the State Farm Payment Plan.  Any payment received after January 14,
2012, is not reflected on this notice.

If you continue monthly planned premium payments of $175.00, coverage
will be provided until November 15, 2044, based on guaranteed rates;
and until June 15, 2065, based on current rates.  Dates assume loan
interest is paid in cash when notified loan interest is due.

If you make no further premium payments, coverage will be provided
until January 15, 2019, based on guaranteed rates; and until
February 14, 2035, based on current rates.  Dates assume loan
interest is paid in cash when notified loan interest is due.

**INSURANCE INFORMATION**          Insurance Amount

Universal Life                        $497,000.00

**COST OF INSURANCE**              Insurance Cost

Universal Life                        $561.89

| **ACCOUNT VALUE** | Increase | Decrease | Balance |
|---|---|---|---|
| Balance from 2011 Annual Notice | | | 14,130.07 |
| Payments | 2,100.00 | | |
| Interest Credited | 753.13 | | |
| Expense Charges | | 165.00 | |
| Cost of Insurance | | 561.89 | |
| Balance as of Jan. 9, 2012 | | | 16,256.31 |
| Interest to Be Earned Jan. 16, 2012 | 72.06 | | |
| Total | | | 16,328.37 |

**INTEREST RATE –** The account value currently earns 4% except the account
value equal to any policy loan earns 6%.  The interest rates are
effective annual interest rates.

( Page 1 of 2 )
All amounts shown are subject to verification.
See reverse side for important information.

*Thanks for letting us serve you . . .*

Agent:  TIM CRABTREE                                    1218385943

Telephone:  (425) 747-3600                       Prepared  JAN 14 2012
State Farm Life Insurance Co (Not Licensed in MA, NY, or WI) State Farm Life and Accident Assurance Co (Licensed in NY and WI)

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT**       PLEASE RETURN THIS PART WITH YOUR
                                                        CHECK MADE PAYABLE TO STATE FARM

INSURED   WILLIAM T WHITMAN                             PLEASE PAY THIS AMOUNT

POLICY NUMBER   LF-1853-4088                                    $967.96

Your cancelled check is your receipt. Any check, draft, or money order is received subject to collection.

1609000004
State Farm Insurance Companies
PO Box 588002
DULUTH GA 30029-8002

| | | ANNUAL CONTACT | | LIFE | 967.96 | 0114 |
|---|---|---|---|---|---|---|
| UL | 175.00 | | | | | |
| I | 967.96 | | | | | |

401234500096796  912341853408810216>

CONFIDENTIAL                          WHITMAN v SFLIC                    SFLIC-W-0000207188

**Information continued for policy LF-1853-4088**
Prepared January 14, 2012

**SURRENDER VALUE –** The surrender value as of January 16, 2012, will be $3,260.91. The total account value has been reduced by the surrender charge of $.00, policy loan of $12,099.50 and loan interest of $967.96 to determine the surrender value.

**BENEFICIARY INFORMATION –** The beneficiary designation is an important part of your policy. Your beneficiary designation is:

    Primary:   STEPHANIE ALICE WHITMAN
    Successor:  THOMAS HENRY WHITMAN (FATHER), RANDALL DEAN MAY

Note:  A change in marital status could necessitate a new beneficiary designation. Please contact your agent if your marital status has changed.

**IMPORTANT POLICYOWNER NOTICE –** You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, a current illustration by calling your agent at (425) 747-3600, or by writing or calling State Farm Insurance at the address listed on this notice. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

**LOAN INFORMATION –** Your policy loan is $12,099.50. This balance does not include the $967.96 loan interest due. The current interest rate on this loan is 8%.

**FINANCIAL TRANSACTIONS – Activity for Year Ending January 9, 2012**

| Date | Payments/ (Withdrawals) | Expense Charges Notice | Cost of Insurance | Interest Credited | Ending Account Value |
|---|---|---|---|---|---|
| Balance from 2011 Annual | | | | | 14,130.07 |
| 01-16-2011 | - | 5.00 | 46.92 | - | 14,078.15 |
| 02-08-2011 | 175.00 | 8.75 | - | - | 14,244.40 |
| 02-16-2011 | - | 5.00 | 46.90 | 65.50 | 14,258.00 |
| 03-08-2011 | 175.00 | 8.75 | - | - | 14,424.25 |
| 03-16-2011 | - | 5.00 | 46.89 | 66.10 | 14,438.46 |
| 04-08-2011 | 175.00 | 8.75 | - | - | 14,604.71 |
| 04-16-2011 | - | 5.00 | 46.87 | 66.68 | 14,619.52 |
| 05-09-2011 | 175.00 | 8.75 | - | - | 14,785.77 |
| 05-16-2011 | - | 5.00 | 46.85 | 67.25 | 14,801.17 |
| 06-08-2011 | 175.00 | 8.75 | - | - | 14,967.42 |
| 06-16-2011 | - | 5.00 | 46.83 | 67.86 | 14,983.45 |
| 07-08-2011 | 175.00 | 8.75 | - | - | 15,149.70 |
| 07-16-2011 | - | 5.00 | 46.82 | 68.46 | 15,166.34 |
| 08-08-2011 | 175.00 | 8.75 | - | - | 15,332.59 |
| 08-16-2011 | - | 5.00 | 46.80 | 69.06 | 15,349.85 |
| 09-08-2011 | 175.00 | 8.75 | - | - | 15,516.10 |
| 09-16-2011 | - | 5.00 | 46.78 | 69.66 | 15,533.98 |
| 10-10-2011 | 175.00 | 8.75 | - | - | 15,700.23 |
| 10-16-2011 | - | 5.00 | 46.76 | 70.23 | 15,718.70 |
| 11-09-2011 | 175.00 | 8.75 | - | - | 15,884.95 |
| 11-16-2011 | - | 5.00 | 46.74 | 70.85 | 15,904.06 |
| 12-08-2011 | 175.00 | 8.75 | - | - | 16,070.31 |
| 12-16-2011 | - | 5.00 | 46.73 | 71.48 | 16,090.06 |
| 01-09-2012 | 175.00 | 8.75 | - | - | 16,256.31 |

13283.3  12-29-2010 (L0510)

( Page  2 of  2 )

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information on your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**State Farm**™

State Farm Regional Office
*5400 New Albany Road East*
*NEW ALBANY OH  43054-8861*
*Phone:  614-775-7909*

| **Annual Notice** | |
| --- | --- |
| Policy Number: | LF-1853-4088 |
| Plan: | Universal Life |
| Insured: | WILLIAM T WHITMAN |
| **Payment Amount:** | **$1,045.40** |

L000032
WILLIAM T WHITMAN

▮▮▮▮▮▮▮▮

ıɫlıllıɫlıɫlılılıɫıllııɫılllılıɫıɫılıllılıllılıɫılıɫıɫlu

Agent Tim Crabtree
1 Lake Bellevue Dr Ste 102
Bellevue, WA  98005-2417
Phone: 425-747-3600

### Important Next Steps

- Review this document closely to make sure this policy continues to meet your needs.
- Detach the bottom portion of this page and return it with your payment, or be a *Green Neighbor*™ and pay your bill on-line.
- Universal Life policies are flexible and change from year to year based on interest rates, payments, and other factors.  Contact your State Farm agent to review your policy and options available to you.

***Thanks for letting us serve you!***

1004428  142542  201  06-16-2012  RN40

*Policy # LF-1853-4088*  |  *Page 1 of 6*  |  *Prepared January 15, 2013*

↓**Please fold and tear here**↓

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Power To Pay Your Way**

 **Online** PC or mobile devices

 **Mobile** Download our Pocket Agent app

 **Mail** Send us a check

 **Call your Agent:** 425-747-3600 **Automated Line:** 1-800-440-0998 Key code: 1213853350

 **Walk In** See your State Farm Agent

**State Farm**™

Insured: WILLIAM T WHITMAN
Policy Number: LF-1853-4088

**1609000004**
Insurance Support Center
PO Box 588002
DULUTH GA  30029-8002


**Payment Amount: $1,045.40**
Make payment to State Farm

| Office Use Only | Annual Notice | | Life | 1,045.40 | 0115 |
| --- | --- | --- | --- | --- | --- |

UL      175.00
I       1,045.40

**301234500104540   912341853408810216>**

CONFIDENTIAL

WHITMAN v SFLIC

SFLIC-W-0000207190



## Policy Information

**Policy Number**
LF-1853-4088

**Insured**
WILLIAM T WHITMAN

**Policy Date**
January 16, 2001

**Plan**
Universal Life

**Payment Information**
$1,045.40. This is the amount of loan interest due. Monthly payments of $175.00 are made via the State Farm Payment Plan.

Any payment received after January 15, 2013, is not reflected on this notice.

This notice reflects activity from January 16, 2012, to January 16, 2013.



## Beneficiary Information

The beneficiary designation is an important part of your policy. Your beneficiary designation is:

Primary: STEPHANIE ALICE WHITMAN
Successor: THOMAS HENRY WHITMAN (FATHER), RANDALL DEAN MAY

*Note:* *A change in marital status could necessitate a new beneficiary designation. Please contact your agent if your marital status has changed.*

## Insurance Information

| Insurance Amount | Insured |
|---|---|
| Universal Life | $497,000.00 |
| **Cost of Insurance** | |
| Universal Life | $562.15 |

*Policy # LF-1853-4088*                     *Page 2 of 6*                     *Prepared January 15, 2013*



## End of Coverage Projection



**If no further payments are made,** your policy will provide coverage until December 15, 2021, when the insured's age is 40, based on guaranteed rates, and until July 15, 2038, when the insured's age is 57, based on current rates.

**If continued planned payments** of $175.00 each month are made, your policy will provide coverage until January 15, 2045, when the insured's age is 63, based on guaranteed rates, and until August 15, 2065, when the insured's age is 84, based on current rates.

This information assumes loan interest is paid when due.

The age(s) shown above are based on the insured's age as of the policy anniversary preceding the projected coverage end date.

---

## Account Value

| | |
|---|---|
| **Balance from 2012 Annual Notice** | **$16,328.37** |
| Increases | |
| Payments | 2,100.00 |
| Interest Credited | 850.24 |
| Interest to be Earned January 16, 2013 | 81.14 |
| Decreases | |
| Expense Charges | - 165.00 |
| Cost of Insurance | - 562.15 |
| **Total Account Value as of January 16, 2013** | **$18,632.60** |
| **Loan Balance\*** | **$13,067.46** |

*\*Loan Balance does not include the $1,045.40 loan interest due. The current interest rate on this loan is 8%.*

**Interest Rate** — The account value currently earns 4% except the account value equal to any policy loan earns 6%. The interest rates are effective annual interest rates.

**Surrender Value** as of January 16, 2013, will be $4,519.74. The total account value has been reduced by the surrender charge of $0.00, policy loan of $13,067.46, and loan interest of $1,045.40 to determine the surrender value.

