# EXHIBIT 6

## [REDACTED EXHIBIT 6 TO DECLARATION OF CARI DAWSON]

Message

**From:** Monica Flory [monica.flory.jttw@statefarm.com]
**Sent:** 1/26/2010 11:52:24 PM
**To:** Bill W. [■■■■■■■■■■]
**Subject:** RE: Bill Whitman Email

By the way, once your wife is better and money's are better for you guys, we should talk more about turning her policy into a whole life also. I know we've talked about it in the past, but because she has that term policy, she can convert it and she won't have to re-qualify medically on it. My prayers are with you and Stephanie. Hope it is treated quickly.

One last note, I noticed the beneficiary on your policy is your parents and vice versa on Stephanie's it's her parents, would you like to update that to each other?? If so, I can have the paperwork ready for you to sign when you come here.

---

**From:** Bill W. [mailto:■■■■■■■■■■]
**Sent:** Tuesday, January 26, 2010 3:48 PM
**To:** Monica Flory
**Subject:** Re: Bill Whitman Email

Thanks. Talk with you soon!

On Tue, Jan 26, 2010 at 3:46 PM, Monica Flory <monica.flory.jttw@statefarm.com> wrote:

Yes, Bethany will be here until 5pm. I am leaving in about 15 minutes for a dr. appt.

---

**From:** Bill W. [mailto:■■■■■■■■■■]
**Sent:** Tuesday, January 26, 2010 3:45 PM
**To:** Monica Flory
**Subject:** Re: Bill Whitman Email

You guys are amazing. I'll head over in about an hour. You guys will be there until 5pm?

On Tue, Jan 26, 2010 at 3:42 PM, Monica Flory <monica.flory.jttw@statefarm.com> wrote:

It's ready right now ☺

---

**From:** Bill W. [mailto:■■■■■■■■■■]
**Sent:** Tuesday, January 26, 2010 3:42 PM
**To:** Monica Flory
**Subject:** Re: Bill Whitman Email



W.P. 3/1/21
William Whitman
Defendant's
**15**

DEFENDANT'S EXHIBIT
15

I can pick it up. When will it be ready?

On Tue, Jan 26, 2010 at 3:39 PM, Monica Flory <monica.flory.jttw@statefarm.com> wrote:

We can cut the check from here for the $5500, would you like to stop by and get it or would you like me to mail it?

**From:** Bill W. [mailto:█████████]
**Sent:** Tuesday, January 26, 2010 3:24 PM
**To:** Monica Flory
**Subject:** Bill Whitman Email

Is there a limit?

Confidential                                                                                                   PLTF-WHITMAN-00000330