# EXHIBIT 7

## [REDACTED EXHIBIT 7 TO DECLARATION OF CARI DAWSON]

Message

**From**:   Bill Whitman [█████████████]
**Sent**:   1/17/2011 2:05:48 PM
**To**:     Bill Whitman [█████████████]
**Subject**: LIFE INSURANCE

Evaluatelifeinsurance.org

