# EXHIBIT 8

## [REDACTED EXHIBIT 8 TO DECLARATION OF CARI DAWSON]

Message

**From**: Monica Flory [monica.flory.jttw@statefarm.com]
**Sent**: 6/20/2013 8:47:06 PM
**To**: Bill W.
**Subject**: RE: Life Insurance

Do you have a few minutes to chat?  I just got off the phone with our life company.

Monica 🎀

**From:** Bill W. [mailto:]
**Sent:** Thursday, June 20, 2013 1:29 PM
**To:** Monica Flory
**Subject:** Re: Life Insurance

Is there any way to identify the actual cost for insurance? Maybe it's too complicated to do that since Universal Life is so complex?

On Thu, Jun 20, 2013 at 4:19 PM, Monica Flory <monica.flory.jttw@statefarm.com> wrote:

Bill,

Here is a current illustration of the policy.  I have put a call into my life company to see what the recommended monthly premium is to keep the policy in force longer.

As soon as I get it from them, I will send it on.

Monica 🎀

**From:** Bill W. [mailto:]
**Sent:** Thursday, June 20, 2013 11:15 AM
**To:** monica@timcrabtree.com
**Subject:** Life Insurance

Hi Monica,




I was asking Pam if I can review the big ol' packet of documentation that goes over my life insurance policy. I'm interested in the premium (cost of insurance?_ portion and how it's scheduled to go up over time, etc, so anything you've got. That way I can figure out what to do with it and if I want to switch to term or add term like we talked about.


Thanks!

Bill

Confidential
PLTF-WHITMAN-00000488