# EXHIBIT 10

## [REDACTED EXHIBIT 10 TO DECLARATION OF CARI DAWSON]

Message

| | |
|---|---|
| **From:** | Bill W. [redacted] |
| **Sent:** | 4/30/2019 8:59:57 PM |
| **To:** | Gary Gover [gary@goverfinancialplanning.com] |
| **Subject:** | Fwd: Whitman - State Farm Universal Life Insurance discussion |
| **Attachments:** | WhitmanBill416.pdf; 1RORexplainWL19.pdf |

Hi Gary -
Here is the analysis I mentioned. Minimizing the tax implications will be my concern now as I get out of it.

---------- Forwarded message ---------
From: **James Hunt** <jameshhunt8@gmail.com>
Date: Tue, Apr 30, 2019 at 16:18
Subject: Re: Whitman - State Farm Universal Life Insurance discussion
To: Bill W. <[redacted]>


Attached is my report; also a 4-page technical file you should not get hung up on.

Give a call to discuss when free.


James H Hunt, F.S.A., Ret'd
8 Tahanto St.
Concord NH  03301
evaluatelifeinsurance.org
jameshhunt8@gmail.com
603-224-2805


On Mon, Apr 29, 2019 at 5:17 PM Bill W. <[redacted]> wrote:
> Yes. I paid the loan off before requesting the illustration as you instructed.

On Mon, Apr 29, 2019 at 5:03 PM James Hunt <jameshhunt8@gmail.com> wrote:
> It was only toward the end of our conversation I recalled you clearly. Sorry.
>
> Illus shows no loan.  Did you pay it off with a partial withdrawal?
>
>
> James H Hunt, F.S.A., Ret'd
> 8 Tahanto St.
> Concord NH  03301
> evaluatelifeinsurance.org
> jameshhunt8@gmail.com
> 603-224-2805
>
>
> On Mon, Apr 29, 2019 at 4:44 PM Bill W. <[redacted]> wrote:
>> Hello again, Mr. Hunt -
>> I paid off the loan as we discussed and requested a current illustration of my Universal Life policy. The lady in the State Farm office said she's still waiting for the illustration from "corporate", but she was able to



W.P. 3/1/21
William Whitman
Defendant's
**30**

DEFENDANT'S EXHIBIT
30

generate one from her system (attached). Let me know what the next steps are and if there's anything else I can do.

Thanks!
Bill Whitman

On Tue, Apr 9, 2019 at 8:42 AM James H Hunt <jameshhunt8@gmail.com> wrote:
Thanks. On the website are 3 PDFs you might glance t.

James H Hunt, F.S.A., Ret'd
8 Tahanto St.
Concord NH  03301
evaluatelifeinsurance.org
603-224-2805
jameshhunt8@gmail.com


> On Apr 8, 2019, at 6:31 PM, Bill W. <​​​​​​​​> wrote:
>
> Mr. Hunt -
> It was an honor to speak with you today. I've been looking forward to reaching out regarding my Universal Life policy for years. I am ashamed to have waited so long. I will pay off the policy loan and will request an updated illustration. I'll plan to follow up after that.
>
> Thanks very much!
> Bill Whitman
>

Confidential