The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WILLIAM T. WHITMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation<br><br>Defendant. | No. 3:19-cv-06025-BJR<br><br>**DEFENDANT STATE FARM LIFE INSURANCE COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITIES IN SUPPORT OF ITS OPPOSITION TO MOTION FOR CLASS CERTIFICATION** |

DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITIES
No. 3:19-cv-06025-BJR

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

Under Local Civil Rule 7(n), Defendant State Farm brings to the Court's attention the following judicial opinion in which Judge Breyer of the Northern District of California granted summary judgment for State Farm on the same cost of insurance provision at issue in this case and on the related conversion claim:

- *Bally v. State Farm Life Ins. Co.*, Case No. 18-cv-04954-CRB (N.D. Cal. April 28, 2021), a copy of which is attached as Exhibit 1.

Under Local Civil Rule 7(n), Defendant State Farm brings to the Court's attention the following judicial opinion in which the United States Supreme Court clarified the Article III standards for injury when evaluating the certification of a class:

- *Transunion LLC v. Ramirez*, Case No. 20-297 (U.S. June 25, 2021), a copy of which is attached as Exhibit 2.

DATED: June 30, 2021

BETTS, PATTERSON & MINES, P.S.

/s/ Joseph D. Hampton
/s/ Kara A. Tredway
Joseph D. Hampton
Kara A. Tredway
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927
Telephone: (206) 292-9988
Facsimile: (206) 343-7053
Email: jhampton@bpmlaw.com
Email: ktredway@bpmlaw.com

STINSON LLP

/s/ Todd Noteboom
Todd Noteboom, *pro hac vice*
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1894
Email: todd.noteboom@stinson.com

DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITIES
No. 3:19-cv-06025-BJR

1

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

STINSON LLP

/s/ Jeremy A. Root
Jeremy A. Root, *pro hac vice*
230 W. McCarthy Street
Jefferson City, MO 65101-1553
Telephone: (573) 636-6263
Facsimile: (573) 636-6231
Email: jeremy.root@stinson.com

ALSTON & BIRD LLP

/s/ Cari Dawson
/s/ Tiffany Powers
Cari Dawson, *pro hac vice*
Tiffany Powers, *pro hac vice*
One Atlantic Center
1201 W. Peachtree Street, Suite 4900
Atlanta, GA 303-9-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-777
Email: cari.dawson@alston.com
Email: tiffany.powers@alston.com

DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITIES
No. 3:19-cv-06025-BJR

2

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927