**The Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM T. WHITMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | No. 3:19-cv-06025-BJR<br><br>STIPULATION AND ORDER EXTENDING DISPOSITIVE MOTION DEADLINE<br><br>NOTED ON CALENDAR: APRIL 14, 2022 |

Plaintiff William T. Whitman ("Plaintiff") and Defendant State Farm Life Insurance Company ("State Farm") hereby stipulate and respectfully request that the Court extend the current deadline for dispositive motions, and state as follows:

1. On December 9, 2021, the Court issued an order setting April 30, 2022 as the last day for filing dispositive motions. Dkt. 137.

STIPULATION AND ORDER EXTENDING
DISPOSITIVE MOTION DEADLINE       - 1 -
No. 3:19-cv-06025-BJR

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

2. Because April 30, 2022 is a Saturday, the clerk's office will be closed and CM/ECF Support will be unavailable to assist with questions related to the parties' filings or to address any difficulties encountered while filing.

3. Accordingly, the parties respectfully request that the Court grant their joint request to extend the deadline for filing dispositive motions to the following business day, Monday, May 2, 2022.

**ORDER**

Pursuant to the parties' stipulation, the Court extends the last day for the parties to file dispositive motions to May 2, 2022.

DATED this 15th day of April, 2022.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

BETTS, PATTERSON & MINES, P.S.

By /s Joseph D. Hampton
By /s Kara A. Tredway
    Joseph D. Hampton, WSBA #15297
    Kara A. Tredway, WSBA #44984
    Betts, Patterson & Mines, P.S.
    One Convention Place, Suite 1400
    701 Pike Street
    Seattle WA 98101-3927
    Telephone: (206) 292-9988
    Facsimile: (206) 343-7053
    E-mail: jhampton@bpmlaw.com

STIPULATION AND ORDER EXTENDING
DISPOSITIVE MOTION DEADLINE        - 2 -
No. 3:19-cv-06025-BJR

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

E-mail:  ktredway@bpmlaw.com

STINSON LLP

By  /s Todd Noteboom
   Todd Noteboom, *pro hac vice*
   Stinson LLP
   50 South Sixth Street, Suite 2600
   Minneapolis, MN 55402
   Telephone:  612-335-1894
   E mail:  todd.noteboom@stinson.com

By  /s Jeremy A. Root
   Jeremy A. Root, *pro hac vice*
   Stinson LLP
   50 South Sixth Street, Suite 2600
   Minneapolis, MN 55402
   Telephone:  612-335-1894
   E mail:  jeremy.root@stinson.com


ALSTON & BIRD

By  /s Cari Dawson
By  /s Tiffany Powers
   Cari Dawson, *pro hac vice*
   Tiffany Powers, *pro hac vice*
   Alston & Bird
   One Atlantic Center
   1201 West Peachtree Street, Suite 4900
   Atlanta, GA 30309-3424
   Telephone:  404-881-7000
   Fax:  404-881-7777
   E mail:  tiffany.powers@alston.com
   E mail:  cari.dawson@alston.com

By  /s David Wohlstadter
   David Wohlstadter, *pro hac vice*
   Alston & Bird
   90 Park Avenue
   New York, NY 10016
   Telephone:  212-210-9500
   Fax:  212-210-9444

STIPULATION AND ORDER EXTENDING
DISPOSITIVE MOTION DEADLINE   - 3 -
No. 3:19-cv-06025-BJR

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

E mail: david.wohlstadter@alston.com

GIBSON DUNN

By /s Deborah L. Stein
    Deborah L. Stein, *pro hac vice*
    Gibson Dunn
    333 South Grand Avenue
    Los Angeles, CA 90071-3197
    Telephone: 213-229-7164
    Facsimile: 213-229-6164
    E mail: dstein@gibsondunn.com

**Attorneys for Defendant State Farm Life Insurance Company**

TOUSLEY BRAIN STEPHENS PLLC

By /s Kim D. Stephens
By /s Rebecca L. Solomon
    Kim D. Stephens, P.S. WSBA #11984
    Rebecca L. Solomon, WSBA #51520
    Tousley Brain Stephens, PLLC
    1700 Seventh Avenue, Suite 2200
    Seattle, Washington 98101
    Tel:    206.682.5600/Fax: 206.682.2992
    Email:  kstephens@tousley.com
    Email:  rsolomon@tousley.com

STIPULATION AND ORDER EXTENDING
DISPOSITIVE MOTION DEADLINE          - 4 -
No. 3:19-cv-06025-BJR

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

STUEVE SIEGEL HANSON LLP

By   /s Norman E. Siegel
By   /s Lindsay Todd Perkins
By   /s Ethan Lange
    Norman E. Siegel, *pro hac vice*
    Lindsay Todd Perkins, *pro hac vice*
    Ethan Lange, *pro hac vice*
    Stueve Siegel Hanson LLP
    460 Nichols Road, Suite 200
    Kansas City, Missouri 64112
    Tel:    816-714-7100
    Fax:   816-714-7101
    Email: siegel@stuevesiegel.com
    Email: perkins@stuevesiegel.com
    Email: lange@stuevesiegel.com

MILLER SCHIRGER, LLC

By   /s John J. Schirger
By   /s Matthew W. Lytle
By   /s Joseph M. Feierabend
    John J. Schirger, *pro hac vice*
    Matthew W. Lytle, *pro hac vice*
    Joseph M. Feierabend, *pro hac vice*
    Miller Schirger, LLC
    4520 Main Street, Suite 1570
    Kansas City, Missouri 64111
    Tel:    816-561-6500
    Fax:   816-561-6501
    Email: jschirger@millerschirger.com
    Email: mlytle@millerschirger.com
    Email: jfeierabend@millerschirger.com

STIPULATION AND ORDER EXTENDING
DISPOSITIVE MOTION DEADLINE      - 5 -
No. 3:19-cv-06025-BJR

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

BARRACK, RODOS & BACINE

By  /s Stephen R. Basser
    Stephen R. Basser, *pro hac vice*
    Barrach, Rodos & Bacine
    One America Plaza
    600 West Broadway, Suite 900
    San Diego, CA 92101
    Tel:     619-230-0800
    Fax:    619-230-1874
    Email: sbasser@barrack.com

SARRAF GENTILE LLP

By  /s Joseph Gentile
By  /s Ronen Sarraf
    Joseph Gentile, *pro hac vice*
    Ronen Sarraf, *pro hac vice*
    Sarraf Gentile LLP
    14 Bond Street #212
    Great Neck, NY 11021
    Tel:     516-699-8890
    Fax:    516-699-8968
    Email: joseph@sarrafgentile.com
    Email: ronen@sarrafgentile.com

***Attorneys for Plaintiff, William T. Whitman***

STIPULATION AND ORDER EXTENDING
DISPOSITIVE MOTION DEADLINE        - 6 -
No. 3:19-cv-06025-BJR

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988