# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM T. WHITMAN, et al.,<br><br>                     Plaintiffs,<br><br>vs.<br><br>STATE FARM INSURANCE COMPANY,<br><br>                     Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 19-cv-06025-BJR |

\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

By Order of the Court, Defendant's Motion for Summary Judgment, Dkt. No. 154, is GRANTED.  This matter is DISMISSED with Prejudice.

DATED this 6th day of August 2022.

                                                         RAVI SUBRAMANIAN
                                                         Clerk of Court

                                                         s/Grant Cosgwell
                                                          Clerk of Court