**The Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM T. WHITMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM LIFE INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | NO. 3:19-cv-06025-BJR<br><br>NOTICE OF WITHDRAWAL OF ATTORNEY FOR DEFENDANT |

TO:   The Clerk of the Court

AND TO:   All Parties and Counsel of Record

PLEASE TAKE NOTICE that David Wohlstadter of Alston & Bird hereby withdraw as an attorney for defendant State Farm Life Insurance Company.  All counsel listed below continue as attorneys for defendant State Farm Life Insurance Company.

Pursuant to this notice, please continue to serve all further pleadings and documents on all counsel listed below.

NOTICE OF WITHDRAWAL OF ATTORNEY
FOR DEFENDANT – NO. 3:19-cv-06025-BJR     - 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1965541.doc/101922 1056/8544-0039

DATED this 19th day of October, 2022.

**WITHDRAWING ATTORNEY:**

By   /s David C. Wohlstadter, *pro hac vice*
    David C Wohlstadter, pro hac vice
Alston & Bird LLP
90 Park Ave
New York, NY 10016
(212) 210-9400
(212 210-9444
david.wohlstadter@alston.com
**Withdrawing** Attorney for Defendant State Farm Life Insurance Company

BETTS, PATTERSON & MINES, P.S.


By   /s Joseph D. Hampton
    Joseph D. Hampton, WSBA #15297
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:   (206) 292-9988
Facsimile:   (206) 343-7053
E-mail:        jhampton@bpmlaw.com

STINSON LLP


By   /s Todd Noteboom, *pro hac vice*
    Todd Noteboom, *pro hac vice*
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone:   612-335-1894
E-mail:        todd.noteboom@stinson.com

NOTICE OF WITHDRAWAL OF ATTORNEY
FOR DEFENDANT – NO. 3:19-cv-06025-BJR

- 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1965541.doc/101922 1056/8544-0039

STINSON LLP

By  /s Jeremy A. Root, *pro hac vice*
    Jeremy A. Root, *pro hac vice*
Stinson LLP
230 W. McCarty Street
Jefferson City, MO  65101
Telephone:    573-636-6263
E-mail:       jeremy.root@stinson.com


ALSTON & BIRD

By  /s Cari Dawson, *pro hac vice*
By  /s Tiffany Powers, *pro hac vice*
    Cari Dawson, *pro hac vice*
    Tiffany Powers, *pro hac vice*
Alston & Bird
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309-3424
Telephone:    404-881-7000
Fax:          404-881-7777
E-mail:       tiffany.powers@alston.com
E-mail:       cari.dawson@alston.com

GIBSON DUNN

By  /s Deborah L. Stein, *pro hac vice*
    Deborah L. Stein, *pro hac vice*
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:    213-229-7164
Facsimile:    213-229-6164
E-mail:       dstein@gibsondunn.com

NOTICE OF WITHDRAWAL OF ATTORNEY
FOR DEFENDANT – NO. 3:19-cv-06025-BJR    - 3 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1965541.doc/101922 1056/8544-0039

RILEY SAFER HOLMES AND CANCILA LLP

By   /s Kalia M. Coleman, *pro hac vice*
   Kalia M. Coleman, *pro hac vice*
Riley Safer Holmes and Cancila LLP
70 West Madison Street, Suite 2900
Chicago Illinois 60602
Telephone:   312-471-8715
E-mail:   kcoleman@rshc-law.com

GIBSON, DUNN & CRUTCHER LLP

By   /s, Scott Alan Edelman, *pro hac vice*
   Scott Alan Edelman, *pro hac vice*
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, CA 90071
Telephone:   310-557-8061
E-mail:   sedelman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP

By   /s, Andrew P. LeGrand, *pro hac vice*
   Andrew P. LeGrand, *pro hac vice*
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas TX 75201
Telephone:   214.698.3100
E-mail:   ALegrand@gibsondunn.com

NOTICE OF WITHDRAWAL OF ATTORNEY FOR DEFENDANT – NO. 3:19-cv-06025-BJR   - 4 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1965541.doc/101922 1056/8544-0039

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

GIBSON DUNN & CRUTCHER, LLP


By   /s Marcellus A. McRae, *pro hac vice*
     Marcellus A. McRae, *pro hac vice*
Gibson Dunn & Crutcher, LLP
333 South Grand, 53rd Floor
Los Angeles, CA  90071
Telephone:   (213) 229-7675
E-mail:      mmcrae@gibsondunn.com


Attorneys for Defendant State Farm Life Insurance Company

NOTICE OF WITHDRAWAL OF ATTORNEY FOR DEFENDANT – NO. 3:19-cv-06025-BJR    - 5 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1965541.doc/101922 1056/8544-0039