> *Note: If you request to surrender your policy, it cannot be reinstated.*

**Transaction details** are provided in the Account Value Transactions portion of this notice.

---



## Account Value Transactions

| Date | Payments/ (Withdrawals) | Interest Credited | Expense Charges | Cost of Insurance | Ending Account Value |
|---|---|---|---|---|---|
| **Balance from 2012 Annual Notice** | | | | | **$16,328.37** |
| 01-16-2012 | - | - | 5.00 | 46.95 | 16,276.42 |
| 02-08-2012 | 175.00 | - | 8.75 | - | 16,442.67 |
| 02-16-2012 | - | 74.24 | 5.00 | 46.93 | 16,464.98 |
| 03-08-2012 | 175.00 | - | 8.75 | - | 16,631.23 |
| 03-16-2012 | - | 74.86 | 5.00 | 46.91 | 16,654.18 |
| 04-09-2012 | 175.00 | - | 8.75 | - | 16,820.43 |
| 04-16-2012 | - | 75.45 | 5.00 | 46.89 | 16,843.99 |
| 05-08-2012 | 175.00 | - | 8.75 | - | 17,010.24 |
| 05-16-2012 | - | 76.10 | 5.00 | 46.87 | 17,034.47 |
| 06-08-2012 | 175.00 | - | 8.75 | - | 17,200.72 |
| 06-16-2012 | - | 76.72 | 5.00 | 46.85 | 17,225.59 |
| 07-09-2012 | 175.00 | - | 8.75 | - | 17,391.84 |
| 07-16-2012 | - | 77.33 | 5.00 | 46.84 | 17,417.33 |
| 08-08-2012 | 175.00 | - | 8.75 | - | 17,583.58 |
| 08-16-2012 | - | 77.97 | 5.00 | 46.82 | 17,609.73 |
| 09-16-2012 | - | 78.48 | 5.00 | 46.81 | 17,636.40 |
| 10-04-2012 | 175.00 | - | 8.75 | - | 17,802.65 |
| 10-15-2012 | 175.00 | - | 8.75 | - | 17,968.90 |
| 10-16-2012 | - | 78.76 | 5.00 | 46.78 | 17,995.88 |
| 11-08-2012 | 175.00 | - | 8.75 | - | 18,162.13 |
| 11-16-2012 | - | 79.86 | 5.00 | 46.76 | 18,190.23 |
| 12-10-2012 | 175.00 | - | 8.75 | - | 18,356.48 |
| 12-16-2012 | - | 80.47 | 5.00 | 46.74 | 18,385.21 |
| 01-08-2013 | 175.00 | - | 8.75 | - | 18,551.46 |
| **Totals** | **$2,100.00** | **$850.24** | **$165.00** | **$562.15** | **$18,551.46*** |

\* Does not reflect interest to be earned January 16, 2013.

## Information and Services

- If you have moved, please contact your State Farm Agent or visit statefarm.com® to change your address.

- All amounts shown are subject to verification.

- When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information on your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

- Under the tax law, certain events during the life of a life insurance policy may be taxable to the policyowner. The following may result in taxable income: partial withdrawals, policy surrenders, lapses, assignments, as well as loans from policies that are MECs (Modified Endowment Contracts). If an event is taxable, generally the amount the policyowner is taxed on is the "gain" in the policy. The gain usually is the policy's account value less the premiums paid. Once a taxable gain is reported, it cannot be changed. Please contact your tax advisor for additional information.

Continued on next page

CONFIDENTIAL       WHITMAN v SFLIC       SFLIC-W-0000207193



**Information and Services** (Continued)

- The following disclosure is required under New Hampshire law:

Any of the following actions related to your life insurance policy may have significant future financial, tax or other implications:

   a. Surrender of the policy;
   b. Lapse of the policy;
   c. Failure to pay premium;
   d. Application of the equity of the policy toward payment of premium;
   e. Application of accumulated dividends toward payment of premium;
   f. Financing premium payments;
   g. Sale of the policy; and
   h. Assignment of the policy and any right under the policy.

Before you act, you need to consider all options carefully and seek advice from a licensed financial advisor, attorney or other professional who can explain all available options and consequences.

- **IMPORTANT POLICY OWNER NOTICE** - You should consider requesting more detailed information about your policy to understand how it may perform in the future.  You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration.  You may annually request, without charge, a current illustration by calling your agent at 425-747-3600, by calling State Farm Insurance at 614-775-7909, or by writing to the address listed on this notice.  If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

State Farm Life Insurance Company (Not Licensed in MA, NY, or WI)
State Farm Life and Accident Assurance Company (Licensed in NY and WI)
Bloomington, IL

*Policy # LF-1853-4088*                                     *Page 5 of 6*                                     *Prepared January 15, 2013*

CONFIDENTIAL                                     WHITMAN v SFLIC                                     SFLIC-W-0000207194



Page Intentionally Left Blank

*Policy # LF-1853-4088*

*Page 6 of 6*

*Prepared January 15, 2013*

CONFIDENTIAL

WHITMAN v SFLIC

SFLIC-W-0000207195

┼┼┼┼┼LF185340882014011509L00018447272940

State Farm Regional Office
5400 New Albany Road East
NEW ALBANY OH  43054-8861
Phone:  614-775-7909

**State Farm**™

L000042
WILLIAM T WHITMAN

███████████████████

||l|l·|··m··|·||l|l··|·|||||||·|||·||·|··|·|··||·|||||||·||·|

---

### Annual Notice

| | |
|---|---|
| Policy Number: | LF-1853-4088 |
| Plan: | Universal Life |
| Insured: | WILLIAM T WHITMAN |
| **Payment Amount:** | **$1,129.03** |

Agent Tim Crabtree
1 Lake Bell Dr Ste 102
Bellevue, WA  98005-2417
Phone: 425-747-3600

**Important Next Steps**

- Review this document closely to make sure this policy continues to meet your needs.
- Detach the bottom portion of this page and return it with your payment, or be a *Green Neighbor*™ and pay your bill on-line.
- Universal Life policies are flexible and change from year to year based on interest rates, payments, and other factors.  Contact your State Farm agent to review your policy and options available to you.

*Thanks for letting us serve you!*

1004428  142542  202  01-31-2013  RN40

---

*Policy # LF-1853-4088*     *Page 1 of 6*     *Prepared January 15, 2014*

↓**Please fold and tear here**↓

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Power To Pay Your Way**

 **Online** PC or mobile devices

 **Mobile** Download our Pocket Agent app

 **Mail** Send us a check

 **Call your Agent:** 425-747-3600 **Automated Line:** 1-800-440-0998 Key code: 1219250014

 **Walk In** See your State Farm Agent

 **State Farm**™

Insured: WILLIAM T WHITMAN
Policy Number: LF-1853-4088

**1609000004**
Insurance Support Center
PO Box 588002
DULUTH GA  30029-8002

||l|··m·|·|·l·l·|··|||l|||·||l|l|·m·m·|·|··|·|·l·|·l·|·l||·||l||·||

**Payment Amount: $1,129.03**
Make payment to State Farm

| Office Use Only | Annual Notice | | Life | 1,129.03 | 0115 |
|---|---|---|---|---|---|
| UL      175.00 | | | | | |
| I      1,129.03 | | | | | |

**101234500112903   912341853408810216>**

++++++LF185340882014011509L00018447272940



## Policy Information

**Policy Number**
LF-1853-4088

**Insured**
WILLIAM T WHITMAN

**Policy Date**
January 16, 2001

**Plan**
Universal Life

**Payment Information**
$1,129.03. This is the amount of loan interest due. Monthly payments of $175.00 are made via the State Farm Payment Plan.

Any payment received after January 15, 2014, is not reflected on this notice.



This notice reflects activity from January 16, 2013, to January 16, 2014.

ST1–000184
0103-41000G

## Beneficiary Information

The beneficiary designation is an important part of your policy. Your beneficiary designation is:

Primary:    STEPHANIE ALICE WHITMAN
Successor:  THOMAS HENRY WHITMAN (FATHER), RANDALL DEAN MAY

***Note:*** *A change in marital status could necessitate a new beneficiary designation. Please contact your agent if your marital status has changed.*

## Insurance Information

| Insurance Amount | Insured |
|---|---|
| Universal Life | $497,000.00 |
| **Cost of Insurance** | |
| Universal Life | $563.95 |

*Policy # LF-1853-4088*                    *Page 2 of 6*                    *Prepared January 15, 2014*



## Coverage Projection



If no further payments are made:
- 2024 (Based on Guaranteed Rates)
- 2040 (Based on Current Rates)

If continued planned payments are made:
- 2045 (Based on Guaranteed Rates)
- 2065 (Based on Current Rates)

Legend: Based on Guaranteed Rates | Based on Current Rates

**If no further payments are made**, your policy will provide coverage until January 15, 2024, when the insured's age is 42, based on guaranteed rates, and until December 15, 2040, when the insured's age is 59, based on current rates.

**If continued planned payments** of $175.00 each month are made, your policy will provide coverage until February 14, 2045, when the insured's age is 64, based on guaranteed rates, and until October 15, 2065, when the insured's age is 84, based on current rates.

The age(s) shown above are based on the insured's age as of the policy anniversary preceding the projected coverage end date.

This information assumes loan interest is paid when due.

## Account Value

| | |
|---|---|
| **Balance from 2013 Annual Notice** | **$18,632.60** |
| Increases | |
| Payments | 2,100.00 |
| Interest Credited | 952.70 |
| Interest to be Earned January 16, 2014 | 90.66 |
| Decreases | |
| Expense Charges | - 165.00 |
| Cost of Insurance | - 563.95 |
| **Total Account Value as of January 16, 2014** | **$21,047.01** |
| **Loan Balance*** | **$14,112.86** |

*Loan Balance does not include the $1,129.03 loan interest due. The current interest rate on this loan is 8%.

**Interest Rate** — The account value currently earns 4% except the account value equal to any policy loan earns 6%. The interest rates are effective annual interest rates.

**Surrender Value** as of January 16, 2014, will be $5,805.12. The total account value has been reduced by the surrender charge of $0.00, policy loan of $14,112.86, and loan interest of $1,129.03 to determine the surrender value.

*Note: If you request to surrender your policy, it cannot be reinstated.*

**Transaction details** are provided in the Account Value Transactions portion of this notice.



## Account Value Transactions

| Date | Payments/ (Withdrawals) | Interest Credited | Expense Charges | Cost of Insurance | Ending Account Value |
|---|---|---|---|---|---|
| **Balance from 2013 Annual Notice** | | | | | **$18,632.60** |
| 01-16-2013 | - | - | 5.00 | 47.10 | 18,580.50 |
| 02-08-2013 | 175.00 | - | 8.75 | - | 18,746.75 |
| 02-16-2013 | - | 83.44 | 5.00 | 47.08 | 18,778.11 |
| 03-08-2013 | 175.00 | - | 8.75 | - | 18,944.36 |
| 03-16-2013 | - | 84.10 | 5.00 | 47.06 | 18,976.40 |
| 04-08-2013 | 175.00 | - | 8.75 | - | 19,142.65 |
| 04-16-2013 | - | 84.74 | 5.00 | 47.04 | 19,175.35 |
| 05-16-2013 | - | 85.27 | 5.00 | 47.04 | 19,208.58 |
| 06-16-2013 | - | 85.38 | 5.00 | 47.04 | 19,241.92 |
| 06-21-2013 | 175.00 | - | 8.75 | - | 19,408.17 |
| 06-21-2013 | 175.00 | - | 8.75 | - | 19,574.42 |
| 07-08-2013 | 175.00 | - | 8.75 | - | 19,740.67 |
| 07-16-2013 | - | 86.48 | 5.00 | 46.98 | 19,775.17 |
| 08-08-2013 | 175.00 | - | 8.75 | - | 19,941.42 |
| 08-16-2013 | - | 87.36 | 5.00 | 46.97 | 19,976.81 |
| 09-09-2013 | 175.00 | - | 8.75 | - | 20,143.06 |
| 09-16-2013 | - | 88.00 | 5.00 | 46.94 | 20,179.12 |
| 10-09-2013 | 175.00 | - | 8.75 | - | 20,345.37 |
| 10-16-2013 | - | 88.66 | 5.00 | 46.92 | 20,382.11 |
| 11-11-2013 | 175.00 | - | 8.75 | - | 20,548.36 |
| 11-16-2013 | - | 89.29 | 5.00 | 46.90 | 20,585.75 |
| 12-10-2013 | 175.00 | - | 8.75 | - | 20,752.00 |
| 12-16-2013 | - | 89.98 | 5.00 | 46.88 | 20,790.10 |
| 01-09-2014 | 175.00 | - | 8.75 | - | 20,956.35 |
| **Totals** | **$2,100.00** | **$952.70** | **$165.00** | **$563.95** | **$20,956.35*** |

\* Does not reflect interest to be earned January 16, 2014.

## Information and Service

- If you have moved, please contact your State Farm Agent or visit statefarm.com® to change your address.

- All amounts shown are subject to verification.

- When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information on your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

- Under the tax law, certain events during the life of a life insurance policy may be taxable to the policyowner. The following may result in taxable income: partial withdrawals, policy surrenders, lapses, assignments, as well as loans from policies that are MECs (Modified Endowment Contracts). If an event is taxable, generally the amount the policyowner is taxed on is the "gain" in the policy. The gain usually is the policy's account value less the premiums paid. Once a taxable gain is reported, it cannot be changed. Please contact your tax advisor for additional information.

Continued on next page



**Information and Service** (Continued)

- The following disclosure is required under New Hampshire law:

    Any of the following actions related to your life insurance policy may have significant future financial, tax or other implications:

    a. Surrender of the policy;
    b. Lapse of the policy;
    c. Failure to pay premium;
    d. Application of the equity of the policy toward payment of premium;
    e. Application of accumulated dividends toward payment of premium;
    f. Financing premium payments;
    g. Sale of the policy; and
    h. Assignment of the policy and any right under the policy.

    Before you act, you need to consider all options carefully and seek advice from a licensed financial advisor, attorney or other professional who can explain all available options and consequences.

- **IMPORTANT POLICY OWNER NOTICE** - You should consider requesting more detailed information about your policy to understand how it may perform in the future.  You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration.  You may annually request, without charge, a current illustration by calling your agent at 425-747-3600, by calling State Farm Insurance at 614-775-7909, or by writing to the address listed on this notice.  If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

State Farm Life Insurance Company (Not Licensed in MA, NY, or WI)
State Farm Life and Accident Assurance Company (Licensed in NY and WI)
Bloomington, IL

CONFIDENTIAL                          WHITMAN v SFLIC                          SFLIC-W-0000207200

+++++LF18534088201401150910001844727 2940



ST1–000184
0303-C10008

Page Intentionally Left Blank

CONFIDENTIAL     WHITMAN v SFLIC     SFLIC-W-0000207201

LF1853408820150115091L00017647272940

State Farm Life Insurance Company
PO Box 2364
BLOOMINGTON, IL  61702-2364
Phone:  855-534-0227

**State Farm**

L000041
WILLIAM T WHITMAN

ⅈⅈⅈⅈⅈ

| **Annual Notice** | |
|---|---|
| Policy Number: | LF-1853-4088 |
| Plan: | Universal Life |
| Insured: | WILLIAM T WHITMAN |
| **Payment Amount:** | **$1,219.35** |

Agent Tim Crabtree
1 Lake Bellevue Dr Ste 102
Bellevue, WA  98005-2417
Phone: 425-747-3600

### Important Next Steps

- Review this document closely to make sure this policy continues to meet your needs.
- Detach the bottom portion of this page and return it with your payment, or be a *Green Neighbor*™ and pay your bill on-line.
- Universal Life policies are flexible and change from year to year based on interest rates, payments, and other factors.  Contact your State Farm agent to review your policy and options available to you.

*Thanks for letting us serve you!*

| *Policy # LF-1853-4088* | *Page 1 of 6* | *Prepared January 15, 2015* |
|---|---|---|

↓Please fold and tear here↓

**Power To Pay Your Way**

 **Online** PC or mobile devices

 **Mobile** Download our Pocket Agent app

 **Mail** Send us a check

 **Call your Agent:** 425-747-3600 **Automated Line:** 1-800-440-0998 Key code: 1214516136

 **Walk In** See your State Farm Agent

 **State Farm**

Insured: WILLIAM T WHITMAN
Policy Number: LF-1853-4088

**Payment Amount: $1,219.35**
Make payment to State Farm

1609000004
Insurance Support Center
PO Box 588002
DULUTH GA  30029-8002

| Office Use Only | Annual Notice | | Life | 1,219.35 | 0115 |
|---|---|---|---|---|---|

UL   175.00
I   1,219.35

201234500121935   912341853408810216>

CONFIDENTIAL                    WHITMAN v SFLIC                    SFLIC-W-0000207202



## Policy Information

**Policy Number**
LF-1853-4088

**Insured**
WILLIAM T WHITMAN

**Policy Date**
January 16, 2001

**Plan**
Universal Life

**Payment Information**
$1,219.35. This is the amount of loan interest due. Monthly payments of $175.00 are made via the State Farm Payment Plan.

Any payment received after January 15, 2015, is not reflected on this notice.

This notice reflects activity from January 16, 2014, to January 16, 2015.

## Beneficiary Information

The beneficiary designation is an important part of your policy.  Your beneficiary designation  is:

Primary:  STEPHANIE ALICE WHITMAN
Successor:  THOMAS HENRY WHITMAN (FATHER), RANDALL DEAN MAY

*Note:  A change in marital status could necessitate a new beneficiary designation.  Please contact your agent if your marital status has changed.*

## Insurance Information

| Insurance Amount | Insured |
|---|---|
| Universal Life | $497,000.00 |
| **Cost of Insurance** | |
| Universal Life | $566.12 |

*Policy # LF-1853-4088*                         *Page 2 of 6*                         *Prepared January 15, 2015*



## Coverage Projection



**If no further payments are made**, your policy will provide coverage until January 15, 2026, when the insured's age is 44, based on guaranteed rates, and until February 14, 2043, when the insured's age is 62, based on current rates.

**If continued planned payments** of $175.00 each month are made, your policy will provide coverage until June 15, 2045, when the insured's age is 64, based on guaranteed rates, and until December 15, 2065, when the insured's age is 84, based on current rates.

The age(s) shown above are based on the insured's age as of the policy anniversary preceding the projected coverage end date.

This information assumes loan interest is paid when due.

---

## Account Value

| | |
|---|---|
| **Balance from 2014 Annual Notice** | **$21,047.01** |
| Increases | |
| Payments | 2,100.00 |
| Interest Credited | 1,061.96 |
| Interest to be Earned January 16, 2015 | 100.71 |
| Decreases | |
| Expense Charges | - 165.00 |
| Cost of Insurance | - 566.12 |
| **Total Account Value as of January 16, 2015** | **$23,578.56** |
| **Loan Balance\*** | **$15,241.89** |

*Loan Balance does not include the $1,219.35 loan interest due. The current interest rate on this loan is 8%.

**Interest Rate** — The account value currently earns 4% except the account value equal to any policy loan earns 6%. The interest rates are effective annual interest rates.

**Surrender Value** as of January 16, 2015, will be $7,117.32. The total account value has been reduced by the surrender charge of $0.00, policy loan of $15,241.89, and loan interest of $1,219.35 to determine the surrender value.

*Note: If you request to surrender your policy, it cannot be reinstated.*

**Transaction details** are provided in the Account Value Transactions portion of this notice.



## Account Value Transactions

| Date | Payments/ (Withdrawals) | Interest Credited | Expense Charges | Cost of Insurance | Ending Account Value |
|---|---|---|---|---|---|
| **Balance from 2014 Annual Notice** | | | | | **$21,047.01** |
| 01-16-2014 | - | - | 5.00 | 47.29 | 20,994.72 |
| 02-11-2014 | 175.00 | - | 8.75 | - | 21,160.97 |
| 02-16-2014 | - | 93.09 | 5.00 | 47.27 | 21,201.79 |
| 03-11-2014 | 175.00 | - | 8.75 | - | 21,368.04 |
| 03-16-2014 | - | 93.78 | 5.00 | 47.25 | 21,409.57 |
| 04-09-2014 | 175.00 | - | 8.75 | - | 21,575.82 |
| 04-16-2014 | - | 94.49 | 5.00 | 47.23 | 21,618.08 |
| 05-09-2014 | 175.00 | - | 8.75 | - | 21,784.33 |
| 05-16-2014 | - | 95.17 | 5.00 | 47.21 | 21,827.29 |
| 06-10-2014 | 175.00 | - | 8.75 | - | 21,993.54 |
| 06-16-2014 | - | 95.84 | 5.00 | 47.19 | 22,037.19 |
| 07-09-2014 | 175.00 | - | 8.75 | - | 22,203.44 |
| 07-16-2014 | - | 96.55 | 5.00 | 47.17 | 22,247.82 |
| 08-11-2014 | 175.00 | - | 8.75 | - | 22,414.07 |
| 08-16-2014 | - | 97.20 | 5.00 | 47.15 | 22,459.12 |
| 09-09-2014 | 175.00 | - | 8.75 | - | 22,625.37 |
| 09-16-2014 | - | 97.92 | 5.00 | 47.12 | 22,671.17 |
| 10-09-2014 | 175.00 | - | 8.75 | - | 22,837.42 |
| 10-16-2014 | - | 98.62 | 5.00 | 47.10 | 22,883.94 |
| 11-11-2014 | 175.00 | - | 8.75 | - | 23,050.19 |
| 11-16-2014 | - | 99.28 | 5.00 | 47.08 | 23,097.39 |
| 12-09-2014 | 175.00 | - | 8.75 | - | 23,263.64 |
| 12-16-2014 | - | 100.02 | 5.00 | 47.06 | 23,311.60 |
| 01-09-2015 | 175.00 | - | 8.75 | - | 23,477.85 |
| **Totals** | **$2,100.00** | **$1,061.96** | **$165.00** | **$566.12** | **$23,477.85\*** |

\* Does not reflect interest to be earned January 16, 2015.

## Information and Service

- If you have moved, please contact your State Farm Agent or visit statefarm.com® to change your address.
- All amounts shown are subject to verification.
- When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information on your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
- Under the tax law, certain events during the life of a life insurance policy may be taxable to the policyowner. The following may result in taxable income: partial withdrawals, policy surrenders, lapses, assignments, as well as loans from policies that are MECs (Modified Endowment Contracts). If an event is taxable, generally the amount the policyowner is taxed on is the "gain" in the policy. The gain usually is the policy's account value less the premiums paid. Once a taxable gain is reported, it cannot be changed. Please contact your tax advisor for additional information.

Continued on next page

---

CONFIDENTIAL      WHITMAN v SFLIC      SFLIC-W-0000207205



**Information and Service** (Continued)

- The following disclosure is required under New Hampshire law:

  Any of the following actions related to your life insurance policy may have significant future financial, tax or other implications:

  > a. Surrender of the policy;
  > b. Lapse of the policy;
  > c. Failure to pay premium;
  > d. Application of the equity of the policy toward payment of premium;
  > e. Application of accumulated dividends toward payment of premium;
  > f. Financing premium payments;
  > g. Sale of the policy; and
  > h. Assignment of the policy and any right under the policy.

  Before you act, you need to consider all options carefully and seek advice from a licensed financial advisor, attorney or other professional who can explain all available options and consequences.

- **IMPORTANT POLICY OWNER NOTICE** - You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, a current illustration by calling your agent at 425-747-3600, by calling State Farm Insurance at 855-534-0227, or by writing to the address listed on this notice. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

State Farm Life Insurance Company (Not Licensed in MA, NY, or WI)
State Farm Life and Accident Assurance Company (Licensed in NY and WI)
Bloomington, IL

*Policy # LF-1853-4088*                          *Page 5 of 6*                          *Prepared January 15, 2015*

CONFIDENTIAL                          WHITMAN v SFLIC                          SFLIC-W-0000207206



ST1–000176
0303-C10008

Page Intentionally Left Blank

State Farm Life Insurance Company
PO Box 2364
BLOOMINGTON, IL  61702-2364
Phone:  855-534-0227

**State Farm®**

L000044
WILLIAM T WHITMAN

████████████████

ɪɪdˡɪˡɪˡᵈˡᵐˡˡᵈˡˡˡˡᵈˡᵈˡˡˡˡᵈˡᵖdˡˡˡˡˡᵈˡˡᵐˡᵖˡᵈˡᵈˡᵖᵈˡ

---

### Annual Notice

| | |
|---|---|
| Policy Number: | LF-1853-4088 |
| Plan: | Universal Life |
| Insured: | WILLIAM T WHITMAN |
| **Payment Amount:** | **$1,316.90** |

Agent Tim Crabtree
1 Lake Bellevue Dr Ste 102
Bellevue, WA  98005-2417
Phone: 425-747-3600

1004428  142542  203  10-08-2014  RN40

### Important Next Steps

- Review this document closely to make sure this policy continues to meet your needs.
- Detach the bottom portion of this page and return it with your payment, or be a *Green Neighbor*™ and pay your bill on-line.
- Universal Life policies are flexible and change from year to year based on interest rates, payments, and other factors.  Contact your State Farm agent to review your policy and options available to you.

*Thanks for letting us serve you!*

---

*Policy # LF-1853-4088*              *Page 1 of 6*              *Prepared January 15, 2016*

↓**Please fold and tear here**↓

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Power To Pay Your Way**    **Online** PC or mobile devices    **Mobile** Download our Pocket Agent app    **Mail** Send us a check    **Call your Agent:** 425-747-3600 **Automated Line:** 1-800-440-0998 Key code: 1219838511    **Walk In** See your State Farm Agent

**State Farm®**

Insured: WILLIAM T WHITMAN
Policy Number: LF-1853-4088

**1609000004**
Insurance Support Center
PO Box 588002
DULUTH GA  30029-8002

ɪˡˡᵐˡᵖˡᵈˡᵐˡˡᵖˡˡˡˡˡˡᵈᵐˡˡˡᵖᵐˡˡˡˡᵖᵖˡᵈˡᵖˡᵖˡˡˡᵖˡᵈˡˡˡˡᵖˡᵖᵈˡˡˡɪ

**Payment Amount: $1,316.90**
Make payment to State Farm

| Office Use Only | Annual Notice | | Life | 1,316.90 | 0115 |
|---|---|---|---|---|---|
| UL      175.00 | | | | | |
| I      1,316.90 | | | | | |

901234500131690    912341853408810216>

---

CONFIDENTIAL                           WHITMAN v SFLIC                           SFLIC-W-0000207208





## Policy Information

**Policy Number**
LF-1853-4088

**Insured**
WILLIAM T WHITMAN

**Policy Date**
January 16, 2001

**Plan**
Universal Life

**Payment Information**
$1,316.90. This is the amount of loan interest due. Monthly payments of $175.00 are made via the State Farm Payment Plan.

Any payment received after January 15, 2016, is not reflected on this notice.

This notice reflects activity from January 16, 2015, to January 16, 2016.

## Beneficiary Information

The beneficiary designation is an important part of your policy. Your beneficiary designation is:

Primary:   STEPHANIE ALICE WHITMAN
Successor:  THOMAS HENRY WHITMAN (FATHER), RANDALL DEAN MAY

*Note:* *Probate laws may disqualify a policy owner's former spouse from receiving life insurance proceeds. You should update your beneficiary designation if your marital status changes and you want your former spouse to receive the proceeds of this policy.*

## Insurance Information

| Insurance Amount | Insured |
|---|---|
| Universal Life | $497,000.00 |
| **Cost of Insurance** | |
| Universal Life | $567.53 |

*Policy # LF-1853-4088*                    *Page 2 of 6*                    *Prepared January 15, 2016*



## Coverage Projection



Based on Guaranteed Rates   Based on Current Rates

**If no further payments are made**, your policy will provide coverage until December 15, 2027, when the insured's age is 46, based on guaranteed rates, and until January 15, 2045, when the insured's age is 63, based on current rates.

**If continued planned payments** of $175.00 each month are made, your policy will provide coverage until August 15, 2045, when the insured's age is 64, based on guaranteed rates, and until March 17, 2066, when the insured's age is 85, based on current rates.

The age(s) shown above are based on the insured's age as of the policy anniversary preceding the projected coverage end date.

This information assumes loan interest is paid when due.

---

## Account Value

| | |
|---|---|
| **Balance from 2015 Annual Notice** | **$23,578.56** |
| Increases | |
| Payments | 2,100.00 |
| Interest Credited | 1,176.36 |
| Interest to be Earned January 16, 2016 | 111.28 |
| Decreases | |
| Expense Charges | - 165.00 |
| Cost of Insurance | - 567.53 |
| **Total Account Value as of January 16, 2016** | **$26,233.67** |
| **Loan Balance\*** | **$16,461.24** |

*Loan Balance does not include the $1,316.90 loan interest due. The current interest rate on this loan is 8%.

**Interest Rate** — The account value currently earns 4% except the account value equal to any policy loan earns 6%. The interest rates are effective annual interest rates.

**Surrender Value** as of January 16, 2016, will be $8,455.53. The total account value has been reduced by the surrender charge of $0.00, policy loan of $16,461.24, and loan interest of $1,316.90 to determine the surrender value.

*Note: If you request to surrender your policy, it cannot be reinstated.*

**Transaction details** are provided in the Account Value Transactions portion of this notice.



## Account Value Transactions

| Date | Payments/ (Withdrawals) | Interest Credited | Expense Charges | Cost of Insurance | Ending Account Value |
|---|---|---|---|---|---|
| **Balance from 2015 Annual Notice** | | | | | **$23,578.56** |
| 01-16-2015 | - | - | 5.00 | 47.42 | 23,526.14 |
| 02-10-2015 | 175.00 | - | 8.75 | - | 23,692.39 |
| 02-16-2015 | - | 103.34 | 5.00 | 47.39 | 23,743.34 |
| 03-10-2015 | 175.00 | - | 8.75 | - | 23,909.59 |
| 03-16-2015 | - | 104.06 | 5.00 | 47.37 | 23,961.28 |
| 04-09-2015 | 175.00 | - | 8.75 | - | 24,127.53 |
| 04-16-2015 | - | 104.78 | 5.00 | 47.35 | 24,179.96 |
| 05-11-2015 | 175.00 | - | 8.75 | - | 24,346.21 |
| 05-16-2015 | - | 105.47 | 5.00 | 47.33 | 24,399.35 |
| 06-09-2015 | 175.00 | - | 8.75 | - | 24,565.60 |
| 06-16-2015 | - | 106.22 | 5.00 | 47.31 | 24,619.51 |
| 07-09-2015 | 175.00 | - | 8.75 | - | 24,785.76 |
| 07-16-2015 | - | 106.94 | 5.00 | 47.28 | 24,840.42 |
| 08-11-2015 | 175.00 | - | 8.75 | - | 25,006.67 |
| 08-16-2015 | - | 107.63 | 5.00 | 47.26 | 25,062.04 |
| 09-09-2015 | 175.00 | - | 8.75 | - | 25,228.29 |
| 09-16-2015 | - | 108.39 | 5.00 | 47.24 | 25,284.44 |
| 10-09-2015 | 175.00 | - | 8.75 | - | 25,450.69 |
| 10-16-2015 | - | 109.12 | 5.00 | 47.22 | 25,507.59 |
| 11-10-2015 | 175.00 | - | 8.75 | - | 25,673.84 |
| 11-16-2015 | - | 109.83 | 5.00 | 47.19 | 25,731.48 |
| 12-09-2015 | 175.00 | - | 8.75 | - | 25,897.73 |
| 12-16-2015 | - | 110.58 | 5.00 | 47.17 | 25,956.14 |
| 01-11-2016 | 175.00 | - | 8.75 | - | 26,122.39 |
| **Totals** | **$2,100.00** | **$1,176.36** | **$165.00** | **$567.53** | **$26,122.39*** |

* Does not reflect interest to be earned January 16, 2016.

## Information and Service

- If you have moved, please contact your State Farm Agent or visit statefarm.com® to change your address.

- All amounts shown are subject to verification.

- When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information on your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

- Under the tax law, certain events during the life of a life insurance policy may be taxable to the policyowner. The following may result in taxable income: partial withdrawals, policy surrenders, lapses, assignments, as well as loans from policies that are MECs (Modified Endowment Contracts). If an event is taxable, generally the amount the policyowner is taxed on is the "gain" in the policy. The gain usually is the policy's account value less the premiums paid. Once a taxable gain is reported, it cannot be changed. Please contact your tax advisor for additional information.

Continued on next page

ST1–000177
0203-C10000

---



**Information and Service** (Continued)

- The following disclosure is required under New Hampshire law:

  Any of the following actions related to your life insurance policy may have significant future financial, tax or other implications:

          a. Surrender of the policy;
          b. Lapse of the policy;
          c. Failure to pay premium;
          d. Application of the equity of the policy toward payment of premium;
          e. Application of accumulated dividends toward payment of premium;
          f.  Financing premium payments;
          g. Sale of the policy; and
          h. Assignment of the policy and any right under the policy.

  Before you act, you need to consider all options carefully and seek advice from a licensed financial advisor, attorney or other professional who can explain all available options and consequences.

- **IMPORTANT POLICY OWNER NOTICE** - You should consider requesting more detailed information about your policy to understand how it may perform in the future.  You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration.  You may annually request, without charge, a current illustration by calling your agent at 425-747-3600, by calling State Farm Insurance at 855-534-0227, or by writing to the address listed on this notice.  If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

State Farm Life Insurance Company (Not Licensed in MA, NY, or WI)
State Farm Life and Accident Assurance Company (Licensed in NY and WI)
Bloomington, IL

CONFIDENTIAL                                    WHITMAN v SFLIC                                    SFLIC-W-0000207212

┼┼┼┼LF18534088201601150 9L00017747272940



ST11-000177
0303-G10008

Page Intentionally Left Blank



State Farm Life Insurance Company
PO Box 2364
BLOOMINGTON, IL  61702-2364
Phone:  855-534-0227



L001019
WILLIAM T WHITMAN

ST-1-
0103-1000



| **Annual Notice** | |
| --- | --- |
| Policy Number: | LF-1853-4088 |
| Plan: | Universal Life |
| Insured: | WILLIAM T WHITMAN |
| **Payment Amount:** | **$1,422.25** |

Agent Tim Crabtree
1 Lake Bellevue Dr Ste 102
Bellevue, WA  98005-2417
Phone: 425-747-3600

1004428  142542 203 10-08-2014  RN40

### Important Next Steps

- Review this document closely to make sure this policy continues to meet your needs.
- Detach the bottom portion of this page and return it with your payment, or be a *Green Neighbor*™ and pay your bill on-line.
- Universal Life policies are flexible and change from year to year based on interest rates, payments, and other factors.  Contact your State Farm agent to review your policy and options available to you.

***Thanks for letting us serve you!***

*Policy # LF-1853-4088*          *Page 1 of 6*          *Prepared January 14, 2017*

↓ **Please fold and tear here** ↓

**Power To Pay Your Way**

 **Online** PC or mobile devices

 **Mobile** Download our Pocket Agent app

 **Mail** Send us a check

 **Call your Agent:** 425-747-3600 **Automated Line:** 1-800-440-0998 Key code: 1215385267

 **Walk In** See your State Farm Agent



Insured: WILLIAM T WHITMAN
Policy Number: LF-1853-4088

**1609000004**
Insurance Support Center
PO Box 588002
DULUTH GA  30029-8002

**Payment Amount: $1,422.25**
Make payment to State Farm

| Office Use Only | Annual Notice | | Life | 1,422.25 | 0114 |
| --- | --- | --- | --- | --- | --- |
| UL        175.00 | | | | | |
| I           1,422.25 | | | | | |

901234500142225   912341853408810216 >



## Policy Information

**Policy Number**
LF-1853-4088

**Policy Date**
January 16, 2001

**Payment Information**
$1,422.25. This is the amount of loan interest due. Monthly payments of $175.00 are made via the State Farm Payment Plan.

Any payment received after January 14, 2017, is not reflected on this notice.

**Insured**
WILLIAM T WHITMAN

**Plan**
Universal Life

This notice reflects activity from January 16, 2016, to January 16, 2017.

## Beneficiary Information

The beneficiary designation is an important part of your policy.  Your beneficiary designation  is:

Primary:   STEPHANIE ALICE WHITMAN
Successor:   THOMAS HENRY WHITMAN (FATHER), RANDALL DEAN MAY

*Note:*   *Probate laws may disqualify a policy owner's former spouse from receiving life insurance proceeds.  You should update your beneficiary designation if your marital status changes and you want your former spouse to receive the proceeds of this policy.*

## Insurance Information

| Insurance Amount | Insured |
|---|---|
| Universal Life | $497,000.00 |
| **Cost of Insurance** | |
| Universal Life | $565.42 |

*Policy # LF-1853-4088*                                    *Page 2 of 6*                                    *Prepared January 14, 2017*



## Coverage Projection



**If no further payments are made**, your policy will provide coverage until September 14, 2029, when the insured's age is 48, based on guaranteed rates, and until September 14, 2046, when the insured's age is 65, based on current rates.

**If continued planned payments** of $175.00 each month are made, your policy will provide coverage until October 15, 2045, when the insured's age is 64, based on guaranteed rates, and until May 15, 2066, when the insured's age is 85, based on current rates.

The age(s) shown above are based on the insured's age as of the policy anniversary preceding the projected coverage end date.

This information assumes loan interest is paid when due.

## Account Value

| | |
|---|---|
| **Balance from 2016 Annual Notice** | **$26,233.67** |
| Increases | |
| Payments | 2,100.00 |
| Interest Credited | 1,296.64 |
| Interest to be Earned January 16, 2017 | 122.49 |
| Decreases | |
| Expense Charges | - 165.00 |
| Cost of Insurance | - 565.42 |
| **Total Account Value as of January 16, 2017** | **$29,022.38** |
| **Loan Balance\*** | **$17,778.14** |

*Loan Balance does not include the $1,422.25 loan interest due. The current interest rate on this loan is 8%.

**Interest Rate** — The account value currently earns 4% except the account value equal to any policy loan earns 6%. The interest rates are effective annual interest rates.

**Surrender Value** as of January 16, 2017, will be $9,821.99. The total account value has been reduced by the surrender charge of $0.00, policy loan of $17,778.14, and loan interest of $1,422.25 to determine the surrender value.

*Note: If you request to surrender your policy, it cannot be reinstated.*

**Transaction details** are provided in the Account Value Transactions portion of this notice.

 State Farm®

## Account Value Transactions

| Date | Payments/ (Withdrawals) | Interest Credited | Expense Charges | Cost of Insurance | Ending Account Value |
|---|---|---|---|---|---|
| **Balance from 2016 Annual Notice** | | | | | **$26,233.67** |
| 01-16-2016 | - | - | 5.00 | 47.24 | 26,181.43 |
| 02-09-2016 | 175.00 | - | 8.75 | - | 26,347.68 |
| 02-16-2016 | - | 114.15 | 5.00 | 47.22 | 26,409.61 |
| 03-09-2016 | 175.00 | - | 8.75 | - | 26,575.86 |
| 03-16-2016 | - | 114.91 | 5.00 | 47.20 | 26,638.57 |
| 04-16-2016 | - | 115.54 | 5.00 | 47.19 | 26,701.92 |
| 04-20-2016 | 175.00 | - | 8.75 | - | 26,868.17 |
| 05-16-2016 | - | 116.20 | 5.00 | 47.17 | 26,932.20 |
| 05-19-2016 | 175.00 | - | 8.75 | - | 27,098.45 |
| 06-14-2016 | 175.00 | - | 8.75 | - | 27,264.70 |
| 06-16-2016 | - | 117.00 | 5.00 | 47.13 | 27,329.57 |
| 07-11-2016 | 175.00 | - | 8.75 | - | 27,495.82 |
| 07-16-2016 | - | 117.88 | 5.00 | 47.10 | 27,561.60 |
| 08-09-2016 | 175.00 | - | 8.75 | - | 27,727.85 |
| 08-16-2016 | - | 118.67 | 5.00 | 47.08 | 27,794.44 |
| 09-09-2016 | 175.00 | - | 8.75 | - | 27,960.69 |
| 09-16-2016 | - | 119.43 | 5.00 | 47.06 | 28,028.06 |
| 10-11-2016 | 175.00 | - | 8.75 | - | 28,194.31 |
| 10-16-2016 | - | 120.16 | 5.00 | 47.03 | 28,262.44 |
| 11-09-2016 | 175.00 | - | 8.75 | - | 28,428.69 |
| 11-16-2016 | - | 120.96 | 5.00 | 47.01 | 28,497.64 |
| 12-09-2016 | 175.00 | - | 8.75 | - | 28,663.89 |
| 12-16-2016 | - | 121.74 | 5.00 | 46.99 | 28,733.64 |
| 01-10-2017 | 175.00 | - | 8.75 | - | 28,899.89 |
| **Totals** | **$2,100.00** | **$1,296.64** | **$165.00** | **$565.42** | **$28,899.89\*** |

\* Does not reflect interest to be earned January 16, 2017.

## Information and Service

- If you have moved, please contact your State Farm Agent or visit statefarm.com® to change your address.
- All amounts shown are subject to verification.
- When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information on your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
- Under the tax law, certain events during the life of a life insurance policy may be taxable to the policyowner. The following may result in taxable income: partial withdrawals, policy surrenders, lapses, assignments, as well as loans from policies that are MECs (Modified Endowment Contracts). If an event is taxable, generally the amount the policyowner is taxed on is the "gain" in the policy. The gain usually is the policy's account value less the premiums paid. Once a taxable gain is reported, it cannot be changed. Please contact your tax advisor for additional information.

Continued on next page

CONFIDENTIAL                   WHITMAN v SFLIC                   SFLIC-W-0000207217



**Information and Service** (Continued)



- The following disclosure is required under New Hampshire law:

Any of the following actions related to your life insurance policy may have significant future financial, tax or other implications:

      a. Surrender of the policy;

      b. Lapse of the policy;

      c. Failure to pay premium;

      d. Application of the equity of the policy toward payment of premium;

      e. Application of accumulated dividends toward payment of premium;

      f. Financing premium payments;

      g. Sale of the policy; and

      h. Assignment of the policy and any right under the policy.

Before you act, you need to consider all options carefully and seek advice from a licensed financial advisor, attorney or other professional who can explain all available options and consequences.

- **IMPORTANT POLICY OWNER NOTICE** - You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, a current illustration by calling your agent at 425-747-3600, by calling State Farm Insurance at 855-534-0227, or by writing to the address listed on this notice. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

State Farm Life Insurance Company (Not Licensed in MA, NY, or WI)
State Farm Life and Accident Assurance Company (Licensed in NY and WI)
Bloomington, IL

CONFIDENTIAL            WHITMAN v SFLIC            SFLIC-W-0000207218

ST-1-
0303-1000

++++LF1853408820170114091001281472729940

State Farm®

Page Intentionally Left Blank

CONFIDENTIAL                                          WHITMAN v SFLIC                                     SFLIC-W-0000207219



State Farm Life Insurance Company
PO Box 2364
BLOOMINGTON, IL 61702-2364
Phone: 855-534-0227



L000047
WILLIAM T WHITMAN

ST-1-
0103-1000

| Annual Notice | |
| --- | --- |
| Policy Number: | LF-1853-4088 |
| Plan: | Universal Life |
| Insured: | WILLIAM T WHITMAN |
| **Payment Amount:** | **$1,536.03** |

Agent Tim Crabtree
1 Lake Bellevue Dr Ste 102
Bellevue, WA 98005-2417
Phone: 425-747-3600

1004428 142542 204 05-03-2017 RN40

### Important Next Steps

- Review this document closely to make sure this policy continues to meet your needs.
- Detach the bottom portion of this page and return it with your payment, or be a *Green Neighbor*™ and pay your bill on-line.
- Universal Life policies are flexible and change from year to year based on interest rates, payments, and other factors. Contact your State Farm agent to review your policy and options available to you.

***Thanks for letting us serve you!***

| *Policy # LF-1853-4088* | *Page 1 of 6* | *Prepared January 15, 2018* |
| --- | --- | --- |

↓ **Please fold and tear here** ↓

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Power To Pay Your Way**

 **Online** PC or mobile devices

 **Mobile** Download our Pocket Agent app

 **Mail** Send us a check

 **Call your Agent:** 425-747-3600 **Automated Line:** 1-800-440-0998 **Key Code:** 1210751014

 **Walk In** See your State Farm Agent



Insured: WILLIAM T WHITMAN
Policy Number: LF-1853-4088

**1609000004**
Insurance Support Center
PO Box 588002
DULUTH GA 30029-8002



**Payment Amount: $1,536.03**
Make payment to State Farm

| Office Use Only | Annual Notice | | Life | 1,536.03 | 0115 |
| --- | --- | --- | --- | --- | --- |

UL   175.00
I    1,536.03

501234500153603    912341853408810216>

CONFIDENTIAL            WHITMAN v SFLIC            SFLIC-W-0000207220



## Policy Information

**Policy Number**
LF-1853-4088

**Insured**
WILLIAM T WHITMAN

**Policy Date**
January 16, 2001

**Plan**
Universal Life

**Payment Information**
$1,536.03. This is the amount of loan interest due. Monthly payments of $175.00 are made via the State Farm Payment Plan.

Any payment received after January 15, 2018, is not reflected on this notice.

This notice reflects activity from January 16, 2017, to January 16, 2018.

---

## Beneficiary Information

The beneficiary designation is an important part of your policy. Your beneficiary designation is:

Primary: STEPHANIE ALICE WHITMAN
Successor: THOMAS HENRY WHITMAN (FATHER), RANDALL DEAN MAY

***Note:*** *Probate laws may disqualify a policy owner's former spouse from receiving life insurance proceeds. You should update your beneficiary designation if your marital status changes and you want your former spouse to receive the proceeds of this policy.*

---

## Insurance Information

| Insurance Amount | Insured |
|---|---|
| Universal Life | $497,000.00 |
| **Cost of Insurance** | |
| Universal Life | $585.95 |

*Policy # LF-1853-4088*          *Page 2 of 6*          *Prepared January 15, 2018*



## Coverage Projection





**If no further payments are made**, your policy will provide coverage until January 15, 2031, when the insured's age is 49, based on guaranteed rates, and until February 14, 2048, when the insured's age is 67, based on current rates.

**If continued planned payments** of $175.00 each month are made, your policy will provide coverage until December 15, 2045, when the insured's age is 64, based on guaranteed rates, and until July 15, 2066, when the insured's age is 85, based on current rates.

The age(s) shown above are based on the insured's age as of the policy anniversary preceding the projected coverage end date.

This information assumes loan interest is paid when due.

---

## Account Value

| | |
|---|---|
| **Balance from 2017 Annual Notice** | **$29,022.38** |
| Increases | |
| Payments | 2,100.00 |
| Interest Credited | 1,424.09 |
| Interest to be Earned January 16, 2018 | 134.25 |
| Decreases | |
| Expense Charges | - 165.00 |
| Cost of Insurance | - 585.95 |
| **Total Account Value as of January 16, 2018** | **$31,929.77** |
| **Loan Balance\*** | **$19,200.39** |

*Loan Balance does not include the $1,536.03 loan interest due. The current interest rate on this loan is 8%.

**Interest Rate** — The account value currently earns 4% except the account value equal to any policy loan earns 6%. The interest rates are effective annual interest rates.

**Surrender Value** as of January 16, 2018, will be $11,193.35. The total account value has been reduced by the surrender charge of $0.00, policy loan of $19,200.39, and loan interest of $1,536.03 to determine the surrender value.

*Note: If you request to surrender your policy, it cannot be reinstated.*

**Transaction details** are provided in the Account Value Transactions portion of this notice.



## Account Value Transactions

| Date | Payments/ (Withdrawals) | Interest Credited | Expense Charges | Cost of Insurance | Ending Account Value |
|---|---|---|---|---|---|
| **Balance from 2017 Annual Notice** | | | | | **$29,022.38** |
| 01-16-2017 | - | - | 5.00 | 48.97 | 28,968.41 |
| 02-09-2017 | 175.00 | - | 8.75 | - | 29,134.66 |
| 02-16-2017 | - | 125.54 | 5.00 | 48.94 | 29,206.26 |
| 03-09-2017 | 175.00 | - | 8.75 | - | 29,372.51 |
| 03-16-2017 | - | 126.33 | 5.00 | 48.92 | 29,444.92 |
| 04-11-2017 | 175.00 | - | 8.75 | - | 29,611.17 |
| 04-16-2017 | - | 127.07 | 5.00 | 48.89 | 29,684.35 |
| 05-09-2017 | 175.00 | - | 8.75 | - | 29,850.60 |
| 05-16-2017 | - | 127.89 | 5.00 | 48.87 | 29,924.62 |
| 06-09-2017 | 175.00 | - | 8.75 | - | 30,090.87 |
| 06-16-2017 | - | 128.67 | 5.00 | 48.84 | 30,165.70 |
| 07-11-2017 | 175.00 | - | 8.75 | - | 30,331.95 |
| 07-16-2017 | - | 129.43 | 5.00 | 48.82 | 30,407.56 |
| 08-09-2017 | 175.00 | - | 8.75 | - | 30,573.81 |
| 08-16-2017 | - | 130.25 | 5.00 | 48.79 | 30,650.27 |
| 09-11-2017 | 175.00 | - | 8.75 | - | 30,816.52 |
| 09-16-2017 | - | 131.01 | 5.00 | 48.77 | 30,893.76 |
| 10-10-2017 | 175.00 | - | 8.75 | - | 31,060.01 |
| 10-16-2017 | - | 131.83 | 5.00 | 48.74 | 31,138.10 |
| 11-09-2017 | 175.00 | - | 8.75 | - | 31,304.35 |
| 11-16-2017 | - | 132.65 | 5.00 | 48.71 | 31,383.29 |
| 12-11-2017 | 175.00 | - | 8.75 | - | 31,549.54 |
| 12-16-2017 | - | 133.42 | 5.00 | 48.69 | 31,629.27 |
| 01-09-2018 | 175.00 | - | 8.75 | - | 31,795.52 |
| **Totals** | **$2,100.00** | **$1,424.09** | **$165.00** | **$585.95** | **$31,795.52*** |

\* Does not reflect interest to be earned January 16, 2018.

## Information and Service

- If you have moved, please contact your State Farm Agent or visit statefarm.com® to change your address.
- All amounts shown are subject to verification.
- When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information on your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
- Under the tax law, certain events during the life of a life insurance policy may be taxable to the policyowner. The following may result in taxable income: partial withdrawals, policy surrenders, lapses, assignments, as well as loans from policies that are MECs (Modified Endowment Contracts). If an event is taxable, generally the amount the policyowner is taxed on is the "gain" in the policy. The gain usually is the policy's account value less the premiums paid. Once a taxable gain is reported, it cannot be changed. Please contact your tax advisor for additional information.

Continued on next page



**Information and Service** (Continued)

- The following disclosure is required under New Hampshire law:

  Any of the following actions related to your life insurance policy may have significant future financial, tax or other implications:

        a. Surrender of the policy;
        b. Lapse of the policy;
        c. Failure to pay premium;
        d. Application of the equity of the policy toward payment of premium;
        e. Application of accumulated dividends toward payment of premium;
        f.  Financing premium payments;
        g. Sale of the policy; and
        h. Assignment of the policy and any right under the policy.

  Before you act, you need to consider all options carefully and seek advice from a licensed financial advisor, attorney or other professional who can explain all available options and consequences.

- **IMPORTANT POLICY OWNER NOTICE** - You should consider requesting more detailed information about your policy to understand how it may perform in the future.  You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration.  You may annually request, without charge, a current illustration by calling your agent at 425-747-3600, by calling State Farm Insurance at 855-534-0227, or by writing to the address listed on this notice.  If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

State Farm Life Insurance Company (Not Licensed in MA, NY, or WI)
State Farm Life and Accident Assurance Company (Licensed in NY and WI)
Bloomington, IL

CONFIDENTIAL                    WHITMAN v SFLIC                    SFLIC-W-0000207224

++++LF18534088201801 1509L00016747272940



Page Intentionally Left Blank



State Farm Life Insurance Company
PO Box 2364
BLOOMINGTON, IL 61702-2364
Phone: 855-534-0227



L000041
WILLIAM T WHITMAN

███████████

ᵁʰᵈₚₒₙₗₗᵢₗₗᵢₗₗₗₗₗₗₗₗₗₗₗₗₗᵢₗₗₗᵢₗₗₗₗₗₗₗₗₗₗₗₗₗₗ

| Annual Notice | |
|---|---|
| Policy Number: | LF-1853-4088 |
| Plan: | Universal Life |
| Insured: | WILLIAM T WHITMAN |
| **Payment Amount:** | **$1,658.91** |

Agent Tim Crabtree
1 Lake Bellevue Dr Ste 102
Bellevue, WA 98005-2417
Phone: 425-747-3600

## Important Next Steps

- Review this document closely to make sure this policy continues to meet your needs.
- Detach the bottom portion of this page and return it with your payment, or be a *Green Neighbor*™ and pay your bill on-line.
- Universal Life policies are flexible and change from year to year based on interest rates, payments, and other factors. Contact your State Farm agent to review your policy and options available to you.

*Thanks for letting us serve you!*

| Policy # LF-1853-4088 | Page 1 of 6 | Prepared January 15, 2019 |
|---|---|---|

↓Please fold and tear here↓

**Power To Pay Your Way**

 **Online** PC or mobile devices

 **Mobile** Download our Pocket Agent app

 **Mail** Send us a check

 **Call your Agent:** 425-747-3600 **Automated Line:** 1-800-440-0998 **Key Code:** 1215830861

 **Walk In** See your State Farm Agent



Insured: WILLIAM T WHITMAN
Policy Number: LF-1853-4088

**1609000004**
Insurance Support Center
PO Box 588002
DULUTH GA 30029-8002

ᵢₗₚₐₗₗₗₗᵢₗₗₗᵢₗₗₗₗₗₗₗᵢₗₗₗₗₗₗₗₗᵢₗₗₗᵢₗₗₗₗₗₗₗₗₗₗᵢₗₗₗ

**Payment Amount: $1,658.91**
Make payment to State Farm

| Office Use Only | Annual Notice | | Life | 1,658.91 | 0115 |
|---|---|---|---|---|---|
| UL      175.00 | | | | | |
| I      1,658.91 | | | | | |

301234500165891     912341853408810216>

Confidential

PLTF-WHITMAN-00000037



## Policy Information

**Policy Number**
LF-1853-4088

**Insured**
WILLIAM T WHITMAN

**Policy Date**
January 16, 2001

**Plan**
Universal Life

**Payment Information**
$1,658.91. This is the amount of loan interest due. Monthly payments of $175.00 are made via the State Farm Payment Plan.

Any payment received after January 15, 2019, is not reflected on this notice.

This notice reflects activity from January 16, 2018, to January 16, 2019.

## Beneficiary Information

The beneficiary designation is an important part of your policy.  Your beneficiary designation  is:

Primary:   STEPHANIE ALICE WHITMAN
Successor:   THOMAS HENRY WHITMAN (FATHER), RANDALL DEAN MAY

***Note:*** *Probate laws may disqualify a policy owner's former spouse from receiving life insurance proceeds.  You should update your beneficiary designation if your marital status changes and you want your former spouse to receive the proceeds of this policy.*

## Insurance Information

| Insurance Amount | Insured |
|---|---|
| Universal Life | $497,000.00 |
| **Cost of Insurance** | |
| Universal Life | $609.39 |

*Policy # LF-1853-4088*                    *Page 2 of 6*                    *Prepared January 15, 2019*

                    PLTF-WHITMAN-00000038



## Coverage Projection



**If no further payments are made**, your policy will provide coverage until August 15, 2032, when the insured's age is 51, based on guaranteed rates, and until July 15, 2049, when the insured's age is 68, based on current rates.

**If continued planned payments** of $175.00 each month are made, your policy will provide coverage until February 14, 2046, when the insured's age is 65, based on guaranteed rates, and until October 15, 2066, when the insured's age is 85, based on current rates.

The age(s) shown above are based on the insured's age as of the policy anniversary preceding the projected coverage end date.

This information assumes loan interest is paid when due.

---

## Account Value

| | |
|---|---|
| **Balance from 2018 Annual Notice** | **$31,929.77** |
| Increases | |
| Payments | 2,100.00 |
| Interest Credited | 1,557.48 |
| Interest to be Earned January 16, 2019 | 146.58 |
| Decreases | |
| Expense Charges | - 165.00 |
| Cost of Insurance | - 609.39 |
| **Total Account Value as of January 16, 2019** | **$34,959.44** |
| **Loan Balance\*** | **$20,736.42** |

*Loan Balance does not include the $1,658.91 loan interest due. The current interest rate on this loan is 8%.

**Interest Rate —** The account value currently earns 4% except the account value equal to any policy loan earns 6%. The interest rates are effective annual interest rates.

**Surrender Value** as of January 16, 2019, will be $12,564.11. The total account value has been reduced by the surrender charge of $0.00, policy loan of $20,736.42, and loan interest of $1,658.91 to determine the surrender value.

*Note: If you request to surrender your policy, it cannot be reinstated.*

**Transaction details** are provided in the Account Value Transactions portion of this notice.



## Account Value Transactions

| Date | Payments/ (Withdrawals) | Interest Credited | Expense Charges | Cost of Insurance | Ending Account Value |
|------|------|------|------|------|------|
| **Balance from 2018 Annual Notice** | | | | | **$31,929.77** |
| 01-16-2018 | - | - | 5.00 | 50.93 | 31,873.84 |
| 02-09-2018 | 175.00 | - | 8.75 | - | 32,040.09 |
| 02-16-2018 | - | 137.50 | 5.00 | 50.91 | 32,121.68 |
| 03-09-2018 | 175.00 | - | 8.75 | - | 32,287.93 |
| 03-16-2018 | - | 138.33 | 5.00 | 50.88 | 32,370.38 |
| 04-10-2018 | 175.00 | - | 8.75 | - | 32,536.63 |
| 04-16-2018 | - | 139.11 | 5.00 | 50.85 | 32,619.89 |
| 05-09-2018 | 175.00 | - | 8.75 | - | 32,786.14 |
| 05-16-2018 | - | 139.95 | 5.00 | 50.82 | 32,870.27 |
| 06-11-2018 | 175.00 | - | 8.75 | - | 33,036.52 |
| 06-16-2018 | - | 140.73 | 5.00 | 50.80 | 33,121.45 |
| 07-10-2018 | 175.00 | - | 8.75 | - | 33,287.70 |
| 07-16-2018 | - | 141.57 | 5.00 | 50.77 | 33,373.50 |
| 08-09-2018 | 175.00 | - | 8.75 | - | 33,539.75 |
| 08-16-2018 | - | 142.41 | 5.00 | 50.74 | 33,626.42 |
| 09-11-2018 | 175.00 | - | 8.75 | - | 33,792.67 |
| 09-16-2018 | - | 143.20 | 5.00 | 50.71 | 33,880.16 |
| 10-09-2018 | 175.00 | - | 8.75 | - | 34,046.41 |
| 10-16-2018 | - | 144.07 | 5.00 | 50.69 | 34,134.79 |
| 11-09-2018 | 175.00 | - | 8.75 | - | 34,301.04 |
| 11-16-2018 | - | 144.90 | 5.00 | 50.66 | 34,390.28 |
| 12-11-2018 | 175.00 | - | 8.75 | - | 34,556.53 |
| 12-16-2018 | - | 145.71 | 5.00 | 50.63 | 34,646.61 |
| 01-09-2019 | 175.00 | - | 8.75 | - | 34,812.86 |
| **Totals** | **$2,100.00** | **$1,557.48** | **$165.00** | **$609.39** | **$34,812.86*** |

\* Does not reflect interest to be earned January 16, 2019.

## Information and Service

- If you have moved, please contact your State Farm Agent or visit statefarm.com® to change your address.
- All amounts shown are subject to verification.
- When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information on your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.
- Under the tax law, certain events during the life of a life insurance policy may be taxable to the policyowner. The following may result in taxable income: partial withdrawals, policy surrenders, lapses, assignments, as well as loans from policies that are MECs (Modified Endowment Contracts). If an event is taxable, generally the amount the policyowner is taxed on is the "gain" in the policy. The gain usually is the policy's account value less the premiums paid. Once a taxable gain is reported, it cannot be changed. Please contact your tax advisor for additional information.

Continued on next page

Confidential                                                                                   PLTF-WHITMAN-00000040



**Information and Service** (Continued)



- The following disclosure is required under New Hampshire law:

Any of the following actions related to your life insurance policy may have significant future financial, tax or other implications:

  a. Surrender of the policy;
  b. Lapse of the policy;
  c. Failure to pay premium;
  d. Application of the equity of the policy toward payment of premium;
  e. Application of accumulated dividends toward payment of premium;
  f.  Financing premium payments;
  g. Sale of the policy; and
  h. Assignment of the policy and any right under the policy.

Before you act, you need to consider all options carefully and seek advice from a licensed financial advisor, attorney or other professional who can explain all available options and consequences.

- **IMPORTANT POLICY OWNER NOTICE** - You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, a current illustration by calling your agent at 425-747-3600, by calling State Farm Insurance at 855-534-0227, or by writing to the address listed on this notice. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.



State Farm Life Insurance Company (Not Licensed in MA, NY, or WI)
State Farm Life and Accident Assurance Company (Licensed in NY and WI)
Bloomington, IL

Confidential

PLTF-WHITMAN-00000041



Page Intentionally Left Blank

Confidential

PLTF-WHITMAN-00000042

+++++LF185340882020011509L000040472729 49

State Farm Life Insurance Company
PO Box 2364
BLOOMINGTON, IL 61702-2364
Phone: 855-534-0227



L000039
WILLIAM T WHITMAN

ST-
0103-0000

---

**Annual Notice**

| | |
|---|---|
| Policy Number: | LF-1853-4088 |
| Plan: | Universal Life |
| Insured: | WILLIAM T WHITMAN |

Agent Tim Crabtree
1 Lake Bellevue Dr Ste 102
Bellevue, WA  98005-2417
Phone: 425-747-3600

**Important Next Steps**

- Review this document closely to make sure this policy continues to meet your needs.
- Universal Life policies are flexible and change from year to year based on interest rates, payments, and other factors.  Contact your State Farm agent to review your policy and options available to you.

*Thanks for letting us serve you!*



# You can count on us.

Life might be unpredictable, but we're not. We're here to help life go right. Talk to your State Farm® agent today.

TP28.1

---

*Policy # LF-1853-4088*          *Page 1 of 5*          *Prepared January 15, 2020*

CONFIDENTIAL          WHITMAN v SFLIC          SFLIC-W-0000207262

++++++LF185340882020011509L00094047272949



## Policy Information

| **Policy Number** | **Policy Date** | **Payment Information** |
|---|---|---|
| LF-1853-4088 | January 16, 2001 | $175.00 via the State Farm Payment Plan. |
| **Insured** | **Plan** | Any payment received after January 15, 2020, is not reflected |
| WILLIAM T WHITMAN | Universal Life | on this notice. |

This notice reflects activity from January 16, 2019, to January 16, 2020.

## Beneficiary Information

The beneficiary designation is an important part of your policy.  Your beneficiary designation  is:

Primary:  STEPHANIE ALICE WHITMAN
Successor:  THOMAS HENRY WHITMAN (FATHER), RANDALL DEAN MAY

***Note:*** *Probate laws may disqualify a policy owner's former spouse from receiving life insurance proceeds.  You should update your beneficiary designation if your marital status changes and you want your former spouse to receive the proceeds of this policy.*

## Insurance Information

| **Insurance Amount** | **Insured** |
|---|---|
| Universal Life | $474,197.00 |
| **Cost of Insurance** | |
| Universal Life | $642.25 |

## Coverage Projection



**If no further payments are made**, your policy will provide coverage until December 15, 2028, when the insured's age is 47, based on guaranteed rates, and until December 15, 2035, when the insured's age is 54, based on current rates.

**If continued planned payments** of $175.00 each month are made, your policy will provide coverage until June 15, 2040, when the insured's age is 59, based on guaranteed rates, and until February 14, 2056, when the insured's age is 75, based on current rates.

The age(s) shown above are based on the insured's age as of the policy anniversary preceding the projected coverage end date.



**State Farm**®

## Account Value

| Balance from 2019 Annual Notice | $34,959.44 |
|---|---|
| Increases | |
| Payments | 2,100.00 |
| Interest Credited | 787.25 |
| Interest to be Earned January 16, 2020 | 46.17 |
| Decreases | |
| Expense Charges | - 165.00 |
| Cost of Insurance | - 642.25 |
| Withdrawals | - 22,802.75 |
| **Total Account Value as of January 16, 2020** | **$14,282.86** |

**Interest Rate —** The account value currently earns 4% except the account value equal to any policy loan earns 6%. The interest rates are effective annual interest rates.

**Surrender Value** as of January 16, 2020, will be $14,282.86. The total account value has been reduced by the surrender charge of $0.00 to determine the surrender value.

*Note: If you request to surrender your policy, it cannot be reinstated.*

**Transaction details** are provided in the Account Value Transactions portion of this notice.

## Account Value Transactions

| Date | Payments/ (Withdrawals) | Interest Credited | Expense Charges | Cost of Insurance | Ending Account Value |
|---|---|---|---|---|---|
| **Balance from 2019 Annual Notice** | | | | | **$34,959.44** |
| 01-16-2019 | - | - | 5.00 | 53.64 | 34,900.80 |
| 02-11-2019 | 175.00 | - | 8.75 | - | 35,067.05 |
| 02-16-2019 | - | 150.02 | 5.00 | 53.61 | 35,158.46 |
| 03-11-2019 | 175.00 | - | 8.75 | - | 35,324.71 |
| 03-16-2019 | - | 150.87 | 5.00 | 53.58 | 35,417.00 |
| 04-09-2019 | 175.00 | - | 8.75 | - | 35,583.25 |
| 04-11-2019 | (22,802.75) | - | - | - | 12,780.50 |
| 04-16-2019 | - | 135.20 | 5.00 | 53.56 | 12,857.14 |
| 05-16-2019 | - | 42.09 | 5.00 | 53.56 | 12,840.67 |
| 05-17-2019 | 175.00 | - | 8.75 | - | 13,006.92 |
| 06-11-2019 | 175.00 | - | 8.75 | - | 13,173.17 |
| 06-16-2019 | - | 42.62 | 5.00 | 53.52 | 13,157.27 |
| 07-09-2019 | 175.00 | - | 8.75 | - | 13,323.52 |
| 07-16-2019 | - | 43.18 | 5.00 | 53.51 | 13,308.19 |
| 08-09-2019 | 175.00 | - | 8.75 | - | 13,474.44 |
| 08-16-2019 | - | 43.67 | 5.00 | 53.49 | 13,459.62 |
| 09-10-2019 | 175.00 | - | 8.75 | - | 13,625.87 |
| 09-16-2019 | - | 44.15 | 5.00 | 53.47 | 13,611.55 |
| 10-09-2019 | 175.00 | - | 8.75 | - | 13,777.80 |
| 10-16-2019 | - | 44.67 | 5.00 | 53.45 | 13,764.02 |
| 11-11-2019 | 175.00 | - | 8.75 | - | 13,930.27 |
| 11-16-2019 | - | 45.13 | 5.00 | 53.44 | 13,916.96 |
| 12-10-2019 | 175.00 | - | 8.75 | - | 14,083.21 |
| 12-16-2019 | - | 45.65 | 5.00 | 53.42 | 14,070.44 |
| 01-09-2020 | 175.00 | - | 8.75 | - | 14,236.69 |
| **Totals** | **-$20,702.75** | **$787.25** | **$165.00** | **$642.25** | **$14,236.69*** |

* Does not reflect interest to be earned January 16, 2020.

ST- 0203-0000



## Loan Transactions

| Date | Increase | Repayment | Interest | Decrease | Balance |
|------|----------|-----------|----------|----------|---------|
| 04-09-2019 | - | 22,802.75 | 407.42 | 22,395.33 | - |
| **Totals** | **$0.00** | **$22,802.75** | **$407.42** | **$22,395.33** | **$0.00** |

## Information and Service

- If you have moved, please contact your State Farm Agent or visit statefarm.com® to change your address.

- All amounts shown are subject to verification.

- When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information on your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

- Under the tax law, certain events during the life of a life insurance policy may be taxable to the policyowner. The following may result in taxable income: partial withdrawals, policy surrenders, lapses, assignments, as well as loans from policies that are MECs (Modified Endowment Contracts). If an event is taxable, generally the amount the policyowner is taxed on is the "gain" in the policy. The gain usually is the policy's account value less the premiums paid. Once a taxable gain is reported, it cannot be changed. Please contact your tax advisor for additional information.

- **IMPORTANT POLICY OWNER NOTICE** - You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, a current illustration by calling your agent at 425-747-3600, by calling State Farm Insurance at 855-534-0227, or by writing to the address listed on this notice. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

State Farm Life Insurance Company (Not Licensed in MA, NY, or WI)
State Farm Life and Accident Assurance Company (Licensed in NY and WI)
Bloomington, IL



**STATE FARM LIFE INSURANCE COMPANY**
HOME OFFICE, ONE STATE FARM PLAZA, BLOOMINGTON, ILLINOIS 61710





# Important Information About Your Life Insurance Policy

**The following notice is required under New Hampshire law.**

Any of the following actions related to your life insurance policy may have significant future financial, tax or other implications:

a.  Surrender of the policy;

b.  Lapse of the policy;

c.  Failure to pay premium;

d.  Application of the equity of the policy toward payment of premium;

e.  Application of accumulated dividends toward payment of premium;

f.  Financing premium payments;

g.  Sale of the policy; and

h.  Assignment of the policy and any right under the policy.

Before you act, you need to consider all options carefully and seek advice from a licensed financial advisor, attorney or other professional who can explain all available options and consequences.

If you have questions about this notice or your policy, please contact customer service at 855-534-0227.

19363-29                                    Page 5 of 5                                    20190829

CONFIDENTIAL                              WHITMAN v SFLIC                          SFLIC-W-0000207266



State Farm Life Insurance Company
PO Box 2364
BLOOMINGTON, IL 61702-2364
Phone: 855-534-0227





L000039
WILLIAM T WHITMAN

████████████████████

||·|||·|·||·||·|||·||·|·|·||·|||·|·|||·||·|·|||·|·||·||·||·||

ST-
0103-0000

1004428  142542  204  05-03-2017  RN49

| Annual Notice | |
|---|---|
| Policy Number: | LF-1853-4088 |
| Plan: | Universal Life |
| Insured: | WILLIAM T WHITMAN |

Agent Tim Crabtree
1 Lake Bellevue Dr Ste 102
Bellevue, WA 98005-2417
Phone: 425-747-3600

**Important Next Steps**

• Review this document closely to make sure this policy continues to meet your needs.

• Universal Life policies are flexible and change from year to year based on interest rates, payments, and other factors.  Contact your State Farm agent to review your policy and options available to you.

*Thanks for letting us serve you!*



# For you and for them.

Count on us to help protect you, your loved ones and the life you've built. Like a good neighbor, State Farm is there®.

TP09



## Policy Information

**Policy Number**
LF-1853-4088

**Insured**
WILLIAM T WHITMAN

**Policy Date**
January 16, 2001

**Plan**
Universal Life

**Payment Information**
$175.00 via the State Farm Payment Plan.

Any payment received after January 15, 2021, is not reflected on this notice.

This notice reflects activity from January 16, 2020, to January 16, 2021.

## Beneficiary Information

The beneficiary designation is an important part of your policy.  Your beneficiary designation  is:

Primary:   STEPHANIE ALICE WHITMAN
Successor:   THOMAS HENRY WHITMAN (FATHER), RANDALL DEAN MAY

***Note:*** *Probate laws may disqualify a policy owner's former spouse from receiving life insurance proceeds.  You should update your beneficiary designation if your marital status changes and you want your former spouse to receive the proceeds of this policy.*

## Insurance Information

| Insurance Amount | Insured |
|---|---|
| Universal Life | $474,197.00 |
| **Cost of Insurance** | |
| Universal Life | $679.16 |

## Coverage Projection



**If no further payments are made**, your policy will provide coverage until April 17, 2030, when the insured's age is 49, based on guaranteed rates, and until August 15, 2037, when the insured's age is 56, based on current rates.

**If continued planned payments** of $175.00 each month are made, your policy will provide coverage until October 15, 2040, when the insured's age is 59, based on guaranteed rates, and until February 14, 2056, when the insured's age is 75, based on current rates.

The age(s) shown above are based on the insured's age as of the policy anniversary preceding the projected coverage end date.

**State Farm®**

## Account Value



| | | |
|---|---|---:|
| **Balance from 2020 Annual Notice** | | **$14,282.86** |
| Increases | | |
| Payments | | 2,100.00 |
| Interest Credited | | 540.65 |
| Interest to be Earned January 16, 2021 | | 52.16 |
| Decreases | | |
| Expense Charges | | - 165.00 |
| Cost of Insurance | | - 679.16 |
| **Total Account Value as of January 16, 2021** | | **$16,131.51** |

**Interest Rate —** The account value currently earns 4% except the account value equal to any policy loan earns 6%. The minimum interest rate earned is 4%. The interest rates are effective annual interest rates.

**Surrender Value** as of January 16, 2021, will be $16,131.51. The total account value has been reduced by the surrender charge of $0.00 to determine the surrender value.
*Note: If you request to surrender your policy, it cannot be reinstated.*

**Transaction details** are provided in the Account Value Transactions portion of this notice.

## Account Value Transactions

| Date | Payments/ (Withdrawals) | Interest Credited | Expense Charges | Cost of Insurance | Ending Account Value |
|---|---:|---:|---:|---:|---:|
| **Balance from 2020 Annual Notice** | | | | | **$14,282.86** |
| 01-16-2020 | - | - | 5.00 | 56.70 | 14,221.16 |
| 02-11-2020 | 175.00 | - | 8.75 | - | 14,387.41 |
| 02-16-2020 | - | 46.63 | 5.00 | 56.68 | 14,372.36 |
| 03-10-2020 | 175.00 | - | 8.75 | - | 14,538.61 |
| 03-16-2020 | - | 47.14 | 5.00 | 56.66 | 14,524.09 |
| 04-09-2020 | 175.00 | - | 8.75 | - | 14,690.34 |
| 04-16-2020 | - | 47.65 | 5.00 | 56.64 | 14,676.35 |
| 05-11-2020 | 175.00 | - | 8.75 | - | 14,842.60 |
| 05-16-2020 | - | 48.12 | 5.00 | 56.63 | 14,829.09 |
| 06-09-2020 | 175.00 | - | 8.75 | - | 14,995.34 |
| 06-16-2020 | - | 48.65 | 5.00 | 56.61 | 14,982.38 |
| 07-09-2020 | 175.00 | - | 8.75 | - | 15,148.63 |
| 07-16-2020 | - | 49.16 | 5.00 | 56.59 | 15,136.20 |
| 08-11-2020 | 175.00 | - | 8.75 | - | 15,302.45 |
| 08-16-2020 | - | 49.62 | 5.00 | 56.57 | 15,290.50 |
| 09-09-2020 | 175.00 | - | 8.75 | - | 15,456.75 |
| 09-16-2020 | - | 50.16 | 5.00 | 56.55 | 15,445.36 |
| 10-09-2020 | 175.00 | - | 8.75 | - | 15,611.61 |
| 10-16-2020 | - | 50.67 | 5.00 | 56.53 | 15,600.75 |
| 11-10-2020 | 175.00 | - | 8.75 | - | 15,767.00 |
| 11-16-2020 | - | 51.16 | 5.00 | 56.51 | 15,756.65 |
| 12-09-2020 | 175.00 | - | 8.75 | - | 15,922.90 |
| 12-16-2020 | - | 51.69 | 5.00 | 56.49 | 15,913.10 |
| 01-11-2021 | 175.00 | - | 8.75 | - | 16,079.35 |
| **Totals** | **$2,100.00** | **$540.65** | **$165.00** | **$679.16** | **$16,079.35\*** |

\* Does not reflect interest to be earned January 16, 2021.



## Information and Service

- If you have moved, please contact your State Farm Agent or visit statefarm.com® to change your address.

- All amounts shown are subject to verification.

- When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information on your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

- Under the tax law, certain events during the life of a life insurance policy may be taxable to the policyowner. The following may result in taxable income: partial withdrawals, policy surrenders, lapses, assignments, as well as loans from policies that are MECs (Modified Endowment Contracts). If an event is taxable, generally the amount the policyowner is taxed on is the "gain" in the policy. The gain usually is the policy's account value less the premiums paid. Once a taxable gain is reported, it cannot be changed. Please contact your tax advisor for additional information.

- **IMPORTANT POLICY OWNER NOTICE -** You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, a current illustration by calling your agent at 425-747-3600, by calling State Farm Insurance at 855-534-0227, or by writing to the address listed on this notice. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

State Farm Life Insurance Company (Not Licensed in MA, NY, or WI)
State Farm Life and Accident Assurance Company (Licensed in NY and WI)
Bloomington, IL



**STATE FARM LIFE INSURANCE COMPANY**
HOME OFFICE, ONE STATE FARM PLAZA, BLOOMINGTON, ILLINOIS 61710

# Important Information About Your Life Insurance Policy

**The following notice is required under New Hampshire law.**

Any of the following actions related to your life insurance policy may have significant future financial, tax or other implications:

a. Surrender of the policy;

b. Lapse of the policy;

c. Failure to pay premium;

d. Application of the equity of the policy toward payment of premium;

e. Application of accumulated dividends toward payment of premium;

f. Financing premium payments;

g. Sale of the policy; and

h. Assignment of the policy and any right under the policy.

Before you act, you need to consider all options carefully and seek advice from a licensed financial advisor, attorney or other professional who can explain all available options and consequences.

If you have questions about this notice or your policy, please contact customer service at 855-534-0227.

CONFIDENTIAL                         WHITMAN v SFLIC                    SFLIC-W-0000207271